**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PSARA ENERGY, LTD.** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | No. 1:18-cv-00178 |
| **SPACE SHIPPING, LTD.; GEDEN HOLDINGS** | : | |
| **LTD.; ADVANTAGE ARROW SHIPPING,** | : | |
| **LLC; GENEL DENIZCILIK NAKLIYATI A.S.** | : | |
| **A/K/A GEDEN LINES; ADVANTAGE** | : | |
| **TANKERS, LLC; ADVANTAGE HOLDINGS,** | : | **ADMIRALTY** |
| **LLC; FORWARD HOLDINGS, LLC;** | : | |
| **MEHMET EMIN KARAMEHMET;** | : | |
| **GULSUN NAZLI KARAMEHMET -** | : | |
| **WILLIAMS; and TUĞRUL TOKGÖZ** | : | |
| | : | |
| **Defendants** | : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff PSARA ENERGY, LTD. certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: April 20, 2018
       Houston, Texas

Respectfully submitted,

GAITAS, KENNEDY & CHALOS, P.C.

By:   /s/George A. Gaitas
      George A. Gaitas
      State Bar No. 24058885
      Federal Bar No. 705176
      Sean D. Kennedy
      State Bar No. 24102006
      Federal Bar No. 1007545
      Jonathan M. Chalos
      State Bar No. 24097482
      Federal Bar No. 3008683
      6250 Westpark Dr.

Suite 222  
Houston, Texas 77057  
Telephone: 281-501-1800  
Fax: 832-962-8178  
E-mail: gaitas@gkclaw.com  
kennedy@gkclaw.com  
chalos@gkclaw.com  

*Attorneys for Plaintiff*  
Psara Energy, Ltd.