IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PSARA ENERGY, LTD. : | |
| : | |
| Plaintiff : | |
| : | No. 1:18-cv-00178 |
| SPACE SHIPPING, LTD.; GEDEN HOLDINGS: | |
| LTD.; ADVANTAGE ARROW SHIPPING, : | |
| LLC; GENEL DENIZCILIK NAKLIYATI A.S. : | |
| A/K/A GEDEN LINES; ADVANTAGE : | |
| TANKERS, LLC; ADVANTAGE HOLDINGS, : | ADMIRALTY |
| LLC; FORWARD HOLDINGS, LLC; : | |
| MEHMET EMIN KARAMEHMET; : | |
| GULSUN NAZLI KARAMEHMET - : | |
| WILLIAMS; and TUĞRUL TOKGÖZ : | |
| : | |
| Defendants : | |

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

TO: THE UNITED STATES MARSHAL
FOR THE EASTERN DISTRICT OF TEXAS

GREETINGS:

WHEREAS, Plaintiff, PSARA ENERGY, LTD., filed an Original Verified Complaint in the United States District Court for the Eastern District of Texas on April 20, 2018 with a claim against Defendants, SPACE SHIPPING LTD.; GEDEN HOLDINGS, LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; FORWARD HOLDINGS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET WILLIAMS; TUGRUL TOKGOZ, in an amount of USD 19,860,063.80, together with interest, costs and attorney fees, with a prayer for process to attach said Defendants' tangible and intangible personal property, in an amount up to USD 19,860,063.80, accompanied by an Affidavit pursuant to Rule

1

B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure stating that, to the best of affiant's knowledge, or on information and belief, the Defendants cannot be found within the District, together with a Motion for Issuance of Process of Maritime Attachment and Garnishment, and;

**WHEREAS**, the Court reviewed the Original Verified Complaint and Affidavit and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**NOW THEREFORE**, we hereby do empower, strictly charge and command you, the said Marshal, to attach all tangible or intangible property of the Defendants presently within this District, or assets expected in this District during the pendency of this action, comprised of debts, credits and effects, including, but not limited to: the M/T ADVANTAGE ARROW, a tanker vessel with IMO No. 9419448 and international call sign V7KZ7, owned by Defendants, and/or any assets within the possession, custody or control of any other garnishee upon whom a copy of the Process of Maritime Attachment and Garnishment issued in this action may be served, be attached and garnished in an amount sufficient to answer Plaintiff's claim, until further Order of the Court;

We do further hereby empower, strictly charge and command you, the said Marshal, to execute this writ by:

(1) Attaching the M/T ADVANTAGE ARROW and affixing a copy of the process in a conspicuous place onboard and leaving a copy of the complaint, Order authorizing issuance of process of maritime attachment and garnishment and process with the person having possession of the vessel or its agent;

We do further empower, strictly charge and command you, the said Marshal, to notify the Defendants as follows:

(1) A maritime attachment and garnishment has been filed pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure against SPACE SHIPPING LTD.; GEDEN HOLDINGS, LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; FORWARD HOLDINGS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET WILLIAMS; TUGRUL TOKGOZ, Defendants in this action;

(2) Defendants are required to file with the Clerk of the United States District Court for the Eastern District of Texas, with copy to the Plaintiff's attorneys, George A. Gaitas, Gaitas, Kennedy & Chalos, P.C., 6250 Westpark Dr., Suite 222, Houston, Texas, 77057, within thirty (30) days of service of this Writ, an answer to Plaintiff's Original Verified Complaint.

Witness, the Honorable _Zack Hawthorn_, Judge of the United States District Court for the Eastern District of Texas this _20th_ day of _April_ 2018.

So Issued this _20th_ day of April 2018.

                                            **United States District Clerk for the**
                                            **Eastern District of Texas**

                                            By: _/s/ signature_

                                                 Deputy Clerk