**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PSARA ENERGY, LTD. | 1:18-cv-00178 |
| DEFENDANT | TYPE OF PROCESS |
| SPACE SHIPPING, LTD., et al. | RULE B ATTACHMENT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/T ADVANTAGE ARROW; IMO #: 9419448; Call Sign: V7KZ7

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
Motiva Berth No. 2

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

George A. Gaitas
Gaitas, Kennedy & Chalos, P.C.
6250 Westpark Dr., Ste. 222
Houston, Texas, 77057

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*George A. Gaitas*
TELEPHONE NUMBER: 612-810-8675
DATE: 4/20/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*)
Total Process: 1
District of Origin No. 78
District to Serve No. 78
Signature of Authorized USMS Deputy or Clerk: (RS)
Date: 4/20/18

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*):
Master of Advantage Arrow

Address (*complete only different than shown above*):
Motiva Enterprises LLC
100 E Port Neches Ave
Port Neches, TX 77651

Date: 4-24-18   Time: 0800  ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

APR 24 2018
BY DEPUTY

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $260.00 | 21.80 | | 281.80 | | $0.00 |

REMARKS: 4 Down hrs @ 65 per hour $260.00 (2 Deans x 2 hrs)
40 miles @ .545 per mile = 21.80
Master of Advantage Arrow served at above address — strikes placed in experimental room and bracings — Rust Guard Road to obs — ship — surveyor called for survey.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13