# In The Matter Of:

*ECLIPSE LIQUIDITY, INC et al V*
*AVOR NAVIGATION LTD et al*

---

*Ali Tugrul Tokgoz*
*January 13, 2016*

---

*European Deposition Services*
*59 Chesson Road*
*London W14 9QS*
*United Kingdom*
*www.european-depositions.com*



Original File 130116Tokgoz[1].txt
Min-U-Script® with Word Index

                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION


ECLIPSE LIQUIDITY, INC.,

          Plaintiff,


          V.


AVOR NAVIGATION LTD.; ADVANTAGE
ARROW SHIPPING, LLC; GENEL      C.A. NO. 4:15-CV-1645
DENIZCILIK NAKLIYATI A.S. A/K/A
GEDEN LINES; ADVANTAGE TANKERS,
LLC; ADVANTAGE HOLDINGS, LLC; and
FORWARD HOLDINGS, LLC

                          Defendants.


PSARA ENERGY, LTD.,

          Plaintiff,


          V.


SPACE SHIPPING, LTD.; ADVANTAGE
ARROW SHIPPING, LLC; GENEL
DENIZCILIK NAKLIYATI A.S. A/K/A
GEDEN LINES; ADVANTAGE TANKERS,
C.A. NO. 4:15-CV-1673 LLC;
ADVANTAGE HOLDINGS, LLC; and
FORWARD HOLDINGS, LLC

          Defendants.

1  TANK PUNK, INC.,

2

3          Plaintiff

4

5

6  SPIKE SHIPPING, LTD.; ADVANTAGE
   ARROW SHIPPING, LLC; GENEL C.A.
7  NO. 4:15-CV-01675
   DENIZCILIK NAKLIYATI A.S. A/K/A
8  GEDEN LINES; ADVANTAGE TANKERS,
   LLC; ADVANTAGE HOLDINGS, LLC;
9  And FORWARD HOLDINGS, LLC

10

11          Defendants.

12

13

14

15          Deposition of Ali Tugrul Tokgoz

16

17          Taken at the offices of:

18

19          Watson, Farley & Williams

20          15 Appold Street

21          London, EC2A 2HB

22

23          Wednesday, 13th January 2016

24          At 10.00 a.m.

25

1  For the Plaintiffs:

2

3          George A. Gaitas
          Jonathan Chalos
4          CHALOS & CO. P.C.
          7210 Tickner Street
5          Houston, TX 77055
          Tel: +713-936-2427
6          gaitas@chaloslaw.com

7

8

9  For the Advantage Defendants:

10

11

12         Neil Quartaro
          WATSON, FARLEY, AND WILLIAMS (NEW YORK) LLP
13         1133 Avenue of the Americas, 11th Floor
          New York, New York 10036
14         nquartaro@wfw.com

15

16  Also Present:

17         Kay Hendrick - Court Reporter

18

19

20

21

22

23

24

25

I N D E X

ALI TUGRUL TOKGOZ                                        8

Examination by Mr Gaitas:                               8


                        E X H I B I T S


1    ... ... ... ... ... ... ... ... ... ... ... ..9

2    ... ... ... ... ... ... ... ... ... ... ... .11

3    ... ... ... ... ... ... ... ... ... ... ... .14

4    ... ... ... ... ... ... ... ... ... ... ... .20

5    ... ... ... ... ... ... ... ... ... ... ... .21

6    ... ... ... ... ... ... ... ... ... ... ... .28

7    ... ... ... ... ... ... ... ... ... ... ... .39

8    ... ... ... ... ... ... ... ... ... ... ... .51

9    ... ... ... ... ... ... ... ... ... ... ... .56

10 ... ... ... ... ... ... ... ... ... ... ... ... .56

11 ... ... ... ... ... ... ... ... ... ... ... ... .64

12 ... ... ... ... ... ... ... ... ... ... ... ... .65

13 ... ... ... ... ... ... ... ... ... ... ... ... .66

14 ... ... ... ... ... ... ... ... ... ... ... ... .79

15 ... ... ... ... ... ... ... ... ... ... ... ... .79

16 ... ... ... ... ... ... ... ... ... ... ... ... .81

17 ... ... ... ... ... ... ... ... ... ... ... ... .85

18 ... ... ... ... ... ... ... ... ... ... ... ... .85

19 ... ... ... ... ... ... ... ... ... ... ... ... .86

20 ... ... ... ... ... ... ... ... ... ... ... ... .87

21 ... ... ... ... ... ... ... ... ... ... ... ... .88

22 ... ... ... ... ... ... ... ... ... ... ... ... .89

23 ... ... ... ... ... ... ... ... ... ... ... .89

24 ... ... ... ... ... ... ... ... ... ... ... .91

25 ... ... ... ... ... ... ... ... ... ... ... .93

26 ... ... ... ... ... ... ... ... ... ... ... .95

27 ... ... ... ... ... ... ... ... ... ... ... .98

28 ... ... ... ... ... ... ... ... ... ... ... 100

29 ... ... ... ... ... ... ... ... ... ... ... 102

30 ... ... ... ... ... ... ... ... ... ... ... 103

31 ... ... ... ... ... ... ... ... ... ... ... 103

32 ... ... ... ... ... ... ... ... ... ... ... 103

33 ... ... ... ... ... ... ... ... ... ... ... 105

34 ... ... ... ... ... ... ... ... ... ... ... 106

1    35  ... ... ... ... ... ... ... ... ... ... ... 113
2
3    36  ... ... ... ... ... ... ... ... ... ... ... 113
4
5    37  ... ... ... ... ... ... ... ... ... ... ... 115
6
7    38  ... ... ... ... ... ... ... ... ... ... ... 118
8
9    39  ... ... ... ... ... ... ... ... ... ... ... 119
10
11   40  ... ... ... ... ... ... ... ... ... ... ... 119
12
13   41  ... ... ... ... ... ... ... ... ... ... ... 119
14
15   42  ... ... ... ... ... ... ... ... ... ... ... 122
16
17   43  ... ... ... ... ... ... ... ... ... ... ... 122
18
19   44  ... ... ... ... ... ... ... ... ... ... ... 129
20
21   45  ... ... ... ... ... ... ... ... ... ... ... 129
22
23
24
25

1                    Wednesday, 13th January 2016

2

3                        ALI TUGRUL TOKGOZ

4                      having been duly sworn,

5                       testified as follows:

6

7   Examination by Mr Gaitas:

8            Q.  Mr Tokgoz, good morning to you.

9            A.  Good morning.

10           Q.  I am George Gaitas, the attorney for

11   the Plaintiffs in this case taking the discovery

12   deposition.  This is my learned associate,

13   Mr Jonathan Chalos from our Houston office who will

14   be helping me.  Have you ever given a deposition

15   before?

16           A.  No, this is the first time.

17           Q.  Have you ever testified in court?

18           A.  No.

19           Q.  I am sure your very able counsel has

20   told you what to expect.  I will tell you that I

21   will be asking you questions and if you don't know

22   the answer tell me you don't know.  Sometimes he

23   will make an objection on evidentiary issues, let

24   him finish his objection and then you will answer my

25   question unless he tells you not to answer my

1    question?

2              A.  All right.

3              Q.  In which event you do not.  So would

4    you please state your name for the record?

5              A.  Ali Tugrul Tokgoz.

6              Q.  Of what country are you a citizen?

7              A.  Turkish.

8              Q.  Any other citizenship?

9              A.  No.

10             Q.  Residence?

11             A.  Turkey.

12             Q.  Istanbul?

13             A.  Yes.

14             Q.  We are taking this deposition pursuant

15   to a notice and I have a copy of the Deposition

16   Notice.  I will ask the Court Reporter to mark as

17   Exhibit 1.

18             (Exhibit 1 marked for identification)

19              I would like to make some corrections to

20   this Notice of Deposition.  It is set for

21   January 14th, 2015 and that time passed so it should

22   read January 13th, 2016?

23             A.  Yes.

24             MR QUARTARO:  George, why don't I go on the

25   record and I will waive any objections to any

1   inconsistencies in your Deposition Notice.  We are

2   happy to proffer the witness on convenient dates to

3   both and we are not objecting to any inaccuracies in

4   those documents.

5           MR GAITAS:  Good.

6           MR QUARTARO:  Just to be clear that waiver

7   is effective on all three depositions.

8           MR GAITAS:  Good.  If you flip there is a

9   subpoena deuces tecum, a request to produce

10  documents, basically, and if you look at request

11  number 12 they have asked for all correspondence and

12  all documents exchanged between any of the defendants

13  and Geden Holdings Limited and Genel Denizcilik

14  Nakliyati AS, relating to the sale and transfer of

15  the following vessels.

16          Did you assign somebody to do the looking

17  for documents or who did it?

18          A.  My colleagues in the office, Mr Mat,

19  who you will see on Friday, especially the documents

20  from the files.

21          Q.  Okay.  I didn't find any documents and

22   I was wondering?

23          A.  There was not much, I guess, it is the

24  same office so we just shout to each other and it is

25  not by sending e-mails.

1              MR QUARTARO:  We will undertake to make

2      sure that whatever we have has, in fact, been

3      produced.  Just in case there is anything missing, we

4      are happy to go back and check.

5              MR GAITAS:  Right.

6              A.  Managers for Geden and Advantage, so

7      basically whatever the correspondence between those

8      two companies are basically the same managers have

9      handled that, so there is not much correspondence

10     between, it is just by talking and in same office,

11     not exchanging e-mails in that sense.

12             Q.  Thank you.  I did a little bit of

13      research on you to find out your background and I

14      notice that you have a business background, you are

15      not a master or a chief engineer?

16             A.  No.

17             Q.  Who went in the business of shipping,

18      you are a businessman doing the business of

19      shipping?

20             A.  Correct.

21             Q.  I will ask the Court Reporter to mark

22      this Exhibit as Exhibit 2 for the witness.

23             (Exhibit 2 marked for identification)

24             This is from Swedish Club, a write-up when

25      you joined as a director?

1          A.  Yes, I was quite young.

2          Q.  You look the same, pretty good.

3          A.  Thank you very much, very kind.

4          Q.  If you go to the first page with the

5   writing at page 15 it says:

6               "Beyond his responsibilities as Geden's

7   Managing Director, Ali Tugrul Tokgoz is also a member

8   of the board of Cukurova."?

9          A.  Yes.

10         Q.  Cukurova Holdings, and are these

11   companies with the Cukurova Group?

12         A.  Yes.

13         Q.  Do you remember how many years?

14         A.   I acted in the board of the Holding

15   company since 2002 to 2013 or early 2014, and during

16   that period I was responsible for different segments,

17   not only shipping but I was also responsible on

18   construction, part of media.  So it is a

19   conglomerate, so I was responsible for different

20   sector.

21         Q.  But principally day-to-day your work

22   was with shipping or --

23         A.   I started with shipping, so it is like

24   my baby in that sense.  So my focus was shipping

25   mainly and my office was in the shipping office at

1   that time, my PA and everything, my set up, but I was

2   responsible on other sectors also, but mainly it was

3   shipping and other stuff.

4           Q.   Okay.   Still on page 15 there is an

5    insert in there that I found a bit puzzling or

6    unclear, it is this insert in black where it says:

7           "Ali Tugrul Tokgoz is a Managing Director

8   and board member of Geden Lines of Istanbul.   During

9   the Club's June AGM he was confirmed as a new member

10  of the Swedish Club board.   Geden Lines established

11  in 1975 was restructured under a Maltese umbrella in

12  2003."

13          I found this to be a bit confusing because

14  I understand Geden Lines is a Turkish company, it is

15  like an incorporated company in Turkey and when we

16  talk of Geden Lines we mean Genel Denizcilik

17  Nakliyati?

18          A.   It depends.   There is no company called

19  Geden Lines.

20          Q.   It is a trade name?

21          A.   Exactly, it is a brand name.   Genel

22  Denizcilik is a management company owned by the Group

23  and is a Turkish registered company.   There is a

24  company called Geden Holdings based in Malta which

25  owns ships, and Genel Denizcilik is the manager of

1  those ships.  So this refers to basically what it
2  meant here, before 2003 Cukurova's own fleet was
3  Turkish flag vessels, Turkey registered vessels.  And
4  once the Company start growing due to financing
5  issues because Turkish flag vessels it is not easy to
6  get finance, the owned company has moved to Malta in
7  order to get more easy finance from the shipping
8  banks.  So this 2003 refers to Turkish owned fleet
9  moving to Malta owned fleet.  So that is the
10  confusion.  It is not exactly correct here, but that
11  is what they meant I believe.

12          MR QUARTARO:  I do want to object.  That is
13  not his document and he didn't write it.

14          A.  Yes, it is not my document.

15          MR GAITAS:  I will show you another
16  document, Exhibit 3.

17          (Exhibit 3 marked for identification)

18          MR QUARTARO:  George, I don't see a Bates
19  stamp.

20          MR GAITAS:  There is no Bates stamp, it is
21  a document that was found.  We never relied on it
22  before.

23          MR QUARTARO:  But it hasn't been produced
24  until now?

25          MR GAITAS:  No, we never relied on it and

1   it was not within the scope of the request.

2           MR QUARTARO:  And the same with the

3   Cukurova Group, that also was not produced?

4           MR GAITAS:  Right.

5           MR QUARTARO:  I will lodge a general

6   objection to showing the witness documents that have

7   not been produced to counsel.  You can continue.

8           MR GAITAS:  If you look at page 13 of this

9   document, first of all, are you generally familiar

10  with this?

11          A.  Yes, I have not seen this particular

12  one but I have seen the annual reports before.  I

13  didn't read or check it carefully before but I know

14  this has been published yearly.

15          MR QUARTARO:  George, when you are

16  producing documents that have not been produced as

17  part of your discovery can you please read into the

18  record what it is.  I don't think we have done that

19  yet with this, I am fine with the Swedish Club

20  letter, but what is this.

21          MR GAITAS:  This is an on-line document of

22  a report that purports to be put out by the Cukurova

23  Group and has a breakdown of the business. It is

24  available to the public at large.

25          MR QUARTARO:  Let the record show that

1   Exhibit 3, page 1, is entitled Cukurova and it

2   appears to be a Cukurova Group 2010 corporate

3   profile.

4            MR GAITAS:  Now, if you go to page 13.

5            A.  Yes.

6            MR GAITAS:  There is your picture there

7   again.

8            A.  Yes.

9            MR GAITAS:  There are pictures of different

10  people, and are they the directors of the Cukurova

11  Group?

12           A.  Yes, at that time in 2010.

13           MR GAITAS:  I want clarification if you can

14  give it to me.  When we say Cukurova Group, is this

15  the same as Cukurova Holdings SA?

16           A.  Holdings is a company like any company.

17  Cukurova Group is -- what they mean by Cukurova Group

18  is either direct or indirect affiliates of that

19  Company.

20           Q.  And we see the Chairman on page 13, a

21   photograph and the name Emin Karamehmet, and he is

22   the Chairman?

23           A.  Correct.

24           Q.  Is he still the Chairman?

25           A.  Yes, I guess so as of today.

1          Q.  Then a Mr Samsa Karamehmet, that is his
2     brother?

3          A.  Correct.

4          Q.  And there is a gentleman by the name of
5     Mr Bulent Ergin?

6          A.  Yes.

7          Q.  And Mr Ergin is still in this Group?

8          A.  As much as I know he is not any more.

9          Q.  Not a director of Cukurova?

10         A.  No.

11         Q.  And there is your picture?

12         A.  Yes.

13         Q.  Anyone else of the directors who is
14    related to Mr Karamehmet?

15         A.  No.

16         Q.  I understand that Mr Karamehmet is
17    facing some criminal charges in Turkey?

18         A.  Yes.

19         Q.  In fact, he has been tried and
20    convicted?

21         A.  I don't have that information.  I don't
22    follow his issues.

23         Q.  My question goes to his qualification
24    to be a director of a Turkish company with this
25    record, and you say you have no knowledge of this?

1          A.  I am an ex-director.

2          MR QUARTARO:  I object.

3          A.  I wouldn't know his legal issues as of

4     today.  I mean, I know that he has some legal issues

5     but I don't know the situation right now.

6          MR GAITAS:  I have, and I read what is only

7     in the press.

8          A.  That is what I read also.

9          MR GAITAS:  That is my source of

10    information, and on December 25, I understand that he

11    was sentenced to seven years and one month.

12         A.  That is what I read in the papers also.

13         Q.  You also read that?

14         A.  Exactly but I am not sure it is right.

15    Everything in the press is not exactly correct with

16    the facts.  That is what I read but I don't know if

17    this is exactly correct or not.

18         Q.  Still staying on that page and if you

19     look at page 5 it lists a whole lot of companies.

20     Under the heading "Transportation Services",

21     shipping there is mention of Geden Lines, correct?

22         A.  Correct.

23         Q.  And that is Genel Denizcilik?

24         A.  Correct.

25         Q.  And Geden seems to be an acronym of

1   Genel Denizcilik Nakliyati AS; is that correct?

2              A.  Correct, yes.

3              Q.  Roughly what these words mean, as far

4    as I can translate them with the help of Google, is

5    General Transport?

6              A.  General Maritime, yes.

7              Q.  If you go to page 91 of this Exhibit 3?

8              A.  Yes.

9              Q.  It is a short write up about the

10   business of Geden Lines?

11             A.  Yes.

12             Q.  And if you go starting on the left-hand

13   column it says:

14             "As of year end 2010 Geden Lines owns and

15   operates a fleet of 33 vessels, including four,

16   156,000-ton DWT suezmax tankers, six 115,000 DWT

17   aframax tankers, seven 37,000 DWT, two 47,000 DWT and

18   three 50,100 product tankers, three 177,000 DWT and

19   three 50,100 product tankers, three 177,000 DWT bulk

20   carriers and eight, 53,000 DWT handymax bulk

21   carriers."

22             I thought in 2010 Geden Lines did not

23   own --

24             A.  No, I mean if you are asking Genel

25   Denizcilik that is correct.

1          Q.  That is not what it says here?

2          A.  Correct, it is wrong.  This wording is

3    not the correct wording.

4          Q.  Is it wrong or is it wrong accidentally

5     or wrong by choice?

6          A.  I don't know that because I didn't

7    write this.  I was not a party who wrote this so I

8    can say if it was written accidentally or on purpose.

9          Q.  Yes?

10         A.  What I can tell is I guess this report

11   has been -- I am not sure, are there numbers here?

12         Q.  Numbers of what?

13         A.  Financials, I mean.

14         Q.  No, it is more of a promotional, it is

15    not an annual report?

16         A.  I understand.

17         Q.  But it is put out to the public?

18         A.  I understand.

19         Q.  That is how I got it?

20         A.  Sure.

21         Q.  Now I will show you another document

22    that will be marked as Exhibit 4.

23         (Exhibit 4 marked for identification)

24         And another document that I will ask the

25   Court Reporter to mark as Exhibit 5.

1          (Exhibit 5 marked for identification)

2          These we have produced in discovery?

3          MR QUARTARO:  Yes, thank you.  You can just

4     identify the ones that you have and read the title

5     into the record and if there is an issue we can sort

6     it out later.

7          MR GAITAS:  These documents come from an

8     authority in the United Kingdom that is called

9     Companies House.  Do you know what Companies House

10    is?

11         A.  No.

12         Q.  It is the authority that keeps track of

13    corporations, authorizes the operation and receives

14    reports from corporations and is in charge of

15    registering corporations in the United Kingdom?

16         A.  All right.

17         Q.  Now, if you look at the Exhibit 4 it is

18    labeled "Annual Return"?

19         A.  Yes.

20         Q.  And it is for the year 2015?

21         A.  Yes.

22         Q.  If you look and it is about a company

23    that is called Geden Operations Limited?

24         A.  Yes.

25         Q.  And if you go to the next page it lists

1    the name of one of the directors and that person is

2    Mr Karamehmet?

3              A.  Yes.

4              Q.  On the next page there is a director

5    whose name is Mehmet Mat and in the next page is

6    your name?

7              A.  Yes.

8              Q.  Further, in the following page, page

9    2191 is a gentleman by the name of Mr Mark Uttley?

10             A.  Yes.

11             Q.  Finally, if you go to page 4 it lists

12   the shareholders, and the sole shareholder shown is

13   Geden Holdings Limited?

14             A.  Correct.

15             Q.  That is the Geden Holdings Limited we

16   mentioned earlier, the one that is incorporated in

17   Malta?

18             A.  Yes, a ship owning company.

19             Q.  If we go to Exhibit 5, it says:

20             "Geden Operations Limited report and

21   financial statements for the year ending 31st

22   December 2014."

23             On page 2194, the second page there is a

24   table of contents?

25             A.  Yes.

1          Q.  In the first category of content is a

2  report of directors.  This is a report that you and

3  your fellow directors make to the shareholders?

4          A.  Yes.

5          Q.  And it is a truthful report?

6          A.  Yes.

7          Q.  Now, if you go to page 2195, the third

8  page, there is a heading in bold which states:

9          "The Company's a wholly owned subsidiary of

10  Geden Holdings Limited, a company incorporated in

11  Malta and a part of Geden Lines, a shipping group

12  based in Turkey."?

13          A.  Yes.

14          Q.  This is a statement of the directors?

15          A.  Correct.

16          Q.  Do you agree with the statement that

17  Geden Holdings Limited is a company incorporated in

18  Malta and a part of Geden Lines?

19          A.  I have to admit it is not correct.

20          Q.  But you made that statement?

21          A.  Yes, I mean I didn't read this to be

22  honest.  It is the first time I read this but, yes,

23  it has been done by auditors and we sign it, or it is

24  signed by our head of the office here.  I didn't read

25  it myself.

1            Q.  I don't want to argue with you, but the

2      auditors report is pages 3 and 4 and at pages 1 and

3      2 is the report of the directors?

4            A.  Yes, I confirm that.  I didn't read it

5      but it has been signed and reported.

6            Q.  You agree that under Exhibit 3 which we

7      saw earlier Geden Lines was part of the Cukurova

8      Group?

9            A.  Yes, the management company.  It is

10     part of the Cukurova Group, yes --

11           Q.  When we say the management company, is

12     that Genel Denizcilik?

13           A.  Correct.

14           MR QUARTARO:  Let him finish the question.

15           A.  Sorry.

16           MR GAITAS:  Yes, the answer is yes.

17           MR QUARTARO:  I didn't get the rest of the

18     question?

19           MR GAITAS:  That was the whole question.

20     When you refer to Geden Holdings you call it the ship

21     owning company?

22           A.  Yes.

23           Q.  Now you call it the ship owning company

24     because it owns ships?

25           A.  It owns ships.

1         Q. If we go to Exhibit 3, which is the

2 Cukurova report and if you go to page 128, it is

3 towards the very end?

4         A. Yes.

5         Q. If you look at the right-hand column

6 towards the bottom, it is a director, these pages

7 are a director of the companies within the Cukurova

8 Group?

9         A. Yes.

10        Q. You see it says "Geden Holdings

11 Limited."

12        A. Yes.

13        Q. It has an address of 12 Buyukdere Cad,

14 Kredi Plaza, Levent, 34330 Istanbul?

15        A. Yes.

16        Q. And it has a telephone number

17 underneath and a fax number?

18        A. Yes.

19        Q. Below that there is a name Geden

20 Holdings Limited, do you agree?

21        A. Yes.

22        Q. The same address as Genel Denizcilik?

23        A. Yes.

24        Q. Same phone?

25        A. Umm hmm.

European Deposition Services
www.european-depositions.com
C.A. No. 1:18-cv-00178    EXHIBIT 2

1          Q.   Same fax?

2          A.   Yes.

3          Q.   And this has an e-mail that says

4    gedenlines.com?

5          A.   Yes.

6          Q.   So the ship owning company and the

7    management company share the same address?

8          A.   I mean, probably the reason why they

9    write like this is Geden Holdings address in Malta is

10   a satellite office and there is nobody there and the

11   managers are Genel Denizcilik.  If whoever reads this

12   and wants to reach Geden Holdings they should reach

13   this office for any questions they have, I guess.

14         Q.   The office that you call a satellite

15   office in Malta, that is 128 Old Bakery Street?

16         A.   Correct.

17         Q.   Is that a satellite office or is it --

18         A.   A registered office.  When I say

19   registered, there is nobody in that office.

20         Q.   There is no employees?

21         A.   Correct.

22         Q.   Is it the lawyer's office?

23         A.   I guess so, I am not sure.

24         Q.   So the business of the holding company,

25   the day-to-day business of the holding company is

1   not conducted out of the Malta office, it is

2   conducted out of the office of the operating

3   company?

4           A.  Correct.

5           Q.  With the same telephone, e-mails, etc?

6           A.  Yes, that is what the managers do, get

7   paid for that.

8           Q.  Does Geden Holdings Limited -- or did

9   Geden Holdings Limited in 2010 when this report was

10  made have any employees of its own, on its own

11  payroll?

12          A.  As much as I know, no.

13          Q.  Did it conduct any operations with its

14  own personnel?

15          MR QUARTARO:  Object to form.

16          A.  When you say "own", I mean a shipping

17  company, how this one works at least, everything done

18  by the managers were Geden Holdings paying a fee to

19  managers and managers on behalf of the owning company

20  manage the business.

21          MR GAITAS:  I see.  So the answer is no,

22  because they did not have any employees?

23          A.  Correct.

24          Q.  So the managing company was doing all

25  of its work?

1          A.   Correct.

2          Q.   I will show you another document which

3   I will ask the Court Reporter to mark as Exhibit 6.

4          (Exhibit 6 marked for identification)

5          Are you generally familiar with this

6   document?

7          A.   Yes.

8          Q.   And would you agree then that it is a

9   prospectus?

10          A.   Yes.

11          Q.   Of a company by the name of Universal

12   Maritime Inc., which was going to be listed in the

13   Oslo Stock Exchange, and do you agree that when this

14   prospectus was issued, and the date of its issuance

15   is at the bottom of first page, June 19th, 2012,

16   this was a wholly owned subsidiary of Geden Holding

17   Limited?

18          A.   Correct, I guess so.  I guess that

19   should be the case.

20          MR QUARTARO:  Well, do you know?

21          A.   I can't remember right now, but as much

22   as I remember that should be the case.

23          MR GAITAS:  It may help you if you look at

24   the page Bates numbered 1682?

25          A.   Yes.

1              MR GAITAS:  Under the heading:  "Commercial

2    and strategic management":

3              "The company will carry out the commercial

4    and strategic management of the fleet and perform

5    certain administrative functions through the

6    Company's wholly owned subsidiary UM (USA) Delaware

7    Limited Liability Company that was formed in

8    March 2011 and maintains its principal executive

9    offices in New York, New York."

10             That is not there, is it?

11             MR QUARTARO:  Go off-the-record for a

12   minute.

13                      (off-the-record)

14             MR GAITAS:  It is at page 1641, second

15   paragraph from the top.

16             A.  Yes.

17             Q.  The Company was incorporated in the

18    Marshall Islands in March 2011?

19             A.  Yes.

20             Q.  "From its incorporation the Company has

21    been a wholly owned subsidiary of Geden and will

22    remain so until the completion of the offering."?

23             A.  Yes.

24             Q.  The new company Universal was going to

25    operate 10 tankers?

1              A.  Yes.

2              Q.  They were:  The Profit, the Blue,

3     Blank, Target, True, Value, Bravo, Power, Pink and

4     Reef, sound familiar?

5              A.  Yes.

6              Q.  If you go to page 1635:

7              "The Board of Directors at Universal

8     Maritime accepts responsibility for the information

9     contained in this prospectus."?

10             A.  Yes.

11             Q.  There is your name, the name of

12    Mr Ergin Bulent and Mr Karamehmet?

13             A.  Yes.

14             Q.  Would you agree that you vouched for

15    what is said here as true?

16             A.  Yes.

17             Q.  If you look at the same Exhibit at page

18    1628, about the middle of the page where it says:

19             "Mr Ergin Bulent also served as the

20    Chairman of the Board of Directors of Geden and

21    GDAS."  GDAS being the management company?

22             A.  Yes.

23             Q.  "The vice Chairman Mr Tugrul Tokgoz is

24    the Chief Executive officer and on the Board of

25    Directors of Geden and GDAS and the director,

1    Mr Mehmet Mat, is the chief financial officer of

2    Geden and GDAS."?

3            A.  Yes.

4            Q.  That was true in 2012.

5            A.  Yes.

6            Q.  Likewise, if you look at page 1701 at

7    table 11.3, the same information is repeated there?

8            A.  Yes.

9            Q.  As to the board membership?

10           A.  Yes.

11           Q.  And positions of the directors of

12   Universal?

13           A.  Correct.

14           Q.  So to sum up, at least since 2010 and

15   2012 Geden Lines, Geden Holding Limited have the

16   same directors, the same CEO, the same chief

17   financial officer?

18           A.  Yes.

19           Q.  They have the same business address?

20           A.  Yes.

21           Q.  Same telephone?

22           A.  Yes.

23           Q.  Same fax?

24           A.  Yes.

25           Q.  Same e-mail?

1          A.  Yes, I mean there is no e-mail -- there

2    is an e-mail address for the managers, so managers

3    representing the holding company, not same e-mail,

4    but there is one e-mail which is the managers e-mail.

5          Q.  And you and Mr Ergin during this period

6    of time were on the board of directors of the

7    Cukurova?

8          A.  Correct.

9          Q.  I would like to go back to Exhibit 5

10   for a moment.  I will refer you to page 2211 under

11   item 16, "Parent company and ultimate controlling

12   party":

13          "The Company is a wholly owned subsidiary

14   of Geden Holdings Limited, a company incorporated in

15   Malta.  The ultimate controlling party is the

16   Karamehmet family?

17          A.  Yes.

18          Q.  That is a big ball park.  Who are the

19   members of the Karamehmet family who were the

20   ultimate controlling party?

21          A.  I mean it is a big family.  I don't

22   know all the relatives, of course, but the

23   controlling of the Geden Holdings Limited is

24   Mr Karamehmet.

25          Q.  Himself?

1           A.  Yes.

2           Q.  Nobody else?

3           A.  Nobody else.

4           Q.  Why does it say "Karamehmet family"

5  then, why doesn't it mention him by name?

6           A.  I mean --

7           MR QUARTARO:  Object to form.

8           A.  I don't know basically.

9           MR GAITAS:  So you took your orders as a

10  director from the Company from Mr Emin Karamehmet

11  direct?

12           A.  Yes.

13           Q.  And he is the person who elected you to

14  the board of directors of Geden Holdings Limited?

15           A.  Correct.

16           Q.  And to the board of directors of Genel

17  Denizcilik?

18           A.  Correct, and Cukurova also.

19           Q.  And Cukurova?

20           A.  Yes.

21           Q.  Was that done formally or did he tell

22  you he wanted you?

23           A.  Informally he asked me to join and I

24  did.

25           Q.  And you couldn't say no.

1          MR QUARTARO:  Objection.

2          A.  If I didn't want it I would say no.

3   I wanted to and I joined.

4          MR GAITAS:  How long would you have lasted

5   in your job if you had said:  No, I don't want to be?

6          MR QUARTARO:  Objection.

7          A.  Sorry?

8          MR QUARTARO:  It calls for speculation, how

9   would he know?

10         A.  I don't understand.

11         MR GAITAS:  If you talked to Mr Karamehmet

12  and said:  "I don't want to serve on this company on

13  the board of directors because I have to sign all

14  these papers with my signature and I don't want to",

15  what would have happened?

16         A.  Probably I should have left the

17  Company.

18         Q.  Thank you.  When you reported to the

19   shareholders in your capacity as a board member and

20   CEO for these two companies you reported to Mr

21   Karamehmet.

22         A.  Yes.

23         Q.  If you look at Exhibit 6 at page 1606,

24   under the heading "1.5 shares and share capital."?

25         A.  Yes.

1          Q.   "The Company's authorized capital stock

2     as of the date of this prospectus consists of 100m

3     shares with a power value of $0.01 per share of

4     which 500 are currently issued and outstanding.  All

5     the issued shares in the Company are currently owned

6     by Geden, which in turn is 100% indirectly owned by

7     the Karamehmet family in Turkey."

8          So this is now in 2012 this statement?

9          A.   Yes.

10         Q.   Again the same question to you, who is

11    the Karamehmet family in Turkey that this report

12    refers to?

13         A.   I don't know.  I mean it is a family, a

14    big family.  I know the Chairman and the main person

15    in the family is Mr Emin Karamehmet who I know is a

16    sole shareholder or controlled party of Geden

17    Holdings and Cukurova also, but I don't know what

18    this Karamehmet family refers to.  This is written by

19    the lawyers prospectus and banker's basically, so I

20    don't know what exactly they refer to here.

21         Q.   You remember when I asked you earlier

22    that you and the other directors vouched for the

23    truthfulness of what is contained in this

24    prospectus?

25         A.   Yes.

1          Q.  So you read it before you vouched for
2     it, did you not?

3          A.  I didn't read all this 300 pages.

4          MR QUARTARO:  Object to the last question.
5     You can continue.

6          MR GAITAS:  Isn't it a very serious thing
7     to write as to who is the ultimate controlling party?

8          A.  I mean, I can again confirm that Geden
9     Holdings Limited is owned by Mr Emin Karamehmet.
10    What they refer here to as the Karamehmet family I
11    don't know.  Legally they may be the same or it may
12    not create a problem.  I don't know what legal it is,
13    I am not a lawyer, but I know who owns Geden Holdings
14    and I don't know if the Karamehmet family, what they
15    mean here and if they are in conflict.

16         Q.  Geden Holdings Limited is a Maltese
17    company?

18         A.  Yes.

19         Q.  And Maltese companies maintain records?

20         A.  Yes.

21         Q.  And maintain shareholders books?

22         A.  Yes.

23         Q.  To whom the shares were issued?

24         A.  Yes.

25         Q.  So do you know for a fact as a director

1    of the Company Geden Holdings Limited and as the CEO

2    of Geden Holdings if there is such a shareholders

3    book?

4             A.  Yes, it is Geden Holdings owned by a

5    company called Buselten.

6             Q.  Buselten Finance SA?

7             A.  Yes.

8             Q.  And Buselten is owned by whom?

9             A.  By Mr Emin Karamehmet.

10            Q.  Entirely?

11            A.  Correct.

12            Q.  And, in fact, you anticipated my

13   question because this is also reported in a Schedule

14   13 filing with the SEC in 2005?

15            A.  All right.

16            Q.  Mr Emin Karamehmet owns Buselten and

17   Buselten owns Geden Holdings?

18            A.  Correct.

19            Q.  And there is a shareholders book that

20   confirms this?

21            A.  In Malta, yes.

22            Q.  So the statement that I just referred

23   you here at page 1606 is not true?

24            A.  I mean --

25            MR QUARTARO:  Objection.

1          A.  Legally right or wrong I can't comment

2  on that.

3          MR QUARTARO:  Asked and answered.

4          MR GAITAS:  Fine.

5          A.  If they think that the Karamehmet

6  family -- he is the head of the Karamehmet family and

7  if they want to refer that, what lawyers want to do,

8  I don't know.

9          MR GAITAS:  It is the fault of the lawyers?

10          MR QUARTARO:  Objection.

11          MR GAITAS:  What I am trying to do is to

12  get to the truthfulness of the statement on page

13  1606, all the issued shares in the Company are

14  currently owned by Geden which in turn is indirectly

15  owned by the Karamehmet in Turkey, indirectly through

16  Buselten?

17          A.  Yes.

18          Q.  Okay.  Would it be true also that the

19   Karamehmet family through Cukurova already at the

20   same time owned Genel Denizcilik?

21          A.  It controls Genel Denizcilik.

22          Q.  Controls?

23          A.  Controls and owns directly indirectly.

24          Q.  But all of the shares are in the hands

25   of Cukurova?

1          A.   Indirectly, yes.

2          Q.   And ultimately Mr Karamehmet?

3          A.   Yes.

4          Q.   In the prospectus there is a statement

5     that Genel Denizcilik is an affiliate of the

6     Cukurova Holdings Limited, the affiliation means it

7     is owned?

8          A.   Correct, not directly but Cukurova

9     Holdings AS owns the company which may own another

10    company which may own Genel, so indirectly its shares

11    are owned at the top Cukurova Holdings AS.

12         Q.   So controls ultimately --

13         A.   Controlled by Cukurova Holdings AS.

14         Q.   Let's move to another Exhibit.

15         (Exhibit 7 marked for identification)

16         I have handed you this document which is

17    labeled "Project Hermitage".  Are you familiar with

18    this document?

19         A.   Yes, I remember this.

20         Q.   What role did Geden Lines have in

21    preparing this report?

22         A.   It is not prepared by Geden Lines, it

23    is prepared by Alix Partners in order to make a

24    presentation to the banks, or to counter parties of

25    Geden at the time this report has been published,

1  prepared.

2          Q.  You will agree with me, though, that

3   this report was prepared by order of Geden Lines?

4          A.  By order of the banks mainly, but we

5  paid for this, but the banks asked Geden Holdings to

6  appoint Alix Partners to make a presentation to the

7  banks about the position of the Company at that time

8  and what they think should be done.

9          Q.  I will ask you to look at the second

10   page where it says:

11          "This report was prepared by Alix Partners

12  UK LLP exclusively for the sole benefit and internal

13  use of Genel Denizcilik Nakliyati, Geden Lines, the

14  Company pursuant to client relationship between Alix

15  Partners and the Company."?

16          A.  Yes.

17          Q.  Who gave the factual information that

18   is contained in this report to Alix Partners?

19          A.  The Company itself.

20          Q.  Which Company?

21          A.  I mean the managers Genel Denizcilik on

22  behalf of Geden Holdings.

23          Q.  Not on their own behalf?

24          A.  No, because the information is for the

25  ship owning companies.  Genel Denizcilik doesn't have

1  any assets.

2          Q.  If you go to page 1837 approximately in

3   the middle of the page it says:

4          "In considering alternatives for financial

5  structuring the Company sought to achieve the

6  following key objectives."

7          Do you see that?

8          A.  Yes.

9          Q.  And the third objective was to:

10          "Ring fence potential sources of

11  disruption, hold out or nuisance such as arrests or

12  sister ships arrests."

13          Then further on down:

14          "A long-term plan involves grouping and

15  ring fencing assets according to the net service

16  capacity and sensitivity."  What does that mean,

17  "ring fencing"?

18          A.  A good question, I don't know what

19  exactly that word means.

20          Q.  Well, you paid for this report?

21          A.  Yes.

22          Q.  Quite a bit?

23          A.  I can't remember what it is right now.

24          Q.  They made the recommendation to you,

25   correct?

1                    A.   They did to the banks, not to us.

2                    Q.   It was prepared by the order of Geden,

3    though?

4                    A.   Not by order, by request of the banks

5    to be appointed, this Company, but banks asked us to

6    pay.

7                    Q.   Of course.  It recommends:

8                    "A financial restructuring which will ring

9    fence potential sources of disruption, hold out or

10   nuisance such as arrests or sister ships arrests."

11                   So it has something to do with preventing

12   the arrests of ships?

13                   A.   Correct, that is what I understand it

14   to mean.

15                   Q.   And that would be the result of the

16   restructuring of the Company?

17                   A.   Yes, and this is a restructuring of the

18   Company.

19                   Q.   To avoid disruption such as arrest of

20   ships?

21                   A.   Including that one, yes.

22                   Q.   Would it be fair to say that it was

23   part of your plan in commissioning this report, or

24   paying for this report, is to find a structure that

25   would protect the assets of the Company from arrest?

1           MR QUARTARO:  Objection.  The witness has

2     testified that it is the bank is the one instructed

3     them to prepare this report.

4           A.  Yes, that is what I can confirm.

5           MR GAITAS:  What is it that you can

6     confirm?

7           A.  The banks have asked us to appoint a

8     third party named Alix Partners to establish a report

9     to them about the position of the Company and what

10    steps they think should be taken.

11          Q.  And did you agree with that report?

12          A.  I mean, this has been presented to the

13    banks.  It is not something we agree or ask the banks

14    to do.  This has never been accepted by the banks and

15    this didn't fly, it didn't happen.

16          Q.  Not to argue with you, but there was a

17     restructuring of the Company?

18          A.  I mean, basically very briefly we went

19    to the banks ourselves as managers without Alix

20    Partners.  We made some presentations.  We told what

21    the company's position is, we talked about loan

22    agreements and stuff, and they said:  "We all respect

23    the market is bad but in order for us to make an

24    internal decision you need to appoint a third party

25    Alix Partners."  They should make a report and then

1    we will check what should be done, if anything can be

2    done and we will decide accordingly."  This report

3    went to the banks and they didn't accept it and this

4    has been closed.  That is what happened basically.

5              Q.  But there was a restructuring of the

6     Company?

7              A.  What we tried to do as managers to

8    amend the loan agreements, the amortization of the

9    loans, depending on the earnings of the vessels in

10   order to pay them properly and we asked the same

11   thing for the bareboat owners to reduce the rates in

12   order to continue paying them.  That is what we asked

13   for.  The banks asked to have a report by a third

14   party, so from my understanding of restructuring we

15   want to amend to payout as per earnings, but then

16   this report has been prepared by Alix Partners which

17   didn't fly and we continued by selling the vessels

18   one by one and shrinking basically.

19             Q.  Essentially didn't Geden Lines

20    implement this report in a way by changing the

21    ownership structure?

22             A.  No.

23             Q.  Weren't the ships sold to new

24    companies?

25             A.  The ships sold to all third parties

1    since 2011 until the last six months.

2              Q.  I am talking about the 11 tankers that

3    we talked about earlier?

4              A.  Yes.

5              Q.  Weren't they sold to new companies?

6              A.  Yes.

7              Q.  Isn't this what this report recommends?

8              A.  No, this report recommends a lot of

9    things, I can't remember what they all are, but

10   basically what happened is Geden Holdings sold,

11   I think it was one of our 60 vessels to almost none

12   eventually in five to six years time.

13             Q.  I don't understand your answer.

14   Weren't the ships --

15             A.  Including the 11 tankers.  Geden

16   Holdings sold about 50 to 60 ships roughly.

17             Q.  With specific reference to the 11

18   tankers, that's what I'm talking about, were they

19   sold to new companies?

20             A.  Yes.

21             Q.  To Advantage Tankers?

22             A.  Yes.

23             Q.  And Geden Lines remained the manager?

24             A.  Correct.

25             Q.  If you go to page 1840 of this report?

1          A.  Yes.

2          Q.  Exhibit 7?

3          A.  Yes.

4          Q.  It says in the first paragraph:

5          "The Company has actively been managing its

6  portfolio since 2008 mainly via:

7          The investment of c.$700m in equity along

8  with $1.8b of bank and sale-leaseback (18) financing:

9          The sale of 12 vessels upon delivery for

10  net proceeds of 136m.

11          The sale of 17 vessels operating within the

12  fleet for net proceeds of $79m."

13          A.  Yes.

14          Q.  In this report the Company refers to

15  Genel Denizcilik?

16          A.  Geden Holdings.

17          Q.  It does not?

18          A.  It is wrong then.

19          MR QUARTARO:  Objection.

20          MR GAITAS:  I will refer you to page 1832.

21          "This report was prepared by Alix Partners

22  UK LLP, Alix Partners exclusively for the sole

23  benefit and internal use of Genel Denizcilik

24  Nakliyati AS (Geden Lines) the Company."

25          A.  Yes.

1          Q.  So that is when they refer to the

2    Company they say the Company has been managing its

3    fleet, that is what it refers to?

4          A.  Yes, but it is wrong.

5          Q.  That is wrong too?

6          A.  Yes, I mean Genel Denizcilik is a

7    Company in Turkey which is a manager, not only for

8    this fleet owned by Geden Holdings at this time, but

9    also third parties, third party big names and Geden

10   Holdings and never have assets.  Genel has never

11   owned ships during this time, and Geden Holdings, a

12   Maltese entity, which owns the ships so, of course,

13   this cannot be true.

14         Q.  So Alix Partners made a mistake here?

15         A.  Yes, that is what I can say.

16         Q.  What we saw in Exhibit 3 is also a

17   mistake when it refers to these ships being owned

18   and operated by Genel Denizcilik, that is also a

19   mistake?

20         A.  Which one, the Cukurova Group report.

21         Q.  Yes.  If you refer at page 91?

22         A.  Yes.

23         Q.  It says:  "As of the year end 2010

24   Geden Lines owns and operates a fleet of 33

25   vessels."

1              Is that a mistake too?

2              A.  This Geden Lines, I mean owns and

3    operates.  Operates but doesn't own, yes.  I mean, as

4    a legal fact this is wrong, yes.

5              Q.  But as an actual fact the person that

6     controls both of these companies you told us is

7     Mr Karamehmet?

8              A.  If you look in that sense it can be

9    taken as correct.  It is owned by the same person.

10             Q.  So it is correct?

11             A.  Both Geden Holdings fleet and the

12   managers are owned by the same ultimate person, yes,

13   I can confirm that.

14             Q.  In fact, as you told us before, Geden

15    Holdings, is this the holding company?

16             A.  Yes, which owns SPCs which owns the

17   vessels.

18             Q.  It doesn't carry on any business?

19             A.  No.

20             MR QUARTARO:  Objection.

21             MR GAITAS:  The business is conducted

22   through?

23             A.  A manager.

24             Q.  A manager?

25             A.  Correct.

1          Q.   Genel Denizcilik?

2          A.   Correct.

3          Q.   They are not only operations, they are

4    technical?

5          A.   Yes.

6          Q.   Financial?

7          A.   For Geden Holdings, yes.

8          Q.   They keep the books, they collect the

9    freights?

10         A.   No, the Company itself collects the

11   freights, its own accounts, its own bank accounts,

12   its own financials.  Genel Denizcilik only manages

13   the fleet technically and commercially.

14         Q.   But you told me earlier that Geden

15   Holdings does not have any employees?

16         A.   It has directors as per the Company.

17         Q.   But you don't keep the books, you are

18   the director, you don't keep the books?

19         A.   The auditors KPMG has the books.

20         Q.   And receiving and paying?

21         A.   Yes, they are doing.  The Company has

22   its own accounts and the director signs for in and

23   out accounts to transfer money.  It is not Genel

24   Denizcilik who transfer.  Geden Holdings transfers

25   the money to Genel Denizcilik for the OPEX, operating

1    costs, and then the rest is in Geden Holdings

2    accounts and used for the general purpose by the

3    Geden Holdings directors.

4            Q.  But the fact is that the directors, the

5     chief executive officer, the chief financial officer

6     are the same?

7            A.  Yes, that's right.

8            Q.  So when you act for, when you sign a

9     check, do you sign the checks?

10           A.  Yes, depending on the Company.  I sign

11    the check for the managers and sign a check for the

12    Geden Holdings, and also I was signing checks for

13    these companies in which I have been a director

14    during my business life in Cukurova.

15           Q.  Yes?

16           A.  So depending on which Company of course

17    I signed checks and made transfers and spend money.

18           Q.  I want to refer you again to Exhibit 7

19     and specifically to page 1846.  Do you see that

20     there is a diagram there with boxes?

21           A.  Yes.

22           Q.  And a theoretical view of what things

23     would look like if this plan was implemented.  Do

24     you see all these documents again are Karamehmet?

25           A.  Yes.

1          Q.   And which Karamehmet?

2          A.   Emin Karamehmet.

3          Q.   And there is below Buselten Finance SA?

4          A.   Yes.

5          Q.   Which is another holding company?

6          A.   Which owns Geden Holdings?

7          Q.   Which owns Geden Holdings?

8          A.   Yes.

9          Q.   And at the same time in the same box

10   below Karamehmet is Cukurova Holdings AS which owns

11   Genel Denizcilik?

12         A.   Correct.

13         Q.   So ultimately the boss is Mr

14   Karamehmet?

15         A.   Yes.

16         MR GAITAS:  I will show you a document that

17   I will ask the Court Reporter to mark as Exhibit 8.

18         (Exhibit 8 marked for identification)

19         I forgot to mention this, and I am sorry,

20   if you want to take a break at any time please tell

21   us.

22         MR QUARTARO:  I told him to.

23         MR GAITAS:  We will have a cup of tea.

24                (Short Recess)

25         MR GAITAS:  We briefly referred to

1    Exhibit 8 earlier.

2         A.  Yes, when we talked about Buselten.

3         MR GAITAS:  And if you go to page 25 of

4    this Exhibit, this is one that is not numbered, can

5    you identify what it is for the record?

6         A.  No.

7         MR GAITAS:  I will identify it, this is a

8    Schedule 13D, it is available on-line from the SEC

9    database Edgar, and it is a report filed under the

10   Securities Exchange Act regarding Turkcell.

11        MR QUARTARO:  Is there a date?

12        MR GAITAS:  November 25th, 2005.  If you

13   refer to page 10 of 25 in the middle of the page?

14        A.  Yes.

15        Q.  If you look at the middle of the page,

16    two paragraphs essentially confirm that

17    Mr Karamehmet is the holder of 100% of the

18    outstanding shares of Buselten, as you told us

19    earlier?

20        A.  All right.

21        Q.  And Buselten is part of the Cukurova

22    Group?

23        A.  It is not of the Cukurova Group, it is

24   totally owned by himself.  It is not linked to the

25   Cukurova Group.

1          Q.  Yes.  Buselten is a Panamanian Stock
2   Corporation with its principal address --

3          A.  Yes.

4          MR QUARTARO:  I object.  The document
5   speaks for itself.

6          MR GAITAS:  I just asked the witness to
7   confirm that is still the case.

8          A.  As far as I know, yes.

9          Q.  I take you back to Exhibit 7 at page
10   1870, do you see that?

11          A.  Yes.

12          Q.  If you look underneath the comments it
13   says:

14          "The solution provides directly or
15   indirectly for the primary objectives held by the
16   different stakeholders."

17          I think it means the banks?

18          A.  Yes.

19          Q.  In the first box under comments it
20   says:

21          "Provides for re-categorization of exposure
22   from Geden Holdings Limited to Newco, where equity is
23   in the money and shareholders are better incentivized
24   to provide on-going support."

25          Do you see that?

1          A.  Yes.

2          Q.  Do you understand what that means?

3          MR QUARTARO:  Object to the question.  The

4     witness has testified he did not draft this.

5          A.  I am not one hundred percent

6     understanding, please correct me if I am wrong, in

7     some assets or all assets there is a balance sheet of

8     Geden Holdings, has equity -- plus equity, and this

9     can be moved -- I don't understand exactly what that

10    means.

11         MR GAITAS:  But you mentioned in the

12    balance sheet Geden Holdings has equity --

13         A.  Here I understand.

14         Q.  -- on some assets?

15         A.  Or in total, I don't know.

16         Q.  It has equity in some assets?

17         A.  Yes.

18         Q.  And it talks about generally in this

19    report about shifting assets to a new company?

20         A.  Yes.

21         Q.  That is shifting equity?

22         A.  If you shift the plus assets to

23    somewhere else it means shifting plus equity, yes.

24         Q.  Then Geden without any equity in these

25    assets cannot respond as a debtor?

1            MR QUARTARO:  Objection.

2            A.  If a Company X, Y, Z and this here

3    Geden Holdings, transfers assets, I mean it has to

4    sell the assets as someone has to buy that.

5            MR GAITAS:  Yes.

6            A.  That means, as we assume now these are

7    equity, plus equity, Geden has to be paid.

8            Q.  Right?

9            A.  And Geden has to receive money, that

10   means equity in the balance sheet in either assets or

11   in cash.

12           Q.  Right?

13           A.  So for the Company itself X, Y, Z or

14   Geden Holdings, it doesn't make any difference in

15   terms of its position other than shifting from one

16   asset to another asset like ship to cash, if this is

17   what it prefers.

18           Q.  Today as we are sitting here and

19    talking, what business is Geden Holdings involved

20    in, what kind of business does it do?

21           A.  Ship owning and shipping basically.

22           Q.  What ships does it own?

23           A.  Right now it has only one bulk carrier

24    and it has chartering vessels.

25           Q.  And it operates some ships, or it owns

1    companies that have ships chartered in?

2          A.  Yes.

3          Q.  Which ships does it have chartered in?

4          A.  Bulk carriers and tankers.

5          Q.  Many?

6          A.  About 10 roughly.

7          Q.  And one of these would be the CV

8    Stealth?

9          A.  Yes.

10         Q.  And CS Stealth would be another one?

11         A.  Correct.

12         Q.  Let's move into another area.  I will

13    show you a document that will be marked as Exhibit 9

14    and another document as Exhibit 10.

15        (Exhibit 9 marked for identification)

16       (Exhibit 10 marked for identification)

17        You looked at them real quickly?

18         A.  Yes.

19         Q.  And you will agree with me that

20    Exhibit 9 is a Limited Liability Company Agreement

21    for Advantage Tankers LLC, and Exhibit 10 is Limited

22    Liability Company Agreement of Advantage Holdings

23    LLC?

24         A.  Correct.

25         Q.  And at the end of each document, the

1    last page of each of these documents, do you

2    recognize your signature?

3              A.   Correct.

4              Q.   Is this the act by which the respective

5    companies Advantage Tankers and Advantage Holdings

6    were established?

7              A.   Correct.

8              Q.   And when you signed these document you

9    were chief executive officer of Geden Lines?

10             A.   I am acting both as director of Geden

11   Holdings and Geden Lines.

12             Q.   And you are no longer chief executive

13   officer --

14             A.   No.

15             Q.   -- of Geden Holdings?

16             A.   No, I am only a director.

17             Q.   When did you stop being a chief

18   executive officer of Geden Holdings and Geden Lines?

19             MR QUARTARO:  Objection.

20             A.   I can't remember exactly the name but

21   after I resigned from the Cukurova board, which is,

22   I think at the end of 2013 or early 2014, I left the

23   CEO position, I only act as a director.

24                       (off-the-record)

25             MR GAITAS:  So thus far we have talked

1    about you being a director and a CEO of Geden

2    Holdings?

3              A.   Correct.

4              Q.   You are telling me now that at some

5     point in time you ceased being a director of Geden

6     Holdings?

7              A.   I am still director of Geden Holdings.

8              Q.   But as chief executive officer of Geden

9     Holdings?

10             A.   Not any more.

11             Q.   Yes?

12             A.   Yes.

13             Q.   When did that happen?

14             A.   I mean there is a legal basis, there

15    was a document that I was a CEO, acting as CEO, I was

16    being a director of Geden Holdings but I was also

17    acting as CEO of the Company.  Since I left the

18    Cukurova Group then I stopped acting as CEO of Geden

19    Holdings.

20             Q.   Okay.  Who was the CEO of Geden

21     Holdings when you left?

22             A.   There is nobody right now, there is

23    only directors in the Company who represent the

24    Company.

25             Q.   Who acts in that position?

1          A.   Nobody right now.

2          Q.   So the directors act?

3          A.   Yes, mutually they decide what to do

4     and give orders to the manager as to what to do.

5          Q.   So by a vote?

6          A.   No.  What exactly do you mean by vote?

7          Q.   To sign a paper you have to have a

8      meeting?

9          A.   If needed for sale of a ship or that

10    kind of thing, yes, we vote.

11         Q.   For day-to-day things?

12         A.   Directors just.  I mean, I still decide

13    if anything day-to-day has to be taken a decision,

14    which there is not much day-to-day, then I still

15    order managers to do.

16         Q.   For me to understand what you said

17     about Geden Holdings, you acted as CEO, and in your

18     previous testimony and the record of the prospectus

19     that we looked of Universal it stated very clearly

20     that you were the CEO?

21         A.   At that time, yes.

22         Q.   At that time?

23         A.   Yes.

24         Q.   Then you ceased being the CEO?

25         A.   Correct.

1         Q.  But this cessation of you being a CEO

2  of Geden Holdings did not happen by a formal act of

3  the Company?

4         A.  No.

5         Q.  It happened informally?

6         A.  Correct.

7         Q.  But you can still continue --

8         A.  Representing the Company and making

9  decisions whenever needed.

10        Q.  You make decisions?

11        A.  Whenever needed, yes.

12        Q.  But all of this has happened

13  informally?

14        A.  Yes.

15        Q.  Let's go now to Genel Denizcilik?

16        A.  Yes.

17        Q.  You were also in your previous

18  testimony, and what we have in the documents we

19  looked through, especially the Universal prospectus,

20  you are named in these documents as the CEO of Genel

21  Denizcilik?

22        A.  Correct.

23        Q.  Have you ceased serving in that

24  capacity?

25        A.  I am a board member of Genel

1  Denizcilik, Geden Lines still but I don't act as a
2  CEO of the Company.
3            Q.  Who does?
4            A.  Nobody right now.  The Board decides,
5  makes voting, it is like a Turkish normal company as
6  per Turkish rules, the board orders to managers of
7  the company to act accordingly.
8            Q.  Any one on the board?
9            A.  No mutually.
10            Q.  Always mutually?
11            A.  Yes.
12            Q.  And you have a meeting to sign a check,
13   you have a meeting?
14            A.  Directors and some managers and
15  directors and board members have the capacity to sign
16  checks to limits.
17            Q.  I see?
18            A.  So to X, Y, Z a director can sign and
19  pay, above that another person has the right to sign,
20   and the board members have the capacity to sign
21  anything.
22            Q.  You have one of the Company managers,
23   it is a hypothetical question?
24            A.  There are managers.
25            Q.  A hypothetical question, you have one

1  of the ships that the Company manages somewhere in

2  the Pacific and it has problems?

3              A.  A vessel managed by Genel Denizcilik.

4              Q.  Yes.

5              MR QUARTARO:  Object to the hypothetical,

6  but please continue.

7              MR GAITAS:  And she needs urgently to sign

8  a Lloyds open form for salvage, who will tell the

9  Captain to go ahead and do this.

10             A.  There are department managers.  There

11 are technical managers, subline managers, crewing

12 managers, they act.

13             Q.  Ultimately who is responsible?

14             A.  The Board.  I mean it depends which

15 segment.

16             Q.  For an emergency decision that involves

17  a lot of money who will decide?

18             A.  The owners have to decide, of course.

19 It is ultimately the managers on behalf of the

20 owners.

21             Q.  And in this case one of the persons

22  representing the managers and the owners for the

23  vessels we discussed earlier, let's say the

24  Advantage Arrow, is you?

25             A.  Yes.

1              Q.  When you signed Exhibits 9 and Exhibit
2    10, we saw on the last pages that you signed?
3              A.  Yes.
4              Q.  On whose behalf did you do so?
5              A.  On behalf of Advantage Tankers and
6    Advantage Holdings.
7              Q.  Advantage Tankers and Advantage
8    Holdings did not exist on December 8th, 2014?
9              MR QUARTARO:  I am going to object to the
10   question.
11             A.  This is the date when these are
12   established.
13             MR GAITAS:  That is when they were
14   established?
15             A.  Yes, so I am a shareholder of this
16   Company and a director and I signed for each of the
17   Company from this date.
18             Q.  You were acting as a director of the
19    Company?
20             A.  As of this date we established this
21   Company and from this date I was a shareholder and I
22   was a director of this Company and I signed as a
23   director of this Company.
24             Q.  I thought that the Company came into
25    existence by virtue of this document?

1          A.  Correct, a director of somebody should

2  be appointed --

3          MR QUARTARO:  I am not sure I follow the

4  question myself.

5          MR GAITAS:  Well, the question is this, did

6  you do so in either a representative capacity on

7  somebody else's behalf, on your own capacity to

8  establish the Company because the Company --

9          A.  In my own capacity.

10          Q.  Individual?

11          A.  Yes, as a shareholder, if someone is a

12  director of this Company.

13          Q.  Let's look at Exhibit 11.

14          (Exhibit 11 marked for identification)

15          Do you recognize this document?

16          A.  Yes.

17          Q.  This is a document whereby a Limited

18  Liability Company by the name of Forward Holdings

19  LLC came into being?

20          A.  Yes.

21          Q.  And if you look at the last page do you

22  see your signature?

23          A.  Yes.

24          Q.  And there is the signature of

25  Mrs Gulsun Nazli Karamehmet Williams?

1          A.  Yes.

2          Q.  You signed this in order for Forward

3    Holdings to come into being?

4          A.  Correct.

5          Q.  And all of these documents, Exhibits 9,

6    10 and 11 are all dated December 8th --

7          A.  Yes.

8          Q.  -- 2014.  I will show you another

9    document that I will ask the Court Reporter to mark

10   as Exhibit 12.

11          (Exhibit 12 marked for identification)

12          Do you see that?

13          A.  Yes.

14          Q.  In the middle of the page approximately

15   there is an e-mail that continues on to the next

16   page.  Do you see the e-mail address from which this

17   e-mail was transmitted?

18          A.  Yes.

19          Q.  It is mmat@advantagetankers.com?

20          A.  Correct.

21          Q.  It appears to be from Mr Mehmet Mat?

22          A.  Yes.

23          Q.  And it is addressed to Mr Sebastian

24   Schubert?

25          A.  Yes.

1          Q.  Do you know Mr Sebastian Schubert?

2          A.  Yes.

3          Q.  He is an officer from Norddeutche Bank

4    Girozentrale?

5          A.  Yes.

6          MR QUARTARO:  We will refer to Norddeutche

7    Bank Girozentrale as Nord LB for the purpose of this

8    and the remaining two depositions being conducted

9    this week.

10          MR GAITAS:  I will ask the Court Reporter

11    to mark Exhibit 13.

12          (Exhibit 13 marked for identification)

13          It appears to be another e-mail?

14          A.  All right.

15          Q.  From Mr Mehmet Mat?

16          A.  Yes.

17          Q.  Addressed to the same Mr Sebastian

18    Schubert?

19          A.  Yes.

20          Q.  And it continues on to the next page?

21          A.  Yes.

22          Q.  Let's look at the content of these two

23    e-mails?

24          A.  All right.

25          MR QUARTARO:  Give the witness a moment to

1   familiarize himself with the document, please.

2           MR GAITAS:  Yes.

3           A.  Yes.

4           Q.  It begins:

5           "Please note that Future Holdings,

6   Centerbridge and NSF have decided to terminate their

7   efforts for co-investing in a joint venture for the

8   crude vessels."?

9           A.  Yes.

10          Q.  Who is Future Holdings?

11          A.  It is a Company owned by Miss Nazli

12  Karamehmet Williams.

13          Q.  And Centerbridge?

14          A.  It is a fund in New York.

15          Q.  NSF?

16          A.  Again a hedge fund in New York.

17          Q.  Go to the next page:

18          "Future Holdings is still willing to

19  proceed with the crude investment and decided to

20  proceed alone."

21          Does Future Holdings have anything to do

22  with restructuring or --

23          A.  No.  As much as I know, no.

24          Q.  Was this a Company with assets?

25          A.  No.  I mean it is a Company owned by

1    Miss Williams, so that has to be asked to her.  It

2    has at least shipping assets.  It may have different

3    assets, I don't know.

4              Q.  You don't know?

5              A.  No.

6              Q.  If you go down to the bottom of the

7     second page of Exhibit 13, it says:

8              "We are approaching each of the lenders to

9    reconfirm their commitments with subject to several

10   amendments to be made on the agreed term sheets."

11             Then the next paragraph:

12             "With reference to the terms previously

13   offered by DVB we would like the following changes on

14   the term sheet to be considered by yourselves."

15             Who is we?

16             A.  Advantage Tankers.

17             MR QUARTARO:  Objection.

18             MR GAITAS:  Advantage Tankers?

19             A.  Yes.

20             Q.  If you look at the date, this e-mail

21    was transmitted in the previous one that we saw,

22    Exhibits 12 and 13, Advantage Tankers did not exist?

23             A.  Correct.  As a Company it didn't but

24   there is history about Advantage Tankers.  Once this

25   Nazli Karamehmet Williams decided to invest in

1  shipping, first she didn't want to put the full

2  equity herself so she

3  me she is interested to invest subject to somebody

4  being lined up with her on a 50/50 basis.  This was

5  early 2014, or at 2013, I can't remember exactly.  At

6  that time I went to the market basically, who I know

7  myself for quite some time, and I approached NSF and

8  which they also agreed to bring Centerbridge on

9  board, and we started the process of buying this nine

10  tankers.  This was in 2014.  The process started that

11  Nazli, Centerbridge and NSF 50/50, Nazli being 50.

12  We went to the banks and we started the process, we

13  started to go through the term sheets.  It is seven

14  or eight months work, and we came to a stage -- when

15  I say we, Advantage Tankers -- came to a stage where

16  some banks have given term sheets waiting for the

17  finalization of the joint venture, but due to some

18  commercial reasons Nazli and the two funds fell

19  apart.  But during that process we have decided the

20  name of the Newco to be Advantage Tankers, and we

21  reserved the name in Marshall Islands of Advantage

22  Tankers.  The Company has not been established but

23  Advantage Tankers name has been agreed by the

24  parties.

25          Then after Centerbridge and NSF and Nazli

1  fell apart basically I myself went to Shell, who are

2  the charterers of the risk at that time.  I told

3  about what has happened about the partnership and

4  asked them if they would accommodate an amendment to

5  the charters.  It was detailed but it was a market

6  floating rate.  There was no fixed rate, it was

7  market rated chartered parties, and I asked if they

8  would agree to give a base rate, which they came back

9  accepting that, subject to if there would be a profit

10  share 50/50 above the base rate.

11          I went back to Nazli and told her:  "Look,

12  Shell is there to accept this with a 50/50 profit

13  sharing and the base rate is there to cover the Bank

14  service plus OPEX."  So basically once that has been

15  agreed or confirmed by Shell I went to Nazli and

16  said:  "This is what we can achieve, A:  The banks

17  will be very happy with this base rate because they

18  know that they will be served whatever the market

19  will be, plus there is no risk for you to lose money.

20  Then she accepted to go alone without funds, the

21  funds were not there but without seeking any other

22  funds.

23          So that is the history of Advantage

24  Tankers.  So we established the Company in December

25  but Advantage Tankers as a name agreed by the three

1  parties and reserved as a name, probably in the

2  summer of 2014

3          MR GAITAS:  When you were engaged in these

4  discussions and you were approaching banks and

5  exploring these possibilities, on whose authority and

6  by whose instructions were you acting?

7          A.  I was working with Nazli to buy the

8  assets.

9          Q.  How did it come about she expressed an

10  interest?

11         A.  I approached her.

12         Q.  Why did you approach her?

13         A.  I mean I just didn't want to lose the

14  fleet, which was, I believe, a young and good fleet

15  with a good chartered attached with oil major like

16  Shell, and I asked if she would be interested to

17  invest and after some discussions and explaining what

18  it is and what can be done then she said she was

19  interested but not the full equity.  She didn't want

20  to go putting -- taking all.  She said if there is

21  any other party who would co-invest with her she can

22  proceed, and that is how it started.

23         Q.  At the same time when you were doing

24  this you were a director of Geden Holdings?

25         A.  Correct, who decided to sell assets.

1          Q.  And you were answerable to
2    Mr Karamehmet?
3          A.  Correct, who asked me to sell the
4    assets at that time.
5          Q.  Is there any writing to show this?
6          A.  No.
7          Q.  He asked you to sell the assets to
8    anyone?
9          A.  Yes, like I did with more than 150
10   ships in my ten year carrier.
11         Q.  Is there an act of the board of
12   directors of Geden Holdings that reflects this?
13         A.  No.
14         MR QUARTARO:  Objection.
15         A.  There has never been.  As I said, I
16   sold more than 150 ships in my last 10 years, and
17   there has been no board resolution in that sense,
18   other than signing the MOAs and that sort of stuff.
19         Q.  No authorization?
20         A.  Only verbal.  I was reporting to him,
21   he was asking to me what to do.
22         Q.  So Mr Emin Karamehmet decided to sell
23   and he gave you the directions, and you followed
24   them?
25         A.  Correct.

1          Q.  Did he suggest that you approach his

2    daughter?

3          A.  No.

4          Q.  You did that on your own?

5          A.  Yes.

6          Q.  And you kept him advised?

7          A.  After she confirmed she may have

8    interest I told that she has an interest and I will

9    try to find a partner to do so.

10          Q.  To try to find a partner?

11          A.  The funds.

12          Q.  To find a partner in the joint venture

13    that you mentioned?

14          A.  Yes.

15          Q.  Tell me something, the reason there was

16    a joint venture is the funds she was going to put up

17    would not be sufficient?

18          MR QUARTARO:  Objection.

19          A.  No, she didn't want to take the whole

20    risk.

21          MR GAITAS:  Right.  And wanted to spread

22    it?

23          A.  Correct.

24          MR GAITAS:  Were would Miss Karamehmet find

25    the funds?

1          MR QUARTARO:  Objection.

2          A.  It is not my money so I can't tell

3     about it basically.

4          MR GAITAS:  Going back to my question, when

5     you say "we" at this stage, which is 6th October 2014

6     under Exhibit 13, "we" means Miss Karamehmet?

7          A.  Advantage Tankers.  At that time, this

8     date, only Miss Williams.  Before that when we

9     reserved the name Advantage in the summer of 2014 it

10    was Centerbridge, NSF and Miss Williams.

11         Q.  Correct?

12         A.  Here it is Advantage Tankers basically

13    which will be owned by, only invest by her.  I now

14    see that Mehmet Mat confirms this that Gulsun Nazli

15    Karamehmet Williams will proceed herself.

16         Q.  So it would be her alone?

17         A.  Yes.

18         Q.  That is "we"?

19         A.  Yes, Company as a "we", Advantage

20    Tankers we.

21         Q.  The Company doesn't exist?

22         A.  I mean, as a legal entity, yes, it

23    doesn't exist but we know what the Company name will

24    be and what it will be.

25         Q.  Right?

1          A.   Because there was a previous eight or

2     nine months discussion with the banks and term sheets

3     as Advantage Tankers with three partners.

4                    (off-the-record)

5          MR GAITAS:  I appreciate that preceding

6     this e-mail of October 6th, 2014, there had been

7     extensive correspondence between yourself and

8     Mr Karamehmet?

9          A.   No, Mr Mehmet Mat.

10         Q.   Mr Mehmet Mat, proposed financing backs

11    regarding --

12         A.   Buying these assets, buying crude oil

13    vessels.

14         Q.   Buying the crude oil vessels?

15         A.   Correct.

16         Q.   Which we have not seen?

17         A.   All right.

18         Q.   And we would request to see this

19    correspondence?

20         MR QUARTARO:  Okay.

21         MR GAITAS:  Because among other things I

22    see in this Exhibit 13 that we just went through,

23    that there is a reference to term sheets?

24         A.   Exactly.

25         MR GAITAS:  And reference to

1  correspondence?

2          A.  Exactly.

3          MR GAITAS:  And we have not seen it and we

4  don't know who was dealing with whom?

5          A.  Yes.

6          MR QUARTARO:  Just to be clear, these are

7  the Centerbridge and NSF term sheets and

8  correspondence?

9          A.  Between banks and third parties.

10         MR QUARTARO:  With whoever is on the

11 Advantage side.

12         MR GAITAS:  Yes, and correspondence that

13 has followed the failure of the deal with NSF and

14 Centerbridge specifically involving what is mentioned

15 in Exhibit 13, a document Bates numbered 5191 that

16 refers to term sheets.

17         MR QUARTARO:  Shoot me an e-mail or

18 something so that I have something in writing.

19         MR GAITAS:  I will read, and I think this

20 will make it very clear:

21         "With reference to the terms previously

22 offered by DVB we would like the following changes on

23 the term sheet to be considered by yourself."

24         MR QUARTARO:  You don't have to read them,

25 George.

1          MR GAITAS:  Does that make it clear?

2          MR QUARTARO:  Yes.

3          MR GAITAS:  It is regarding terms sheets?

4          A.  Yes.

5          MR GAITAS:  And the proposed --

6          A.  The three party Newco.

7          MR GAITAS:  Yes.  That is it, the Newco.

8    Looking at the founding of the companies that we

9    discussed earlier, Advantage Holdings and Forward

10   Holdings and Advantage Tankers, are these companies

11   anything other than holding companies?

12          A.  I mean, Forward Holdings is a holding

13   Company and only owns 100% of Advantage Holdings.

14   Advantage Holdings is a holding Company which 100%

15   owns Advantage Tankers.  Advantage Tankers is the

16   ship owning Company which owns SPCs, basically,

17   Single Purpose Companies.

18          Q.  Do these companies have any day-to-day

19    business activities?

20          A.  No.

21          Q.  They are all holding companies?

22          A.  Yes.  Yes.

23          Q.  And Miss Karamehmet Williams was the

24    person along with your help that founded these

25    companies?

1          A.  Correct.

2          Q.  I will refer you to Exhibit 9 and

3  specifically page 2139.  Do you see that?

4          A.  Yes.

5          Q.  The last paragraph says:

6          "Upon formation the initial director of the

7  company shall be Miss Gulsun Nazli Karamehmet

8  Williams, Mr Sigvald Dagfinn Lunde and Mr Ali Tugrul

9  Tokgoz."?

10         A.  Yes.

11         Q.  And these people continue to be the

12  directors?

13         A.  As of today, yes.

14         Q.  And I draw your attention to page 2141

15  of this document?

16         A.  You asked if these are still?

17         Q.  Yes?

18         A.  They are still, and there is one more

19  board member who is the husband of Miss Williams.

20         Q.  What is his name?

21         A.  Courtney Williams.

22         Q.  Spelt?

23         MR QUARTARO:  I believe it is

24  C-O-U-R-T-N-E-Y.

25         MR GAITAS:  One question, there was on the

```
1   board of Turkcell a gentleman with the same last name
2   Colin Williams?
3              A.  No, no relation.
4              Q.  Back on Exhibit 9, I note about the
5    middle of the page it says:
6              "Upon formation Mehmet Mat shall be chief
7   financial officer and secretary of the Company and
8   shall hold such positions until the earlier, his
9   death, resignation or the appointment of his
10  successor."?
11             A.  Yes.
12             Q.  And Mr Mehmet Mat continues in that
13   position?
14             A.  Yes.
15             Q.  He is the chief financial officer and
16   secretary?
17             A.  Yes.
18             Q.  Now we will mark Exhibits 14 and 15.
19            (Exhibit 14 marked for identification)
20            (Exhibit 15 marked for identification)
21             Take a look at them, please?
22             A.  Yes.
23             Q.  Exhibit 14 is a director certificate
24   given on behalf of Advantage Tankers LLC?
25             A.  Yes.
```

1          Q.  And if you look at the signature page
2    it is signed by Mr Mehmet Mat?
3          A.  Yes.
4          Q.  And it is in his capacity as chief
5    financial officer of Advantage Tankers?
6          A.  Yes.
7          Q.  And sole director of Advantage Anthem
8    Shipping?
9          A.  Yes.
10         Q.  If you look at Exhibit 15, please, it
11   is a Power of Attorney?
12         A.  Yes.
13         Q.  And it is given on behalf of Advantage
14   Anthem Shipping?
15         A.  Yes.
16         Q.  Would you agree that this is signed by
17   Mr Mehmet Mat?
18         A.  Yes.
19         MR QUARTARO:  Objection.  You can answer.
20         A.  I mean, his name is here, I guess he
21   signed it.
22         MR GAITAS:  Do you know his signature?
23         A.  Yes.
24         Q.  And that is his signature?
25         A.  Yes.

```
 1            Q.  Now I will show you a document that has
 2   been marked as Exhibit 16.
 3            (Exhibit 16 marked for identification)
 4            Have a look through it, please, it is a
 5   bundle of documents?
 6            A.  All right.
 7            Q.  The first couple of pages with the
 8   Bates Number 1681 to 1682 are a resolution of Blank
 9   Shipping Limited for the sale of the vessel Blank?
10            A.  Yes.
11            Q.  And it is signed by yourself and
12   Mr Mehmet Mat?
13            A.  Yes.
14            Q.  And Mr Bulent Ergin?
15            A.  Yes.
16            Q.  With reference to the next document at
17   Number 1683 through 1684 it is a similar document?
18            A.  Yes.
19            Q.  For the sale of the vessel Pink?
20            A.  Yes.
21            Q.  And it is signed by the same
22   individuals we just mentioned?
23            A.  Yes.
24            Q.  As directors of Pink Shipping Limited?
25            A.  Yes.
```

1          Q.   And the next document between pages
2     1685 through pages 1686 ask likewise the same kind
3     of document as the previous two signed on behalf of
4     Barbarous Maritime.
5          A.   Yes.
6          Q.   And the next document between pages
7     1687 and 1688 is the same kind of authorization and
8     a resolution signed by the same individuals in their
9     capacity as directors of Reef Shipping Limited?
10         A.   Yes.
11         Q.   Authorizing the sale of the vessel
12    Reef?
13         A.   Yes.
14         Q.   The next document between pages 1689
15    and 1690 is a resolution of the board of directors
16    of Value Shipping Limited of the sale of the vessel
17    Value signed by the same individuals in their
18    capacity as directors of this Company?
19         A.   Yes.
20         Q.   The next document between pages 1691
21    through 1692 is a resolution board of directors of
22    Profit Shipping Limited authorizing the sale of the
23    vessel Profit and it is signed by the same
24    individuals mentioned previously?
25         A.   Yes.

1          Q.   In their capacities as directors of

2     this Company?

3          A.   Yes.

4          Q.   The next document between pages 1693

5     through 1694 is a resolution of the board of Blue

6     Shipping Limited accomplishing the same act for the

7     sale of the vessel Blue?

8          A.   Yes.

9          Q.   The next document between pages 1695

10    through page 1696 is a resolution of Bravo Shipping

11    Limited authorizing the sale of the vessel Bravo?

12         A.   Yes.

13         Q.   And it is signed by the same

14    individuals

15   in their respective capacities as directors of Bravo

16    Shipping Limited?

17         A.   Yes.

18         Q.   The next document between pages 1697

19    and 1698 is a resolution of the board of directors

20    of Prima Shipping Limited for the sale of the MV MD

21    Royal and it is signed on behalf of Prima Shipping

22    Limited by its respective directors, or by the same

23    two individuals we mentioned?

24         A.   Yes.

25         Q.   With the previous resolutions?

1          A.  Yes.

2          Q.  And the document between pages 1699

3  through 1700 is a written resolution of the board of

4  directors of Target Shipping Limited authorizing the

5  sale of the MD Target, and it is signed by the

6  directors of Target Shipping Limited by the same

7  individuals we mentioned for the previous ships?

8          A.  Yes.

9          Q.  Between documents, pages 1701 to 17023,

10  it is a resolution of the board of directors of True

11  Shipping Limited for the sale of the vessel True,

12  and it is signed by the board of directors by the

13  three previously mentioned individuals?

14          A.  Yes.

15          Q.  They are, for the sake of clarity,

16  yourself, Mr Mehmet Mat and Mr Bulent Ergin?

17          A.  Correct.

18          Q.  These people are also the board of

19  directors of Geden Holdings?

20          A.  Correct, who are the owner of these

21  ships.

22          Q.  Owner of the shares?

23          A.  Yes, controls the ships.

24          Q.  Who controls the ships?

25          A.  Yes.

1              Q.  I will now show you a document that we
2     will mark as Exhibit 17.
3              (Exhibit 17 marked for identification)
4              Would you agree that this is a resolution
5     of the board of directors of Geden Holdings?
6              A.  Yes.
7              Q.  Which?
8              A.  It is Target Shipping -- yes, Geden
9     Holdings.
10             Q.  Well, it is a meeting of the
11    shareholders of Target Shipping?
12             A.  Yes.
13             Q.  Who are?
14             A.  Owned by Geden Holdings.
15             Q.  The shares of which are owned by Geden
16    Holdings?
17             A.  Yes.
18             MR QUARTARO:  To the extent there was any
19    confusion, I object and the document speaks for
20    itself.
21             MR GAITAS:  I will ask the Court Reporter
22    to mark the next document.
23             (Exhibit 18 marked for identification)
24             Would you agree these are minutes?
25             A.  For True Shipping.

1          Q.  Of the shareholders, the sole

2  shareholder of True Shipping Limited of Malta?

3          A.  Yes.

4          Q.  Which is Geden Holdings?

5          A.  Yes.

6          Q.  Both of these documents that I showed

7  you are signed by yourself and Mr Bulent Ergin.

8          A.  Yes.

9          Q.  I will ask the Court Reporter to mark

10  the next document as Exhibit 19.

11          (Exhibit 19 marked for identification)

12          Can you identify this document?

13          A.  Yes.

14          Q.  Would you agree that this is a

15  certificate of incumbency?

16          A.  Yes.

17          Q.  Of Forward Holdings Limited?

18          A.  Correct.

19          Q.  LLC?

20          A.  Yes.

21          Q.  And it is issued by the Marshall

22  Islands Trust Company?

23          A.  Yes.

24          Q.  It shows the Company's operating

25  address is Buyukdere Cad, Kredi Plaza?

1          A.  Yes.

2          Q.  34330, Istanbul?

3          A.  Yes.

4          Q.  Would you agree that it shows the

5   current members of the LLC current on January 22nd,

6   2015?

7          A.  Yes.

8          Q.  Are yourself and Miss Karamehmet

9   Williams?

10         A.  Yes.

11         Q.  I will ask the Court Reporter to mark

12  the next document as Exhibit 20.

13         (Exhibit 20 marked for identification)

14         A.  Yes.

15         Q.  Would you agree that this is a

16  certificate of incumbency?

17         A.  Yes.

18         Q.  For Advantage Tankers LLC?

19         A.  Yes.

20         Q.  Issued by the Trust Company of the

21  Marshall Islands on April 15th, 2015?

22         A.  Yes.

23         Q.  And it shows the Company's operating

24  address as Buyukdere Cad, the same as the previous

25  Exhibit?

1          A.  Yes.

2          Q.  Which is in Istanbul?

3          A.  Yes, the manager's address.

4          Q.  And I will show you a document that I

5     have asked the Court Reporter to mark as Exhibit 21.

6          (Exhibit 21 marked for identification)

7          Q.  Would you agree that this is a

8     certificate of incumbency for Advantage Arrow

9     Shipping Limited?

10         A.  Yes.

11         Q.  And it shows for the Company's

12    operating address to be the same as of that as

13    Advantage Tankers, which is Buyukdere Cad, Kredi

14    Plaza 34330?

15         A.  Yes, same address again.

16         Q.  Would you agree that it shows the

17    current managers of this LLC, Advantage Arrow

18    Shipping LLC to be yourself, Mrs Gulsun Nazli

19    Karamehmet Williams and Sigvald Dagfinn Lunde?

20         MR QUARTARO:  I am going to object to that.

21    That is not what is on the face of this document,

22    George.

23         MR GAITAS:  It is Advantage Tankers LLC and

24    these are the individuals?

25         MR QUARTARO:  Correct.  I object.  The

1　document speaks for itself.

2　　　　　　MR GAITAS:  Then I will show you a document

3　that I will ask the Court Reporter to mark as

4　Exhibit 22.

5　　　　　　(Exhibit 22 marked for identification)

6　　　　　　I will ask you do you agree that this is a

7　certificate of incumbency of Advantage Holdings LLC

8　which shows that the current managers of the company

9　are Forward Holdings LLC?

10　　　　　　A.  Yes.

11　　　　　　Q.  And Forward Holdings is represented by

12　 yourself.

13　　　　　　A.  Yes.

14　　　　　　Q.  Miss Gulsun Nazli Karamehmet Williams?

15　　　　　　A.  Yes.

16　　　　　　Q.  And the Company's operating address is

17　 the same as the other companies for which we looked

18　 at the certificate of incumbency?

19　　　　　　A.  Yes.

20　　　　　　Q.  In Istanbul?

21　　　　　　A.  Yes.

22　　　　　　Q.  Finally, I will show you a document

23　 that I will ask the Court Reporter to mark as

24　 Exhibit 23.

25　　　　　　(Exhibit 23 marked for identification)

1          Would you agree that this is a certificate

2   of incumbency of Advantage Avenue Shipping LLC?

3          A.  Yes.

4          Q.  And this is issued by the Trust Company

5    of the Marshall Islands, and the Company's operating

6    address is Buyukdere Cad, Kredi Plaza, Istanbul,

7    Turkey?

8          A.  Yes.

9          MR QUARTARO:  Can we go off-the-record real

10  quick?

11                    (off-the-record)

12          MR GAITAS:  Would you agree that all SPCs

13  owned by Advantage Tankers LLC have the same

14  operating address at Buyukdere Cad, Kredi Plaza, A

15  Blok, 34330 Istanbul, Turkey.

16          A.  I confirm they are the same address all

17  with the same as managers.

18          Q.  And the managers are?

19          A.  Genel Denizcilik.

20          Q.  Would you also agree that another thing

21   that these companies have in common is that they

22   have you as one of the directors?

23          A.  Yes.

24          Q.  And Mr Mehmet Mat as one of their

25   officers?

1          A.  Yes.

2          Q.  As chief financial officer and

3   secretary, I think?

4          A.  Yes.

5          Q.  And finally there is a member of the

6   Karamehmet family who is a shareholder?

7          A.  Correct.

8          Q.  Of these companies?

9          A.  Yes.

10          MR GAITAS:  Let's take a break.

11                   (Short Recess)

12          MR GAITAS:  Right, Exhibit 24.

13          (Exhibit 24 marked for identification)

14          I would like to show you this document that

15   I asked the Court Reporter to mark as Exhibit 24.

16   Would you agree that this is the International

17   Security Certificate for the Advantage Arrow.

18          A.  Yes.

19          Q.  And would you agree that the Company

20   mentioned on this certificate as this Company used

21   in the ISBS code is the same as Genel Denizcilik?

22          A.  Yes.

23          Q.  Yes?

24          A.  Which should nominate managers, and the

25   managers for all Advantage ships are Genel

1   Denizcilik.

2          Q.  It is the Company, does it say

3    particulars of the company?

4          A.  That Company refers to management

5   company.

6          Q.  I see.  Where do you get manager in

7    there, does it say manager in the certificate?

8          A.  No, it is a certificate given by class,

9   class has to refer to a manager.  As far as I know

10   that is the case.

11          Q.  Okay?

12          A.  Class deals with the manager, not the

13   owner.  All tankers need to be managed by a company,

14   and class refers to manager, to give to manager.

15          Q.  I disagree with you respectfully.  The

16    ISBS code?

17          MR QUARTARO:  I object.  The document

18   speaks for itself.

19          A.  Or by the people or this vessel is

20   owned by Advantage Arrow LLC.

21          Q.  Yes?

22          A.  Either this certificate is wrong or it

23   is true and it has to refer to a manager, or it is

24   published wrong.  It was owned by Advantage Arrow LLC

25   Marshall Islands.  So either this certificate is

1  wrong or it is right and it refers rightly to the

2  manager.  Either, I don't know.  I am not a technical

3  person.

4          Q.  I think the document is correct.  I

5  don't think that it refers to manager, and like my

6  friend said the document speaks for self?

7          MR QUARTARO:  Yes, and it is not an

8  Advantage document.

9          MR GAITAS:  Let's look at another document.

10 I ask the Court Reporter to mark this as Exhibit 25.

11          (Exhibit 25 marked for identification)

12          Do you see that?

13          A.  I definitely confirm that this is as

14 I know, as I said, this cannot be wrong.  Any ship,

15 even a stealth ship you have the same document, it

16 refers to stealth as managers.  That is as much I

17 know.

18          Q.  That is interesting.  We will get to

19 that.  I ask you to look at the Exhibit marked as

20 25?

21          A.  Yes.

22          Q.  Would you agree that that is the ship's

23 safety management certificate.

24          A.  Yes.

25          Q.  For the vessel Advantage Arrow?

1          A.  Yes.

2          Q.  And the Company name on the certificate

3   is Genel Denizcilik AS?

4          A.  Yes.

5          Q.  Would you agree that the Company

6   responsible for the safety management of the

7   Advantage Arrow is Genel Denizcilik?

8          A.  I one hundred percent agree, and that

9   is the reason why it refers, because it is the

10  managers who are responsible for the safety of the

11  management.

12          Q.  Would you agree that before the ship

13  was named Advantage Arrow her name was Target?

14          A.  Yes.

15          Q.  Even the safety management certificate

16  of the Target was again Genel Denizcilik, that was

17  the Company mentioned?

18          A.  Correct, because it was the same

19  managers at that time also.

20          Q.  Would you also agree that Genel

21  Denizcilik Nakliyati was also the Company mentioned

22  in the Safety Management Certificate for the vessel

23  Spike, Avor and Space Shipping Limited?

24          A.  Correct.

25          Q.  The chartered in vessels?

1          A.   Correct.   I mean, a manager should have

2     some approval and that as an approved company can be

3     the manager, for these vessels and other vessels are

4     managed by Genel Denizcilik and that is the reason

5     why it also refers to Genel Denizcilik.   As I said,

6     same as stealth vessels who are managed by stealth

7     management would refer not to own the ship, but the

8     stealth management company.   It is not only for this,

9     but all class documents refers to manager and these

10    are referred to here as managers, and that is normal

11    how it works for the class to publish a certificate.

12          Q.   Let's mark this as Exhibit 26 please.

13          (Exhibit 26 marked for identification)

14          This is a bundle of documents, not a single

15    document?

16          A.   Okay.

17          Q.   They are records of the holder of the

18     Certificate of Financial Responsibility, the COFR

19     for a number of vessels, namely the Advantage

20     Avenue, the Advantage Award?

21          A.   Yes.

22          Q.   Advantage Sky, Advantage Solar,

23     Advantage Spring, Advantage Start, Advantage Anthem,

24     Advantage Arrow?

25          A.   Yes.

1              Q.  And Advantage Adam?

2              A.  Yes.

3              Q.  Would you agree that the holder of the

4    certificate, the financial responsibility for these

5    vessels were mentioned in accordance with these

6    certificates in each instance for each vessel is

7    Genel Denizcilik?

8              A.  Correct, as managers that is the way it

9    should be.

10             Q.  And it is not Advantage Tankers LLC?

11             A.  Advantage owners, Genel Denizcilik as

12   managers and it says vessel operator, who is the

13   vessel manager, basically the same.  It refers to the

14   manager here, again same as if stealth vessel has to

15   have a CEO that goes to the States and refers to

16   Start Maritime management.

17             Q.  In fact, Advantage Tankers LLC could

18    not hold such a certificate?

19             A.  No.

20             Q.  According to your evidence it cannot

21    hold such a certificate?

22             A.  No, because the COFR is linked with the

23   PNI insurance and PNI COFRs are linked to managers,

24   whereas for these vessels managers are Genel

25   Denizcilik, PNI cover is under that name as managers,

1    and COFR certificates are issued as managers --

2            Q.  You mean the vessel owners of these

3     vessels are not entered for PNI risk --

4            A.  They are as owners.  Every vessel in

5    the world in the PNI cover registered as an insured

6    as owners, but the Trust refers to managers.

7            Q.  Why don't they have their own

8     certificate, the financial responsibility, I don't

9     understand that?

10            A.  They have to refer to manager also.

11    They are the name of the vessel is this, owner is

12    whatever is registered, but COFR, this refers to risk

13    operator, that is the manager.

14            Q.  That is the only name that is not

15     there?

16            A.  That is the manager.

17            Q.  It is the operator?

18            A.  Of vessel, vessel manager is the same,

19    operator who operates the ships.  That is what it

20    refers to here.  This is the manager of the ships and

21    this refers to right vessel managers.  So there is

22    nothing wrong in this document.

23            Q.  No, I am not saying there is anything

24     wrong.  I am just asking whether this is the only

25     person mentioned, the only entity mentioned which is

1    Genel Denizcilik --

2            A.  That is the only managers --

3            Q.  -- the operators listed is this one?

4            A.  Yes.

5            Q.  And no one else?

6            A.  No.  Every tanker can have one manager.

7            MR QUARTARO:  The same objection as before,

8    the documents speak for themselves.

9            MR GAITAS:  They sure do.  Let's go to

10   Exhibit 27.

11           (Exhibit 27 marked for identification)

12           This is a document that is a Ship

13   Management Agreement, would you agree?

14           A.  Yes.

15           Q.  Which is between the owners of

16   Advantage Arrow who are Advantage Arrow Shipping and

17   the manager Genel Denizcilik AS.  And would you

18   agree that a similar agreement with the same manager

19   has been signed on behalf of each owner of every

20   vessel in the fleet of Advantage Tankers?

21           A.  Correct.

22           Q.  With the same manager?

23           A.  Correct.

24           Q.  And you have signed on behalf of the

25   owner?

1          A.  Correct, the vessels after the change

2   of ownership didn't change the management as per the

3   agreement with Shell.

4          Q.  And I was just about to ask you that

5    question and you just answered it, you anticipated

6    it.  Before these vessels were sold to the Advantage

7    Tankers fleet they were --

8          A.  Under the same management.

9          Q.  Under the same management while their

10   sole shareholder was Geden Holdings?

11          A.  Correct, it was a requirement by the

12   charter of Shell that the management should be kept

13   the same.

14          Q.  And the services that Genel Denizcilik

15    performs include technical management?

16          A.  Yes.

17          Q.  Dry docking, arranging for provision of

18    repairs?

19          A.  Yes.

20          Q.  It includes commercial management?

21          A.  Yes.

22          Q.  Which includes collecting and paying to

23    the owner of the hires freights?

24          MR QUARTARO:  Objection.  The question has

25    been asked and answered.

1    MR GAITAS:  I don't remember that.

2    MR QUARTARO:  Okay.

3    MR GAITAS:  It also includes arranging for

4    insurance and accounting services?

5    A.  I mean I guess so.  I never read this

6    whole document to be honest.  This is a quite

7    standard document which is signed.

8    MR GAITAS:  You agree with me that

9    Advantage Tankers does not have any insurance

10   department separate of its own?

11   A.  No, Genel Denizcilik has insurance

12   crewing, technical supply, all departments as per a

13   normal management Company.

14   Q.  Let's mark the next document as

15   Exhibit 28.

16   (Exhibit 28 marked for identification)

17   Have look at this document, please?

18   A.  Yes.

19   Q.  This document is headed "Consent

20   Letter", and it is addressed to Shell Western Supply

21   and Trading Limited?

22   A.  Yes.

23   Q.  And would you agree with me that Shell,

24   this Shell was the charterer under a long time

25   charter party of five years or so?

1          A.  Correct.

2          Q.  For each vessel was the charterer in

3     this instance of the vessels that are set out in

4     Annex 1?

5          A.  Yes.

6          Q.  And if you look at the end of this

7     letter, not the annex, but the end of this letter?

8          A.  Yes.

9          Q.  At page 1250 you have signed as

10    director of Geden Holdings?

11         A.  Correct.

12         Q.  And Geden Holdings is referred to as

13    the shareholder of existing owners of vessels, if

14    you look at the annex?

15         A.  Yes.

16         Q.  It is the shareholders that owned these

17    vessels?

18         A.  Before the sale to Advantage, yes.

19         Q.  Right.  This document, look at the

20    date, it is dated 6th February 2015?

21         A.  Yes.

22         Q.  The shareholder, if you look at page

23    1249, undertakes to notify charterer, Shell, of its

24    intention to have the vessel sold?

25         A.  Yes.

1          Q.   Undertakes to have the vessels

2    terminate their charter parties with Shell?

3          A.   Yes.

4          Q.   And enter into a new charter party with

5    Shell.

6          A.   Yes.

7          Q.   Would you agree with me that Geden

8    Holdings then had complete control over the vessels

9    listed in the appendix in Annex 1?

10          MR QUARTARO:  Objection.

11          A.   I mean before the sale, yes.

12          MR GAITAS:  Had the complete control?

13          A.   Before the sale yes, definitely, it was

14    the owner of these vessels.

15          MR GAITAS:  I will show you a document I

16    will ask the Court Reporter to mark as Exhibit 29.

17          (Exhibit 29 marked for identification)

18          Do you see that?

19          A.   Yes.

20          Q.   Do you recognize your signature on this

21    document?

22          A.   Yes.

23          Q.   It says:

24          "We hereby confirm that Geden Holdings

25    Limited, Malta, is the Holding Company for all single

1    purpose companies which owns one vessel each.  The

2    borrowers for the bank loans are SPCs, not Geden

3    Holdings Limited, Malta.  Geden Holdings Limited,

4    Malta, is the guarantor for the bank loans."?

5              A.  Yes.

6              Q.  Does this summarise the position of

7    Geden Holdings vis-a-vis the SPCs?

8              A.  Yes.

9              Q.  Is the relationship of Geden Holdings

10   Limited vis-a-vis owned ships the same as the

11   relationship it has with Spike Shipping Limited,

12   Space Shipping Limited and Avor Shipping Limited,

13   has it owned them one hundred percent?

14             A.  Yes.

15             Q.  I will mark Exhibits 30, 31 and 32.

16             (Exhibit 30 marked for identification)

17             (Exhibit 31 marked for identification)

18             (Exhibit 32 marked for identification)

19             Have you had a chance to look at them?

20             A.  Yes.

21             Q.  Each of these documents is a letter of

22   guarantee?

23             A.  Yes.

24             Q.  A performance guarantee?

25             A.  Yes.

1          Q.  And would you agree that Exhibit 30 is

2  the guarantee given to the owner of the vessel

3  Spike?

4          A.  Yes.

5          Q.  And it is signed May 27th, 2010?

6          A.  Yes.

7          Q.  By Geden Holdings Limited of Malta as

8  guarantor?

9          A.  Yes.

10         Q.  And it is countersigned by Spike

11  Shipping Limited of Malta?

12         A.  Yes.

13         Q.  As owner?

14         A.  Yes.

15         Q.  And both the owner and the guarantor

16  are committed by your own signature?

17         A.  Correct, as being a director.

18         Q.  If we look at Exhibit 31, this is given

19  to Psara Energy Ltd?

20         A.  Yes.

21         Q.  And it is likewise a performance

22  guarantee with Geden as guarantor?

23         A.  Yes.

24         Q.  It is signed on March 4th, 2010?

25         A.  Yes.

1             Q.   And it is signed by you?

2             A.   Yes.

3             Q.   On behalf of both the guarantor and the

4     owner?

5             A.   Correct.

6             Q.   The charterer, correction?

7             A.   Yes.

8             Q.   Looking at Exhibit 32 would you agree

9     that this is likewise a letter, a performance

10    guarantee?

11            A.   Yes.

12            Q.   And given to Eclipse Liquidity Inc., it

13    is signed May 27th, 2010 by Geden Holdings Limited

14    of Malta as guarantor?

15            A.   Yes.

16            Q.   And by Avor Navigation Limited of

17    Malta, the bareboat charter?

18            A.   Yes.

19            Q.   And both signatures are yours?

20            A.   Correct.

21            Q.   I will ask the Court Reporter to mark

22    Exhibit 33.

23            (Exhibit 33 marked for identification)

24            A.   Yes.

25            Q.   Do you recognize this document as a

1    Memorandum of Agreement?

2            A.  Yes.

3            Q.  Dated December 18th, 2014?

4            A.  Yes.

5            Q.  For the sale of the vessel True?

6            A.  Yes.

7            Q.  By her owners to Advantage Avenue

8    Shipping LLC?

9            A.  Correct.

10            Q.  And this document is signed on behalf

11    of the seller by Mr Bulent Ergin?

12            A.  Yes.

13            Q.  And on behalf of the buyer by Nazli

14    Williams?

15            A.  Yes.

16            Q.  I will also show you Exhibit 34.

17            (Exhibit 34 marked for identification)

18            Would you agree that this is like the

19    previous Exhibit, Exhibit 33, a Memorandum of

20    Agreement?

21            A.  Yes.

22            Q.  Signed on behalf of the sellers of this

23    vessel which is the Target?

24            A.  Yes.

25            Q.  To Advantage Arrow Shipping LLC?

1           A.   Yes.

2           Q.   And both the seller and the buyer are

3    bound by the same signature as the previous

4    document, namely Mr Bulent Ergin and Miss Nazli

5    Williams for the buyers?

6           A.   Correct.

7           Q.   Do you see anything unusual about these

8    documents?

9           A.   No.

10          MR QUARTARO:   I object to that.

11          MR GAITAS:   Do you typically MOA?

12          A.   Yes, without change of the management

13   typically a MOA for a sale of vessel being the same

14   managers.

15          Q.   But this is not part of sale, it is not

16    part of the MOA, is it?

17          A.   It is a standard MOA with some

18   deletions, and those deletions are quite standard for

19   sales with the manager being kept the same.

20          Q.   I see.   So is there a deposit reflected

21    in this?

22          A.   No.

23          Q.   It is unusual for SNP, is it not?

24          A.   It depends on the relationship between

25   the buyer and seller, if they trust each other good

1   enough there can be no deposit.  I don't know if

2   there is a security if the sale will fail.  If

3   parties will trust each other then they can leave the

4   deposit aside.

5              Q.  Let me ask you about this, this MOA was

6    signed on 18th December, 2014, correct?

7              A.  Yes.

8              Q.  By that time there was no finalized

9    financing agreement with the banks that were to

10    provide the bulk of the financing for these vessels,

11    correct?

12             A.  I can't remember exactly when the loan

13   agreement -- maybe the loan agreements were there but

14   every term sheets were there.

15             Q.  On December 18th you had loan

16    commitments?

17             A.  I can't remember when the term sheets

18   have been signed but I guess so.  I mean, as I said,

19   there was a previous background where it came from

20   Centerbridge and NSF.

21             Q.  For example, if I was to mention to you

22    an example to refresh your memory a bit?

23             A.  All right.

24             Q.  Because I will use this as an exhibit

25    eventually, the loan commitment for the Advantage

1  Avenue and Advantage Arrow which are these two MOAs,

2  is dated 4th February 2014?

3          A.  Yes, that means the term sheet should

4  be signed much earlier than that, because from a term

5  sheet where it goes to buy it takes at least two or

6  three months.

7          Q.  So is it your testimony that there was

8  a signed term sheet, and was there a commitment

9  letter from the financing bank for these two vessels

10  to provide the loan on the date of the MOA?

11          A.  I can't remember when there is a signed

12  term sheet, but definitely there was a signed term

13  sheet for commitment of those vessels.  I don't

14  remember the date, but it should be much earlier than

15  the loan agreement, of course.

16          Q.  To show we are clear, you don't

17  remember if there was a commitment letter signed?

18          A.  Definitely there was, but I can't

19  remember the date.

20          Q.  I mean on the 18th, but you are not

21  certain it was signed before 18th December?

22          A.  No.

23          Q.  We have asked for these commitment

24  letters earlier and we would like to see them?

25          MR QUARTARO:  If they are not in the

1   documents and we have them we will produce them.

2              A.  Sure.

3              MR GAITAS:  So moving on to another point

4   Exhibits 33 and 34, I will refer you to Clause 3?

5              A.  Yes.

6              Q.  Payment?

7              A.  Yes.

8              Q.  It is the second page?

9              A.  Yes.

10             Q.  Would you look at it and read it to

11  yourself?

12             A.  Yes.

13             Q.  Now my question relates to this last

14  sentence?

15             A.  Yes.

16             Q.  What does that mean, I mean the seller

17  has a bank account?

18             A.  Yes.

19             Q.  You agree there is no mention of any

20  bank account here?

21             A.  Yes.

22             Q.  I appreciate that you may nominate your

23  bank account later, but what is this about a portion

24  of the purchase price to bank account other than the

25  seller's account, who is the other one?

1          A.  This is drafted and being prepared by

2  the lawyers so I don't know what it exactly means.  I

3  don't know.

4          Q.  It clearly states that the funds may be

5  paid, some portion of the sale may be paid into

6  another bank accounts?

7          A.  I guess you have the evidence there of

8  where they are paid, so I don't know.

9          Q.  I do not?

10         A.  You don't have the evidence?

11         Q.  I don't have the evidence of the

12  payment?

13        MR QUARTARO:  Can we go off-the-record?

14             (off-the-record)

15        MR GAITAS:  In the clause you just read it

16  talks about:  "Shall be remitted into the seller's

17  account by Swift."

18        Now, the proof of payment would be the

19  Swift.  I don't have the Swift.  I have requested the

20  proof of payment but the Swifts have not been

21  produced.

22        MR QUARTARO:  We produced the account

23  record, I don't think we produced the Swift.

24        MR GAITAS:  I find language in this clause,

25  and this is why I am asking you this, it talks about

1    funds going to different accounts other than the

2    seller's account.  I am trying to find out how this

3    was implemented, if it was implemented this way.  If

4    it was not we can look at the records we have just

5    requested and that will be cleared up.

6             A.  I can only confirm that the amounts are

7    paid in full and free of bank charges to the seller's

8    account.  I don't know what this wording means.  It

9    is drafted by lawyers so I can't comment on that.  I

10   know it comes from them, and you will see the

11   evidence, the full amounts are paid to the seller's

12   accounts.

13            MR QUARTARO:  We will go off-the-record.

14                  (off-the-record)

15            MR GAITAS:  If you go to Exhibit 33 you

16   will note that the purchase price for the True was US

17   $46,250,000?

18            A.  Yes.

19            MR GAITAS:  And if you go to Exhibit 34?

20            A.  Yes.

21            MR GAITAS:  I don't think I finished my

22   question.  In Exhibit 34 the sale price for the

23   Target in accordance with the MOA is $44 million,

24   correct?

25            A.  Yes.

1         Q.  I want to ask you questions regarding

2  the loan agreement of the Advantage Arrow and

3  Advantage Avenue?

4         A.  All right.

5         Q.  Formerly the True and Target

6  respectively?

7         A.  Yes.

8         Q.  I have a copy of this agreement which

9  we will show you, and I ask the Court Reporter to

10  mark it as Exhibit 35.

11       (Exhibit 35 marked for identification)

12       And instead of putting you through the

13  burden of going through this page by page to find

14  out, I would refer to excerpts from this agreement,

15  but I am giving it to you so that you can have it

16  nearby as you need it?

17         A.  All right.

18         Q.  Now I will mark Exhibit 36.

19       (Exhibit 36 marked for identification)

20       They are actually extracted from the Loan

21  Agreement?

22         A.  All right.

23         Q.  And it is Schedule 2 of the Loan

24  Agreement that was Exhibit 35.  Just pull them out

25  for ease of reference, it is handier.  If you look

1   at page 2640, the first page?

2         A.  Okay.

3         Q.  For the sale of Advantage Avenue the

4   contract price is $44 million?

5         A.  Yes.

6         Q.  The vessel commitment is $29,5000 plus

7   $3,500,000?

8         A.  Yes.

9         Q.  So the total commitment of the bank was

10   $33 million?

11         A.  Yes.

12         Q.  If you flip the page of Exhibit 36 you

13   will see the contract price for the Target was US

14   $37,750,000?

15         A.  Yes, but I guess there is a typo.

16         Q.  And the loan commitment was US

17   $27 million?

18         A.  Plus three.

19         Q.  Plus $3,300,000 for a total of 31m?

20         A.  Yes.

21         Q.  And if you take the total of the bank's

22   commitment to finance these vessels the total amount

23   is the amount of the Loan Agreement which is

24   $64 million?

25         A.  Yes.

1          Q.  Do you agree?

2          A.  Yes.

3          Q.  Now I would refer you to a document

4     that I will mark as Exhibit 37.

5          (Exhibit 37 marked for identification)

6          Do you see at that?

7          A.  Yes.

8          Q.  And what this is are the drawdown for

9     this loan?

10         A.  Yes.

11         Q.  If you look at page 2663 of this

12    Exhibit the total amount to be transferred of

13    28,750,000 was to be transferred to the seller

14    through Shipping Limited to pay off its indebtedness

15    to the bank?

16         A.  Yes.

17         Q.  If you look at page 2670 $3,500,000

18    went to pay part of the acquisition cost of the

19    True?

20         A.  Yes.

21         Q.  And similarly if you look at page 2665

22    regarding the Advantage Arrow 27,700,000 was to pay

23    off the indebtedness to the bank?

24         A.  All right.

25         Q.  And there are some other amounts,

1    500,000 and 614,000 paid respectively to the

2    earnings account with the seller?

3           A.  Yes.

4           Q.  And 640,000 as an upfront fee that goes

5    to the bank?

6           A.  Yes.

7           Q.  If you look at page 2669 the drawdown

8    of 3,300,000 is to pay part of the acquisition costs

9    of the Target?

10          A.  Okay.

11          Q.  I did the arithmetic on these things,

12   and looking at the previous Exhibit that we looked

13   at it has the contract price and the loan pay off

14   and I subtracted what was paid to the bank for the

15   True from 44 million which was the loan, the MOA

16   price, I subtracted what was drawndown and it leaves

17   $11m that was to go to the seller, correct?

18          A.  Yes, I guess so.  I mean, if you made

19   the calculation, yes.

20          Q.  For the Target price based on this

21   Schedule 2 information from the Loan Agreement,

22   Exhibit 36, the contract price was 37,750,000?

23          A.  I think there is a problem there.

24          Q.  We are getting to it?

25          A.  Okay.

1          Q.   And the problem, one of the problems is

2    that the MOA price for the Target is --

3          A.   46,250,000.

4          Q.   Is that what it is?

5          A.   Yes.

6          Q.   It is 44?

7          A.   Which one?

8          Q.   Target?

9          A.   Sorry, 44, yes.

10         Q.   So that doesn't compute with the Loan

11   Agreement document?

12         A.   It is a typo or something.  This has

13   been paid, you will see from the evidence.

14         Q.   I have looked at the evidence of what

15   has been paid and I cannot find this, that is why I

16   am asking this question?

17         A.   Probably that has to be checked again

18   in my documents.

19         Q.   So there is --

20         A.   This is quite consistent on the prices

21   on the MOAs, being one year different age, but this

22   is where it is inconsistent, one being 44 and the

23   other being 37,750.

24         Q.   And is it a typo on both because the

25   discrepancy is not only on the Target but also on

1    the True?

2              MR QUARTARO:  Objection.

3              MR GAITAS:  If you look again at Exhibit

4    36, for the True the contract price is $44 million?

5              A.  Correct, which is the 46,250 MOA price.

6              Q.  If you look at Schedule 2 of the Loan

7    Agreement for the True, the sale price is

8    44 million?

9              A.  Yes.

10             Q.  So what is going on?

11             A.  I don't know.

12             Q.  I mean, in both instances there is a

13   substantial discrepancy between the MOA price and

14   Schedule 2 of the Loan Agreement, and this Loan

15   Agreement that I showed you has been executed by

16   both seller and buyer?

17             A.  Correct.

18             Q.  I totalled the difference of the

19   discrepancies and it is $8.5m?

20             A.  All right.

21             Q.  How do you explain this?

22             A.  I don't have a clue, I don't know.

23             Q.  I will show you a document that I will

24   ask the Court Reporter to mark as Exhibit 38.

25             (Exhibit 38 marked for identification)

1          MR QUARTARO:  I see you are kind of running
2  low, do you guys want to push?
3          MR GAITAS:  We will pull the handbrake here
4  and come back and grab something.
5                     (The Lunch Recess)
6          MR GAITAS:  Now I have given you Exhibit 38
7  and I was about to hand the Court Reporter another
8  document that I will ask her to mark as Exhibit 39.
9          (Exhibit 39 marked for identification)
10          Both Exhibits 38 and 39 are the bills of
11  sale for the True?
12          A.  Yes.
13          Q.  And the Target respectively?
14          A.  Yes.
15          Q.  And if you look at the prices they show
16   on their face, they are the prices shown on the MOA?
17          A.  Yes.
18          Q.  With respect to MOAs?
19          A.  Yes.
20          Q.  I will ask the Court Reporter to mark
21   as Exhibit 40 this document.
22          (Exhibit 40 marked for identification)
23          And this one.
24          (Exhibit 41 marked for identification)
25          Would you look through those documents

1   please?

2            A.   Yes.

3            Q.   And tell me if these reflect debit or

4   credit notes.  I cannot tell which they are on their

5   face, I think they should be credit notes?

6            MR QUARTARO:  If the witness knows.

7            MR GAITAS:  Of course, if he knows.

8            A.   I don't know.

9            Q.   They are from Norddeutche Bank?

10           A.   Yes.

11           Q.   And Exhibit 40 states on its face:

12   "Transfer according to drawdown notice concerning

13   repayment Target Shipping."?

14           A.   Yes.

15           Q.   And it shows a figure of 23,515?

16           A.   Umm hmm.

17           Q.   And it has also on its face Advantage

18   Avenue und valutierung?

19           MR QUARTARO:  It is 41, I am looking at the

20   wrong Exhibit.  George, that is what the confusion

21   is.

22           MR GAITAS:  We will resolve it immediately.

23   Looking at these two Exhibits, not to get confused,

24   if you look at them would you say that these

25   represent credit or debit notes, I can't tell which

1    one it is?

2              A.   I don't know.

3              Q.   Respectively they are for the

4    repayment, the amounts match those of the repayment

5    of the outstanding loans to the bank according to

6    the drawdowns?

7              A.   Okay.

8              Q.   These are the amounts that the bank was

9    to get?

10             A.   Yes.

11             Q.   From the sale of the respective

12   vessels?

13             A.   Yes.

14             Q.   We requested, as we mentioned earlier,

15   the production of the documents showing the proof of

16   payment of the sale price by Geden Holdings to

17   Advantage Tankers?

18             A.   Yes.

19             MR QUARTARO:   Sorry, I think you mean the

20   other way round, by Advantage Tankers to Geden

21   Holdings.

22             MR GAITAS:   Correct.   Thank you.   It is

23   getting late in the day.   I will show you a couple of

24   documents that have been marked as Exhibits 42 and

25   43.

1            (Exhibit 42 marked for identification)

2            (Exhibit 43 marked for identification)

3            These documents appear to be a record, a

4    bank record of a bank called guarantee Bankasi.  They

5    were produced to us in the form that you see them,

6    and they have a circle.  On one it is Exhibit 42.  It

7    is Target Shipping, 198 Old Bakery Street, Malta, do

8    you see that?

9            A.  Yes.

10           Q.  And the other one has a circle drawn on

11   True Shipping Limited, Exhibit 43.  There is a

12   circle drawn around the figure, 17,500,000?

13           A.  Yes.

14           Q.  Are you acquainted with these

15   documents?

16           A.  No.

17           Q.  Have you seen them before?

18           A.  No, I didn't check those.

19           Q.  They appear to me to show the movement

20   of a bank account at the Turkish bank?

21           A.  Yes.

22           Q.  And the account holder appears to be

23   Advantage Tankers LLC?

24           A.  Yes.

25           Q.  And it has an address of Trust Company

1    Complex, Ajelteke Road, Marshall Adalari.  Now, who

2    has signature over this bank account?

3              A.   What do you mean signature?

4              Q.   Who is authorized to move it, sign it?

5              A.   It could be Mehmet or one of the other

6    colleagues.  There are some people authorized to make

7    transfers from the internet, from the screens.

8              Q.   The address on these statements is the

9    address, as I understand it, or the registered agent

10   of the company?

11             A.   I guess so, or registered office, I

12   guess.

13             Q.   Yes, in the Marshall Islands?

14             A.   Yes.

15             Q.   What kind of transfers are these?

16             A.   US dollars.

17             Q.   Are they by check, wire transfers?

18             A.   Wire transfers.

19             Q.   If you look at Exhibit 42?

20             A.   Yes.

21             Q.   That shows a transfer of 20,840,000,

22   right?

23             A.   Yes.

24             Q.   It identifies a party Target Shipping

25   Limited of 198 Old Bakery Street?

1          A.  Yes.

2          Q.  That is the registered address of this

3     Company in Malta, is it not?

4          A.  Correct.

5          Q.  If you look at Exhibit 43 the transfer

6     within a circle?

7          A.  Yes.

8          Q.  It shows a beneficiary by the name of

9     True Shipping Limited?

10         A.  Correct.

11         Q.  It shows an address of 198 Old Bakery

12    Street, Malta?

13         A.  Correct.

14         Q.  As we said earlier in your testimony

15    neither of these two companies have a physical

16    office in Malta?

17         A.  No.

18         Q.  And nor does Advantage Tankers have a

19    physical office in the Marshall Islands?

20         A.  No.

21         Q.  When you say wire transfers, were these

22    transfers by Swift?

23         MR QUARTARO:  If you know?

24         A.  I don't know.

25         MR GAITAS:  You don't know?

1          A.  Yes.  I mean, if you are asking about
2     the addresses here?

3          Q.  Not addresses, how the transfers were
4      accomplished?

5          A.  No, this is the bank's, I mean when
6     they open an account they put an address for the
7     account, so this is how it appears on the bank, so
8     the address is here because it is registered in that
9     office.

10          Q.  I asked you earlier before we broke for
11      lunch if there would be Swift documents for these
12      transfers and you told me not if they are internal
13      transfers?

14          A.  I don't know.  I mean if it is internal
15     there may not be Swift.  I don't know, I am not a
16     banker.

17          MR QUARTARO:  I object to the line of
18     questioning that asks the witness to advise counsel
19      what the Bank protocols are.  I don't know that he
20      would have any idea about that.  He is not a bank
21      employee.

22          MR GAITAS:  I am simply asking if the
23     witness knows how the transfers were affected?

24          A.  No.

25          MR GAITAS:  He has no idea.  And the Bank

1  guarantee, that is the same bank in which Geden

2  Holdings maintains its bank account, is it not?

3           A.  Yes, correct.

4           MR GAITAS:  Looking at these documents,

5  Exhibits 42 and 43, it does not identify a bank

6  account to which these transfers were made?

7           A.  All right.

8           MR GAITAS:  Correct?

9           A.  Yes, correct.

10          MR QUARTARO:  Hang on a minute, I'm not

11 sure that is the case.  What does Alici mean?

12          A.  Receiver.

13          Q.  And that is A-L-I-C-I?

14          MR GAITAS:  Where is that.

15          MR QUARTARO:  That is in the box that is

16 the fifth box down, fourth box to the right in the

17 circle transaction, and in Turkish do you know what

18 G-O-N-D-E-R-E-N means?

19          A.  Sender.

20          MR QUARTARO:  So it may be that this record

21 contains that information but it is not in English.

22          MR GAITAS:  No, the question is does it

23 identify specific bank account numbers in this

24 record?

25          A.  No.

1          MR GAITAS:  To which the funds were paid?

2          A.  No.

3          MR QUARTARO:  Thank you for the

4     clarification, George.  Again I am going to have to

5     object, I don't want to be obstructionist, I don't

6     know what these references are.

7          A.  Those are bank references probably, but

8     not the accounts, I guess.

9          MR GAITAS:  The witness doesn't know.

10         MR QUARTARO:  That is fine, if he doesn't

11    know he doesn't know, and I don't speak Turkish so

12    I certainly don't know.

13         MR GAITAS:  We will learn eventually.  What

14    I would like to tell you is that we asked for the

15    production of documents showing proof of payment for

16    the sale of the vessels?

17         A.  Yes.

18         MR GAITAS:  And specifically we asked for

19    proof of payment for the Target and the True?

20         A.  Yes.

21         MR GAITAS:  And the other vessels, and we

22    received a bundle of documents which was by e-mail

23    from Mr Quartaro and they were documents with Bates

24    numbers 5293 and ending with 5231.  In none of these

25    documents did we find, apart from these two Exhibits,

1  42 and 43, any transfer, any proof of payment

2  documents for the portion of the sale price that went

3  to the sellers, apart from the amounts that went to

4  the sellers for paying off the remaining bank loan?

5          A.  All right.  I mean ...

6          Q.  Having said that we will ask for them?

7          MR QUARTARO:  We can go off-the-record for

8  a minute.

9                  (off-the-record).

10         A.  You may have received those.  Coming to

11 the MOA you mentioned, that other than sellers

12 account there was a phrase which I said, now sellers,

13 that may refer, I don't know, to Geden Holdings,

14 because these are prepared by the lawyers and they

15 may -- at that specifically instead of the seller

16 itself, the SPC itself, which may allow Geden

17 Holdings to receive the remaining amount.  In the

18 documents you may have received, I am not sure if it

19 is missing, there may be Geden Holdings bank accounts

20 which may be receiving part for equities.  I am not

21 sure.

22         MR GAITAS:  This is what I am trying to

23 find out.

24         A.  That may be in the ones, you may be

25 specifically looking for the SPC itself bank account,

1    whereas you may have received Geden Holdings bank

2    account which may be the recipient, I am not sure.

3    I am trying to match the MOA wording in the

4    documents, but this has to be checked.

5             MR GAITAS:  We have not received any

6    documents showing transfers to Geden's bank account.

7    I would have brought that to your attention if we

8    had -- to Geden Holdings to be precise.

9             A.  Yes.

10            Q.  Then I will refer you to a couple of

11    documents.  I will ask the Court Reporter to mark

12    Exhibit 44.

13         (Exhibit 44 marked for identification)

14            Then 45.

15         (Exhibit 45 marked for identification)

16            Looking at these Exhibits would you agree

17    with me that these two documents are releases of the

18    pledge of the shares of True Shipping Limited and

19    Target Shipping Limited?

20            A.  Yes.

21            Q.  Done after the sale transaction?

22            A.  Yes.

23            Q.  These were shares that were pledged to

24    Norddeutche?

25            A.  Yes, Norddeutche.

1          Q.   A general question for you, what

2     happened to the portion of Geden Holdings equity in

3     the vessels that were sold?

4          A.   They used for general business

5     purposes.

6          Q.   When I reviewed the documents that

7     Mr Quartaro kindly sent me as supplemental discovery

8     that I mentioned earlier between Bates Number 293

9     and 231, and taking all the MOAs and the documents

10     documenting transfers to the respective owners of

11     the ships that were sold compared with the MOAs, I

12     noticed purported transfers in respect of the Profit

13     12,845,000, Target and True, Target 20,845,000, etc?

14          A.   Correct.

15          Q.   That is lot of equity, over $100m worth

16     of equity?

17          A.   Yes.

18          Q.   Where did that go?

19          A.   Being used for general business

20     purposes.

21          Q.   It went to Geden Holdings Limited?

22          A.   I mean, I can't remember exactly if

23     they stayed in the SPCs or Geden Holdings, but at the

24     end of the day Geden Holdings is the umbrella

25     company, holding company so they may have gone

1  through, staying in Geden Holdings, I don't know.  I
2  can't remember, of course.
3          Q.  Where would these records be as to
4   where these funds went, who would have them?
5          A.  Geden Holdings.
6          Q.  If Geden Holdings Limited was called
7   upon to account for its portion of the sale
8   proceeds, its equity, its share in the equity of the
9   sales proceeds, it has accounts that would show
10  that?
11          A.  As of today or as of that date?
12          Q.  As of that date?
13          A.  Of course.
14          Q.  And as of today?
15          A.  What do you mean as of today?
16          Q.  Current?
17          A.  Current cash balance.
18          Q.  Currently?
19          MR QUARTARO:  You are answering different
20  questions.  Are you asking if the record still
21  exists?
22          MR GAITAS:  I would ask if there are
23  records.
24          MR QUARTARO:  I think he is asking about
25  records and you are answering about money.

1          MR GAITAS:  I am talking about accounting
2    records which are about money.

3          MR QUARTARO:  I think what he is trying to
4    answer is whatever money is in accounts, and I think
5    what you are asking is do you know if Geden Holdings
6    still has records that show where the money went?

7          MR GAITAS:  Right, that is the question.
8    There are accounting records.

9          A.  Yes.

10          MR GAITAS:  And if the production of these
11    records was called upon by a higher authority to
12    produce, Geden would produce them, yes?

13          A.  Yes.

14          MR GAITAS:  You will be very happy to know
15    I don't have any further questions for you.  I thank
16    you very much for coming and giving your evidence.

17          A.  Thank you.

18          MR GAITAS:  Your witness.

19          MR QUARTARO:  We are going to need the
20    transcript at the end of next week.

21          MR GAITAS:  Yes, as quickly as possible.
22    Yes.

23          MR QUARTARO:  Yes, let's wrap up the
24    deposition and we will get our procedural stuff in
25    order because he has a flight and stuff like that.  I

1  have no further questions for the witness at this

2  time, but I reserve my right to ask follow-up

3  questions should he be presented for live testimony

4  at trial.  I do also want to state on-the record, and

5  counsel for the Plaintiff has made a number of

6  document requests during the course of this

7  deposition, I think we would like to have them on the

8  record so it is clear exactly what is being

9  requested.

10         Counsel, please feel free to chime in and

11  correct or add so we have these items correct.  The

12  first thing that I have relates to Exhibit 13, and

13  that is a request for term sheets and correspondence

14  related to the contemplated private equity

15  transaction with Centerbridge and NSF?

16         MR GAITAS:  And the banks.

17         MR QUARTARO:  And the banks.  The second

18  request that I have from counsel.

19         MR GAITAS:  For all loans, not just for the

20  two ships.

21         MR QUARTARO:  Just to be clear, for all

22  loans that were contemplated by, shall we say, an

23  entity other than Geden Holdings that was considering

24  purchasing these ships.  As you know, there was --

25         MR GAITAS:  Contemplated in the

1  negotiations between the would be Advantage Tankers.

2          A.  Newco, not the loans, the negotiations

3  with the banks, some term sheets, some negotiations.

4          MR GAITAS:  Yes.

5          A.  Before the deal fell apart between the

6  three parties.

7          MR QUARTARO:  The other document request

8  that I have is evidence of loan commitments such as

9  loan commitment letters prior to December 18th 2014.

10  The next thing I have are copies of Swift or other

11  bank account records showing the remittance of

12  payments to Geden Holdings or Geden Holdings SPVs.

13          MR GAITAS:  Yes.

14          MR QUARTARO:  We know on our side it is

15  equity but I want to make sure that they have all of

16  it.  Those are the requests that I have on my notes.

17          MR GAITAS:  That is fair.  I have nothing

18  else for the record.

19          MR QUARTARO:  I we need an original because

20  he has to review and sign.  We both want full size

21  copies and I want a minuscript.

22          MR GAITAS:  Yes, let's get one of those

23  then.

24

25                  ------ooo------

1                    CERTIFICATE OF DEPONENT

2

3    I, Ali Tugrul Tokgoz , hereby certify that I have

4    read the foregoing pages of my deposition of

5    testimony taken in these proceedings on Wednesday,

6    13th January 2016 and, with the exception of the

7    changes listed on the next page and/or corrections,

8    if any, find them to be a true and accurate

9    transcription thereof.

10

11

12

13

14   Signed:  ........................

15   Name:  Ali Tugrul Tokgoz

16

17

18

19

20

21

22

23

24

25

1                CERTIFICATE OF COURT REPORTER

2

3   I, Kay Hendrick, an Accredited Court Reporter, hereby
    certify that the testimony of the witness, Ali Tugrul
4   Tokgoz, in the foregoing transcript taken on
    Wednesday, 13th January 2016 was recorded by me in
5   machine shorthand and was thereafter transcribed by
    me; and that the foregoing transcript is a true and
6   accurate verbatim record of the said testimony.

7

8   I further certify that I am not a relative, employee,
    counsel or financially involved with any of the
9   parties to the within cause, nor am I an employee or
    relative of any counsel for the parties, nor am I in
10  any way interested in the outcome of the within
    cause.

11

12

13

14

15  Signed:  ........................

16           KAY HENDRICK

17  Dated:   ........................

18

19

20

21

22

23

24

25

1              **E R R A T A**

2          Deposition of Ali Tugrul Tokgoz

3    Page/Line No.        Description          Reason for

4    change

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21   Signed:      ....................

22   Name:      Ali Tugrul Tokgoz

23   Date:        ....................

24

25

**$**

**$0.01 (1)**
35:3
**$1.8b (1)**
46:8
**$100m (1)**
130:15
**$11m (1)**
116:17
**$27 (1)**
114:17
**$29,5000 (1)**
114:6
**$3,300,000 (1)**
114:19
**$3,500,000 (2)**
114:7;115:17
**$33 (1)**
114:10
**$37,750,000 (1)**
114:14
**$44 (3)**
112:23;114:4;118:4
**$46,250,000 (1)**
112:17
**$64 (1)**
114:24
**$79m (1)**
46:12
**$8.5m (1)**
118:19

**A**

**able (1)**
8:19
**above (2)**
61:19;70:10
**accept (2)**
44:3;70:12
**accepted (2)**
43:14;70:20
**accepting (1)**
70:9
**accepts (1)**
30:8
**accidentally (2)**
20:4,8
**accommodate (1)**
70:4
**accomplished (1)**
125:4
**accomplishing (1)**
83:6
**accordance (2)**
96:5;112:23
**according (4)**
41:15;96:20;120:12;121:5
**accordingly (2)**
44:2;61:7
**account (24)**
110:17,20,23,24,25;
111:17,22;112:2,8;116:2;
122:20,22;123:2;125:6,7;
126:2,6,23;128:12,25;129:2,
6;131:7;134:11
**accounting (3)**
100:4;132:1,8
**accounts (12)**
49:11,11,22,23;50:2;
111:6;112:1,12;127:8;
128:19;131:9;132:4
**accurate (1)**
135:8
**achieve (2)**
41:5;70:16
**acquainted (1)**
122:14
**acquisition (2)**
115:18;116:8
**acronym (1)**
18:25
**act (11)**
50:8;52:10;57:4,23;59:2;
60:2;61:1,7;62:12;72:11;
83:6
**acted (2)**
12:14;59:17
**acting (6)**
57:10;58:15,17,18;63:18;
71:6
**actively (1)**
46:5
**activities (1)**
77:19
**acts (1)**
58:25
**actual (1)**
48:5
**actually (1)**
113:20
**Adalari (1)**
123:1
**Adam (1)**
96:1
**add (1)**
133:11
**address (24)**
25:13,22;26:7,9;31:19;
32:2;53:2;65:16;86:25;
87:24;88:3,12,15;89:16;
90:6,14,16;122:25;123:8,9;
124:2,11;125:6,8
**addressed (3)**
65:23;66:17;100:20
**addresses (2)**
125:2,3
**administrative (1)**
29:5
**admit (1)**
23:19
**Advantage (85)**
11:6;45:21;56:21,22;57:5,
5;62:24;63:5,6,7,7;68:16,18,

22,24;69:15,20,21,23;70:23,
25;74:7,9,12,19;75:3;76:11;
77:9,10,13,14,15,15;79:24;
80:5,7,13;87:18;88:8,13,17,
23;89:7;90:2,13;91:17,25;
92:20,24;93:8,25;94:7,13;
95:19,20,22,22,23,23,23,24;
96:1,10,11,17;98:16,16,20;
99:6;100:9;101:18;106:7,
25;108:25;109:1;113:2,3;
114:3;115:22;120:17;
121:17,20;122:23;124:18;
134:1
**advise (1)**
125:18
**advised (1)**
73:6
**affected (1)**
125:23
**affiliate (1)**
39:5
**affiliates (1)**
16:18
**affiliation (1)**
39:6
**aframax (1)**
19:17
**again (12)**
16:7;35:10;36:8;50:18,24;
67:16;88:15;94:16;96:14;
117:17;118:3;127:4
**age (1)**
117:21
**agent (1)**
123:9
**AGM (1)**
13:9
**agree (42)**
23:16;24:6;25:20;28:8,13;
30:14;40:2;43:11,13;56:19;
70:8;80:16;85:4,24;86:14;
87:4,15;88:7,16;89:6;90:1,
12,20;91:16,19;93:22;94:5,
8,12,20;96:3;98:13,18;
100:8,23;102:7;104:1;
105:8;106:18;110:19;115:1;
129:16
**agreed (5)**
68:10;69:8,23;70:15,25
**Agreement (21)**
56:20,22;98:13,18;99:3;
106:1,20;108:9,13;109:15;
113:2,8,14,21,24;114:23;
116:21;117:11;118:7,14,15
**agreements (3)**
43:22;44:8;108:13
**ahead (1)**
62:9
**Ajelteke (1)**
123:1
**ALI (7)**
8:3;9:5;12:7;13:7;78:8;
135:3,15

**Alici (1)**
126:11
**A-L-I-C-I (1)**
126:13
**Alix (12)**
39:23;40:6,11,14,18;43:8,
19,25;44:16;46:21,22;47:14
**allow (1)**
128:16
**almost (1)**
45:11
**alone (3)**
67:20;70:20;74:16
**along (2)**
46:7;77:24
**alternatives (1)**
41:4
**Always (1)**
61:10
**amend (2)**
44:8,15
**amendment (1)**
70:4
**amendments (1)**
68:10
**among (1)**
75:21
**amortization (1)**
44:8
**amount (4)**
114:22,23;115:12;128:17
**amounts (6)**
112:6,11;115:25;121:4,8;
128:3
**and/or (1)**
135:7
**Annex (4)**
101:4,7,14;102:9
**annual (3)**
15:12;20:15;21:18
**answerable (1)**
72:1
**answered (3)**
38:3;99:5,25
**Anthem (3)**
80:7,14;95:23
**anticipated (2)**
37:12;99:5
**apart (5)**
69:19;70:1;127:25;128:3;
134:5
**appear (2)**
122:3,19
**appears (5)**
16:2;65:21;66:13;122:22;
125:7
**appendix (1)**
102:9
**appoint (3)**
40:6;43:7,24
**appointed (2)**
42:5;64:2
**appointment (1)**

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(138) $0.01 - appointment
EXHIBIT 2

79:9
**appreciate (2)**
75:5;110:22
**approach (2)**
71:12;73:1
**approached (2)**
69:7;71:11
**approaching (2)**
68:8;71:4
**approval (1)**
95:2
**approved (1)**
95:2
**approximately (2)**
41:2;65:14
**April (1)**
87:21
**area (1)**
56:12
**argue (2)**
24:1;43:16
**arithmetic (1)**
116:11
**around (1)**
122:12
**arranging (2)**
99:17;100:3
**arrest (2)**
42:19,25
**arrests (5)**
41:11,12;42:10,10,12
**Arrow (16)**
62:24;88:8,17;91:17;
92:20,24;93:25;94:7,13;
95:24;98:16,16;106:25;
109:1;113:2;115:22
**aside (1)**
108:4
**asset (2)**
55:16,16
**assets (22)**
41:1,15;42:25;47:10;54:7,
7,14,16,19,22,25;55:3,4,10;
67:24;68:2,3;71:8,25;72:4,
7;75:12
**assign (1)**
10:16
**associate (1)**
8:12
**assume (1)**
55:6
**attached (1)**
71:15
**attention (2)**
78:14;129:7
**attorney (2)**
8:10;80:11
**auditors (3)**
23:23;24:2;49:19
**authority (4)**
21:8,12;71:5;132:11
**authorization (2)**
72:19;82:7

**authorized (3)**
35:1;123:4,6
**authorizes (1)**
21:13
**Authorizing (4)**
82:11,22;83:11;84:4
**available (2)**
15:24;52:8
**Avenue (5)**
90:2;95:20;106:7;109:1;
113:3;114:3;120:18
**avoid (1)**
42:19
**Avor (3)**
94:23;103:12;105:16
**Award (1)**
95:20

**B**

**baby (1)**
12:24
**back (8)**
11:4;32:9;53:9;70:8,11;
74:4;79:4;119:4
**background (3)**
11:13,14;108:19
**backs (1)**
75:10
**bad (1)**
43:23
**Bakery (4)**
26:15;122:7;123:25;
124:11
**balance (4)**
54:7,12;55:10;131:17
**ball (1)**
32:18
**bank (43)**
43:2;46:8;49:11;66:3,7;
70:13;103:2,4;109:9;
110:17,20,23,24;111:6;
112:7;114:9;115:15,23;
116:5,14;120:9;121:5,8;
122:4,4,20,20;123:2;125:7,
19,20,25;126:1,2,5,23;
127:7;128:4,19,25;129:1,6;
134:11
**Bankasi (1)**
122:4
**banker (1)**
125:16
**banker's (1)**
35:19
**banks (26)**
14:8;39:24;40:4,5,7;42:1,
4,5;43:7,13,13,14,19;44:3,
13;53:17;69:12,16;70:16;
71:4;75:2;76:9;108:9;
133:16,17;134:3
**bank's (2)**
114:21;125:5
**Barbarous (1)**

82:4
**bareboat (2)**
44:11;105:17
**base (4)**
70:8,10,13,17
**based (3)**
13:24;23:12;116:20
**basically (18)**
10:10;11:7,8;14:1;33:8;
35:19;43:18;44:4,18;45:10;
55:21;69:6;70:1,14;74:3,12;
77:16;96:13
**basis (2)**
58:14;69:4
**Bates (7)**
14:18,20;28:24;76:15;
81:8;127:23;130:8
**begins (1)**
67:4
**behalf (17)**
27:19;40:22,23;62:19;
63:4,5;64:7;79:24;80:13;
82:3;83:21;98:19,24;105:3;
106:10,13,22
**Below (3)**
25:19;51:3,10
**beneficiary (1)**
124:8
**benefit (2)**
40:12;46:23
**better (1)**
53:23
**Beyond (1)**
12:6
**big (4)**
32:18,21;35:14;47:9
**bills (1)**
119:10
**bit (5)**
11:12;13:5,13;41:22;
102:18
**black (1)**
13:6
**Blank (3)**
30:3;81:8,9
**Blok (1)**
90:15
**Blue (3)**
30:2;83:5,7
**board (35)**
12:8,14;13:8,10;30:7,20,
24;31:9;32:6;33:14,16;
34:13,19;57:21;60:25;61:4,
6,8,15,20;62:14;69:9;72:11,
17;78:19;79:1;82:15,21;
83:5,19;84:3,10,12,18;85:5
**bold (1)**
23:8
**book (2)**
37:3,19
**books (3)**
36:21;49:8,17,18,19
**borrowers (1)**

103:2
**boss (1)**
51:13
**both (14)**
10:3;48:6,11;57:10;86:6;
104:15;105:3,19;107:2;
117:24;118:12,16;119:10;
134:20
**bottom (3)**
25:6;28:15;68:6
**bound (1)**
107:3
**box (5)**
51:9;53:19;126:15,16,16
**boxes (1)**
50:20
**brand (1)**
13:21
**Bravo (4)**
30:3;83:10,11,15
**break (2)**
51:20;91:10
**breakdown (1)**
15:23
**briefly (2)**
43:18;51:25
**bring (1)**
69:8
**broke (1)**
125:10
**brother (1)**
17:2
**brought (1)**
129:7
**Bulent (8)**
17:5;30:12,19;81:14;
84:16;86:7;106:11;107:4
**bulk (5)**
19:19,20;55:23;56:4;
108:10
**bundle (3)**
81:5;95:14;127:22
**burden (1)**
113:13
**Buselten (11)**
37:5,6,8,16,17;38:16;
51:3;52:2,18,21;53:1
**business (17)**
11:14,17,18;15:23;19:10;
26:24,25;27:20;31:19;
48:18,21;50:14;55:19,20;
77:19;130:4,19
**businessman (1)**
11:18
**buy (3)**
55:4;71:7;109:5
**buyer (4)**
106:13;107:2,25;118:16
**buyers (1)**
107:5
**buying (4)**
69:9;75:12,12,14
**Buyukdere (6)**

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(139) appreciate - Buyukdere
EXHIBIT 2

25:13;86:25;87:24;88:13;
90:6,14

## C

**c$700m (1)**
46:7
**Cad (6)**
25:13;86:25;87:24;88:13;
90:6,14
**calculation (1)**
116:19
**call (3)**
24:20,23;26:14
**called (8)**
13:18,24;21:8,23;37:5;
122:4;131:6;132:11
**calls (1)**
34:8
**came (6)**
63:24;64:19;69:14,15;
70:8;108:19
**can (35)**
15:7,17;16:13;19:4;20:8,
10;21:3,5;36:5,8;43:4,5;
44:1;47:15;48:8,13;52:4;
54:9;60:7;61:18;70:16;
71:18,21;80:19;86:12;90:9;
95:2;98:6;108:1,3;111:13;
112:4,6;113:15;128:7
**capacities (2)**
83:1,15
**capacity (11)**
34:19;41:16;60:24;61:15,
20;64:6,7,9;80:4;82:9,18
**capital (2)**
34:24;35:1
**Captain (1)**
62:9
**carefully (1)**
15:13
**carrier (2)**
55:23;72:10
**carriers (3)**
19:20,21;56:4
**carry (2)**
29:3;48:18
**case (8)**
8:11;11:3;28:19,22;53:7;
62:21;92:10;126:11
**cash (3)**
55:11,16;131:17
**category (1)**
23:1
**ceased (3)**
58:5;59:24;60:23
**Centerbridge (10)**
67:6,13;69:8,11,25;74:10;
76:7,14;108:20;133:15
**CEO (17)**
31:16;34:20;37:1;57:23;
58:1,15,15,17,18,20;59:17,
20,24;60:1,20;61:2;96:15

**certain (2)**
29:5;109:21
**certainly (1)**
127:12
**certificate (24)**
79:23;86:15;87:16;88:8;
89:7,18;90:1;91:17,20;92:7,
8,22,25;93:23;94:2,15,22;
95:11,18;96:4,18,21;97:8;
135:1
**certificates (2)**
96:6;97:1
**certify (1)**
135:3
**cessation (1)**
60:1
**Chairman (6)**
16:20,22,24;30:20,23;
35:14
**Chalos (1)**
8:13
**chance (1)**
103:19
**change (1)**
99:1,2;107:12
**changes (3)**
68:13;76:22;135:7
**changing (1)**
44:20
**charge (1)**
21:14
**charges (2)**
17:17;112:7
**charter (5)**
99:12;100:25;102:2,4;
105:17
**chartered (5)**
56:1,3;70:7;71:15;94:25
**charterer (4)**
100:24;101:2,23;105:6
**charterers (1)**
70:2
**chartering (1)**
55:24
**charters (1)**
70:5
**check (9)**
11:4;15:13;44:1;50:9,11,
11;61:12;122:18;123:17
**checked (2)**
117:17;129:4
**checks (4)**
50:9,12,17;61:16
**chief (14)**
11:15;30:24;31:1,16;50:5,
5;57:9,12,17;58:8;79:6,15;
80:4;91:2
**chime (1)**
133:10
**choice (1)**
20:5
**circle (5)**
122:6,10,12;124:6;126:17

**citizen (1)**
9:6
**citizenship (1)**
9:8
**clarification (2)**
16:13;127:4
**clarity (1)**
84:15
**class (6)**
92:8,9,12,14;95:9,11
**Clause (3)**
110:4;111:15,24
**clear (7)**
10:6;76:6,20;77:1;109:16;
133:8,21
**cleared (1)**
112:5
**clearly (2)**
59:19;111:4
**client (1)**
40:14
**closed (1)**
44:4
**Club (3)**
11:24;13:10;15:19
**Club's (1)**
13:9
**clue (1)**
118:22
**code (2)**
91:21;92:16
**COFR (4)**
95:18;96:22;97:1,12
**COFRs (1)**
96:23
**co-invest (1)**
71:21
**co-investing (1)**
67:7
**Colin (1)**
79:2
**colleagues (2)**
10:18;123:6
**collect (1)**
49:8
**collecting (1)**
99:22
**collects (1)**
49:10
**column (2)**
19:13;25:5
**Coming (2)**
128:10;132:16
**comment (2)**
38:1;112:9
**comments (2)**
53:12,19
**Commercial (4)**
29:1,3;69:18;99:20
**commercially (1)**
49:13
**commissioning (1)**
42:23

**commitment (10)**
108:25;109:8,13,17,23;
114:6,9,16,22;134:9
**commitments (3)**
68:9;108:16;134:8
**committed (1)**
104:16
**common (1)**
90:21
**companies (28)**
11:8;12:11;18:19;21:9,9;
25:7;34:20;36:19;40:25;
44:24;45:5,19;48:6;50:13;
56:1;57:5;77:8,10,11,17,18,
21,25;89:17;90:21;91:8;
103:1;124:15
**company (142)**
12:15;13:14,15,18,22,23,
24;14:4,6;16:16,16,19;
17:24;21:22;22:18;23:10,
17;24:9,11,21,23;26:6,7,24,
25;27:3,17,19,24;28:11;
29:3,7,17,20,24;30:21;32:3,
11,13,14;33:10;34:12,17;
35:5;36:17;37:1,5;38:13;
39:9,10;40:7,14,15,19,20;
41:5;42:5,16,18,25;43:9,17;
44:6;46:5,14,24;47:2,2,7;
48:15;49:10,16,21;50:10,16;
51:5;54:19;55:2,13;56:20,
22;58:17,23,24;60:3,8;61:2,
5,7,22;62:1;63:16,17,19,21,
22,23,24;64:8,8,12,18;
67:11,24,25;68:23;69:22;
70:24;74:19,21,23;77:13,14,
16;78:7;79:7;82:18;83:2;
86:22;87:20;89:8;90:4;
91:19,20;92:2,3,4,5,13;94:2,
5,17,21;95:2,8;100:13;
102:25;122:25;123:10;
124:3;130:25,25
**Company's (9)**
23:9;29:6;35:1;43:21;
86:24;87:23;88:11;89:16;
90:5
**compared (1)**
130:11
**complete (2)**
102:8,12
**completion (1)**
29:22
**Complex (1)**
123:1
**compute (1)**
117:10
**concerning (1)**
120:12
**conduct (1)**
27:13
**conducted (4)**
27:1,2;48:21;66:8
**confirm (11)**
24:4;36:8;43:4,6;48:13;

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(140) c$700m - confirm
EXHIBIT 2

52:16;53:7;90:16;93:13;
102:24;112:6
**confirmed (3)**
13:9;70:15;73:7
**confirms (2)**
37:20;74:14
**conflict (1)**
36:15
**confused (1)**
120:23
**confusing (1)**
13:13
**confusion (3)**
14:10;85:19;120:20
**conglomerate (1)**
12:19
**Consent (1)**
100:19
**considered (2)**
68:14;76:23
**considering (2)**
41:4;133:23
**consistent (1)**
117:20
**consists (1)**
35:2
**construction (1)**
12:18
**contained (3)**
30:9;35:23;40:18
**contains (1)**
126:21
**contemplated (3)**
133:14,22,25
**content (2)**
23:1;66:22
**contents (1)**
22:24
**continue (6)**
15:7;36:5;44:12;60:7;
62:6;78:11
**continued (1)**
44:17
**continues (3)**
65:15;66:20;79:12
**contract (5)**
114:4,13;116:13,22;118:4
**control (2)**
102:8,12
**controlled (2)**
35:16;39:13
**controlling (5)**
32:11,15,20,23;36:7
**controls (7)**
38:21,22,23;39:12;48:6;
84:23,24
**convenient (1)**
10:2
**convicted (1)**
17:20
**copies (2)**
134:10,21
**copy (2)**

9:15;113:8
**corporate (1)**
16:2
**Corporation (1)**
53:2
**corporations (3)**
21:13,14,15
**correction (1)**
105:6
**corrections (2)**
9:19;135:7
**correspondence (9)**
10:11;11:7,9;75:7,19;
76:1,8,12;133:13
**cost (1)**
115:18
**costs (2)**
50:1;116:8
**counsel (6)**
8:19;15:7;125:18;133:5,
10,18
**counter (1)**
39:24
**countersigned (1)**
104:10
**country (1)**
9:6
**couple (3)**
81:7;121:23;129:10
**course (10)**
32:22;42:7;47:12;50:16;
62:18;109:15;120:7;131:2,
13;133:6
**court (23)**
8:17;9:16;11:21;20:25;
28:3;51:17;65:9;66:10;
85:21;86:9;87:11;88:5;89:3,
23;91:15;93:10;102:16;
105:21;113:9;118:24;119:7,
20;129:11
**Courtney (1)**
78:21
**C-O-U-R-T-N-E-Y (1)**
78:24
**cover (3)**
70:13;96:25;97:5
**create (1)**
36:12
**credit (3)**
120:4,5,25
**crewing (2)**
62:11;100:12
**criminal (1)**
17:17
**crude (4)**
67:8,19;75:12,14
**CS (1)**
56:10
**Cukurova (35)**
12:8,10,11;15:3,22;16:1,2,
10,14,15,17,17;17:9;24:7,
10;25:2,7;32:7;33:18,19;
35:17;38:19,25;39:6,8,11,

13;47:20;50:14;51:10;
52:21,23,25;57:21;58:18
**Cukurova's (1)**
14:2
**cup (1)**
51:23
**current (6)**
87:5,5;88:17;89:8;131:16,
17
**currently (4)**
35:4,5;38:14;131:18
**CV (1)**
56:7

# D

**Dagfinn (2)**
78:8;88:19
**database (1)**
52:9
**date (15)**
28:14;35:2;52:11;63:11,
17,20,21;68:20;74:8;
101:20;109:10,14,19;
131:11,12
**dated (4)**
65:6;101:20;106:3;109:2
**dates (1)**
10:2
**daughter (1)**
73:2
**day (2)**
121:23;130:24
**day-to-day (5)**
12:21;26:25;59:11,13,14;
77:18
**deal (2)**
76:13;134:5
**dealing (1)**
76:4
**deals (1)**
92:12
**death (1)**
79:9
**debit (2)**
120:3,25
**debtor (1)**
54:25
**December (10)**
18:10;22:22;63:8;65:6;
70:24;106:3;108:6,15;
109:21;134:9
**decide (5)**
44:2;59:3,12;62:17,18
**decided (6)**
67:6,19;68:25;69:19;
71:25;72:22
**decides (1)**
61:4
**decision (3)**
43:24;59:13;62:16
**decisions (2)**
60:9,10

**defendants (1)**
10:12
**definitely (4)**
93:13;102:13;109:12,18
**Delaware (1)**
29:6
**deletions (2)**
107:18,18
**delivery (1)**
46:9
**Denizcilik (46)**
10:13;13:16,22,25;18:23;
19:1,25;24:12;25:22;26:11;
33:17;38:20,21;39:5;40:13,
21,25;46:15,23;47:6,18;
49:1,12,24,25;51:11;60:15,
21;61:1;62:3;90:19;91:21;
92:1;94:3,7,16,21;95:4,5;
96:7,11,25;98:1,17;99:14;
100:11
**department (2)**
62:10;100:10
**departments (1)**
100:12
**depending (3)**
44:9;50:10,16
**depends (3)**
13:18;62:14;107:24
**DEPONENT (1)**
135:1
**deposit (3)**
107:20;108:1,4
**deposition (9)**
8:12,14;9:14,15,20;10:1;
132:24;133:7;135:4
**depositions (2)**
10:7;66:8
**detailed (1)**
70:5
**deuces (1)**
10:9
**diagram (1)**
50:20
**difference (2)**
55:14;118:18
**different (8)**
12:16,19;16:9;53:16;68:2;
112:1;117:21;131:19
**direct (2)**
16:18;33:11
**directions (1)**
72:23
**directly (3)**
38:23;39:8;53:14
**director (34)**
11:25;12:7;13:7;17:9,24;
22:4;25:6,7;30:25;33:10;
36:25;49:18,22;50:13;
57:10,16,23;58:1,5,7,16;
61:18;63:16,18,22,23;64:1,
12;71:24;78:6;79:23;80:7;
101:10;104:17
**directors (43)**

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(141) confirmed - directors
EXHIBIT 2

16:10;17:13;22:1;23:2,3,
14;24:3;30:7,20,25;31:11,
16;32:6;33:14,16;34:13;
35:22;49:16;50:3,4;58:23;
59:2,12;61:14,15;72:12;
78:12;81:24;82:9,15,18,21;
83:1,15,19,22;84:4,6,10,12,
19;85:5;90:22

**disagree (1)**
92:15

**discovery (4)**
8:11;15:17;21:2;130:7

**discrepancies (1)**
118:19

**discrepancy (2)**
117:25;118:13

**discussed (2)**
62:23;77:9

**discussion (1)**
75:2

**discussions (2)**
71:4,17

**disruption (3)**
41:11;42:9,19

**docking (1)**
99:17

**document (77)**
14:13,14,16,21;15:9,21;
20:21,24;28:2,6;39:16,18;
51:16;53:4;56:13,14,25;
57:8;58:15;63:25;64:15,17;
65:9;67:1;76:15;78:15;81:1,
16,17;82:1,3,6,14,20;83:4,9,
18;84:2;85:1,19,22;86:10,
12;87:12;88:4,21;89:1,2,22;
91:14;92:17;93:4,6,8,9,15;
95:15;97:22;98:12;100:6,7,
14,17,19;101:19;102:15,21;
105:25;106:10;107:4;115:3;
117:11;118:23;119:8,21;
133:6;134:7

**documenting (1)**
130:10

**documents (43)**
10:4,10,12,17,19,21;15:6,
16;21:7;50:24;57:1;60:18,
20;65:5;81:5;84:9;86:6;
95:9,14;98:8;103:21;107:8;
110:1;117:18;119:25;
121:15,24;122:3,15;125:11;
126:4;127:15,22,23,25;
128:2,18;129:4,6,11,17;
130:6,9

**dollars (1)**
123:16

**done (9)**
15:18;23:23;27:17;33:21;
40:8;44:1,2;71:18;129:21

**down (3)**
41:13;68:6;126:16

**draft (1)**
54:4

**drafted (2)**

111:1;112:9

**draw (1)**
78:14

**drawdown (3)**
115:8;116:7;120:12

**drawdowns (1)**
121:6

**drawn (2)**
122:10,12

**drawndown (1)**
116:16

**Dry (1)**
99:17

**due (2)**
14:4;69:17

**duly (1)**
8:4

**during (7)**
12:15;13:8;32:5;47:11;
50:14;69:19;133:6

**DVB (2)**
68:13;76:22

**DWT (7)**
19:16,16,17,17,18,19,20

**E**

**earlier (17)**
22:16;24:7;35:21;45:3;
49:14;52:1,19;62:23;77:9;
79:8;109:4,14,24;121:14;
124:14;125:10;130:8

**early (3)**
12:15;57:22;69:5

**earnings (3)**
44:9,15;116:2

**ease (1)**
113:25

**easy (2)**
14:5,7

**Eclipse (1)**
105:12

**Edgar (1)**
52:9

**effective (1)**
10:7

**efforts (1)**
67:7

**eight (3)**
19:20;69:14;75:1

**either (6)**
16:18;55:10;64:6;92:22,
25;93:2

**elected (1)**
33:13

**else (6)**
17:13;33:2,3;54:23;98:5;
134:18

**else's (1)**
64:7

**e-mail (15)**
26:3;31:25;32:1,2,3,4,4;
65:15,16,17;66:13;68:20;

75:6;76:17;127:22

**e-mails (4)**
10:25;11:11;27:5;66:23

**emergency (1)**
62:16

**Emin (8)**
16:21;33:10;35:15;36:9;
37:9,16;51:2;72:22

**employee (1)**
125:21

**employees (4)**
26:20;27:10,22;49:15

**end (9)**
19:14;25:3;47:23;56:25;
57:22;101:6,7;130:24;
132:20

**ending (2)**
22:21;127:24

**Energy (1)**
104:19

**engaged (1)**
71:3

**engineer (1)**
11:15

**English (1)**
126:21

**enough (1)**
108:1

**enter (1)**
102:4

**entered (1)**
97:3

**Entirely (1)**
37:10

**entitled (1)**
16:1

**entity (4)**
47:12;74:22;97:25;133:23

**equities (1)**
128:20

**equity (21)**
46:7;53:22;54:8,8,12,16,
21,23,24;55:7,7,10;69:2;
71:19;130:2,15,16;131:8,8;
133:14;134:15

**Ergin (10)**
17:5,7;30:12,19;32:5;
81:14;84:16;86:7;106:11;
107:4

**especially (2)**
10:19;60:19

**Essentially (2)**
44:19;52:16

**establish (2)**
43:8;64:8

**established (7)**
13:10;57:6;63:12,14,20;
69:22;70:24

**etc (2)**
27:5;130:13

**even (2)**
93:15;94:15

**event (1)**

9:3

**eventually (3)**
45:12;108:25;127:13

**evidence (9)**
96:20;111:7,10,11;
112:11;117:13,14;132:16;
134:8

**evidentiary (1)**
8:23

**Exactly (17)**
13:21;14:10;18:14,15,17;
35:20;41:19;54:9;57:20;
59:6;69:5;75:24;76:2;
108:12;111:2;130:22;133:8

**Examination (1)**
8:7

**example (2)**
108:21,22

**exception (1)**
135:6

**excerpts (1)**
113:14

**Exchange (2)**
28:13;52:10

**exchanged (1)**
10:12

**exchanging (1)**
11:11

**exclusively (2)**
40:12;46:22

**ex-director (1)**
18:1

**executed (1)**
118:15

**executive (7)**
29:8;30:24;50:5;57:9,12,
18;58:8

**Exhibit (133)**
9:17,18;11:22,22,23;
14:16,17;16:1;19:7;20:22,
23,25;21:1,17;22:19;24:6;
25:1;28:3,4;30:17;32:9;
34:23;39:14,15;46:2;47:16;
50:18;51:17,18;52:1,4;53:9;
56:13,14,15,16,20,21;63:1;
64:13,14;65:10,11;66:11,12;
68:7;74:6;75:22;76:15;78:2;
79:4,19,20,23;80:10;81:2,3;
85:2,3,23;86:10,11;87:12,
13,25;88:5,6;89:4,5,24,25;
91:12,13,15;93:10,11,19;
95:12,13;98:10,11;100:15,
16;102:16,17;103:16,17,18;
104:1,18;105:8,22,23;
106:16,17,19,19;108:24;
112:15,19,22;113:10,11,18,
19,24;114:12;115:4,5,12;
116:12,22;118:3,24,25;
119:6,8,9,21,22,24;120:11,
20;122:1,2,6,11;123:19;
124:5;129:12,13,15;133:12

**Exhibits (12)**
63:1;65:5;68:22;79:18;

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(142) disagree - Exhibits
EXHIBIT 2

103:15;110:4;119:10;
120:23;121:24;126:5;
127:25;129:16
**exist (4)**
63:8;68:22;74:21,23
**existence (1)**
63:25
**existing (1)**
101:13
**exists (1)**
131:21
**expect (1)**
8:20
**explain (1)**
118:21
**explaining (1)**
71:17
**exploring (1)**
71:5
**exposure (1)**
53:21
**expressed (1)**
71:9
**extensive (1)**
75:7
**extent (1)**
85:18
**extracted (1)**
113:20

**F**

**face (5)**
88:21;119:16;120:5,11,17
**facing (1)**
17:17
**fact (9)**
11:2;17:19;36:25;37:12;
48:4,5,14;50:4;96:17
**facts (1)**
18:16
**factual (1)**
40:17
**fail (1)**
108:2
**failure (1)**
76:13
**fair (2)**
42:22;134:17
**familiar (4)**
15:9;28:5;30:4;39:17
**familiarize (1)**
67:1
**family (16)**
32:16,19,21;33:4;35:7,11,
13,14,15,18;36:10,14;38:6,
6,19;91:6
**far (4)**
19:3;53:8;57:25;92:9
**fault (1)**
38:9
**fax (3)**
25:17;26:1;31:23

**February (2)**
101:20;109:2
**fee (2)**
27:18;116:4
**feel (1)**
133:10
**fell (3)**
69:18;70:1;134:5
**fellow (1)**
23:3
**fence (2)**
41:10;42:9
**fencing (2)**
41:15,17
**fifth (1)**
126:16
**figure (2)**
120:15;122:12
**filed (1)**
52:9
**files (1)**
10:20
**filing (1)**
37:14
**finalization (1)**
69:17
**finalized (1)**
108:8
**Finally (3)**
22:11;89:22;91:5
**finance (5)**
14:6,7;37:6;51:3;114:22
**financial (14)**
22:21;31:1,17;41:4;42:8;
49:6;50:5;79:7,15;80:5;
91:2;95:18;96:4;97:8
**Financials (2)**
20:13;49:12
**financing (6)**
14:4;46:8;75:10;108:9,10;
109:9
**find (14)**
10:21;11:13;42:24;73:9,
10,12,24;111:24;112:2;
113:13;117:15;127:25;
128:23;135:8
**fine (3)**
15:19;38:4;127:10
**finish (2)**
8:24;24:14
**finished (1)**
112:21
**first (12)**
8:16;12:4;15:9;23:1,22;
28:15;46:4;53:19;69:1;81:7;
114:1;133:12
**five (2)**
45:12;100:25
**fixed (1)**
70:6
**flag (2)**
14:3,5
**fleet (15)**

14:2,8,9;19:15;29:4;
46:12;47:3,8,24;48:11;
49:13;71:14,14;98:20;99:7
**flight (1)**
132:25
**flip (2)**
10:8;114:12
**floating (1)**
70:6
**fly (2)**
43:15;44:17
**focus (1)**
12:24
**follow (2)**
17:22;64:3
**followed (2)**
72:23;76:13
**following (5)**
10:15;22:8;41:6;68:13;
76:22
**follows (1)**
8:5
**follow-up (1)**
133:2
**foregoing (1)**
135:4
**forgot (1)**
51:19
**form (4)**
27:15;33:7;62:8;122:5
**formal (1)**
60:2
**formally (1)**
33:21
**formation (2)**
78:6;79:6
**formed (1)**
29:7
**Formerly (1)**
113:5
**Forward (7)**
64:18;65:2;77:9,12;86:17;
89:9,11
**found (3)**
13:5,13;14:21
**founded (1)**
77:24
**founding (1)**
77:8
**four (1)**
19:15
**fourth (1)**
126:16
**free (2)**
112:7;133:10
**freights (1)**
49:9,11;99:23
**Friday (1)**
10:19
**friend (1)**
93:6
**full (5)**
69:1;71:19;112:7,11;

134:20
**functions (1)**
29:5
**fund (2)**
67:14,16
**funds (11)**
69:18;70:20,21,22;73:11,
16,25;111:4;112:1;127:1;
131:4
**Further (4)**
22:8;41:13;132:15;133:1
**Future (4)**
67:5,10,18,21

**G**

**Gaitas (120)**
8:7,10;10:5,8;11:5;14:15,
20,25;15:4,8,21;16:4,6,9,13;
18:6,9;21:7;24:16,19;27:21;
28:23;29:1,14;33:9;34:4,11;
36:6;38:4,9,11;43:5;46:20;
48:21;51:16,23,25;52:3,7,
12;53:6;54:11;55:5;57:25;
62:7;63:13;64:5;66:10;67:2;
68:18;71:3;73:21,24;74:4;
75:5,21,25;76:3,12,19;77:1,
3,5,7;78:25;80:22;85:21;
88:23;89:2;90:12;91:10,12;
93:9;98:9;100:1,3,8;102:12,
15;107:11;110:3;111:15,24;
112:15,19,21;118:3;119:3,6;
120:7,22;121:22;124:25;
125:22,25;126:4,8,14,22;
127:1,9,13,18,21;128:22;
129:5;131:22;132:1,7,10,14,
18,21;133:16,19,25;134:4,
13,17,22
**gave (2)**
40:17;72:23
**GDAS (4)**
30:21,21,25;31:2
**Geden (144)**
10:13;11:6;13:8,10,14,16,
19,24;18:21,25;19:10,14,22;
21:23;22:13,15,20;23:10,11,
17,18;24:7,20;25:10,19;
26:9,12;27:8,9,18;28:16;
29:21;30:20,25;31:2,15,15;
32:14,23;33:14;35:6,16;
36:8,13,16;37:1,2,4,17;
38:14;39:20,22,25;40:3,5,
13,22;42:2;44:19;45:10,15,
23;46:16,24;47:8,14,24;
48:2,11,14;49:7,14,24;50:1,
3,12;51:6,7;53:22;54:8,12,
24;55:3,7,9,14,19;57:9,10,
11,15,18,18;58:1,5,7,8,16,
18,20;59:17;60:2;61:1;
71:24;72:12;84:19;85:5,8,
14,15;86:4;99:10;101:10,
12;102:7,24;103:2,3,7,9;
104:7,22;105:13;121:16,20;

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(143) exist - Geden
EXHIBIT 2

126:1;128:13,16,19;129:1,8;
130:2,21,23,24;131:1,5,6;
132:5,12;133:23;134:12,12

**gedenlinescom (1)**
26:4

**Geden's (2)**
12:6;129:6

**Genel (48)**
10:13;13:16,21,25;18:23;
19:1,24;24:12;25:22;26:11;
33:16;38:20,21;39:5,10;
40:13,21,25;46:15,23;47:6,
10,18;49:1,12,23,25;51:11;
60:15,20,25;62:3;90:19;
91:21,25;94:3,7,16,20;95:4,
5;96:7,11,24;98:1,17;99:14;
100:11

**general (7)**
15:5;19:5,6;50:2;130:1,4,
19

**generally (3)**
15:9;28:5;54:18

**gentleman (3)**
17:4;22:9;79:1

**George (8)**
8:10;9:24;14:18;15:15;
76:25;88:22;120:20;127:4

**Girozentrale (2)**
66:4,7

**given (9)**
8:14;69:16;79:24;80:13;
92:8;104:2,18;105:12;119:6

**giving (2)**
113:15;132:16

**goes (4)**
17:23;96:15;109:5;116:4

**G-O-N-D-E-R-E-N (1)**
126:18

**good (9)**
8:8;9;10:5,8;12:2;41:18;
71:14,15;107:25

**Google (1)**
19:4

**grab (1)**
119:4

**Group (19)**
12:11;13:22;15:3,23;16:2,
11,14,17,17;17:7;23:11;
24:8,10;25:8;47:20;52:22,
23,25;58:18

**grouping (1)**
41:14

**growing (1)**
14:4

**guarantee (7)**
103:22,24;104:2,22;
105:10;122:4;126:1

**guarantor (6)**
103:4;104:8,15,22;105:3,
14

**guess (16)**
10:23;16:25;20:10;26:13,
23;28:18,18;80:20;100:5;

108:18;111:7;114:15;
116:18;123:11,12;127:8

**Gulsun (5)**
64:25;74:14;78:7;88:18;
89:14

**guys (1)**
119:2

## H

**hand (1)**
119:7

**handbrake (1)**
119:3

**handed (1)**
39:16

**handier (1)**
113:25

**handled (1)**
11:9

**hands (1)**
38:24

**handymax (1)**
19:20

**Hang (1)**
126:10

**happen (3)**
43:15;58:13;60:2

**happened (7)**
34:15;44:4;45:10;60:5,12;
70:3;130:2

**happy (4)**
10:2;11:4;70:17;132:14

**head (2)**
23:24;38:6

**headed (1)**
100:19

**heading (4)**
18:20;23:8;29:1;34:24

**hedge (1)**
67:16

**held (1)**
53:15

**help (3)**
19:4;28:23;77:24

**helping (1)**
8:14

**hereby (2)**
102:24;135:3

**Hermitage (1)**
39:17

**herself (2)**
69:2;74:15

**higher (1)**
132:11

**Himself (3)**
32:25;52:24;67:1

**hires (1)**
99:23

**history (2)**
68:24;70:23

**hmm (2)**
25:25;120:16

**hold (5)**
41:11;42:9;79:8;96:18,21

**holder (4)**
52:17;95:17;96:3;122:22

**Holding (14)**
12:14;26:24,25;28:16;
31:15;32:3;48:15;51:5;
77:11,12,14,21;102:25;
130:25

**Holdings (126)**
10:13;12:10;13:24;16:15,
16;22:13,15;23:10,17;
24:20;25:10,20;26:9,12;
27:8,9,18;32:14,23;33:14;
35:17;36:9,13,16;37:1,2,4,
17;39:6,9,11,13;40:5,22;
45:10,16;46:16;47:8,10,11;
48:11,15;49:7,15,24;50:1,3,
12;51:6,7,10;53:22;54:8,12;
55:3,14,19;56:22;57:5,11,
15,18;58:2,6,7,9,16,19,21;
59:17;60:2;63:6,8;64:18;
65:3;67:5,10,18,21;71:24;
72:12;77:9,10,12,13,14;
84:19;85:5,9,14,16;86:4,17;
89:7,9,11;99:10;101:10,12;
102:8,24;103:3,3,7,9;104:7;
105:13;121:16,21;126:2;
128:13,17,19;129:1,8;130:2,
21,23,24;131:1,5,6;132:5;
133:23;134:12,12

**honest (2)**
23:22;100:6

**House (2)**
21:9,9

**Houston (1)**
8:13

**hundred (3)**
54:5;94:8;103:13

**husband (1)**
78:19

**hypothetical (3)**
61:23,25;62:5

## I

**idea (2)**
125:20,25

**identification (45)**
9:18;11:23;14:17;20:23;
21:1;28:4;39:15;51:18;
56:15,16;64:14;65:11;
66:12;79:19,20;81:3;85:3,
23;86:11;87:13;88:6;89:5,
25;91:13;93:11;95:13;
98:11;100:16;102:17;
103:16,17,18;105:23;
106:17;113:11,19;115:5;
118:25;119:9,22,24;122:1,2;
129:13,15

**identifies (1)**
123:24

**identify (6)**

**hold (5)** — *omitted duplicate*

21:4;52:5,7;86:12;126:5,
23

**immediately (1)**
120:22

**implement (1)**
44:20

**implemented (3)**
50:23;112:3,3

**inaccuracies (1)**
10:3

**Inc (2)**
28:12;105:12

**incentivized (1)**
53:23

**include (1)**
99:15

**includes (3)**
99:20,22;100:3

**including (3)**
19:15;42:21;45:15

**inconsistencies (1)**
10:1

**inconsistent (1)**
117:22

**incorporated (6)**
13:15;22:16;23:10,17;
29:17;32:14

**incorporation (1)**
29:20

**incumbency (6)**
86:15;87:16;88:8;89:7,18;
90:2

**indebtedness (2)**
115:14,23

**indirect (1)**
16:18

**indirectly (7)**
35:6;38:14,15,23;39:1,10;
53:15

**Individual (1)**
64:10

**individuals (9)**
81:22;82:8,17,24;83:14,
23;84:7,13;88:24

**Informally (3)**
33:23;60:5,13

**information (8)**
17:21;18:10;30:8;31:7;
40:17,24;116:21;126:21

**initial (1)**
78:6

**insert (2)**
13:5,6

**instance (2)**
96:6;101:3

**instances (1)**
118:12

**instead (2)**
113:12;128:15

**instructed (1)**
43:2

**instructions (1)**
71:6

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(144) gedenlinescom - instructions
EXHIBIT 2

insurance (4)
96:23;100:4,9,11
insured (1)
97:5
intention (1)
101:24
interest (3)
71:10;73:8,8
interested (3)
69:3;71:16,19
interesting (1)
93:18
internal (5)
40:12;43:24;46:23;
125:12,14
International (1)
91:16
internet (1)
123:7
into (9)
15:17;21:5;56:12;63:24;
64:19;65:3;102:4;111:5,16
invest (4)
68:25;69:3;71:17;74:13
investment (2)
46:7;67:19
involved (1)
55:19
involves (2)
41:14;62:16
involving (1)
76:14
ISBS (2)
91:21;92:16
Islands (8)
29:18;69:21;86:22;87:21;
90:5;92:25;123:13;124:19
issuance (1)
28:14
issue (1)
21:5
issued (9)
28:14;35:4,5;36:23;38:13;
86:21;87:20;90:4;97:1
issues (5)
8:23;14:5;17:22;18:3,4
Istanbul (8)
9:12;13:8;25:14;87:2;
88:2;89:20;90:6,15
item (1)
32:11
items (1)
133:11

**J**

January (5)
8:1;9:21,22;87:5;135:6
job (1)
34:5
join (1)
33:23
joined (2)

11:25;34:3
joint (4)
67:7;69:17;73:12,16
Jonathan (1)
8:13
June (2)
13:9;28:15

**K**

Karamehmet (49)
16:21;17:1,14,16;22:2;
30:12;32:16,19,24;33:4,10;
34:11,21;35:7,11,15,18;
36:9,10,14;37:9,16;38:5,6,
15,19;39:2;48:7;50:24;51:1,
2,10,14;52:17;64:25;67:12;
68:25;72:2,22;73:24;74:6,
15;75:8;77:23;78:7;87:8;
88:19;89:14;91:6
keep (3)
49:8,17,18
keeps (1)
21:12
kept (3)
73:6;99:12;107:19
key (1)
41:6
kind (7)
12:3;55:20;59:10;82:2,7;
119:1;123:15
kindly (1)
130:7
Kingdom (2)
21:8,15
knowledge (1)
17:25
knows (3)
120:6,7;125:23
KPMG (1)
49:19
Kredi (5)
25:14;86:25;88:13;90:6,
14

**L**

labeled (2)
21:18;39:17
language (1)
111:24
large (1)
15:24
last (9)
36:4;45:1;57:1;63:2;
64:21;72:16;78:5;79:1;
110:13
lasted (1)
34:4
late (1)
121:23
later (2)
21:6;110:23

lawyer (1)
36:13
lawyers (6)
35:19;38:7,9;111:2;112:9;
128:14
lawyer's (1)
26:22
LB (1)
66:7
learn (1)
127:13
learned (1)
8:12
least (4)
27:17;31:14;68:2;109:5
leave (1)
108:3
leaves (1)
116:16
left (4)
34:16;57:22;58:17,21
left-hand (1)
19:12
legal (5)
18:3,4;36:12;48:4;58:14;
74:22
Legally (2)
36:11;38:1
lenders (1)
68:8
letter (8)
15:20;100:20;101:7,7;
103:21;105:9;109:9,17
letters (2)
109:24;134:9
Levent (1)
25:14
Liability (4)
29:7;56:20,22;64:18
life (1)
50:14
Likewise (4)
31:6;82:2;104:21;105:9
Limited (26)
10:13;21:23;22:13,15,20;
23:10,17;25:11,20;27:8,9;
28:17;29:7;31:15;32:14,23;
33:14;36:9,16;37:1;39:6;
53:22;56:20,21;64:17;81:9,
24;82:9,16,22;83:6,11,16,
20,22;84:4,6,11;86:2,17;
88:9;94:23;100:21;102:25;
103:3,3,10,11,12,12;104:7,
11;105:13,16;115:14;
122:11;123:25;124:9;
129:18,19;130:21;131:6
limits (1)
61:16
line (1)
125:17
lined (1)
69:4
Lines (26)

13:8,10,14,16,19;18:21;
19:10,14,22;23:11,18;24:7;
31:15;39:20,22;40:3,13;
44:19;45:23;46:24;47:24;
48:2;57:9,11,18;61:1
linked (3)
52:24;96:22,23
Liquidity (1)
105:12
listed (4)
28:12;98:3;102:9;135:7
lists (3)
18:19;21:25;22:11
little (1)
11:12
live (1)
133:3
LLC (21)
56:21,23;64:19;79:24;
86:19;87:5,18;88:17,18,23;
89:7,9;90:2,13;92:20,24;
96:10,17;106:8,25;122:23
Lloyds (1)
62:8
LLP (2)
40:12;46:22
loan (24)
43:21;44:8;108:12,13,15,
25;109:10,15;113:2,20,23;
114:16,23;115:9;116:13,15,
21;117:10;118:6,14,14;
128:4;134:8,9
loans (7)
44:9;103:2,4;121:5;
133:19,22;134:2
lodge (1)
15:5
long (2)
34:4;100:24
longer (1)
57:12
long-term (1)
41:14
look (48)
10:10;12:2;15:8;18:19;
21:17,22;25:5;28:23;30:17;
31:6;34:23;40:9;48:8;50:23;
52:15;53:12;64:13,21;
66:22;68:20;70:11;79:21;
80:1,10;81:4;93:9,19;
100:17;101:6,14,19,22;
103:19;104:18;110:10;
112:4;113:25;115:11,17,21;
116:7;118:3,6;119:15,25;
120:24;123:19;124:5
looked (6)
56:17;59:19;60:19;89:17;
116:12;117:14
looking (9)
10:16;77:8;105:8;116:12;
120:19,23;126:4;128:25;
129:16
lose (2)

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(145) insurance - lose
EXHIBIT 2

70:19;71:13
**lot (4)**
18:19;45:8;62:17;130:15
**low (1)**
119:2
**Ltd (1)**
104:19
**Lunch (2)**
119:5;125:11
**Lunde (2)**
78:8;88:19

## M

**main (1)**
35:14
**mainly (4)**
12:25;13:2;40:4;46:6
**maintain (2)**
36:19,21
**maintains (2)**
29:8;126:2
**major (1)**
71:15
**makes (1)**
61:5
**making (1)**
60:8
**Malta (23)**
13:24;14:6,9;22:17;23:11,
18;26:9,15;27:1;32:15;
37:21;86:2;102:25;103:3,4;
104:7,11;105:14,17;122:7;
124:3,12,16
**Maltese (4)**
13:11;36:16,19;47:12
**manage (1)**
27:20
**managed (4)**
62:3;92:13;95:4,6
**management (25)**
13:22;24:9,11;26:7;29:2,
4;30:21;92:4;93:23;94:6,11,
15,22;95:7,8;96:16;98:13;
99:2,8,9,12,15,20;100:13;
107:12
**manager (30)**
13:25;45:23;47:7;48:23,
24;59:4;92:6,7,9,12,14,14,
23;93:2,5;95:1,3,9;96:13,14;
97:10,13,16,18,20;98:6,17,
18,22;107:19
**Managers (46)**
11:6,8;26:11;27:6,18,19,
19;32:2,2,4;40:21;43:19;
44:7;48:12;50:11;59:15;
61:6,14,22,24;62:10,11,11,
12,19,22;88:17;89:8;90:17,
18;91:24,25;93:16;94:10,
19;95:10;96:8,12,23,24,25;
97:1,6,21;98:2;107:14
**manager's (1)**
88:3

**manages (2)**
49:12;62:1
**Managing (5)**
12:7;13:7;27:24;46:5;
47:2
**many (2)**
12:13;56:5
**March (3)**
29:8,18;104:24
**Maritime (5)**
19:6;28:12;30:8;82:4;
96:16
**mark (30)**
9:16;11:21;20:25;22:9;
28:3;51:17;65:9;66:11;
79:18;85:2,22;86:9;87:11;
88:5;89:3,23;91:15;93:10;
95:12;100:14;102:16;
103:15;105:21;113:10,18;
115:4;118:24;119:8,20;
129:11
**marked (50)**
9:18;11:23;14:17;20:22,
23;21:1;28:4;39:15;51:18;
56:13,15,16;64:14;65:11;
66:12;79:19,20;81:2,3;85:3,
23;86:11;87:13;88:6;89:5,
25;91:13;93:11,19;95:13;
98:11;100:16;102:17;
103:16,17,18;105:23;
106:17;113:11,19;115:5;
118:25;119:9,22,24;121:24;
122:1,2;129:13,15
**market (5)**
43:23;69:6;70:5,7,18
**Marshall (9)**
29:18;69:21;86:21;87:21;
90:5;92:25;123:1,13;124:19
**master (1)**
11:15
**Mat (5)**
10:18;22:5;31:1;65:21;
66:15;74:14;75:9,10;79:6,
12;80:2,17;81:12;84:16;
90:24
**match (2)**
121:4;129:3
**may (26)**
28:23;36:11,11;39:9,10;
68:2;73:7;104:5;105:13;
110:22;111:4,5;125:15;
126:20;128:10,13,15,16,18,
19,20,24,24;129:1,2;130:25
**maybe (1)**
108:13
**MD (2)**
83:20;84:5
**mean (53)**
13:16;16:17;18:4;19:3,24;
20:13;23:21;26:8;27:16;
32:1,21;33:6;35:13;36:8,15;
37:24;40:21;41:16;42:14;
43:12,18;47:6;48:2,3;55:3;

58:14;59:6,12;62:14;67:25;
71:13;74:22;77:12;80:20;
95:1;97:2;100:5;102:11;
108:18;109:20;110:16,16;
116:18;118:12;121:19;
123:3;125:1,5,14;126:11;
128:5;130:22;131:15
**means (13)**
39:6;41:19;53:17;54:2,10,
23;55:6,10;74:6;109:3;
111:2;112:8;126:18
**meant (2)**
14:2,11
**media (1)**
12:18
**meeting (4)**
59:8;61:12,13;85:10
**Mehmet (15)**
22:5;31:1;65:21;66:15;
74:14;75:9,10;79:6,12;80:2,
17;81:12;84:16;90:24;123:5
**member (7)**
12:7;13:8,9;34:19;60:25;
78:19;91:5
**members (4)**
32:19;61:15,20;87:5
**membership (1)**
31:9
**Memorandum (2)**
106:1,19
**memory (1)**
108:22
**mention (5)**
18:21;33:5;51:19;108:21;
110:19
**mentioned (18)**
22:16;54:11;73:13;76:14;
81:22;82:24;83:23;84:7,13;
91:20;94:17,21;96:5;97:25,
25;121:14;128:11;130:8
**middle (6)**
30:18;41:3;52:13,15;
65:14;79:5
**million (8)**
112:23;114:4,10,17,24;
116:15;118:4,8
**minuscript (1)**
134:21
**minute (3)**
29:12;126:10;128:8
**minutes (1)**
85:24
**Miss (12)**
67:11;68:1;73:24;74:6,8,
10;77:23;78:7,19;87:8;
89:14;107:4
**missing (2)**
11:3;128:19
**mistake (5)**
47:14,17,19;48:1
**mmat@advantagetankerscom (1)**
65:19
**MOA (14)**

107:11,13,16,17;108:5;
109:10;112:23;116:15;
117:2;118:5,13;119:16;
128:11;129:3
**MOAs (6)**
72:18;109:1;117:21;
119:18;130:9,11
**moment (2)**
32:10;66:25
**money (12)**
49:23,25;50:17;53:23;
55:9;62:17;70:19;74:2;
131:25;132:2,4,6
**month (2)**
18:11
**months (4)**
45:1;69:14;75:2;109:6
**more (7)**
14:7;17:8;20:14;58:10;
72:9,16;78:18
**morning (2)**
8:8,9
**move (3)**
39:14;56:12;123:4
**moved (2)**
14:6;54:9
**movement (1)**
122:19
**moving (2)**
14:9;110:3
**Mrs (2)**
64:25;88:18
**much (12)**
10:23;11:9;12:3;17:8;
27:12;28:21;59:14;67:23;
93:16;109:4,14;132:16
**mutually (1)**
59:3;61:9,10
**MV (1)**
83:20
**myself (4)**
23:25;64:4;69:7;70:1

## N

**Naklityati (6)**
10:14;13:17;19:1;40:13;
46:24;94:21
**name (15)**
9:4;13:20,21;16:21;17:4;
22:1,5,6,9;25:19;28:11;
30:11,11;33:5;57:20;64:18;
69:20,21,23;70:25;71:1;
74:9,23;78:20;79:1;80:20;
94:2,13;96:25;97:11,14;
124:8;135:15
**named (3)**
43:8;60:20;94:13
**namely (2)**
95:19;107:4
**names (2)**
47:9
**Navigation (1)**

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(146) lot - Navigation
EXHIBIT 2

105:16
**Nazli (16)**
64:25;67:11;68:25;69:11,
11,18,25;70:11,15;71:7;
74:14;78:7;88:18;89:14;
106:13;107:4
**nearby (1)**
113:16
**need (5)**
43:24;92:13;113:16;
132:19;134:19
**needed (3)**
59:9;60:9,11
**needs (1)**
62:7
**negotiations (3)**
134:1,2,3
**neither (1)**
124:15
**net (3)**
41:15;46:10,12
**new (11)**
13:9;29:9,9,24;44:23;
45:5,19;54:19;67:14,16;
102:4
**Newco (5)**
53:22;69:20;77:6,7;134:2
**next (22)**
21:25;22:4,5;65:15;66:20;
67:17;68:11;81:16;82:1,6,
14,20;83:4,9,18;85:22;
86:10;87:12;100:14;132:20;
134:10;135:7
**nine (2)**
69:9;75:2
**nobody (7)**
26:10,19;33:2,3;58:22;
59:1;61:4
**nominate (2)**
91:24;110:22
**none (2)**
45:11;127:24
**nor (1)**
124:18
**Nord (1)**
66:7
**Norddeutche (5)**
66:3,6;120:9;129:24,25
**normal (3)**
61:5;95:10;100:13
**note (3)**
67:5;79:4;112:16
**notes (4)**
120:4,5,25;134:16
**notice (6)**
9:15,16,20;10:1;11:14;
120:12
**noticed (1)**
130:12
**notify (1)**
101:23
**November (1)**
52:12

**NSF (10)**
67:6,15;69:7,11,25;74:10;
76:7,13;108:20;133:15
**nuisance (2)**
41:11;42:10
**number (8)**
10:11;25:16,17;81:8,17;
95:19;130:8;133:5
**numbered (1)**
28:24;52:4;76:15
**numbers (4)**
20:11,12;126:23;127:24

## O

**object (16)**
14:12;18:2;27:15;33:7;
36:4;53:4;54:3;62:5;63:9;
85:19;88:20,25;92:17;
107:10;125:17;127:5
**objecting (1)**
10:3
**objection (21)**
8:23,24;15:6;34:1,6;
37:25;38:10;43:1;46:19;
48:20;55:1;57:19;68:17;
72:14;73:18;74:1;80:19;
98:7;99:24;102:10;118:2
**objections (1)**
9:25
**objective (1)**
41:9
**objectives (2)**
41:6;53:15
**obstructionist (1)**
127:5
**October (2)**
74:5;75:6
**off (4)**
115:14,23;116:13;128:4
**offered (2)**
68:13;76:22
**offering (1)**
29:22
**office (21)**
8:13;10:18,24;11:10;
12:25,25;23:24;26:10,13,14,
15,17,18,19,22;27:1,2;
123:11;124:16,19;125:9
**officer (14)**
30:24;31:1,17;50:5,5;
57:9,13,18;58:8;66:3;79:7,
15;80:5;91:2
**officers (1)**
90:25
**offices (1)**
29:9
**off-the-record (12)**
29:11,13;57:24;75:4;90:9,
11;111:13,14;112:13,14;
128:7,9
**oil (3)**
71:15;75:12,14

**Old (4)**
26:15;122:7;123:25;
124:11
**once (3)**
14:4;68:24;70:14
**one (44)**
15:12;18:11;22:1,16;
27:17;32:4;42:21;43:2;
44:18,18;45:11;47:20;52:4;
54:5;55:15,23;56:7,10;61:8,
22,25;62:21;68:21;78:18,
25;90:22,24;94:8;98:3,5,6;
103:1,13;110:25;117:1,7,21,
22;119:23;121:1;122:6,10;
123:5;134:22
**ones (2)**
21:4;128:24
**on-going (1)**
53:24
**on-line (2)**
15:21;52:8
**only (20)**
12:17;18:6;47:7;49:3,12;
55:23;57:16,23;58:23;
72:20;74:8,13;77:13;95:8;
97:14,24,25;98:2;112:6;
117:25
**on-the (1)**
133:4
**ooo- (1)**
134:25
**open (2)**
62:8;125:6
**operate (1)**
29:25
**operated (1)**
47:18
**operates (6)**
19:15;47:24;48:3,3;55:25;
97:19
**operating (9)**
27:2;46:11;49:25;86:24;
87:23;88:12;89:16;90:5,14
**operation (1)**
21:13
**Operations (4)**
21:23;22:20;27:13;49:3
**operator (4)**
96:12;97:13,17,19
**operators (1)**
98:3
**OPEX (2)**
49:25;70:14
**order (7)**
14:7;39:23;40:3,4;42:2,4;
43:23;44:10,12;59:15;65:2;
132:25
**orders (3)**
33:9;59:4;61:6
**original (1)**
134:19
**Oslo (1)**
28:13

**ourselves (1)**
43:19
**out (15)**
11:13;15:22;20:17;21:6;
27:1,2;29:3;41:11;42:9;
49:23;101:3;112:2;113:14,
24;128:23
**outstanding (3)**
35:4;52:18;121:5
**over (3)**
102:8;123:2;130:15
**own (22)**
14:2;19:23;27:10,10,14,
16;39:9,10;40:23;48:3;
49:11,11,12,22;55:22;64:7,
9;73:4;95:7;97:7;100:10;
104:16
**owned (36)**
13:22;14:6,8,9;23:9;
28:16;29:6,21;32:13;35:5,6;
36:9;37:4,8;38:14,15,20;
39:7,11;47:8,11,17;48:9,12;
52:24;67:11,25;74:13;
85:14,15;90:13;92:20,24;
101:16;103:10,13
**owner (12)**
84:20,22;92:13;97:11;
98:19,25;99:23;102:14;
104:2,13,15;105:4
**owners (12)**
44:11;62:18,20,22;96:11;
97:2,4,6;98:15;101:13;
106:7;130:10
**ownership (2)**
44:21;99:2
**owning (8)**
22:18;24:21,23;26:6;
27:19;40:25;55:21;77:16
**owns (22)**
13:25;19:14;24:24,25;
36:13;37:16,17;38:23;39:9;
47:12,24;48:2,16,16;51:6,7,
10;55:25;77:13,15,16;103:1

## P

**PA (1)**
13:1
**Pacific (1)**
62:2
**page (69)**
12:4,5;13:4;15:8;16:1,4,
20;18:18,19;19:7;21:25;
22:4,5,8,8,11,23,23;23:7,8;
25:2;28:15,24;29:14;30:6,
17,18;31:6;32:10;34:23;
37:23;38:12;40:10;41:2,3;
45:25;46:20;47:21;50:19;
52:3,13,13,15;53:9;57:1;
64:21;65:14,16;66:20;
67:17;68:7;78:3,14;79:5;
80:1;83:10;101:9,22;110:8;
113:13,13;114:1,1,12;

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(147) Nazli - page
EXHIBIT 2

115:11,17,21;116:7;135:7

**pages (17)**
24:2,2;25:6;36:3;63:2;
81:7;82:1,2,6,14,20;83:4,9,
18;84:2,9;135:4

**paid (14)**
27:7;40:5;41:20;55:7;
111:5,5,8;112:7,11;116:1,
14;117:13,15;127:1

**Panamanian (1)**
53:1

**paper (1)**
59:7

**papers (2)**
18:12;34:14

**paragraph (4)**
29:15;46:4;68:11;78:5

**paragraphs (1)**
52:16

**Parent (1)**
32:11

**park (1)**
32:18

**part (13)**
12:18;15:17;23:11,18;
24:7,10;42:23;52:21;
107:15,16;115:18;116:8;
128:20

**particular (1)**
15:11

**particulars (1)**
92:3

**parties (10)**
39:24;44:25;47:9;69:24;
70:7;71:1;76:9;102:2;108:3;
134:6

**partner (3)**
73:9,10,12

**Partners (13)**
39:23;40:6,11,15,18;43:8,
20,25;44:16;46:21,22;
47:14;75:3

**partnership (1)**
70:3

**party (15)**
20:7;32:12,15,20;35:16;
36:7;43:8,24;44:14;47:9;
71:21;77:6;100:25;102:4;
123:24

**passed (1)**
9:21

**pay (8)**
42:6;44:10;61:19;115:14,
18,22;116:8,13

**paying (6)**
27:18;42:24;44:12;49:20;
99:22;128:4

**Payment (8)**
110:6;111:12,18,20;
121:16;127:15,19;128:1

**payments (1)**
134:12

**payout (1)**

44:15

**payroll (1)**
27:11

**people (5)**
16:10;78:11;84:18;92:19;
123:6

**per (6)**
35:3;44:15;49:16;61:6;
99:2;100:12

**percent (3)**
54:5;94:8;103:13

**perform (1)**
29:4

**performance (3)**
103:24;104:21;105:9

**performs (1)**
99:15

**period (2)**
12:16;32:5

**person (10)**
22:1;33:13;35:14;48:5,9,
12;61:19;77:24;93:3;97:25

**personnel (1)**
27:14

**persons (1)**
62:21

**phone (1)**
25:24

**photograph (1)**
16:21

**phrase (1)**
128:12

**physical (2)**
124:15,19

**picture (2)**
16:6;17:11

**pictures (1)**
16:9

**Pink (3)**
30:3;81:19,24

**Plaintiff (1)**
133:5

**Plaintiffs (1)**
8:11

**plan (3)**
41:14;42:23;50:23

**Plaza (5)**
25:14;86:25;88:14;90:6,
14

**please (14)**
9:4;15:17;51:20;54:6;
62:6;67:1,5;79:21;80:10;
81:4;95:12;100:17;120:1;
133:10

**pledge (1)**
129:18

**pledged (1)**
129:23

**plus (9)**
54:8,22,23;55:7;70:14,19;
114:6,18,19

**PNI (5)**
96:23,23,25;97:3,5

**point (2)**
58:5;110:3

**portfolio (1)**
46:6

**portion (5)**
110:23;111:5;128:2;
130:2;131:7

**position (8)**
40:7;43:9,21;55:15;57:23;
58:25;79:13;103:6

**positions (2)**
31:11;79:8

**possibilities (1)**
71:5

**possible (1)**
132:21

**potential (2)**
41:10;42:9

**Power (3)**
30:3;35:3;80:11

**preceding (1)**
75:5

**precise (1)**
129:8

**prefers (1)**
55:17

**prepare (1)**
43:3

**prepared (10)**
39:22,23;40:1,3,11;42:2;
44:16;46:21;111:1;128:14

**preparing (1)**
39:21

**presentation (2)**
39:24;40:6

**presentations (1)**
43:20

**presented (2)**
43:12;133:3

**press (2)**
18:7,15

**pretty (1)**
12:2

**preventing (1)**
42:11

**previous (12)**
59:18;60:17;68:21;75:1;
82:3;83:25;84:7;87:24;
106:19;107:3;108:19;
116:12

**previously (4)**
68:12;76:21;82:24;84:13

**price (16)**
110:24;112:16,22;114:4,
13;116:13,16,20,22;117:2;
118:4,5,7,13;121:16;128:2

**prices (2)**
117:20;119:15,16

**Prima (7)**
83:20,21

**primary (1)**
53:15

**principal (2)**

29:8;53:2

**principally (1)**
12:21

**prior (1)**
134:9

**private (1)**
133:14

**probably (5)**
26:8;34:16;71:1;117:17;
127:7

**problem (3)**
36:12;116:23;117:1

**problems (2)**
62:2;117:1

**procedural (1)**
132:24

**proceed (4)**
67:19,20;71:22;74:15

**proceedings (1)**
135:5

**proceeds (4)**
46:10,12;131:8,9

**process (4)**
69:9,10,12,19

**produce (4)**
10:9;110:1;132:12,12

**produced (10)**
11:3;14:23;15:3,7,16;
21:2;111:21,22,23;122:5

**producing (1)**
15:16

**product (2)**
19:18,19

**production (3)**
121:15;127:15;132:10

**proffer (1)**
10:2

**profile (1)**
16:3

**Profit (6)**
30:2;70:9,12;82:22,23;
130:12

**Project (1)**
39:17

**promotional (1)**
20:14

**proof (6)**
111:18,20;121:15;127:15,
19;128:1

**properly (1)**
44:10

**proposed (2)**
75:10;77:5

**prospectus (9)**
28:9,14;30:9;35:2,19,24;
39:4;59:18;60:19

**protect (1)**
42:25

**protocols (1)**
125:19

**provide (3)**
53:24;108:10;109:10

**provides (2)**

Min-U-Script®
C.A. No. 1:18-cv-00178

**European Deposition Services**
www.european-depositions.com

**(148) pages - provides**
**EXHIBIT 2**

53:14,21
**provision (1)**
99:17
**Psara (1)**
104:19
**public (2)**
15:24;20:17
**publish (1)**
95:11
**published (3)**
15:14;39:25;92:24
**pull (2)**
113:24;119:3
**purchase (2)**
110:24;112:16
**purchasing (1)**
133:24
**purported (1)**
130:12
**purports (1)**
15:22
**purpose (5)**
20:8;50:2;66:7;77:17;
103:1
**purposes (2)**
130:5,20
**pursuant (2)**
9:14;40:14
**push (1)**
119:2
**put (5)**
15:22;20:17;69:1;73:16;
125:6
**putting (2)**
71:20;113:12
**puzzling (1)**
13:5

**Q**

**qualification (1)**
17:23
**QUARTARO (91)**
9:24;10:6;11:1;14:12,18,
23;15:2,5,15,25;18:2;21:3;
24:14,17;27:15;28:20;
29:11;33:7;34:1,6,8;36:4;
37:25;38:3,10;43:1;46:19;
48:20;51:22;52:11;53:4;
54:3;55:1;57:19;62:5;63:9;
64:3;66:6,25;68:17;72:14;
73:18;74:1;75:20;76:6,10,
17,24;77:2;78:23;80:19;
85:18;88:20,25;90:9;92:17;
93:7;98:7;99:24;100:2;
102:10;107:10;109:25;
111:13,22;112:13;118:2;
119:1;120:6,19;121:19;
124:23;125:17;126:10,15,
20;127:3,10,23;128:7;
130:7;131:19,24;132:3,19,
23;133:17,21;134:7,14,19
**quick (1)**

90:10
**quickly (2)**
56:17;132:21
**quite (6)**
12:1;41:22;69:7;100:6;
107:18;117:20

**R**

**rate (6)**
70:6,6,8,10,13,17
**rated (1)**
70:7
**rates (1)**
44:11
**reach (2)**
26:12,12
**read (21)**
9:22;15:13,17;18:6,8,12,
13,16;21:4;23:21,22,24;
24:4;36:1,3;76:19,24;100:5;
110:10;111:15;135:4
**reads (1)**
26:11
**real (2)**
56:17;90:9
**reason (4)**
26:8;73:15;94:9;95:4
**reasons (1)**
69:18
**re-categorization (1)**
53:21
**receive (2)**
55:9;128:17
**received (5)**
127:22;128:10,18;129:1,5
**Receiver (1)**
126:12
**receives (1)**
21:13
**receiving (2)**
49:20;128:20
**Recess (3)**
51:24;91:11;119:5
**recipient (1)**
129:2
**recognize (4)**
57:2;64:15;102:20;105:25
**recommendation (1)**
41:24
**recommends (3)**
42:7;45:7,8
**reconfirm (1)**
68:9
**record (17)**
9:4,25;15:18,25;17:25;
21:5;52:5;59:18;111:23;
122:3,4;126:20,24;131:20;
133:4,8;134:18
**records (11)**
36:19;95:17;112:4;131:3,
23,25;132:2,6,8,11;134:11
**reduce (1)**

44:11
**Reef (3)**
30:4;82:9,12
**refer (21)**
24:20;32:10;35:20;36:10;
38:7;46:20;47:1,21;50:18;
52:13;66:6;78:2;92:9,23;
95:7;97:10;110:4;113:14;
115:3;128:13;129:10
**reference (7)**
45:17;68:12;75:23,25;
76:21;81:16;113:25
**references (2)**
127:6,7
**referred (4)**
37:22;51:25;95:10;101:12
**refers (2)**
14:1;8;35:12,18;46:14;
47:3,17;76:16;92:4,14;93:1,
5,16;94:9;95:5,9;96:13,15;
97:6,12,20,21
**reflect (1)**
120:3
**reflected (1)**
107:20
**reflects (1)**
72:12
**refresh (1)**
108:22
**regarding (5)**
52:10;75:11;77:3;113:1;
115:22
**registered (10)**
13:23;14:3;26:18,19;97:5,
12;123:9,11;124:2;125:8
**registering (1)**
21:15
**related (2)**
17:14;133:14
**relates (2)**
110:13;133:12
**relating (1)**
10:14
**relation (1)**
79:3
**relationship (4)**
40:14;103:9,11;107:24
**relatives (1)**
32:22
**releases (1)**
129:17
**relied (2)**
14:21,25
**remain (1)**
29:22
**remained (1)**
45:23
**remaining (3)**
66:8;128:4,17
**remember (18)**
12:13;28:21,22;35:21;
39:19;41:23;45:9;57:20;
69:5;100:1;108:12,17;

109:11,14,17,19;130:22;
131:2
**remittance (1)**
134:11
**remitted (1)**
111:16
**repairs (1)**
99:18
**repayment (1)**
120:13;121:4,4
**repeated (1)**
31:7
**report (36)**
15:22;20:10,15;22:20;
23:2,2,5;24:2,3;25:2;27:9;
35:11;39:21,25;40:3,11,18;
41:20;42:23,24;43:3,8,11,
25;44:2,13,16,20;45:7,8,25;
46:14,21;47:20;52:9;54:19
**reported (3)**
24:5;34:18,20;37:13
**Reporter (22)**
9:16;11:21;20:25;28:3;
51:17;65:9;66:10;85:21;
86:9;87:11;88:5;89:3,23;
91:15;93:10;102:16;105:21;
113:9;118:24;119:7,20;
129:11
**reporting (1)**
72:20
**reports (2)**
15:12;21:14
**represent (2)**
58:23;120:25
**representative (1)**
64:6
**represented (1)**
89:11
**representing (3)**
32:3;60:8;62:22
**request (8)**
10:9,10;15:1;42:4;75:18;
133:13,18;134:7
**requested (4)**
111:19;112:5;121:14;
133:9
**requests (2)**
133:6;134:16
**requirement (1)**
99:11
**research (1)**
11:13
**reserve (1)**
133:2
**reserved (3)**
69:21;71:1;74:9
**Residence (1)**
9:10
**resignation (1)**
79:9
**resigned (1)**
57:21
**resolution (11)**

Min-U-Script®
**C.A. No. 1:18-cv-00178**

**European Deposition Services**
**www.european-depositions.com**

**(149) provision - resolution**
**EXHIBIT 2**

72:17;81:8;82:8,15,21;
83:5,10,19;84:3,10;85:4
**resolutions (1)**
83:25
**resolve (1)**
120:22
**respect (3)**
43:22;119:18;130:12
**respectfully (1)**
92:15
**respective (5)**
57:4;83:15,22;121:11;
130:10
**respectively (4)**
113:6;116:1;119:13;121:3
**respond (1)**
54:25
**responsibilities (1)**
12:6
**responsibility (4)**
30:8;95:18;96:4;97:8
**responsible (7)**
12:16,17,19;13:2;62:13;
94:6,10
**rest (2)**
24:17;50:1
**restructured (1)**
13:11
**restructuring (7)**
42:8,16,17;43:17;44:5,14;
67:22
**result (1)**
42:15
**Return (1)**
21:18
**review (1)**
134:20
**reviewed (1)**
130:6
**right (41)**
9:2;11:5;15:4;18:5,14;
21:16;28:21;37:15;38:1;
41:23;50:7;52:20;55:8,12,
23;58:22;59:1;61:4,19;
66:14,24;73:21;74:25;
75:17;81:6;91:12;93:1;
97:21;101:19;108:23;113:4,
17,22;115:24;118:20;
123:22;126:7,16;128:5;
132:7;133:2
**right-hand (1)**
25:5
**rightly (1)**
93:1
**Ring (4)**
41:10,15,17;42:8
**risk (5)**
70:2,19;73:20;97:3,12
**Road (1)**
123:1
**role (1)**
39:20
**Roughly (3)**

19:3;45:16;56:6
**round (1)**
121:20
**Royal (1)**
83:21
**rules (1)**
61:6
**running (1)**
119:1

**S**

**SA (3)**
16:15;37:6;51:3
**safety (5)**
93:23;94:6,10,15,22
**sake (1)**
84:15
**sale (32)**
10:14;46:9,11;59:9;81:9,
19;82:11,16,22;83:7,11,20;
84:5,11;101:18;102:11,13;
106:5;107:13,15;108:2;
111:5;112:22;114:3;118:7;
119:11;121:11,16;127:16;
128:2;129:21;131:7
**sale-leaseback (1)**
46:8
**sales (2)**
107:19;131:9
**salvage (1)**
62:8
**same (68)**
10:24;11:8,10;12:2;15:2;
16:15;25:22,24;26:1,7;27:5;
30:17;31:7,16,16,16,19,21,
23,25;32:3;35:10;36:11;
38:20;44:10;48:9,12;50:6;
51:9,9;66:17;71:23;79:1;
81:21;82:2,7,8,17,23;83:6,
13,22;84:6;87:24;88:12,15;
89:17;90:13,16,17;91:21;
93:15;94:18;95:6;96:13,14;
97:18;98:7,18,22;99:8,9,13;
103:10;107:3,13,19;126:1
**Samsa (1)**
17:1
**satellite (3)**
26:10,14,17
**saw (4)**
24:7;47:16;63:2;68:21
**saying (1)**
97:23
**Schedule (6)**
37:13;52:8;113:23;
116:21;118:6,14
**Schubert (3)**
65:24;66:1,18
**scope (1)**
15:1
**screens (1)**
123:7
**Sebastian (3)**

65:23;66:1,17
**SEC (2)**
37:14;52:8
**second (6)**
22:23;29:14;40:9;68:7;
110:8;133:17
**secretary (3)**
79:7,16;91:3
**sector (1)**
12:20
**sectors (1)**
13:2
**Securities (1)**
52:10
**Security (2)**
91:17;108:2
**seeking (1)**
70:21
**seems (3)**
18:25
**segment (1)**
62:15
**segments (1)**
12:16
**self (1)**
93:6
**sell (3)**
55:4;71:25;72:3,7,22
**seller (9)**
106:11;107:2,25;110:16;
115:13;116:2,17;118:16;
128:15
**sellers (5)**
106:22;128:3,4,11,12
**seller's (5)**
110:25;111:16;112:2,7,11
**selling (1)**
44:17
**Sender (1)**
126:19
**sending (1)**
10:25
**sense (4)**
11:11;12:24;48:8;72:17
**sensitivity (1)**
41:16
**sent (1)**
130:7
**sentence (1)**
110:14
**sentenced (1)**
18:11
**separate (1)**
100:10
**serious (1)**
36:6
**serve (1)**
34:12
**served (2)**
30:19;70:18
**service (2)**
41:15;70:14
**Services (3)**

18:20;99:14;100:4
**serving (1)**
60:23
**set (3)**
9:20;13:1;101:3
**seven (3)**
18:11;19:17;69:13
**several (1)**
68:9
**shall (5)**
78:7;79:6,8;111:16;
133:22
**share (5)**
26:7;34:24;35:3;70:10;
131:8
**shareholder (10)**
22:12;35:16;63:15,21;
64:11;86:2;91:6;99:10;
101:13,22
**shareholders (10)**
22:12;23:3;34:19;36:21;
37:2,19;53:23;85:11;86:1;
101:16
**shares (12)**
34:24;35:3,5;36:23;38:13,
24;39:10;52:18;84:22;
85:15;129:18,23
**sharing (1)**
70:13
**sheet (10)**
54:7,12;55:10;68:14;
76:23;109:3,5,8,12,13
**sheets (12)**
68:10;69:13,16;75:2,23;
76:7,16;77:3;108:14,17;
133:13;134:3
**Shell (12)**
70:1,12,15;71:16;99:3,12;
100:20,23,24;101:23;102:2,
5
**shift (1)**
54:22
**shifting (4)**
54:19,21,23;55:15
**ship (14)**
22:18;24:20,23;26:6;
40:25;55:16,21;59:9;77:16;
93:14,15;94:12;95:7;98:12
**shipping (53)**
11:17,19;12:17,22,23,24,
25;13:3;14:7;18:21;23:11;
27:16;55:21;68:2;69:1;80:8,
14;81:9,24;82:9,16,22;83:6,
10,16,20,21;84:4,6,11;85:8,
11,25;86:2;88:9,18;90:2;
94:23;98:16;103:11,12;
104:11;106:8,25;115:14;
120:13;122:7,11;123:24;
124:9;129:18,19
**ships (33)**
13:25;14:1;24:24,25;
41:12;42:10,12,20;44:23,25;
45:14,16;47:11,12,17;55:22,

25;56:1,3;62:1;72:10,16;
84:7,21,23,24;91:25;97:19,
20;103:10;130:11;133:20,
24

**ship's (1)**
93:22

**Shoot (1)**
76:17

**short (3)**
19:9;51:24;91:11

**shout (1)**
10:24

**show (24)**
14:15;15:25;20:21;28:2;
51:16;56:13;65:8;72:5;81:1;
85:1;88:4;89:2,22;91:14;
102:15;106:16;109:16;
113:9;118:23;119:15;
121:23;122:19;131:9;132:6

**showed (2)**
86:6;118:15

**showing (5)**
15:6;121:15;127:15;
129:6;134:11

**shown (2)**
22:12;119:16

**shows (10)**
86:24;87:4,23;88:11,16;
89:8;120:15;123:21;124:8,
11

**shrinking (1)**
44:18

**side (2)**
76:11;134:14

**sign (15)**
23:23;34:13;50:8,9,10,11;
59:7;61:12,15,18,19,20;
62:7;123:4;134:20

**signature (12)**
34:14;57:2;64:22,24;80:1,
22,24;102:20;104:16;107:3;
123:2,3

**signatures (1)**
105:19

**signed (42)**
23:24;24:5;50:17;57:8;
63:1,2,16,22;65:2;80:2,16,
21;81:11,21;82:3,8,17,23;
83:13,21;84:5,12;86:7;
98:19,24;100:7;101:9;
104:5,24;105:1,13;106:10,
22;108:6,18;109:4,8,11,12,
17,21;135:14

**signing (2)**
50:12;72:18

**signs (1)**
49:22

**Sigvald (2)**
78:8;88:19

**similar (2)**
81:17;98:18

**similarly (1)**
115:21

**simply (1)**
125:22

**Single (3)**
77:17;95:14;102:25

**sister (2)**
41:12;42:10

**sitting (1)**
55:18

**situation (1)**
18:5

**six (3)**
19:16;45:1,12

**size (1)**
134:20

**Sky (1)**
95:22

**SNP (1)**
107:23

**Solar (1)**
95:22

**sold (11)**
44:23,25;45:5,10,16,19;
72:16;99:6;101:24;130:3,11

**sole (7)**
22:12;35:16;40:12;46:22;
80:7;86:1;99:10

**solution (1)**
53:14

**somebody (4)**
10:16;64:1,7;69:3

**someone (2)**
55:4;64:11

**Sometimes (1)**
8:22

**somewhere (2)**
54:23;62:1

**Sorry (5)**
24:15;34:7;51:19;117:9;
121:19

**sort (2)**
21:5;72:18

**sought (1)**
41:5

**sound (1)**
30:4

**source (1)**
18:9

**sources (2)**
41:10;42:9

**Space (2)**
94:23;103:12

**SPC (2)**
128:16,25

**SPCs (6)**
48:16;77:16;90:12;103:2,
7;130:23

**speak (2)**
98:8;127:11

**speaks (5)**
53:5;85:19;89:1;92:18;
93:6

**specific (2)**
45:17;126:23

**specifically (6)**
50:19;76:14;78:3;127:18;
128:15,25

**speculation (1)**
34:8

**Spelt (1)**
78:22

**spend (1)**
50:17

**Spike (4)**
94:23;103:11;104:3,10

**spread (1)**
73:21

**Spring (1)**
95:23

**SPVs (1)**
134:12

**stage (3)**
69:14,15;74:5

**stakeholders (1)**
53:16

**stamp (2)**
14:19,20

**standard (3)**
100:7;107:17,18

**start (3)**
14:4;95:23;96:16

**started (6)**
12:23;69:9,10,12,13;
71:22

**starting (1)**
19:12

**state (2)**
9:4;133:4

**stated (1)**
59:19

**statement (7)**
23:14,16,20;35:8;37:22;
38:12;39:4

**statements (2)**
22:21;123:8

**states (4)**
23:8;96:15;111:4;120:11

**stayed (1)**
130:23

**staying (2)**
18:18;131:1

**Stealth (8)**
56:8,10;93:15,16;95:6,6,
8;96:14

**steps (1)**
43:10

**Still (15)**
13:4;16:24;17:7;18:18;
53:7;58:7;59:12,14;60:7;
61:1;67:18;78:16,18;
131:20;132:6

**Stock (3)**
28:13;35:1;53:1

**stop (1)**
57:17

**stopped (1)**
58:18

**strategic (2)**
29:2,4

**Street (4)**
26:15;122:7;123:25;
124:12

**structure (2)**
42:24;44:21

**structuring (1)**
41:5

**stuff (5)**
13:3;43:22;72:18;132:24,
25

**subject (3)**
68:9;69:3;70:9

**subline (1)**
62:11

**subpoena (1)**
10:9

**subsidiary (5)**
23:9;28:16;29:6,21;32:13

**substantial (1)**
118:13

**subtracted (2)**
116:14,16

**successor (1)**
79:10

**suezmax (1)**
19:16

**sufficient (1)**
73:17

**suggest (1)**
73:1

**sum (1)**
31:14

**summarise (1)**
103:6

**summer (2)**
71:2;74:9

**supplemental (1)**
130:7

**supply (2)**
100:12,20

**support (1)**
53:24

**sure (14)**
8:19;11:2;18:14;20:11,20;
26:23;64:3;98:9;110:2;
126:11;128:18,21;129:2;
134:15

**Swedish (3)**
11:24;13:10;15:19

**Swift (8)**
111:17,19,19,23;124:22;
125:11,15;134:10

**Swifts (1)**
111:20

**sworn (1)**
8:4

---

## T

**table (2)**
22:24;31:7

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(151) ship's - table
EXHIBIT 2

**talk (1)**
13:16
**talked (5)**
34:11;43:21;45:3;52:2;
57:25
**talking (5)**
11:10;45:2,18;55:19;
132:1
**talks (3)**
54:18;111:16,25
**tanker (1)**
98:6
**tankers (49)**
19:16,17,18,19;29:25;
45:2,15,18,21;56:4,21;57:5;
63:5,7;68:16,18,22,24;
69:10,15,20,22,23;70:24,25;
74:7,12,20;75:3;77:10,15,
15;79:24;80:5;87:18;88:13,
23;90:13;92:13;96:10,17;
98:20;99:7;100:9;121:17,
20;122:23;124:18;134:1
**Target (25)**
30:3;84:4,5,6;85:8,11;
94:13,16;106:23;112:23;
113:5;114:13;116:9,20;
117:2,8,25;119:13;120:13;
122:7;123:24;127:19;
129:19;130:13,13
**tea (1)**
51:23
**technical (5)**
49:4;62:11;93:2;99:15;
100:12
**technically (1)**
49:13
**tecum (1)**
10:9
**telephone (3)**
25:16;27:5;31:21
**telling (1)**
58:4
**tells (1)**
8:25
**ten (1)**
72:10
**term (18)**
68:10,14;69:13,16;75:2,
23;76:7,16,23;108:14,17;
109:3,4,8,12,12;133:13;
134:3
**terminate (2)**
67:6;102:2
**terms (4)**
55:15;68:12;76:21;77:3
**testified (4)**
8:5,17;43:2;54:4
**testimony (6)**
59:18;60:18;109:7;
124:14;133:3;135:5
**theoretical (1)**
50:22
**thereof (1)**

135:9
**third (9)**
23:7;41:9;43:8,24;44:13,
25;47:9,9;76:9
**though (2)**
40:2;42:3
**thought (2)**
19:22;63:24
**three (12)**
10:7;19:18,18,19,19;
70:25;75:3;77:6;84:13;
109:6;114:18;134:6
**thus (1)**
57:25
**title (1)**
21:4
**today (7)**
16:25;18:4;55:18;78:13;
131:11,14,15
**TOKGOZ (9)**
8:3,8;9:5;12:7;13:7;
30:23;78:9;135:3,15
**told (11)**
8:20;43:20;48:6,14;49:14;
51:22;52:18;70:2,11;73:8;
125:12
**took (1)**
33:9
**top (2)**
29:15;39:11
**total (6)**
54:15;114:9,19,21,22;
115:12
**totalled (1)**
118:18
**totally (1)**
52:24
**towards (2)**
25:3,6
**track (1)**
21:12
**trade (1)**
13:20
**Trading (1)**
100:21
**transaction (3)**
126:17;129:21;133:15
**transcript (1)**
132:20
**transcription (1)**
135:9
**transfer (7)**
10:14;49:23,24;120:12;
123:21;124:5;128:1
**transferred (2)**
115:12,13
**transfers (17)**
49:24;50:17;55:3;123:7,
15,17,18;124:21,22;125:3,
12,13,23;126:6;129:6;
130:10,12
**translate (1)**
19:4

**transmitted (2)**
65:17;68:21
**Transport (1)**
19:5
**Transportation (1)**
18:20
**trial (1)**
133:4
**tried (2)**
17:19;44:7
**True (26)**
30:3,15;31:4;37:23;38:18;
47:13;84:10,11;85:25;86:2;
92:23;106:5;112:16;113:5;
115:19;116:15;118:1,4,7;
119:11;122:11;124:9;
127:19;129:18;130:13;
135:8
**Trust (7)**
86:22;87:20;90:4;97:6;
107:25;108:3;122:25
**truthful (1)**
23:5
**truthfulness (2)**
35:23;38:12
**try (2)**
73:9,10
**trying (5)**
38:11;112:2;128:22;
129:3;132:3
**TUGRUL (8)**
8:3;9:5;12:7;13:7;30:23;
78:8;135:3,15
**Turkcell (2)**
52:10;79:1
**Turkey (11)**
9:11;13:15;14:3;17:17;
23:12;35:7,11;38:15;47:7;
90:7,15
**Turkish (12)**
9:7;13:14,23;14:3,5,8;
17:24;61:5,6;122:20;
126:17;127:11
**turn (2)**
35:6;38:14
**two (17)**
11:8;19:17;34:20;52:16;
66:8,22;69:18;82:3;83:23;
109:1,5,9;120:23;124:15;
127:25;129:17;133:20
**typically (2)**
107:11,13
**typo (3)**
114:15;117:12,24

**U**

**UK (2)**
40:12;46:22
**ultimate (5)**
32:11,15,20;36:7;48:12
**ultimately (5)**
39:2,12;51:13;62:13,19

**UM (1)**
29:6
**umbrella (2)**
13:11;130:24
**Umm (2)**
25:25;120:16
**unclear (1)**
13:6
**und (1)**
120:18
**under (13)**
13:11;18:20;24:6;29:1;
32:10;34:24;52:9;53:19;
74:6;96:25;99:8,9;100:24
**underneath (2)**
25:17;53:12
**undertake (1)**
11:1
**undertakes (1)**
101:23;102:1
**United (2)**
21:8,15
**Universal (6)**
28:11;29:24;30:7;31:12;
59:19;60:19
**unless (1)**
8:25
**unusual (2)**
107:7,23
**up (7)**
13:1;19:9;31:14;69:4;
73:16;112:5;132:23
**upfront (1)**
116:4
**upon (5)**
46:9;78:6;79:6;131:7;
132:11
**urgently (1)**
62:7
**USA (1)**
29:6
**use (3)**
40:13;46:23;108:24
**used (4)**
50:2;91:20;130:4,19
**Uttley (1)**
22:9

**V**

**Value (4)**
30:3;35:3;82:16,17
**valutierung (1)**
120:18
**venture (4)**
67:7;69:17;73:12,16
**verbal (1)**
72:20
**vessel (31)**
62:3;81:9,19;82:11,16,23;
83:7,11;84:11;92:19;93:25;
94:22;96:6,12,13,14;97:2,4,
11,18,18,21;98:20;101:2,24;

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(152) talk - vessel
EXHIBIT 2

103:1;104:2;106:5,23;
107:13;114:6
**vessels (41)**
10:15;14:3,3,5;19:15;
44:9,17;45:11;46:9,11;
47:25;48:17;55:24;62:23;
67:8;75:13,14;94:25;95:3,3,
6,19;96:5,24;97:3;99:1,6;
101:3,13,17;102:1,8,14;
108:10;109:9,13;114:22;
121:12;127:16,21;130:3
**via (1)**
46:6
**vice (1)**
30:23
**view (1)**
50:22
**virtue (1)**
63:25
**vis-a-vis (2)**
103:7,10
**vote (3)**
59:5,6,10
**voting (1)**
61:5
**vouched (3)**
30:14;35:22;36:1

**W**

**waiting (1)**
69:16
**waive (1)**
9:25
**waiver (1)**
10:6
**wants (1)**
26:12
**way (4)**
44:20;96:8;112:3;121:20
**Wednesday (2)**
8:1;135:5
**week (2)**
66:9;132:20
**Weren't (3)**
44:23;45:5,14
**Western (1)**
100:20
**whenever (2)**
60:9,11
**whereas (2)**
96:24;129:1
**whereby (1)**
64:17
**whole (4)**
18:19;24:19;73:19;100:6
**wholly (5)**
23:9;28:16;29:6,21;32:13
**whose (4)**
22:5;63:4;71:5,6
**Williams (17)**
64:25;67:12;68:1,25;74:8,
10,15;77:23;78:8,19,21;

79:2;87:9;88:19;89:14;
106:14;107:5
**willing (1)**
67:18
**wire (3)**
123:17,18;124:21
**within (4)**
15:1;25:7;46:11;124:6
**without (5)**
43:19;54:24;70:20,21;
107:12
**witness (13)**
10:2;11:22;15:6;43:1;
53:6;54:4;66:25;120:6;
125:18,23;127:9;132:18;
133:1
**wondering (1)**
10:22
**word (1)**
41:19
**wording (4)**
20:2,3;112:8;129:3
**words (1)**
19:3
**work (3)**
12:21;27:25;69:14
**working (1)**
71:7
**works (2)**
27:17;95:11
**world (1)**
97:5
**worth (1)**
130:15
**wrap (1)**
132:23
**write (5)**
14:13;19:9;20:7;26:9;
36:7
**write-up (1)**
11:24
**writing (3)**
12:5;72:5;76:18
**written (3)**
20:8;35:18;84:3
**wrong (17)**
20:2,4,4,5;38:1;46:18;
47:4,5;48:4;54:6;92:22,24;
93:1,14;97:22,24;120:20
**wrote (1)**
20:7

**Y**

**year (6)**
19:14;21:20;22:21;47:23;
72:10;117:21
**yearly (1)**
15:14
**years (5)**
12:13;18:11;45:12;72:16;
100:25
**York (4)**

29:9,9;67:14,16
**young (2)**
12:1;71:14

**1**

**1 (6)**
9:17,18;16:1;24:2;101:4;
102:9
**1.5 (1)**
34:24
**10 (9)**
29:25;52:13;56:6,14,16,
21;63:2;65:6;72:16
**100% (4)**
35:6;52:17;77:13,14
**100m (1)**
35:2
**11 (6)**
45:2,15,17;64:13,14;65:6
**11.3 (1)**
31:7
**115,000 (1)**
19:16
**12 (6)**
10:11;25:13;46:9;65:10,
11;68:22
**12,845,000 (1)**
130:13
**1249 (1)**
101:23
**1250 (1)**
101:9
**128 (2)**
25:2;26:15
**13 (12)**
15:8;16:4,20;37:14;66:11,
12;68:7,22;74:6;75:22;
76:15;133:12
**136m (1)**
46:10
**13D (1)**
52:8
**13th (3)**
8:1;9:22;135:6
**14 (3)**
79:18,19,23
**14th (1)**
9:21
**15 (5)**
12:5;13:4;79:18,20;80:10
**150 (2)**
72:9,16
**156,000-ton (1)**
19:16
**15th (1)**
87:21
**16 (3)**
32:11;81:2,3
**1606 (3)**
34:23;37:23;38:13
**1628 (1)**
30:18

**1635 (1)**
30:6
**1641 (1)**
29:14
**1681 (1)**
81:8
**1682 (2)**
28:24;81:8
**1683 (1)**
81:17
**1684 (1)**
81:17
**1685 (1)**
82:2
**1686 (1)**
82:2
**1687 (1)**
82:7
**1688 (1)**
82:7
**1689 (1)**
82:14
**1690 (1)**
82:15
**1691 (1)**
82:20
**1692 (1)**
82:21
**1693 (1)**
83:4
**1694 (1)**
83:5
**1695 (1)**
83:9
**1696 (1)**
83:10
**1697 (1)**
83:18
**1698 (1)**
83:19
**1699 (1)**
84:2
**17 (3)**
46:11;85:2,3
**17,500,000 (1)**
122:12
**1700 (1)**
84:3
**1701 (2)**
31:6;84:9
**17023 (1)**
84:9
**177,000 (2)**
19:18,19
**18 (2)**
46:8;85:23
**1832 (1)**
46:20
**1837 (1)**
41:2
**1840 (1)**
45:25
**1846 (1)**

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(153) vessels - 1846
EXHIBIT 2

50:19
**1870 (1)**
53:10
**18th (6)**
106:3;108:6,15;109:20,
21;134:9
**19 (2)**
86:10,11
**1975 (1)**
13:11
**198 (3)**
122:7;123:25;124:11
**19th (1)**
28:15

---

**2**

---

**2 (7)**
11:22,23;24:3;113:23;
116:21;118:6,14
**20 (2)**
87:12,13
**20,840,000 (1)**
123:21
**20,845,000 (1)**
130:13
**2002 (1)**
12:15
**2003 (3)**
13:12;14:2,8
**2005 (2)**
37:14;52:12
**2008 (1)**
46:6
**2010 (10)**
16:2,12;19:14,22;27:9;
31:14;47:23;104:5,24;
105:13
**2011 (3)**
29:8,18;45:1
**2012 (4)**
28:15;31:4,15;35:8
**2013 (3)**
12:15;57:22;69:5
**2014 (15)**
12:15;22:22;57:22;63:8;
65:8;69:5,10;71:2;74:5,9;
75:6;106:3;108:6;109:2;
134:9
**2015 (5)**
9:21;21:20;87:6,21;
101:20
**2016 (3)**
8:1;9:22;135:6
**21 (2)**
88:5,6
**2139 (1)**
78:3
**2141 (1)**
78:14
**2191 (1)**
22:9
**2194 (1)**

22:23
**2195 (1)**
23:7
**22 (2)**
89:4,5
**2211 (1)**
32:10
**22nd (1)**
87:5
**23 (2)**
89:24,25
**23,515 (1)**
120:15
**231 (1)**
130:9
**24 (3)**
91:12,13,15
**25 (6)**
18:10;52:3,13;93:10,11,
20
**25th (1)**
52:12
**26 (2)**
95:12,13
**2640 (1)**
114:1
**2663 (1)**
115:11
**2665 (1)**
115:21
**2669 (1)**
116:7
**2670 (1)**
115:17
**27 (2)**
98:10,11
**27,700,000 (1)**
115:22
**27th (2)**
104:5;105:13
**28 (2)**
100:15,16
**28,750,000 (1)**
115:13
**29 (2)**
102:16,17
**293 (1)**
130:8

---

**3**

---

**3 (9)**
14:16,17;16:1;19:7;24:2,
6;25:1;47:16;110:4
**3,300,000 (1)**
116:8
**30 (3)**
103:15,16;104:1
**300 (1)**
36:3
**31 (3)**
103:15,17;104:18
**31m (1)**

114:19
**31st (1)**
22:21
**32 (3)**
103:15,18;105:8
**33 (7)**
19:15;47:24;105:22,23;
106:19;110:4;112:15
**34 (5)**
106:16,17;110:4;112:19,
22
**34330 (4)**
25:14;87:2;88:14;90:15
**35 (3)**
113:10,11,24
**36 (5)**
113:18,19;114:12;116:22;
118:4
**37 (2)**
115:4,5
**37,000 (1)**
19:17
**37,750 (1)**
117:23
**37,750,000 (1)**
116:22
**38 (4)**
118:24,25;119:6,10
**39 (3)**
119:8,9,10

---

**4**

---

**4 (5)**
20:22,23;21:17;22:11;
24:2
**40 (3)**
119:21,22;120:11
**41 (2)**
119:24;120:19
**42 (6)**
121:24;122:1,6;123:19;
126:5;128:1
**43 (6)**
121:25;122:2,11;124:5;
126:5;128:1
**44 (7)**
116:15;117:6,9,22;118:8;
129:12,13
**45 (2)**
129:14,15
**46,250 (1)**
118:5
**46,250,000 (1)**
117:3
**47,000 (1)**
19:17
**4th (2)**
104:24;109:2

---

**5**

---

**5 (5)**

18:19;20:25;21:1;22:19;
32:9
**50 (2)**
45:16;69:11
**50,100 (2)**
19:18,19
**50/50 (4)**
69:4,11;70:10,12
**500 (1)**
35:4
**500,000 (1)**
116:1
**5191 (1)**
76:15
**5231 (1)**
127:24
**5293 (1)**
127:24
**53,000 (1)**
19:20

---

**6**

---

**6 (3)**
28:3,4;34:23
**60 (2)**
45:11,16
**614,000 (1)**
116:1
**640,000 (1)**
116:4
**6th (3)**
74:5;75:6;101:20

---

**7**

---

**7 (4)**
39:15;46:2;50:18;53:9

---

**8**

---

**8 (3)**
51:17,18;52:1
**8th (2)**
63:8;65:6

---

**9**

---

**9 (7)**
56:13,15,20;63:1;65:5;
78:2;79:4
**91 (2)**
19:7;47:21

Min-U-Script®
C.A. No. 1:18-cv-00178

European Deposition Services
www.european-depositions.com

(154) 1870 - 91
EXHIBIT 2