IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ECLIPSE LIQUIDITY, INC.,          )
                                  )
                Plaintiff,        )
                                  ) CIVIL ACTION
VS.                               ) NO. 4:15-CV-1645
                                  )     4:15-CV-1673
AVOR NAVIGATION LTD.; ADVANTAGE   )     4:15-CV-1675
ARROW SHIPPING, LLC; GENEL        )
DENIZCILIK NAKLITAYI A.S. A/K/A   )
GEDEN LINES; ADVANTAGE TANKERS,   )
LLC; ADVANTAGE HOLDINGS, LLC;     )
And FORWARD HOLDINGS, LLC,        )
                                  )
                Defendants.       )

***********************************************************

VIDEOTAPED DEPOSITION OF
DESPOINA BACHA
DECEMBER 9, 2015

***********************************************************

MAGNA LEGAL SERVICES
(866)624-6221
www.MagnaLS.com

Reported by Phyllis Loy, CSR, RMR

Job No. 225124



EXHIBIT 3

1    ORAL AND VIDEOTAPED DEPOSITION OF DESPOINA
2    BACHA, produced as a witness at the instance of the
3    Defendants, and duly sworn, was taken in the
4    above-styled and numbered cause on December 9, 2014,
5    from 9:29 a.m. to 12:35 p.m., before Phyllis Loy, CSR,
6    RMR, in and for the State of Texas, reported by
7    stenotype machine, at the offices of Phelps Dunbar, 500
8    Dallas Street, Suite 1300, Houston, Texas, pursuant to
9    the Federal Rules of Civil Procedure.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1               INDEX
2                          PAGE
3    Appearances......................................... 3
4
5    DESPOINA BACHA
6        Examination by Mr. Quartaro.............. 5
7
8    Signature and Changes............................. 105
9
10   Reporter's Certificate............................. 107
11            EXHIBITS
12   NO.       DESCRIPTION              PAGE
13   Exhibit 1   "Exhibit A"........................ 24
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2        A P P E A R A N C E S
3    FOR THE PLAINTIFF:
4        Mr. George A. Gaitas
         Chalos & Co., P.C.
         7210 Tickner Street
5        Houston, Texas 77055
            Telephone: (713)936-2427
6           Email:  gaitas@chaloslaw.com
7
8    FOR THE DEFENDANTS ADVANTAGE ARROW SHIPPING, LLC;
     ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; AND
9    FORWARD HOLDINGS, LLC:
10       Mr. Neil Quartaro (Appearing via Video)
         Watson, Farley and Williams, LLP
11       1133 Avenue of the Americas, 11th Floor
         New York, New York 10036
12          Telephone: (212)922-2200
            Email:  nquartaro@wfw.com
13
         And
14
15       Mr. Tanner Honea
         Phelps Dunbar.
16       500 Dallas Street, Suite 1300
         Houston, Texas 77002.
17          Telephone: (713)626-1386.
            Email:  tanner.honea@phelps.com
18
     THE VIDEOGRAPHER: Ms. Rosalyn Sobotik
19
20
21
22
23
24
25

1        THE VIDEOGRAPHER:  We are on the record
2    December 9th, 2015 at 9:30 a.m.  This is the beginning
3    of Tape 1.  Will the court reporter swear in the witness
4    and would counsel please introduce yourselves for the
5    record.
6        DESPOINA BACHA,
7    having been first duly sworn, testified as follows:
8        MR. QUARTARO:  I'm happy to go first.  Neil
9    Quartaro, Watson, Farley & Williams, Counsel to the
10   International Defendants, which in this case are
11   Advantage Arrow Shipping, LLC; Advantage Tankers, LLC;
12   Advantage Holdings, LLC; and Forward Holdings, LLC.
13       MR. HONEA:  I'm Tanner Honea with Phelps
14   Dunbar, also present on behalf of the Advantage
15   Defendants.
16       MR. GAITAS:  I'm George Gaitas and I'm
17   attorney for the respective plaintiffs.  And these
18   respective civil actions are consolidated.
19             EXAMINATION
20   BY MR. QUARTARO:
21       Q.  Thank you.  So at the outset, Ms. Bacha -- am I
22   saying that correctly?
23       A.  Yes.  I see you.
24       Q.  Am I pronouncing your name correctly, Bacha?
25       A.  Bacha, yes, c-h.  Yes.  Thank you.



EXHIBIT 3

1    Q. Okay. In sort of any deposition, I always like
2  to advise -- to answer some questions really about the
3  papers that were filed in this matter. There is no
4  tricks or surprises or anything like that. So if you
5  don't understand a question, if I'm not clear, feel free
6  to say so. The idea here is to get clear answers to
7  questions, not to pose trick questions.
8        If at any time you need a drink of water or
9  you need to use the rest room or anything like that,
10 feel free to tell us again. Although this is a formal
11 process, the goal is not to make anybody uncomfortable
12 in any way. So if you have any needs like that, please
13 feel free to let us know.
14   A. Thank you.
15   Q. As you give answers to my questions, try and
16 keep your answers verbal, "yes," "no," whatever the
17 explanation is because our court reporter can't record a
18 head nod or a head shake. And, of course, we're
19 creating a record.
20       Also, I don't anticipate that any of my
21 questions today will stray into any areas where
22 attorney/client advice has been provided. But if you
23 have any concerns that an answer may implicate that type
24 of communication, please stop us, tell us that you have
25 that concern, and then we'll want you to have a moment

1  probably to speak with Mr. Gaitas to make sure that none
2  of your answers are straying into what we would call
3  protected attorney/client communications. Is that
4  clear?
5    A. Yes. And thank you very much.
6    Q. Okay. Thank you. And I always ask this
7  question at the beginning, but I know you're largely on
8  Greek time. So you're wide awake and ready to go. But
9  I do always ask just to make sure. You're not taking
10 any medication or any substances that might affect your
11 ability to testify today?
12   A. No, I'm not taking anything.
13   Q. Okay. Thank you. I actually recently had a
14 deposition where the guy was taking some kind of
15 medication that had a memory impact. It was the first
16 time in my practice that someone had actually said "yes"
17 to that question. But anyway, thank you. I'm glad to
18 hear it.
19       So we're going to start off with some basic
20 background questions. And can you just give us your
21 approximate age and your education and employment
22 background, but just in summary form.
23   A. I'm 45 years old. I am 20 years qualified
24 lawyer in Piraeus Lawyer Association, bar of Greece. I
25 am licensed in maritime -- I finish the Athens Law

1  School University. And then I did my LLM in South
2  Hampton. And I used to work as a internal legal counsel
3  in seaborne companies. That's it.
4    Q. Can you tell us what some of those companies
5  have been.
6    A. The last seven years I'm working for Stealth
7  Maritime. Previous I was working seven, eight years for
8  some enterprises, Livanos Group.
9    Q. Thank you.
10   A. Yes. I can give some more. I'm famous.
11   Q. Okay. So you're currently employed by whom?
12   A. I am from 3rd August of 2009, I am employee of
13 Stealth Maritime Corporation.
14   Q. That's your actual employer, is Stealth
15 Maritime Corporation?
16   A. Yes, I am employee.
17   Q. And --
18   A. In-house lawyer, in-house legal manager of
19 Stealth Maritime.
20   Q. Okay. And tell us a little bit about Stealth.
21 What does Stealth do?
22   A. Stealth Maritime manages vessels for many
23 owners and I deal with vessels that are bareboat
24 charter. Majority of vessels is bareboat charter
25 parties or on time, on spot. But mainly this is --

1  activities -- manages various vessels in the various
2  companies -- manages vessels under other ship-owning
3  companies.
4    Q. And how is Stealth Maritime organized? Is it a
5  single company that provides these services and owns
6  vessels or what is its organizational structure?
7    A. It doesn't own vessels. Only manages vessels.
8  Stealth Maritime is Liberian company domiciled in
9  Athens, Greece. It has various operations department,
10 chartering, legal department, claims, accounts.
11   Q. Do you know who owns Stealth Maritime?
12   A. I know. And I'm taking instructions from chief
13 executive officer of Stealth Maritime, who is
14 Mr. Lampros Bampilis.
15   Q. Okay. And are there other companies associated
16 with Stealth Maritime Corporation?
17   A. No. As far as -- no, no.
18   Q. Okay. Does Stealth Maritime provide technical
19 management services?
20   A. Yes. Technical management and commercial
21 management.
22   Q. Okay. And does it provide those services to
23 companies that it's affiliated with or to unaffiliated
24 companies or both?
25   A. It provides services for ship-owning companies

1  for the management of their vessels.
2      Q. And those ship-owning companies, do they
3  include any companies that are under common ownership
4  with Stealth Maritime?
5      A. No. There is no common ownership in Stealth
6  Maritime. Only it manages vessels. It doesn't own
7  vessels.
8      Q. So it only manages third-party vessels?
9      A. Yes.
10     Q. Okay. And none of those vessels are under
11 common ownership with Stealth Maritime?
12     A. There is no common ownership. Stealth Maritime
13 is only a management company. There is no ownership.
14     Q. I understand that.
15     A. Yes.
16     Q. What I'm asking is if it manages any other
17 vessels that are also owned by the same interests that
18 own Stealth Maritime Corporation.
19     A. What do you mean same interests? Stealth
20 Maritime is a company that manages vessels with other
21 ownership companies. So Malta, Liberia, everything.
22 What do you mean with common interest?
23     Q. I mean, are any of the vessels that are managed
24 by Stealth Maritime Corporation owned by these same
25 interests that own Stealth Maritime Corporation?

1      A. No. It manages vessels. Only this I know, me
2  as employee. This is the only thing that I know.
3      Q. Okay. What kind of -- what kind of ships does
4  Stealth Maritime manage?
5      A. Mainly LPG carriers, tankers and some bulk
6  carriers. No bulk carriers. In the last years, no.
7  Mainly LPG and tankers.
8      Q. Okay. Are you familiar with the financing of
9  any of those vessels that are managed by Stealth
10 Maritime Corporation?
11     A. Yes. As a legal manager, yes, I'm familiar
12 with the finance, with the review on legal matter
13 prospects of the law and facility documentation and the
14 security documents, mortgages, you know. These
15 documents, legal documents, not account, details --
16 financing details.
17     Q. Okay. Are the vessels that are managed by
18 Stealth Maritime Corporation typically mortgaged?
19     A. Yes. Normally, yes.
20     Q. Are they typically cross-collateralized by
21 other vessels that are managed by Stealth?
22     A. At this time as far as I remember, no.
23 Currently, no. I cannot remember collateralized.
24 Law -- documentation. No. In the past maybe. Not now.
25     Q. All right. Any oil tankers in this Stealth

1  fleet?
2      A. What? Can you repeat, please. What?
3      Q. Are there any oil tankers in the Stealth fleet?
4      A. Yes. I think there are a few, yes.
5      Q. Okay. Are you familiar with the oil tanker
6  business at all?
7      A. Not as an operator. As a lawyer from
8  various -- in the claims, you know. Not as operator, as
9  technical man. As a lawyer, yes, from various claims
10 that I have seen.
11     Q. Are you familiar with the term "oil majors"?
12     A. Yes, from various information that come to me
13 from chartering departments and operation departments.
14 Yes, I know of them.
15     Q. And what do you understand the term "oil
16 majors" to reference?
17     A. I cannot understand your question. What?
18     Q. When someone refers to the "oil majors," what
19 do you understand them to be referring to?
20     A. To transfer their cargoes by vessels under our
21 management.
22     Q. Okay. Do you understand that the term "oil
23 majors" refers to a specific group of companies?
24     A. When you say "oil majors," I'm not the person
25 in charge in chartering departments to know how the

1  correspondence is affected. I think the pictures only
2  from legal process of the features and charter parties
3  and the performance, what we -- the initial issues of
4  their correspondence, of their communications. I have
5  not --
6      Q. I understand that as well. But what I'm asking
7  is if you know what the oil majors are.
8      A. Yes, of course, I know. You mean BP, Chevron,
9  ExxonMobil, yes. The big oil majors, yes.
10     Q. Okay. Thank you. Are you familiar with the
11 charter of vessels to the oil majors?
12     A. Yes. We learn when a tanker has been fixed. A
13 memo, an email has been circulated and sent to the
14 company, that most of the time -- blab, blab has been
15 fixed -- ExxonMobil has been fixed. This is the charter
16 vessel.
17     Q. In order to charter a vessel to an oil major,
18 are you familiar with any vetting or approval processes
19 that oil majors utilize?
20     A. I am a lawyer. I'm not familiarize with
21 vettings. There are other departments that are
22 familiarize and do this. I know that there are some
23 vetting, some inspections, yes. I'm not specialize in
24 vettings and all these things.
25     Q. But you've seen charters with oil majors as

**MAGNA**
LEGAL SERVICES

EXHIBIT 3

1  part of your work at Stealth. Is that correct?
2      A. Yes, I seen. I'm seeing the charter parties
3  and the features from -- I point out from legal aspect
4  only. The closings, the readings. The things that I
5  must point out and report to my executive officer. This
6  is from only legal aspect -- only the legal aspect.
7      Q. Do you recall when you have reviewed those
8  charters, seeing terms that require tankers to be vetted
9  and approved by oil majors?
10     A. Yes. I know that they must be approved by oil
11 majors, yes.
12     Q. Okay. And from your review of charters in your
13 other experiences as counsel to Stealth, do you have an
14 understanding of whether or not it is a simple matter to
15 be approved by the majors?
16     A. It is not a simple matter. It's time of work
17 and consideration and very serious work. And lot of
18 departments are involved and there is months and years
19 working for the -- being in a position to be a serious
20 trader and being approved by oil majors. But Stealth
21 Maritime, I consider that it is a serious company
22 that -- taking all this.
23     Q. Does being approved by an oil major affect the
24 earning ability of the vessel?
25     A. May you kindly repeat your question, please.

1      Q. Sure. Does being approved by an oil major
2  affect the ability of a vessel to earn freight?
3      A. I cannot understand the question of
4  Mr. Quartaro. If vessels -- if Stealth vessels have
5  been approved by oil majors?
6      Q. No. Just as a general matter, can a vessel
7  that is approved by the oil majors --
8      A. Yes.
9      Q. -- be chartered for more money than a vessel
10 that is not approved?
11     A. If there is approved that the vessel has
12 been inspected -- I cannot -- sorry. I cannot
13 understand the question.
14     Q. All right.
15     A. If there is approved -- there are departments
16 that -- working for the approval of the vessels by
17 vettings. That I'm not --
18     Q. Once a vessel -- once a vessel has been
19 approved by the oil majors --
20     A. Yes.
21     Q. -- does it command a higher rate of charter
22 hire --
23     A. Yes.
24     Q. -- than a vessel that is not approved?
25     A. Yes, of course. I know that.

1      Q. Okay.
2      A. I know that from the chartering department,
3  yes.
4      Q. Sure. Now, once a vessel has been vetted and
5  approved, do you know if a change of technical manager
6  will affect that approval?
7      A. It depends on the case.
8      Q. When you say "it depends on the case," do you
9  mean which technical managers are involved?
10     A. Yes. Mainly the technical management is
11 Stealth in the case that I know. Sometimes we can
12 manage in vessels. But on bareboat charter parties, the
13 technical management take by bareboat charter.
14     Q. A vessel managed by Stealth is vetted and
15 approved by the oil majors?
16     A. Yes.
17     Q. Do you have an understanding of what would
18 happen to that approval if the owner decided to use a
19 different technical manager?
20     A. No, I don't know these details. I know that on
21 bareboat charter, features of technical management is
22 affected by bareboat charter. I'm not involved in such
23 details.
24     Q. Okay. Now, as a general matter over your time
25 as counsel to the Stealth and prior to that, have you

1  become familiar with the tanker market?
2      A. Yes, in Livanos Group.
3      Q. L-i-v-a-n-o-s?
4      A. Yes. Stavros Livanos company. Livanos
5  Enterprises.
6      Q. The name known to every maritime lawyer on
7  earth. So as part of that familiarity, are you familiar
8  with the sale and purchase of vessels, of tanker
9  vessels?
10     A. Not in Livanos. In Livanos I was involved only
11 in insurance and claims matters, which in any case were
12 very few. In Stealth Maritime I've been involved in
13 more than 50 S&P transactions. More than 50. To be
14 honest, more than 60. The last year 11, to be honest.
15 Only for the 2015.
16     Q. Well, that's a lot. Did any of those
17 sale/purchase transactions involve the sale of tankers
18 by the Stealth Group?
19     A. By Stealth Maritime?
20     Q. Yes.
21     A. Yes. It was many of them affected by our
22 departments, yes.
23     Q. Okay. And do you have any understanding of
24 what has happened with vessel values in the tanker
25 market since 2012?

1     A. The only thing that I know is that we must have
2  some value reports and for the -- banks and for the --
3  before the sale of some vessels, but I'm not -- always
4  when I need some such paper, I've asked this from
5  chartering department. I have a very close cooperation
6  with the chartering department. I'm not the specialized
7  person to ask about the reports and all these things.
8         Actually, I am involved with drafting and
9  the -- the drafting of the documents, of the legal
10  documents, and the transactions of the correspondence
11  with the bank, with the sellers, the buyers, all the
12  legal -- the legal documents, you know, bill of sale,
13  power of attorneys, corporate documents, and all these
14  things.
15     Q. Okay. So in -- of the 50 to 60 S&P
16  transactions that you've handled over the last -- what
17  would you say, that would be the last five years?
18     A. The last five years, yes. The last six years
19  and a half that I am working for Stealth.
20     Q. Okay. Have you developed any understanding as
21  to the value of tankers during that time?
22     A. Yes. I'm not specialized to give you a report
23  for the market -- for the tanker market. But yes, of
24  course, since I'm working in shipping company, yes.
25     Q. Okay. And would you say, as a general matter,

1  that the value of tankers that are built and to float
2  has gone up since 2010?
3     A. Yes, I have heard that.
4     Q. Now, turning a little more specifically to the
5  papers that are before us in this action, and we read
6  the caption or we provided the caption to the court
7  reporter. But as a general matter, you understand that
8  you're here to testify in respect to the series of
9  complaints brought against the Advantage Defendants, who
10  I listed off earlier, and a number of other defendants
11  that are associated with a company. And the court
12  reporter can take this from the caption. I'm going to
13  butcher because it's in Turkish. Genel Denizcilik
14  Naklitayi A.S., also known as Geden Lines. You
15  understand that that's what you're here to testify about
16  here today?
17     A. Yes, of course I can understand. And I'm very
18  involved with this case.
19     Q. Sure. Okay. And you're familiar with these
20  actions?
21     A. Yes.
22     Q. Okay. Now, the complaints that were filed in
23  these actions were verified by you. Do you recall that?
24     A. Of course I recall. I am collecting the
25  information. I'm giving to Mr. Bampilis. And of course

1  before I put my signature, I check and rechecked and I
2  sign.
3     Q. Okay. I would like to provide you with the
4  primary exhibit that we're going to look at today. That
5  is the Proposed Supplemental and Amended Verified
6  Complaint and exhibits.
7     A. Yeah.
8     Q. Do you have that before you?
9     A. Yes, of course I have it. I have it before me,
10  yes.
11     Q. Okay. And just to be absolutely sure that
12  we're on the right document, at the very top is a header
13  that was produced when this document was filed with the
14  United States District Court for the Southern District
15  of Texas. And it identified this as Document 33-1. Is
16  that the document that you have before you?
17     A. 33?
18     Q. At the very top of the page.
19     A. Yes. Yes, the document that I have before me,
20  yes, is the 33-1.
21     Q. Great. Okay. Thank you. Now, just before we
22  proceed, at the very end of the complaint itself, and I
23  believe it's labeled as Exhibit A, is a document
24  captioned Verification of Complaint. And this would be
25  at pages 18 and 19, if we go by the header on the

1  document.
2     A. Yes.
3     Q. And turning to the second page of that, which
4  is page 19.
5     A. Uh-huh.
6     Q. There is a signature above a line that appears
7  to contain your name. Is that your signature?
8     A. Yes, it is my signature. Yes, I can confirm
9  it.
10     Q. Thank you. Now, as a general matter, these
11  complaints seek to hold the Advantage Defendants, as
12  I've defined them, libel for breach of charter claims
13  held by in this case Tank Punk, Inc. And prior to the
14  Tank Punk action or this filing rather, is Psara,
15  P-s-a-r-a, Energy Limited.
16     A. Yes.
17     Q. Is that right?
18     A. Yes.
19     Q. And focusing on Tank Punk, who is Tank Punk?
20     A. He's the owner of the company Spike. That's a
21  vessel under Stealth's management currently now.
22     Q. Do you know -- sure. All right. Do you know
23  who owns Tank Punk?
24     A. Tank Punk is a subsidiary company of the whole
25  company of Stealth Gas with public company in NASDAQ.

MAGNA ›
LEGAL SERVICES

EXHIBIT 3

1    Q. You mentioned earlier the owner of Stealth
2  Maritime Corporation. I'm afraid I didn't fully catch
3  the name. Who is that?
4    A. I'm not refer to the owner. I'm saying -- I
5  said that I'm receiving instructions from the chief
6  executive officer of Stealth Maritime, who is director
7  and legal representative, Mr. Lampros Bampilis.
8    Q. Okay. And I'm sorry. Can you spell the last
9  name for our court reporter.
10   A. Bampilis, B-a-m-p-i-l-i-s.
11   Q. Do you know if Mr. Bampilis -- am I saying it
12 correctly?
13   A. Yes, I know Mr. Bampilis, of course.
14   Q. Do you know if Mr. Bampilis has an ownership
15 interest in Stealth Gas?
16   A. No, he has not as far as I know.
17   Q. Do you know who owns Stealth Maritime
18 Corporation?
19   A. No. There are -- there are the managers of the
20 vessel -- various ship-owning companies that I have in
21 my file. There are bearer certificates. And as far as
22 I know, in Stealth Maritime the holder of the shares is
23 Mr. Nicola Zukar.
24      (Reporter requested clarification.)
25   A. The holder -- the holder of the shares -- of

1  the bearer shares.
2    Q. Just as a general matter, feel free at any time
3  to jump in and clarify anything that it seems that the
4  court reporter -- your English is excellent. But there
5  might be a slight disconnect between the Texas accent
6  and the Greek accent.
7    A. And the Greek names.
8    Q. -- reading errors. If you can facilitate that.
9    A. They are difficult.
10      MR. GAITAS: Thank you very much.
11   Q. I don't know. We want to make a clear record.
12 Okay. So do you know then if there are any or do you
13 have reason to believe that any of the vessels or that
14 Stealth Gas has any common owners with Stealth Maritime
15 Corporation?
16   A. No. Stealth Gas is a NASDAQ company, has
17 millions of owners and million shareholders. And of
18 course it has a public website. We can enter and see
19 that there are very many shareholders in this company.
20   Q. Do you know who the majority shareholder in
21 Stealth Gas is?
22   A. No, I don't know the majority shareholder.
23   Q. Okay. Is it fair to say, then, that you do not
24 have an understanding that Stealth Maritime Corporation
25 and Stealth Gas are under common ownership?

1    A. They are not in common ownership. Since I have
2  drafted for them a management agreement between Stealth
3  and Stealth Gas. Stealth Gas is a holding company of
4  various other companies who has mainly -- mainly LPG
5  tankers. And Stealth Maritime is a management company.
6    Q. Okay.
7    A. I have explained this to various cases --
8  affiliated cases with your clients.
9    Q. Okay. Now -- so as a general matter I think I
10 said the complaint seeks to hold the Advantage
11 Defendants liable for the breach of charter claims held
12 by Stealth Gas subsidiaries against the Geden Defendants
13 in the Southern District complaints. Is that fair to
14 say?
15   A. Is that fair?
16   Q. Is that correct?
17   A. Yes. Since we -- yes, we have unpaid hires,
18 many unpaid hires in all Geden vessels.
19   Q. The theory for this liability is that the
20 Advantage Defendants are alter egos of the Geden
21 Defendants. Is that correct?
22   A. Yes, it is correct.
23      (Exhibit 1 marked.)
24   Q. Now, there are certain allegations made. And,
25 again, we're going to be referring to what we have

1  Exhibit 1, which is the Proposed Supplemental and
2  Amended Verified Complaint. Are there certain
3  allegations made with respect to the corporate ownership
4  structure of Advantage and the Geden Defendants?
5    A. Yes.
6    Q. Do you recall those allegations?
7    A. Yes, I recall that since I have made the
8  majority of the research.
9    Q. So can you describe for us what you understand
10 to be the ownership structure of these companies. And I
11 think the starting place would be a Geden Lines SPV, for
12 example, Spike Shipping.
13   A. Yes. As far as I know from the 2010 for four
14 vessels under the management of Stealth, including
15 Spike, has been fixed from Geden Holdings LTD of Malta.
16   Q. I don't think you're answering the question.
17 Let me rephrase.
18      In the case of Spike Shipping, who do you
19 understand owns Spike?
20   A. Spike Shipping is the chartering company
21 nominated by Geden Holdings, LTD., as per the charter
22 party and the nominations letter that I have in my file
23 and from confirmation letters from Geden directors.
24 Spike was a charting company who has been nominated
25 formally by nomination letters by Geden Holdings, LTD.

1    Q. Why don't we turn to -- why don't we turn to
2 page -- and, again, referring to the header on the top
3 of the document that's in front of you, why don't we
4 turn to the complaint and let's go to page 6 initially.
5    A. Page 6. Page 6, yeah. 6, yeah. Okay.
6    Q. So I'll refer you first to paragraph 23. I'll
7 ask you to just to take a quick look at that and refresh
8 your recollection.
9    A. Yeah.
10    Q. So is this alleging that Geden Lines --
11    A. Yes.
12    Q. -- owns Spike Shipping?
13    A. Yes.
14    Q. And then when we look at the next paragraph 24.
15    A. Yes.
16    Q. Does the sum and substance of that
17 allegation --
18    A. Uh-huh.
19    Q. Is the sum and substance of that allegation
20 that Geden Lines is owned by Geden Holdings?
21    A. Yeah.
22    Q. And then when we turn to the --
23       MR. GAITAS: Will you give her a second to
24 read it, please.
25    Q. Yes, of course.

1    A. Paragraph 24 under the Geden Prospectus, yes.
2       MR. GAITAS: Read it carefully and then
3 answer.
4    Q. By all means if you need a few extra minutes to
5 read something, just speak up.
6    A. Yes, I remember that.
7    Q. Okay. So thus far the chain of corporate
8 ownership that's alleged in this proposed complaint is a
9 ship or a charting SPV, in this case Spike Shipping --
10    A. Yes.
11    Q. -- owned by Geden Lines.
12    A. Yes.
13    Q. Which is in turn owned by Geden Holdings. Is
14 that correct?
15    A. Yes, that is correct. May I add something.
16 This is not an allegation. I have in my file a
17 confirmation letter from Mr. -- from Geden Holdings LTD
18 duly signed by Mr. Tugrul Tokgoz who says that it's a
19 confirmation letter who says that Geden Holdings owns
20 all the shares of all the vessels. And they are the
21 holding company for all these companies.
22    Q. What I'm trying to establish here is which
23 companies you allege own which other companies. Thus
24 far we have Spike, which is allegedly owned by Geden
25 Lines, which is allegedly owned by Geden Holdings.

1    A. Yes.
2    Q. When we turn to paragraph 25, which straddles
3 pages 6, pages 7 and 8.
4    A. Yes.
5    Q. The allegations appear to say that Geden
6 Holdings is controlled by the Cukurova Group.
7    A. Yes.
8    Q. Is that correct?
9       So the Cukurova Group -- so that's the next
10 entry in the chain?
11    A. Yes.
12    Q. And the Cukurova Group is ultimately and
13 beneficially owned by members of the Karamehmet family. Is
14 that correct?
15    A. Yes. Yes, it is correct.
16    Q. And do you have an understanding as to which
17 members of the Karamehmet family hold ownership
18 interests in the Cukurova Group?
19    A. As far as I know, currently Ms. Gulsun Nazil
20 Karamehmet Williams, the daughter of Mr. Karamehmet, has
21 the -- mainly 85 percent of the shares of the group from
22 the data that I have collected.
23    Q. Now, so your understanding, so that I'm clear,
24 is that Ms. Gulsun Nazil Karamehmet owns 85 percent of
25 the Cukurova Group?

1    A. Yes, I have saw that in the organization charts
2 of various documents that I have collected.
3    Q. Are you sure -- are you sure that that is the
4 Cukurova Group, or are you referring to the Advantage
5 entities?
6    A. I have seen that in Cukurova Group,
7 Ms. Karamehmet, and before that her father, and from
8 Internet researches and various articles, and then from
9 the loan agreement -- loan agreements.
10    Q. Okay. Do you understand that the Cukurova
11 Group has an ownership interest in any of the Advantage
12 Defendants?
13    A. I have seen their organization charts in the
14 loan agreements of the loan documentation. Since I have
15 applied for this to take all these documentation from
16 Marshall Islands Register, I have been instructed to
17 take all this loan documentation of Advantage Tankers.
18    Q. So as I understand the chain of ownership that
19 you're stretching out, you're saying that Spike is owned
20 by Geden Lines.
21    A. Yes.
22    Q. And Geden Lines is owned by Geden Holdings.
23    A. Yes.
24    Q. That Geden Holdings is owned by the Cukurova
25 Group. Is that correct?

MAGNA
LEGAL SERVICES

EXHIBIT 3

1    A. Yes. The document -- the beneficial owner and
2  controlling party is Ms. Karamehmet. And as senders,
3  she think that bears as far a message from --
4         (Reporter requested clarification.)
5    A. From Mr. Tugrul Tokgoz.
6    Q. So you understand -- your understanding is that
7  the Cukurova Group is an owner of Forward Holdings?
8    A. It's the owner of -- I cannot hear you.
9    Q. Forward Holdings.
10   A. Forward, yes. The Forward -- it was -- the
11  chain, as far as I remember, is the Advantage ownership
12  vessels, then Advantage Tankers, then Advantage -- yes,
13  Advantage Tankers was the guarantor. And then the
14  intermediate holding company was the Forward Group. And
15  then the physical persons, Ms. Karamehmet and the
16  Cukurova Group.
17   Q. So the entity that you are alleging is a common
18  owner of Geden Holdings?
19   A. Yes.
20   Q. Then Geden Lines and Spike?
21   A. Yes.
22   Q. And also Forward and Advantage is the Cukurova
23  Group. Is that correct?
24   A. Is the same entity for me. It's the same as
25  far as I understand from my researches and from

1  collections that I have from various lawyers and from
2  various departments is a product of Advantage Tankers
3  restructuring plan of the various financial problems
4  that they have suffered in 2015.
5    Q. Okay. So then is the allegation in paragraph
6  25 incorrect?
7    A. Yes.
8       MR. GAITAS: 25 you said?
9    Q. Yes, 25. Please take a second to read that
10  paragraph.
11      MR. GAITAS: Read it.
12   A. I have already read it. They're controlled by
13  Defendants, yes. Yes, it is correct.
14   Q. Well, but you're saying that the Cukurova Group
15  is the owner of Forward, not members of the Karamehmet
16  family. That's what I'm trying to get the answer to.
17   A. This is the ultimate as far as I know -- I'm
18  the lawyer. The ultimate beneficial owner is always a
19  physical person. Behind this Cukurova Group, we all
20  know -- we just put this name, Cukurova and
21  Karamehmet -- to say that --
22      (Reporter requested clarification.)
23   A. It's a very famous family.
24   Q. Try and slow down a little bit so that our
25  court reporter can get your answers.

1    A. It's the second most famous family in the
2  country. It is very famous.
3    Q. So isn't your allegation, in fact, that Geden
4  Holdings is owned by the Cukurova Group, the Cukurova
5  Group is owned by members of the Karamehmet family?
6    A. Yes.
7    Q. And that members of the Karamehmet family also
8  own Forward?
9    A. Yes.
10   Q. So that is your allegation, not that Cukurova
11  Group owns Forward. That members of the Karamehmet
12  family own Forward and also have an ownership interest
13  in the Cukurova Group. Is that correct?
14   A. It is the same thing. From my research, it's
15  the same thing. That behind Forward and behind Cukurova
16  Group is the Karamehmet family. This alter ego one of
17  the other. It's for me one company. There is only
18  Geden Lines. That make all the work for my research.
19   Q. I understand what your theory of the case is,
20  but the complaint sketches out a chain of ownership that
21  goes up to the Karamehmet family and then goes down into
22  the Advantage companies.
23   A. Yes.
24   Q. I'm trying to find out from you which company
25  you think is at the top of that pyramid. And based on

1  the complaint that is ultimately members of the
2  Karamehmet family?
3    A. Yes.
4    Q. "Yes"?
5    A. Yes.
6    Q. Okay. Which members of the Karamehmet family
7  do you understand have ownership interests in the
8  Cukurova Group?
9    A. As this time, as far as I know, it's
10  Mrs. Gulsun Karamehmet, the daughter of Mr. Karamehmet.
11   Q. Has an ownership interest in the Cukurova
12  Group?
13   A. Yes.
14   Q. She also, as you understand -- I believe you
15  testified earlier has a 85 percent interest in Forward
16  Holdings.
17   A. 85 percent is for Mr. Ali Tugrul Tokgoz. It's
18  a difficult name, Turkish.
19   Q. Perhaps you could just briefly refer to
20  paragraph 39, which is on page 12. I would just ask if
21  that refreshes your memory as to the allegations of
22  ownership of Forward.
23   A. Yes. Page 12 of 13.
24      MR. GAITAS: 11.
25   A. 39. Forward, yes, owned by Ms. -- I am

1    correct.
2        Q. I believe you testified that 85 percent was
3    owned by Mr. Tugrul Tokgoz.
4        A. No. 85 percent -- no. 15 percent for
5    Mr. Tugrul and 85 for Ms. Karamehmet. In the loan
6    agreements that I have seen, there is a controlling
7    class for 75 percent in the loan agreements of -- but as
8    far as I remember, it's 85 from Nazil and 15 from
9    Tugrul. If I say that --
10       Q. I think your last answer reversed those. I'm
11   just trying to get that clear.
12       A. I have the opposite?
13       MR. GAITAS: Yes.
14       A. No. It's wrong. It's 85.
15       Q. That's what I thought. That's what I thought.
16   Okay. So your -- the complaint here has a number of
17   allegations that go to the alleged control and
18   domination of the Advantage Defendants by the Geden
19   Defendants. Is that correct?
20       A. Yes.
21       Q. Okay. Now, just to be clear, you are not
22   alleging that Geden is the parent of Advantage, are you?
23       A. Geden Holdings -- Geden Holdings is not anymore
24   in the play. It has been replaced.
25       Q. That's not my question. That's not my

1    question. We have to make sure that we're getting
2    answers to the questions that I'm asking.
3            The question that I'm asking is: Are you
4    alleging that Geden -- any Geden company is the parent
5    company of Forward Holdings or Advantage?
6        A. It's the same thing.
7        Q. Any of the Advantage Defendants?
8        A. It's alter ego for me. It's the same thing.
9        Q. I understand that. I understand that you view
10   them as the same thing. But the allegations that you've
11   made are that -- are not that Geden is the parent of
12   Forward. The allegations are that Geden and Forward are
13   under common ownership. Is that correct?
14       A. Yes. Geden and Forward are the same ownership.
15       Q. Well, yes. But you're not alleging that Geden
16   owns Forward. You're alleging that Geden and Forward
17   are under common ownership by members of the Karamehmet
18   family?
19       A. Yes.
20       Q. "Yes"?
21       A. Yes.
22       Q. Thank you. Okay. So -- and it is this common
23   ownership that you allege is the control and domination
24   by Geden over Advantage. Is that correct?
25       A. Yes. Geden and Advantage for us are the same

1    entity, one company.
2        Q. I understand that. You put that on the record.
3    But I need specific answers to the specific questions.
4        A. Yes.
5        Q. So let's try and limit it to that. Now, do you
6    have any evidence that Geden and Advantage have common
7    stock ownership?
8        A. It is a chain.
9        MR. GAITAS: I'm going to object because
10   you have not clarified which Geden and there are many
11   Gedens in the play. There is Geden Holdings Limited.
12       MR. QUARTARO: That's fair enough.
13       MR. GAITAS: Clarify, please.
14       MR. QUARTARO: Let me resolve the
15   objection. That's reasonable.
16       Q. Do you allege that Geden Holdings has common
17   shareholders with Forward Holdings?
18       A. Yes.
19       Q. And who do you allege owns shares in Geden
20   Holdings and Forward Holdings?
21       A. Who owns the shares?
22       Q. Who do you allege?
23       A. Yes.
24       Q. Owns shares in both Geden Holdings and Forward
25   Holdings.

1        A. Karamehmet family, Ms. Karamehmet, to be
2    specific.
3        Q. That is Nazil Karamehmet with the -- I believe
4    Karamehmet is her maiden name. Her married last name is
5    Williams. Is that correct?
6        A. Yes. It's Nazil Karamehmet Williams. Yes,
7    it's difficult name.
8        Q. It's a long name. But I'm Italian. My last
9    name is long, too. Okay.
10           So that is the common ownership ultimately
11   that you are alleging. Is that correct?
12       A. Yes. Yes.
13       Q. Okay. Now, do you have any evidence that
14   Ms. Nazil Karamehmet owns shares in Geden Holdings?
15       A. Yes. I have many sources for that, and
16   documents and public records and many documentations
17   that I have collected the last two years.
18       MR. QUARTARO: Okay. If it has not been
19   produced, we would call for production of any evidence
20   plaintiffs have showing that Ms. Nazil Karamehmet
21   Williams is a shareholder in Geden Holdings.
22       A. It has been provided.
23       MR. GAITAS: Neil, we have -- we have
24   produced a number of documents. I don't know if you had
25   the chance to go through them.



EXHIBIT 3

1    MR. HONEA: I have. But if there is
2 anything in addition, I call for production. I don't
3 think I've seen a record that would show an answer to
4 this specific question, but I'm happy to review again.
5    Q. And your counsel and I can work that out.
6    MR. GAITAS: Yes.
7    Q. Now, there are some -- there's a series of
8 allegations related to control and domination. I'm just
9 going to ask a couple of quick questions and then I'm
10 going to ask more specific questions.
11    Do you have any evidence that Geden and
12 Advantage have common business departments?
13    A. Yes, we have many papers.
14    Q. What is that evidence?
15    A. We have both address in Turkey, office address
16 in Turkey.
17    Q. But isn't that address also the address of
18 Geden's technical management company?
19    A. Yes, it is the same address for Geden Lines,
20 for Geden Holdings and for Advantage, same telephone
21 number --
22    Q. Do you have --
23    A. Same telephone number, same faxes.
24    Q. Do you have an understanding as to whether
25 Geden provides technical management services -- Geden

1 Lines provides technical management services?
2    A. Of course, they provided the day-to-day
3 operation of the vessels. I know that through the
4 mailings that we receive, me and other companies. They
5 provide the insurance cover notes. The main insured
6 parties, Geden Lines. Of course, they are doing the
7 day-to-day operation in the management of the vessels --
8 Geden Lines.
9    Q. Are these similar functions to those that
10 Stealth Maritime performs for the vessels that it
11 provides technical management services for?
12    A. Mr. Quartaro, I think that the issue is not
13 with Stealth Maritime now. This is Geden Lines.
14    Q. I understand. I understand that you want --
15    A. Stealth Maritime --
16    Q. You need to answer the question that is asked.
17    A. No. Stealth Maritime does not own -- Stealth
18 Maritime does not owe huge money to --
19    (Reporter requested clarification.)
20    Q. That may be.
21    MR. QUARTARO: But can I have the reporter
22 read the question back, please.
23    (The pending question was read as follows:
24    "QUESTION: Are these similar functions to
25 those that Stealth Maritime performs for the vessels

1 that it provides technical management services for?")
2    A. Yes. And I said that the issue is not with
3 Stealth Maritime here.
4    Q. I understand that. But, ma'am, it's a "yes" or
5 "no" question. Are those similar services or not?
6    A. It must be similar. Yes, it must be.
7    Q. Thank you. Okay. So would you characterize
8 Stealth Maritime Corporation as a business department of
9 the owners of the vessels that Stealth Maritime
10 Corporation manages?
11    A. Stealth Maritime manages vessel, yes. Manages
12 the vessels.
13    Q. Okay. But is it a business department of the
14 owners of the vessels that it manages?
15    A. Yes, under specific management agreement, yes,
16 it manages vessels under specific owner companies, yes.
17    Q. Okay. And so your testimony is that Stealth
18 Maritime Corporation is a business department of the
19 owners of those vessels?
20    A. It is the management department of the owners
21 of the vessels, yes.
22    Q. Okay. So it's a business department of those
23 owners. "Yes"?
24    A. Yes.
25    Q. Okay. Do you know if Geden and Advantage filed

1 consolidated financial statements?
2    A. Yes, as far as I know, they filed consolidated
3 statements. The accounts in the loan agreement that I
4 have reviewed, it is an obligation.
5    Q. In the loan agreement, what loan agreement are
6 you referring to?
7    A. In the loan agreement of Advantage fleet, which
8 is the same with the Geden Lines, same vessels, same
9 officers, same directors, same telephone number, same
10 everything.
11    Q. So just so I understand your testimony today,
12 your testimony is that the loan agreements between
13 Advantage and its lenders provide that Advantage will
14 file consolidated financial statements with Geden?
15    A. No. Sorry. There is an obligation for
16 Advantage Tankers to file consolidated accounts with the
17 owning company, with the new owning company.
18    Q. Right. Okay. And are you aware of any -- at
19 any time Geden and Advantage filing consolidated
20 financial statements?
21    And to be absolutely clear, what I mean by
22 that is a financial statement that includes the profits
23 and losses incurred by both Geden companies and
24 Advantage companies in a consolidated financial
25 statement.

MAGNA
LEGAL SERVICES

1    A. No, I don't know this. I don't know.
2    Q. Okay. Thank you. Do you have any evidence
3  that Geden provides finances to any -- Geden Holdings
4  provides finances to any Advantage company or to Forward
5  Holdings?
6    A. I don't know that. But I know -- from.
7    Q. Okay.
8    A. -- from reports of financing.
9    Q. It's a "yes" or "no."
10    MR. GAITAS: Let her finish the answer.
11    A. May I finish?
12    MR. GAITAS: Let her answer.
13    A. May I finish -- that I have in my custody Alix
14  Partners Report. It's an economical report -- authored
15  by Geden Lines, who says clearly that Geden expropriate
16  Geden Holdings from the current assets and transferred
17  the assets to the new company in order to avoid the
18  ability to non-lending creditors. It's clear cut
19  that --
20    (Reporter requested clarification.)
21    A. -- that Geden Holdings is not in the play at
22  the moment and has been replaced by another guarantor of
23  Advantage Tankers.
24    Q. Right. Thank you. In answer to my actual
25  question, though, you don't have any evidence that Geden

1  provides financing to Advantage, do you?
2    A. No, I don't have for this -- specific for the
3  account. It's the purpose of this report, the
4  restructuring plan.
5    Q. I understand the allegations of the complaint.
6  I'm asking a specific question. Thank you for the
7  answer.
8    Do you have any evidence that Geden caused
9  the incorporation of Forward Holdings, Advantage
10  Holdings or any of the Advantage companies?
11    A. If I have -- could you kindly repeat. If I
12  have information that --
13    Q. Do you have any evidence --
14    A. Yes.
15    Q. -- that Geden caused the incorporation of
16  Forward Holdings or any of the Advantage Defendants?
17    A. Yes.
18    MR. GAITAS: I'm going to object. Which
19  Geden, please? Let's clarify that.
20    MR. QUARTARO: I said at the beginning of
21  the question, but let me repeat it and be clear.
22    Q. Geden Holdings.
23    A. Geden Holdings, I repeated that there is a kind
24  of evidence and there is for me supporting evidence in
25  the Alix Partners Reports that there will be a

1  restructuring plan due to the financial problems that
2  had Geden Holdings. In addition, we have generally 2015
3  the corporation of Mr. Tugrul with our Stealth Maritime
4  in order to be provided a discounting hires of the
5  vessels.
6    (Reporter requested clarification.)
7    A. Discount in the hires of the four vessels. In
8  order to assist Geden to face this economical
9  difficulty, economical situation, I drafted the
10  addendums in the charter parties for the discount of
11  hires.
12    Q. Okay. But what I'm asking is: Do you have --
13  let's start with this. Have you seen any of the
14  incorporation documents related to the creation of
15  Forward Holdings or any of the Advantage Defendants?
16    A. No, but I have not seen the loan documentation.
17    Q. Do you know -- are you familiar -- are you
18  familiar with the establishment of a company in the
19  Marshall Islands?
20    A. Yes.
21    Q. Okay. Do you understand that a fee needs to be
22  paid in order for a company to be organized in the
23  Marshall Islands?
24    A. It's very cheap. 450 U.S. dollars for a
25  company.

1    Q. Right. Do you know who paid the corporate
2  filing fees for the creation of Forward Holdings?
3    A. Who paid the corporate fees? No, I don't know.
4    Q. Yes. Do you know who paid for the
5  incorporation or organization fees for Advantage
6  Holdings?
7    A. No, I don't know who paid the fees.
8    Q. Do you know who paid the organizational fees
9  for the creation of Advantage Tankers?
10    A. I don't know who paid these fees. But from my
11  experience, the invoice that they issued from Marshall
12  Islands are always in the name of the -- okay. If you
13  create a company, Forward Holdings, then invoice is in
14  the name of Forward Holdings. We cannot prove who is
15  behind this invoice. If we pay --
16    Q. Okay.
17    A. -- the incorporated company -- Mr. Quartaro,
18  this does not prove that paying, Mr. Quartaro. It's the
19  name of the company.
20    Q. Okay. Do you have any evidence?
21    A. No.
22    Q. Do you have any evidence? Do you have any
23  evidence that Geden provided funds so that the -- so
24  that Forward -- I'm sorry. Geden Holdings or Geden
25  Lines provided the funds for the organization of Forward



1 Holdings, Advantage Holdings or Advantage Tankers?
2     A. I think that is clear-cut from Alix Partners
3 Report and from universal prospectus, which is a
4 subsidiary company of Geden, that Geden is going to
5 restructure this. It's something that has been already
6 a meeting that accepted --
7     (Reporter requested clarification.)
8     A. -- accepted that the meeting from the board of
9 directors of Geden Holdings and the Geden Lines. We
10 have problem. We are out of capital. We cannot pay our
11 obligations. We made discount of hires. Then we still
12 face difficulties in receiving our hires. There are
13 many reports, many articles in the shipping market that
14 Geden has problem, is going to restructure. We seen.
15 It's not a secret. We have --
16     Q. I understand that. I understand your theory of
17 the case, Ms. Bacha. But you're not answering the
18 question.
19     The question is: Do you have any evidence
20 that Geden Holdings or Geden Lines provided money to the
21 organization of Forward Holdings, Advantage Holdings or
22 Advantage Tankers? It's a "yes" or "no" question.
23     A. I don't have receipts of who pays for this
24 company. For me, it's evidence. Yes, I have evidence
25 from the reports that I have in my custody that Geden

1 was going to refund -- he's going to restructure and
2 refund his current scheme.
3     MR. GAITAS: Refinance or refund?
4     A. Refund -- refinance.
5     Q. But you don't have any evidence that Geden
6 directly caused the incorporation of Forward Holdings,
7 Advantage Holdings or Advantage Tankers, do you?
8     A. I don't have evidence that they pay for the
9 incorporation of those companies, no.
10     Q. Okay. Do you know if any of the organizational
11 documents that were used to create Forward Holdings,
12 Advantage Holdings or Advantage Tankers were prepared by
13 employees of Geden, Geden Holdings or Geden Lines?
14     A. No, I don't have evidence that these companies
15 are prepared by employees. But certainly they prepared
16 by the Marshall Islands Register. They are already
17 companies. I know that. That's what I know from my
18 experience -- from the file of Marshall Islands, three,
19 four, ten companies, and you take it. You pay for $450.
20     Q. Just so that I'm absolutely clear about your
21 experience there, your experience there is that the
22 Marshall Islands, for example -- the creation of limited
23 liability corporations --
24     A. Yes.
25     Q. Let me finish the question, please -- will

1 provide for a member agreement?
2     A. I am -- I am in charge with the incorporation
3 of the companies, yes. And we have to 200 Marshall
4 Islands companies. I am very experienced.
5     Q. When you register a limited liability
6 corporation in the Marshall Islands, who prepares the
7 membership agreement?
8     A. We have no membership agreement. We are
9 already companies from the file of Marshall Islands.
10 You make an obligation -- just an obligation with the
11 name that you want or the name that you choose, and you
12 go and take the buying of the company.
13     Q. You have an understanding that with respect to
14 the organization of Forward Holdings, Advantage Holdings
15 or Advantage Tankers that a Geden employee made that
16 application --
17     A. No, I don't.
18     Q. -- to Marshall Islands?
19     A. No, I don't know that.
20     Q. Do you have any understanding about the
21 capitalization of Forward Holdings, Advantage Holdings
22 or Advantage Tankers?
23     A. No, I don't have.
24     Q. Do you have any evidence that Geden pays
25 salaries or any other expenses of Forward Holdings,

1 Advantage Holdings or Advantage Tankers?
2     A. I don't know the specific issue that -- who is
3 going to pay the salaries, no.
4     Q. Okay.
5     A. I don't know.
6     Q. Do you understand that Geden refers business to
7 Advantage?
8     A. They have the same fleet. They have the same
9 offices, the same telephone numbers, the same people
10 that sign for both companies, the same board of
11 directors, exactly the same people.
12     Q. But with respect -- but with respect to the
13 documentation and to the address and things like that,
14 aren't you really referring to Geden Lines' role as a
15 technical manager on these vessels?
16     A. Geden Lines is the manager of the vessels. I
17 cannot -- we know this. But I am alleging and I am
18 certain for this that Geden Lines, Geden Holdings and
19 Advantage Tankers are the same company.
20     Q. I understand the nature of the allegation.
21 What I'm asking specifically is whether or not you are
22 alleging that Advantage receives its business from
23 Geden.
24     A. Yes, I believe that since they have the same
25 people.

MAGNA
LEGAL SERVICES

1    Q.  What evidence -- and what evidence of that do
2  you rely on to make that allegation?
3    A.  I have reports, I have public records, and I
4  have many documents that show that the chairman -- the
5  chief executive of the operation of Advantage Tankers
6  are the same person with the chief executive operation
7  of Geden.  It is Mr. Ali Tugrul Tokgoz.  They have
8  admitted that.
9    Q.  Are you aware of any specific examples where a
10  charterer approached Geden to charter a vessel and
11  instead of Geden providing that vessel, they referred
12  the business to Advantage?
13    A.  There is no Geden Holdings anymore at the
14  moment.  As per restructuring plan, there is Advantage
15  Tankers.  But I show in the schedule one of their loan
16  agreement that the chartering say Western Supply is the
17  same company with the previous one.  They have the same
18  charters.
19    Q.  I understand that the vessels were transferred
20  while they were under charter.  I understand that.  What
21  I'm asking is if you're aware of any specific instances
22  in which a charterer approached Geden to charter a Geden
23  vessel and that the vessel was actually supplied by
24  Advantage.  Are you aware of any examples of that?
25    A.  No, I have no aware of those kind of examples,

1  no.
2    Q.  All right.  Do you have any evidence that Geden
3  uses any of Advantage's property as Geden's property?
4    A.  Yes, they have the same fleet.  The fleet --
5  the schedule of the vessels that was in insurance cover
6  notes or in Spike, vessels under our management are the
7  same fleet and now for Advantage Tanker.  They have the
8  same fleet.
9    Q.  Are you aware -- please continue.
10    A.  No.  I'm finished.  Thank you.
11    Q.  Thank you.  Are you aware of any instances in
12  which Geden has entered into a charter and has used an
13  Advantage vessel to fulfill that charter?
14    A.  There is no Advantage vessels.  They are the
15  same vessels.  Geden and Advantage vessels are the same
16  vessels.
17    Q.  Okay.  So --
18    A.  They have the same --
19    Q.  Is it fair to say that you are not aware of any
20  charter party between Geden and another entity where the
21  vessels that Geden supplies is an Advantage-owned
22  vessel?
23    A.  No, I'm not aware of a specific example, but I
24  know they have the same fleet since they have the same
25  IMO numbers.  We all know that these figures -- the only

1  thing, that they cannot be changed in a vessel.  It
2  follows the vessel from the yard.  They have the same
3  IMO numbers.
4    Q.  We know that, but that's really not the
5  question.  I think you've answered it and we'll move on
6  to the next one.
7        Do you have any evidence that the daily
8  operations of any of the Advantage Defendants are not
9  separate from the operations of the Geden Defendants?
10    A.  We have evidence that the day-to-day operation
11  keeps and maintained by Geden Lines.  We receive every
12  day from the same persons from the Gedenlines.com.  But
13  these persons -- these persons have email evidence.
14  They are the same person.
15    Q.  But other than emails to and from the technical
16  manager.  Right?
17    A.  Uh-huh.
18    Q.  Geden Lines.  Do you have any other evidence
19  that the two corporations are not kept separate?
20    A.  I have evidence that they say all the same
21  offices.  They are the same persons.  They have the same
22  day-to-day operations.  Same insurance.  I think that
23  for me it meets more than sufficient evidence that they
24  are still the same companies.
25    Q.  But isn't that also true for the various owners

1  that Stealth Maritime manages?
2    A.  Stealth Maritime was and is Stealth Maritime.
3  It has not made any restructuring plan.  It has not
4  financial problems.
5    Q.  But that's not what I asked.  What I asked is:
6  Isn't that the same as the owners that Stealth Maritime
7  Corporation provides technical management services to?
8    A.  Yes.  They use the e-mail address of Stealth
9  when managing Stealth vessels.
10    Q.  Okay.  Do you have any evidence that any of the
11  Advantage companies, Forward Holdings, Advantage
12  Holdings, Advantage Tankers, do not observe corporate
13  formalities?
14    A.  So I can understand, do not observe corporate
15  formalities?
16    Q.  Yes.
17    A.  What do you mean?
18    Q.  By corporate formalities, I mean have members
19  of both.  For example, under the applicable membership
20  agreement, filed their yearly statements with the
21  Marshall Islands or any other ordinary course of
22  corporate formality that companies should be observant.
23    A.  I don't know this.  The only thing that I know
24  is that they have the same board of directors.  This is
25  the only corporate issue that I know.



1    Q. That who has the same board of directors? That
2 which entities do you believe have the same board of
3 directors?
4    A. Geden Lines, Geden Holdings and Advantage
5 Tankers. I can refer to some names, if you wish.
6    Q. That's okay. I'm sure they are all in the
7 papers. Okay.
8    A. What time is it?
9    Q. I think I am roughly halfway through and I
10 think this would be a good time to just take about a
11 five-minute break if that works for folks.
12    A. Yes. Thank you.
13    THE VIDEOGRAPHER: We are off the record at
14 10:49.
15    (Break from 10:49 a.m. to 10:59 a.m.)
16    THE VIDEOGRAPHER: This is the beginning of
17 Tape No. 2. We are back on the record at 11:00 a.m.
18    Q. Okay. Thank you. Looking at Exhibit 1, the
19 complaint, and turning to the document page 6, which is
20 in paragraph 22, specifically.
21    A. Exhibit No. 1.
22    Q. So it's just in the complaint, page 6.
23    A. Yeah. Page 5 at the bottom, yeah.
24    Q. 5 of the complaint itself, that's correct. It
25 continues on to page 6 of the complaint. You have this

1 statement that, "The Defendants are in actual fact, a
2 single business enterprise pursuing functionally
3 differentiated business objectives." What do you mean
4 by that?
5    A. Which paragraph?
6    Q. 22.
7    A. 22. May I read it. Yes. I mean that there is
8 one business company, Geden Lines, Advantage, and Geden
9 charting companies. I mean that they are one business
10 enterprise in fact. The same thing, that Geden --
11    Q. So what do you mean by functionally
12 differentiated business objectives?
13    A. That they have put it -- they are -- in the
14 departments -- they have separated their jobs in
15 departments. And doing operations from -- it depends
16 from the various objectives.
17    Q. Okay. Didn't you testify earlier that Stealth
18 Maritime Corporation has different departments?
19    A. Yes. Stealth Maritime has various departments.
20    Q. So in your experience is it uncommon for
21 shipping companies to have different departments that
22 perform different roles?
23    A. No. But the issue I think is not about how a
24 managing company works. The issue is that the
25 managing -- the managing company here, Geden Lines, the

1 holding company, and the ex -- new companies and the
2 charting companies are the same company. This is a
3 strange thing there. It is not clear --
4    Q. Managing functionally -- when you say
5 functionally differentiated business objectives, what
6 you really mean is that you're alleging they are alter
7 egos of each other?
8    A. Yes, I think that here we have the case of one
9 is the alter ego of the other. We have one company.
10 It's not the same case with Stealth. Stealth has not
11 owned -- doesn't own vessels. Just manages vessels.
12 Here we have the same people under the same boards.
13    Q. Right. But is the language -- it's the
14 language functionally differentiated business objectives
15 that I asked you about and I asked you what you meant by
16 that term.
17    A. Yes. The Geden Lines seems to have the
18 management and the Geden Holdings seems to have -- to be
19 the holding company and the owner. The evidence is
20 Advantage have a separate objective. And the charting
21 companies, like Spike Shipping, seems to be the
22 chartering company, but the directors are the same in
23 all these companies.
24    Q. Okay. So what you mean by functionally
25 differentiated business objectives is that the various

1 companies that comprise either Advantage Defendants or
2 Geden Defendants are part of the same group?
3    A. Yes.
4    Q. But have different business tasks?
5    A. Yes.
6    Q. Okay. Thank you. So this paragraph 22 also --
7 also alleges that it's -- 22.
8    A. 22 paragraph, the same.
9    Q. I'm sorry. Strike that. Strike that. Yeah,
10 it is 22.
11    There is also this language in the same
12 sentence that all of the Defendants are subject to the
13 command and control of Defendants Geden, which in this
14 case I believe is Geden Lines. Is that right?
15    A. Geden Lines is the trade name of Geden --
16    (Reporter requested clarification.)
17    MR. GAITAS: Let's clear the record. Geden
18 Lines is a trade name of Genel, G-e-n-e-l.
19    MR. QUARTARO: We got it in the record at
20 the very beginning too, George.
21    MR. GAITAS: She needs it. That's why.
22    Q. Okay. But, yeah, let's -- that does need to be
23 clear. So there is this language in 22 that says that
24 Geden Lines is the parent of Spike Shipping, Arrow,
25 Advantage Tanker, Arrow Shipping, Advantage Tankers,

1 Advantage Holdings and Forward Holdings. Is that
2 correct?
3 A. Yes.
4 Q. But, in fact, the allegation actually is that
5 Geden Lines is owned by Geden Holdings, which is owned
6 by the Cukurova Group, which is in turned owned by the
7 Karamehmet family and common members of the Karamehmet
8 family or members of the Karamehmet family also own
9 Forward Holdings, Advantage Holdings and Advantage
10 Tankers. Is that correct?
11 A. Yes, correct.
12 Q. All right. So you're not actually alleging
13 that Geden Lines is the parent company of any of the
14 Advantage Defendants. You're alleging that it's common
15 members or it's members of the Karamehmet family that
16 have ownership interests in both. Is that right?
17 A. Yes.
18 Q. Okay. Thank you. So paragraph 23, let's take
19 a look at that.
20 Before we do that, other than your broader
21 theory that these companies are interchangeable, do you
22 have any evidence that Geden Lines controls any of the
23 Advantage Defendants?
24 A. Geden Lines, as a company?
25 Q. Yes.

1 A. Controls?
2 Q. Yes.
3 A. I have many documents that -- again, I repeat,
4 that showing that they are the same companies. This is
5 for me --
6 Q. Do you have any emails from people at any -- at
7 Geden Lines instructing people at Advantage to take
8 action of any kind?
9 A. This is confidential. I cannot have it under
10 my custody.
11 Q. Do you have -- do you have any correspondence
12 of any kind where Geden is purporting to instruct
13 Advantage to take or to not take an action?
14 A. No, I don't have such emails. I have the Alix
15 Partners Report and other public reports to say how the
16 company will be restructured due to financial
17 difficulties. For me, it's sufficient evidence.
18 Q. But you don't have any actual -- any copies of
19 any instructions for any Geden entity or Advantage
20 entity?
21 A. No, I don't have this kind of email.
22 Q. Have you ever been present while officers or
23 directors of Geden purport to instruct any employee of
24 Advantage to take or not take an action?
25 A. I have a personal -- with Mr. Tugrul Tokgoz,

1 when he was the director of the Geden Lines and other
2 positions of chief executive, operator of -- officer of
3 Advantage Holdings, I have the opportunity to have a
4 very good cooperation with him.
5 Q. Do --
6 A. I have the opportunity to have good corporation
7 with Mr. Tugrul Tokgoz in the past and he have visited
8 in our premises in the past.
9 Q. Okay. While you were working with him or while
10 he was at the -- at Stealth Maritime Corporation or at
11 any other time when you were in his presence, did you
12 ever hear him instruct an employee of Advantage to take
13 or not take an action?
14 A. No.
15 Q. Okay. Thank you. So move on to 23. 23
16 discusses this bareboat charter of the vessel Spike.
17 And in the first -- about the middle of the paragraph,
18 part of the first sentence is a line that says, "Geden
19 represented itself as the owner and operator for profit
20 of a fleet of tanker and dry cargo vessels and also the
21 operator for profit of non-owned chartered-in ships."
22 Do you see that allegation?
23 A. Yes.
24 Q. How did Geden make that representation to
25 Stealth?

1 A. May I see?
2 MR. GAITAS: Let her read, please, for a
3 minute.
4 Q. Of course.
5 MR. GAITAS: Read it carefully.
6 A. Yes, I know. I remember.
7 MR. GAITAS: I think it is fair to the
8 witness to read the whole thing and note that this
9 references exhibits specifically. It refers to
10 documents.
11 A. I remember.
12 MR. QUARTARO: I'm going to ask her about
13 the exhibits, George. And I think you're absolutely
14 correct and there is certainly no intent to elicit a
15 response from the witness before she has had a suitable
16 opportunity to review the referenced paragraph.
17 Q. Ma'am, just hang on before you answer. Just to
18 be absolutely clear, when I do refer to a paragraph and
19 you answer a question, I am not trying to elicit an
20 answer from you before you have had a chance to refresh
21 your recollection as to the nature of the allegations in
22 that paragraph. Is that clear?
23 A. Yes, it is. I read it.
24 Q. Okay.
25 A. I read it in combination with Exhibit 2. And I

**MAGNA** ❯
LEGAL SERVICES

EXHIBIT 3

1 remember that, yes, Geden performed his fleet in two
2 sections. In the fleet of tanker that owns in and in the
3 fleet that -- and on bareboat vessels. This is the
4 performance of Geden Lines. Do in the website.
5    Q. Now, Exhibit No. 1 is a bareboat charter party
6 in respect of the vessel Spike.
7    A. Yes.
8    Q. Dated March 26th, 2010.
9    A. Exactly.
10   Q. Is that correct?
11   A. Yes, it is correct.
12   Q. Okay. So when this charter was made, what
13 representations did Geden make that it was the owner and
14 operator for profit of the fleet of vessels as further
15 described in paragraph 23?
16   A. Geden Lines represented that they are the
17 manager of -- will be -- they will be doing the
18 management of the vessel. They giving us a nomination
19 letter on 2nd June 2010 as per boats four of the
20 bareboat charter party. And they give us in the
21 performance guaranty letter by Geden Holdings Limited,
22 who is the holding company --
23   Q. I understand that. But when did Geden
24 represent to owners that Geden was the owner and
25 operator of the fleet of vessels described in paragraph

1 23? When did they make that representation, ma'am?
2   A. They made this representation, yes, during the
3 fixtures of -- on the fixture of the vessel. Mr. Tugrul
4 Tokgoz specifically give us a letter who says who is
5 Geden Holdings. That is the holding company and owner
6 of all the shares of all the vessels, the Geden
7 Holdings.
8   Q. So is there a representation, then, that at the
9 time this charter was entered into, that Geden owned
10 certain vessels?
11   A. Yes.
12   Q. And how was that representation made?
13   A. Through a confirmation letter, who gave to us
14 on March 2010. I remember this letter. I have it in my
15 file.
16    MR. QUARTARO: Okay. That if it has not
17 been produced, I would call for production.
18    MR. GAITAS: It has been produced.
19   A. It has been produced. It's a three-lines
20 letter.
21    MR. QUARTARO: Let me look for that,
22 George, before you produce it again. I do recall. I
23 think I've seen that.
24   Q. Now, is there a specific representation that
25 Geden would not sell all or a portion of its fleet?

1   A. Give us a letter that says that Geden Holdings
2 owns all the vessels and it is the guarantor of -- for
3 all the bank loans. I think it is clear-cut who is
4 the -- that they use Geden Holdings as guarantor. They
5 give us a nomination letter, nominating the charter in
6 the charter party, the chartering company. Again,
7 signed by Mr. Tugrul Tokgoz. All the letters and all
8 the representations duly signed by the same person.
9   Q. I understand that. But in those
10 representations is there a representation by Geden that
11 it would not sell any of its assets during the pendency
12 of the charter?
13   A. No, there is no such commitment.
14   Q. When -- okay. When Plaintiff entered into the
15 charter that is Exhibit 1, did it conduct any due
16 diligence on the charters?
17   A. We know the charter is very well. It's a very
18 famous company in Turkey and all the world. And
19 Karamehmet family is very famous family. All we know
20 them very well. It was a great success to fix your
21 vessel with Geden.
22   Q. So is the answer to that question -- I'm sorry.
23    MR. QUARTARO: Can the court reporter read
24 the question back, please.
25    (The pending question was read as follows:

1    "QUESTION: Okay. When Plaintiff entered
2 into the charter that is Exhibit 1, did it conduct any
3 due diligence on the charters?")
4   A. No.
5   Q. Answer to that question is "no"?
6   A. No. Since we know them very well and they give
7 us guaranty letters. And --
8   Q. Ma'am, that's not what my question is. My
9 question is: At the time that this charter was entered
10 into or during the time it was being negotiated, did the
11 owners conduct any due diligence on the charters? "Yes"
12 or "no."
13   A. No. We know that --
14   Q. Thank you. Okay. Thank you. All right.
15 Nevertheless, just to be clear, Plaintiffs did not pull
16 certificate of ownership and encumbrance for any of the
17 vessels owned by Geden at the time of the bareboat
18 charter party and next to this Proposed Amended
19 Complaint as Exhibit 1 was entered into?
20   A. If we take certificate of ownership and the --
21   Q. Yes. Did you obtain the certificate of
22 ownership and encumbrance for the vessels that were
23 owned by Geden at the time the bareboat charter that is
24 Exhibit 1 to your Proposed Amended Complained was
25 entered into?

1    A. No. We didn't have any reason then.

2    Q. Okay. Thank you. Thank you. But nevertheless

3  owners -- owners have concerns about this bareboat

4  charter. Isn't that correct?

5         MR. GAITAS: Object. Argumentative. When?

6  When?

7         MR. QUARTARO: At the time that the charter

8  was entered into. I don't think it's argumentative

9  because she's testified that Geden Holdings guaranteed

10 the charter. So that's what I'm trying to get to the

11 bottom of. I don't think it's particularly complex.

12    Q. Let's go at it another way. Let me rephrase

13 the question so that overcomes your counsel's objection

14 and is clear at the same time.

15         Did the owner obtain a guaranty of the

16 bareboat charter next to the Proposed Complaint as

17 Exhibit 1?

18    A. Owner got the performance guaranty letters for

19 the -- the vessels from Geden Holdings.

20    Q. And why did the owners ask for that?

21    A. Since they must -- they must take a guaranty

22 for the performance. It is used to -- is it user

23 practice.

24    Q. Okay. So you obtained a guaranty from the

25 holding company because that's a common practice?

1    A. This is a company with the creditability.

2    Q. Now, as part of that guaranty, is there any

3  representation that Geden would not buy or sell any

4  assets during the pendency of the charter?

5    A. The first three years, we don't have any

6  problem and we don't take any.

7    Q. In fact, ma'am, I'm not asking if there were

8  problems. I'm asking when the -- when the guaranty was

9  obtained from Geden Holdings --

10   A. Yes.

11   Q. -- whether or not owners obtained a

12 representation that Geden Holdings would not buy or sell

13 any assets during the pendency of the charter.

14   A. No. We didn't get any kind of -- just this

15 letter.

16   Q. Did the -- did owners seek any such security?

17   A. No. The first three years, no.

18   Q. Okay. Did they see it after the first three

19 years?

20   A. After 2000 -- after the first three years, 2013

21 started the problems.

22        We have a problem with the voice, I think.

23   Q. I can hear you.

24        MR. HONEA: We're getting extra feedback

25 whenever she talks.

1    Q. How's that?

2    A. After 2013 started the problems with the

3  payments and we start to seek security -- we started to

4  seek security.

5    Q. What kind of security did you seek?

6    A. At the beginning we have the settlement

7  negotiations with Mr. Tugrul Tokgoz to give discounts in

8  the hires. This is the first. But on May --

9    Q. What security did you seek?

10        MR. GAITAS: Let her finish the answer.

11 She hasn't finished. Finish.

12   A. January 2013 we affected the discounts in order

13 to avoid the security. We started negotiations with

14 Geden. The problems continued to be in existence. On

15 May 2013, they started various reports to be circulated

16 in the market for the problems of Geden.

17        MR. HONEA: Various reports.

18   A. Various reports. And on June 2013, we gave the

19 case to the UK Arbitration. We started lawyers in UK

20 and United States seeking security for our claims. Then

21 we started the Rule B attachments. Negotiations --

22        Summer of 2013, we started Rule B

23 attachments, seeking security for our claims.

24   Q. Other than security obtained through the

25 courts, did owners make any other attempts to obtain

1  security voluntarily from any of the Geden owners? So

2  any of the SPVs that owned Geden vessels, Geden Holdings

3  or Geden Lines.

4    A. As far as I know, our top management met with

5  Geden. And Geden -- when I say Geden, I mean Mr. Tugrul

6  Tokgoz always say that, okay, we pay. We be late, but

7  we pay. Please be patient. Please give us time and all

8  these things, but we cannot pay our obligations.

9    Q. Okay.

10   A. We have problems with our obligations to our

11 banks. We cannot give them other grace period. That's

12 why we're going to the courts.

13   Q. I understand that. But my question

14 specifically excluded any security you obtained through

15 the courts. Did you attempt to obtain any security

16 voluntarily from any of the Geden Defendants?

17   A. We tried to obtain, but giving us always

18 what -- giving us always warranties, but be patient and

19 confirmations to be patient and keep calm. We pay at

20 the end.

21   Q. But, for example, did you ask for a mortgage

22 over any Geden vessel?

23   A. No, no.

24   Q. Did you ask for an assignment of earnings for

25 any Geden vessel?



1    A. As far as I know, no. Since they --

2    Q. Did you seek an account?

3    A. Maybe. Maybe. I don't know if someone from

4 top management of Stealth has made these conversations,

5 but I don't know. Personally I don't know.

6    Q. As far as you know, the answer to that question

7 is "no"?

8    A. No.

9       MR. GAITAS: The answer is "I don't know."

10    A. The answer is "I don't know." As far as I

11 know, I don't know.

12    Q. I'm asking -- let's be absolutely clear. Is it

13 in your personal knowledge that such a request for

14 additional security was made?

15    A. Yes, I don't know.

16    Q. Okay.

17    A. As far as I know, I don't know.

18    Q. But you were not involved in any such request.

19 Is that correct?

20    A. Yes, I'm not involved. The top management

21 would be involved.

22    Q. I understand that. You didn't document any

23 such request, did you?

24    A. No, I don't know such request. I don't know.

25    Q. Did you prepare any agreements that would have

1 effected such a request?

2    A. No. I prepare only the agreements for the

3 discount of hires.

4    Q. Okay. Thank you.

5    A. I would prepare discount of agreements.

6    Q. Now, looking at the vessels that you've listed

7 in paragraph 36 of the complaint, and I have this as --

8 on the document header pages 11 and 12.

9    A. 11. Yeah.

10    Q. Which is pages 10 and 11 of the complaint

11 itself.

12    A. Yes.

13    Q. There is a list of nine vessels. Do you see

14 that list?

15    A. Yes, I know this list.

16    Q. Okay. At any time did plaintiff have a

17 security interest in any of the vessels that is listed?

18    A. If the plaintiff tax book has any --

19    Q. Can you repeat?

20    A. Security interest in this kind of a vessel --

21    Q. No. In any of the vessels that are listed.

22    A. No.

23    Q. Thank you. Now, did the owner have an

24 expectation -- and when I say "the owner," I mean

25 Stealth or the owner for whom it is acting -- have an

1 expectation that any of the vessels that are listed here

2 in paragraph 36 would not be sold by Geden during the

3 pendency of the charter that is Exhibit 1?

4    A. To have any expectations not to be sold, no, we

5 don't have this kind of expectation.

6    Q. As a general matter when looking at an

7 asset such as a ship, are you aware of the difference

8 between debt and equity?

9    A. Yes.

10    Q. And what's your understanding of that

11 difference?

12    A. The debt is the debt, the money that you owe to

13 someone else under a specific relationship. And the

14 equity is the capital, who has the money.

15    Q. Okay. So in other words -- and I don't want to

16 mischaracterize your testimony. So if you agree, tell

17 me you agree. If you don't, we'll rephrase it. But so

18 I understand, the debt on a ship is the amount that is

19 owed to some third party?

20    A. No. The debt generally.

21    Q. Generally?

22    A. Generally.

23    Q. The equity in a ship is the difference between

24 that debt and the value of the vessel. Is that fair?

25    A. The equity is the capital that you have in a

1 vessel, the indebtedness that you have.

2    Q. Okay. Thank you. I think we have the same

3 answer. So that would be the amount of that shipowner's

4 actual ownership interest in the ship after all the debt

5 is subtracted from the value?

6    A. Yes.

7    Q. Thank you. That's my understanding, too. So

8 at least we're on the same page there.

9      Now, do you know if it's possible for a

10 shipowner to hold title to ships in which there is very

11 little equity? And when I say very little, under

12 10 percent of the value of the assets.

13    A. Sorry. I cannot hear you.

14    Q. Sure. Do you know if it is possible for a

15 company, a shipowner, to hold title to a ship in which

16 the shipowner has no equity?

17    A. If a shipowner can't have any -- can't have

18 shares and the owner in a --

19    Q. Can't have -- "yes"?

20    A. Yes.

21    Q. Can have title to a ship --

22    A. Yes.

23    Q. -- in which the owner has no equity?

24    A. He can have some shares. As far as I know, he

25 can have some shares without equity.

1    Q. Thank you. So you're aware of situations in
2  which the debt, for example, the mortgage debt over a
3  ship is greater than the value of the ship?
4    A. Yes, I know these occasions.
5    Q. Unfortunately, since 2008, we're all aware of
6  some similar situations.
7    A. Yes.
8    Q. It's been a tough, tough market. Now, looking
9  at Exhibits 1 and 2 -- and this really goes back to that
10  paragraph 23 -- I'm sorry, 26 that we had looked at. Is
11  there a place in either of those documents -- and
12  Exhibit 1 is the bareboat charter, Exhibit 2 appears to
13  be some printouts from the Geden Lines website.
14    A. Sorry. Which page we are at? In which --
15    Q. Start with the paragraph reference, which is
16  page 8 on the header, paragraph 26.
17    A. Okay.
18    Q. Have you looked at this paragraph already?
19    A. Yes, page 26. Yes, okay.
20    Q. And referring also to Exhibits 1 and 2, is
21  there a representation by Geden, either in the charter
22  or on the website pages that were printed out, that any
23  of the vessels owned or operated by Geden are security
24  for claims alleged against other companies in the Geden
25  Group of companies?

1         That's a long question so let me know if
2  you want me to repeat it.
3    A. Yes, I would like you to repeat it. If we have
4  a representation that Geden gave security -- could you
5  kindly repeat.
6    Q. If any of the vessels that Geden is
7  operating -- any of the vessels it owns or operates is
8  security for claims against other companies in the Geden
9  Group.
10    A. No. The only security that we have is the
11  performance guaranteed by Geden Holdings.
12    Q. Okay. So is it fair to say that Geden never
13  represented to the plaintiffs that Geden would not sell
14  any of its assets during the charter?
15    A. No. There is no such a kind of representation.
16    Q. Okay. Now, flipping back a couple of
17  paragraphs to 23, and this is the paragraph where we
18  have the statement that Geden represented itself as the
19  owner and operator of a fleet of vessels.
20    A. Yeah.
21    Q. This references in Exhibit 3, an Initial Public
22  Offering Prospectus, dated June 18th, 2012.
23    A. Yes.
24    Q. And feel free to refer to Exhibit 3 as well.
25  Is that correct?

1    A. Yes, it is the Exhibit 3, of Universal
2  Maritime.
3    Q. And the prospectus provides for the possible
4  purchase of certain vessels from Geden by a new company,
5  Universal Maritime. Is that accurate?
6    A. Yes.
7    Q. Now -- but the charter is dated March 26th,
8  2010. Right?
9    A. But what?
10    Q. Exhibit 1.
11    A. Exhibit 1 --
12    Q. Exhibit 1, the bareboat charter.
13    A. The bareboat charter is in 2010. But on 2015
14  starting the problems and Geden admitted that make
15  restructure.
16    Q. Ma'am, there was no question. You need to
17  answer questions that I ask. Mr. Gaitas, I guarantee
18  we'll give you an opportunity to testify at some point,
19  either in writing or in person, but this is not that
20  opportunity. So you need to respond to the questions
21  that I'm asking.
22         The question that I'm asking right now is:
23  The charter is dated March 26th, 2010. So the owner
24  could not have relied on this prospectus from 2012 in
25  entering into the 2010 bareboat charter. Is that

1  correct?
2    A. Yes. But what is the -- I'm sorry,
3  Mr. Quartaro, what is the purpose of this question? In
4  2010, we don't have Geden. But what started the
5  problems, we must start to seek about how to secure our
6  interest.
7    Q. I understand that. And my question goes
8  directly to the allegations that are in paragraph 23.
9  And we are somewhat pressed for time. So I'm sure
10  Mr. Gaitas can explain the reason and the thrust of the
11  questions that I'm asking.
12    MR. GAITAS: I'm a bit confused. If I may,
13  if you read the allegations, and I think the witness
14  should read it carefully, or she's tired. You're
15  pressed for time. It states plainly when Plaintiff
16  answered bareboat charter party with the Defendant Spike
17  Shipping guaranteed by parent Geden and subsequently
18  throughout the years of performance Geden represented
19  itself. So there are two time periods. One you're
20  asking about at the time. Maybe you're going to ask
21  about subsequently, which she tried to testify to, but
22  subsequently there were problems.
23    MR. QUARTARO: We're going to ask about the
24  subsequent, but it's the reliance in entering into the
25  bareboat charter that I'm getting to --

MAGNA
LEGAL SERVICES

EXHIBIT 3

1     MR. GAITAS:  The --
2     MR. QUARTARO:  -- the answer on and I'm
3   going to move on from.
4     MR. GAITAS:  The answer was in 2010,
5   whether she was aware or the owners were aware of the
6   2012 prospectus.  Obviously they weren't.
7     MR. QUARTARO:  That's the answer that I
8   wanted.  And so let's move to the next question.
9     MR. GAITAS:  Okay.
10    Q.  The next question is:  Looking at Exhibit 3, do
11  you understand that this prospectus -- I'm sorry -- that
12  the public offering contemplated by this prospectus
13  occurred?
14    A.  Sorry.  I did not understand your question.
15    Q.  Your Exhibit 3 is a prospectus for an initial
16  public offering by Universal Maritime.
17    A.  With subsidiary company.
18    Q.  You have identified this prospectus --
19    A.  Yes.
20    Q.  -- as a restructuring plan by Geden.
21    A.  Yes.
22    Q.  What I'm asking is:  Do you know if this
23  prospectus was ever fulfilled?  In other words, did this
24  initial public offering ever occur?
25    A.  I know that they fail.  And Mr. Tugrul Tokgoz

1   accepted that they tried to make a public offer, but
2   they failed.  They failed July 2012, very soon.
3     Q.  Right.  Now, however, even if this transaction
4   had been completed under the terms of the prospectus,
5   Geden Lines would have retained a significant ownership
6   interest in Universal Maritime.  Isn't that correct?
7     A.  This is an assumption.  I cannot -- I cannot
8   reply to assumptions.  If they have succeeded, maybe
9   they don't have restructures.  I don't know.  This is
10  assumptions.  It is not a fact.  The fact is that they
11  failed.  And that's why they're asking discount on
12  January 2013, since they failed in their public
13  offering.
14    Q.  Okay.  But, again, that really wasn't what I
15  was asking.  What I was asking was whether or not the
16  Geden Holdings would have retained an ownership interest
17  in Universal Maritime under this prospectus.
18    A.  Yes.
19    Q.  That's "yes" or "no."
20    A.  If they succeeded, I assume that they would
21  have -- they would have --
22    Q.  I'm not asking you -- I'm not asking you to
23  assume.  I'm asking what the document that you
24  referenced in the Amended -- Proposed Amended Complaint
25  says.

1     A.  That Geden Holdings will be succeeded at the
2   end if the public offering be will succeeded.
3     Q.  I'm sorry.  What do you mean by "succeeded"?
4     A.  They failed.  This public offering, they
5   failed.  They don't manage to end in the NASDAQ, in the
6   public.
7     Q.  But let's look at page 17 of the Prospectus,
8   which is page 72 on the docket header.
9     A.  Page 17?
10       MR. HONEA:  72.
11    Q.  17 at the bottom, 72 at the top.
12    A.  Yeah.
13    Q.  And I direct your attention to the third bullet
14  point from the top.
15    A.  Yes.
16    Q.  And I'll just read it into the record.  It
17  seems to provide, "Geden will be a major shareholder at
18  completion of the Offering."
19    A.  Yes.  But at the end, they failed this public
20  offering.  So they did manage --
21    Q.  Ma'am, I understand that.  But this proposed
22  reorganization contemplates that Geden Holdings would
23  remain an owner.  Is that right?
24    A.  Yes, as far as I understand.
25    Q.  Now, let's also take a look -- and your

1   understanding is this deal did not go forward?
2     A.  No.  Director of Geden, that we didn't manage
3   to get forward.
4     Q.  Okay.  Take a look then at Exhibit 4, page 105
5   on the docket header.
6     A.  Yes.  This is the Alix Partners Report that I'm
7   referring earlier.
8     Q.  Okay.  And this is titled Project Hermitage,
9   H-e-r-m-i-t-a-g-e, Restructuring.  It's dated March 6th,
10  2013.  Is that correct?
11    A.  Yes, March 6th, 2013.
12    Q.  Now, in broad terms -- sorry.  Is somebody
13  asking a question there?  Sorry.
14       In broad terms, can you tell us what your
15  understanding of this document is?
16    A.  That Geden Lines order and sign as experts,
17  Alix Partners, to give them some proposals of how to
18  restructure their company in order to avoid more
19  difficult days simply, in order to avoid since -- the
20  problems, since we arrested their vessels, have been
21  already started.  And that they have already -- nearly
22  already bareboat groups like Stealth, Icon, Octavian,
23  with discounts and financially they cannot manage to pay
24  their hires, how to restructure their corporation in
25  order to avoid more difficult days.  In fact for me,

1 it's how to avoid their liabilities to pay their
2 non-lending creditors and to avoid sister ships' vessels
3 arrests.
4    Q. Do you know what this restructuring -- sorry.
5 Did you finish?
6    A. Yes.
7    Q. Do you know what this restructuring -- do you
8 know if this restructure was ever consummated?
9    A. What you mean consummated?
10   Q. Did the restructuring proposed in Exhibit 4
11 occur?
12   A. Occurs -- in fact through a new loan facility
13 and through a new company, Advantage Tankers.
14   Q. So your understanding then is that Exhibit 4 is
15 a proposed restructuring that actually occurred?
16   A. Yes.
17   Q. Okay. Now, looking at Exhibit 4 briefly and
18 turning to -- there was an Executive Summary here, which
19 is located on the -- I'll just use the docket page,
20 page 111, 111.
21   A. 111. Yes.
22   Q. Now, looking at -- there are a series of
23 bullets -- the bottom bullet, the fifth bullet.
24   A. Uh-huh.
25   Q. Provides, "This can be achieved by executing

1 arm's-length sale transactions of the [SPVs] --
2    A. Yes.
3    Q. -- at market value into appropriate newcos."
4 N-e-w-c-o-s.
5    A. Yes.
6    Q. Do you see that language?
7    A. Yes.
8    Q. Okay. Is it your understanding that the nine
9 vessels that are listed in the complaint as having been
10 transferred from Geden to Advantage were transferred
11 following an arm's or closer to an arm's-length sale
12 transaction or not?
13   A. I understand. I understand that as they
14 proposed sales -- their ownership into new companies,
15 the assets of Geden Holdings transferred to new
16 companies. And this nine vessels are part of this
17 standard operations. In part D, group D, Stealth is
18 part of this project.
19   Q. Again, I understand that. But what I'm asking
20 is: Whether or not you understand -- what is your
21 understanding -- strike that. Let's start again.
22        What is your understanding of the terms on
23 which the nine vessels listed in the proposed
24 complaint -- and maybe it's just helpful to give you the
25 paragraph number and let you review it.

1    A. No. Remember --
2    Q. I believe that is paragraph 36.
3    A. Yes.
4    Q. What is your understanding of the terms of the
5 transfer of those vessels from Geden ownership to
6 Advantage ownership?
7    A. Yes. This is my understanding that they
8 transferred their assets from the Geden ownership to
9 Advantage ownership. On which term?
10   Q. The next question is: On what terms?
11   A. On what terms? As per this -- boats only.
12   Q. What is your knowledge of the terms under which
13 those vessels listed in paragraph 36 were transferred
14 from Geden to Advantage?
15   A. To Advantage in order to avoid the liabilities
16 from creditors like Stealth.
17   Q. That's not my question, ma'am. My question is:
18 What is your understanding of what the terms of that
19 transfer were? What were the terms of sale?
20   A. I have not seen the transfer of sale, but I
21 have the seen the loan agreements.
22   Q. Did you draw any conclusions from those?
23   A. Of course I have drawed conclusions.
24   Q. What were those conclusions?
25   A. That actually the proposals of Alix Partners

1 Report have been concluded through a new finance of
2 these vessels. We all know that banks were starting the
3 problems and not ask new guarantees and new refinancing
4 in order to avoid --
5    Q. Your answer is -- it sounds like, and correct
6 me if I'm wrong, your answer to the question is you
7 don't know what the terms were -- the terms of sale were
8 between Geden and the Advantage companies with respect
9 to the nine vessels listed in paragraph 36.
10   A. Yes, I don't know the terms since I have not
11 seen this. I have not seen the terms.
12   Q. Now, hang on a minute. Hang on. Okay. So if
13 we don't know what the terms are and as you've testified
14 earlier that you understand what the nature of a
15 shipowner's equity interest in a ship is, if these
16 vessels were transferred from Geden to Advantage --
17   A. Yes.
18   Q. -- under an arm's-length sale agreement. Okay.
19 Do you follow so far? Do you follow that so far?
20   A. I said that I have not seen the terms of such
21 sale on this.
22   Q. Okay.
23        MR. GAITAS: So you can't tell whether it
24 was an arm's-length agreement. I think that's
25 undefined. If you tell her, she may be able to

**MAGNA**
LEGAL SERVICES

EXHIBIT 3

1 understand. I don't understand.
2     A. I have not seen the terms. How can I say if
3 length-arm's transaction? I have not seen the terms.
4     Q. But you're -- well, I'm not going there. Let
5 me rephrase the question.
6     Do you have any evidence that the transfer
7 of these vessels from Geden to Advantage was for
8 anything less than fair market value?
9     A. No, I have not such evidence.
10     Q. Assuming that Geden had equity in these
11 vessels.
12     A. Yes.
13     Q. Let's make that assumption.
14     A. Yes.
15     Q. If Geden was paid -- if Geden received -- let
16 me start again.
17     Assuming that Geden had equity in these
18 vessels or any of them.
19     A. Uh-huh.
20     Q. If Geden received the value of that equity when
21 it sold these vessels to Advantage.
22     A. Yes.
23     Q. How is the plaintiff in this action
24 disadvantaged by that sale?
25     A. I don't know since I have not seen the terms of

1 this transaction.
2     Q. I'm not asking you that. I'm asking you if
3 Geden received the value of its equity, if any, in the
4 vessels listed in paragraph 36 --
5     A. Yes.
6     Q. -- how is plaintiff disadvantaged?
7     A. How is the plaintiff disadvantaged? How --
8     Q. Yes.
9     A. It's not disadvantaged. They -- if Geden
10 managed to pay creditors, like Stealth, after this new
11 restructuring plan, we don't have any problem. We don't
12 have any objections what Geden will do with this
13 corporate structure. We have no interest if we receive
14 our hires. But we don't receive our hires, that's where
15 we starting to investigate. We don't have any problem
16 with Geden receiving the capital or not or equity or
17 anything.
18     MR. QUARTARO: I'm sorry. Can the court
19 reporter please read the question back to the witness
20 again.
21     (The pending question was read as follows:
22     "QUESTION: How is plaintiff
23 disadvantaged?")
24     A. Because --
25     MR. QUARTARO: That's not the whole

1 question. Can you read the entire question back,
2 please.
3     (The previous question was read as follows:
4     "QUESTION: I'm not asking you that. I'm
5 asking you if Geden received the value of its equity, if
6 any, in the vessels listed in paragraph 36" --
7     "ANSWER: Yes."
8     "QUESTION: -- how is plaintiff
9 disadvantaged?")
10     A. They could not be disadvantaged if they receive
11 their hires.
12     Q. That's not my question, ma'am. My question is:
13 --
14     MR. GAITAS: I will object. I will object
15 because she answered. And that's the answer. You are
16 not getting the answer you want. That's too bad. She
17 answered.
18     A. I answered. I cannot answer to suppose and
19 suppose -- the reality is completely different. It's
20 not our concern if they have big plans. Our concern is
21 that they don't pay our money.
22     Q. Let the record show the witness is not
23 answering the question I've asked. How -- I'll ask
24 again to be absolutely clear.
25     If the vessels listed in paragraph -- if

1 Geden, when it sold the vessels listed in paragraph 36,
2 received the value of its equity in those vessels, how
3 is the plaintiff in this action disadvantaged by that
4 sale?
5     A. It could not be disadvantaged. If they pay our
6 money, we have no problem. We would have no problem
7 with this.
8     Q. So am I to understand, ma'am, that even though
9 the -- if the sale of these vessels, if Geden received
10 the value of its equity in these vessels, plaintiffs
11 could not have been disadvantaged by that sale. Is that
12 what you're saying?
13     A. Yes.
14     MR. GAITAS: I will object to the question
15 because it deals in hypotheticals of if they had
16 received. It is not on the table that they did receive.
17 It's if they have received. They might have received.
18     A. Suppose --
19     MR. GAITAS: Hypothetical.
20     MR. QUARTARO: That's the allegation.
21 That's the nature of the allegations in the complaint.
22 We're perfectly entitled to ask about that.
23     MR. GAITAS: It is hypothetical. It was
24 the allegations in the motions that it was an
25 arm's-length transaction.

1    Q. It's the allegation in plaintiff's complaint,
2  and we're entitled to ask about that, that the plaintiff
3  is arguing, and let me make sure I understand what the
4  plaintiff's arguing here. Stealth, the plaintiff
5  rather, is arguing, is it not, that the sale of the
6  vessels listed in paragraph 36 disadvantaged the
7  plaintiff in some way?
8    A. Yes. And it was abuse.
9    Q. How? How?
10   A. How?
11       MR. GAITAS: You're asking the question
12   how.
13   A. How? Since they did that in order to avoid
14   their liabilities to have only to do with their
15   mortgages. And it was self-explanatory from the way
16   that they are behaving us. They didn't pay us. If they
17   pay us, to make a hypothetical question, if they pay us,
18   we don't have any problem to make any restructuring plan
19   for any reason. But this plan was an abuse in order to
20   avoid to pay the liability.
21   Q. I understand the nature of the allegations.
22   What I'm asking is how the sale of these vessels
23   disadvantaged the plaintiff.
24   A. Since the scope of this restructuring was to
25   avoid their liability. They cannot pay their creditors.

1  They were out of capital. And that's why they tried to
2  change performance, to change names in their vessels, to
3  change flags. We are in the shipping market and we know
4  how creditors -- how shipowners like Geden tried to
5  avoid to pay their liabilities by changing names of the
6  company, changing flags, changing its vessels and change
7  everything. I work for 20 years. I must know.
8    Q. I understand the nature of the allegations, but
9  I have not yet heard -- and if you can identify one, I'm
10  asking again that you do so. I have not heard a way in
11  which the plaintiff was disadvantaged by the sale of
12  these vessels by Geden to Advantage. Can you tell me
13  how the plaintiff was disadvantaged by that sale?
14   A. Since as far as I know, they did that in order
15  to avoid their liabilities.
16   Q. Okay.
17   A. This is my answer.
18   Q. Okay. Looking at the complaint, just turn back
19  one page to paragraph 34, which is page 10 of 173 at the
20  top and page 9 of the complaint. Take a second to
21  familiarize yourself with 34 and it includes A through
22  C, please.
23   A. Expropriate Geden of its shipping assets, yes.
24       MR. GAITAS: She's just reading to herself.
25   A. It's what I said before. That's what I said

1  before.
2    Q. Okay. Have you had a chance to look at that
3  paragraph, ma'am?
4    A. Yes, paragraph -- it's what I have said before
5  to you.
6    Q. Okay. Now, in 34-A, the first sentence starts,
7  "Expropriate Geden of its shipping assets (vessels)
8  from its subsidiaries that owned them 'into appropriate
9  newcos'"...
10       MR. QUARTARO: The sentence goes on. So if
11   the court reporter could put in ellipses after that
12   quotation, that would be helpful. Thank you.
13   A. Yes.
14   Q. What do you mean by expropriate?
15   A. By leaving Geden without assets, without
16   property.
17   Q. And you have no evidence that the -- we'll use
18   a neurtral word -- transfer of those assets from Geden
19   to Advantage was on anything other than a fair market
20   value. Is that correct?
21   A. Could you repeat your question, please.
22   Q. I said: You do not have any evidence that the
23   transfer of the vessels listed on paragraph 36 of the
24   Proposed Amended Complaint was at anything other than
25   fair market value?

1    A. As far as I know, I don't know actually.
2    Q. But I'm asking if you have any evidence of
3  that. Not whether you know. Whether you have any
4  evidence of it.
5    A. No, I don't have.
6    Q. Thank you. Moving on to two more paragraphs,
7  37, which is page 11 of the complaint, 12 of 173 on the
8  docket. And I just ask you to refresh your memory on
9  paragraph 37.
10   A. Uh-huh.
11   Q. That says, "At the same time Defendant GEDEN
12  transferred the legal and equitable title to the
13  ownership of the said vessels from Geden Holdings
14  Limited to another new holding company i.e." --
15   A. Yes.
16   Q. I'm reading it into the record so the court
17  reporter has it. "i.e. Defendant ADVANTAGE TANKERS."
18  When you use the word "transfer the legal and equitable
19  title," do you mean sold?
20   A. Yes.
21   Q. Now, we have looked very quickly at -- sorry --
22  paragraph -- I thought it was 23. 23, that's page 6 of
23  the complaint, 7 on the docket.
24       Now, did there come a time after the
25  entry -- after the execution of the bareboat charter in



MAGNA
LEGAL SERVICES

EXHIBIT 3

1 2010 that plaintiff believed that it had recourse to
2 vessels owned by Geden to breach of the performance
3 guaranty given by that company?
4     A. Would you kindly repeat your question, please.
5 I have started to tire.
6     Q. That's okay. I'll ask the court reporter to
7 read it back.
8         (The pending question was read as follows:
9 "QUESTION: Now, did there come a time
10 after the entry -- after the execution of the bareboat
11 charter in 2010 that plaintiff believed that it had
12 recourse to vessels owned by Geden to breach of the
13 performance guaranty given by that company?")
14     A. Yes, they have records of guarantees, yes.
15     Q. But what I'm asking is after the charter that
16 was entered into 2010, was there a time when owners came
17 to the belief that they had a security interest in any
18 of the Geden-owned vessels?
19     A. Then, no, we don't have any reason to believe
20 that they have security in those. They don't -- they
21 didn't have reason.
22     Q. So is it fair to say that the plaintiffs are
23 unsecured creditors of Geden lines?
24     A. They are unsecured creditors with the meaning
25 that they don't have a mortgage interest in their

1 vessels. That's why we have only a performance guaranty
2 letter. This is our only security.
3     Q. So is it fair to say, then, that if Geden had
4 no equity interest in those vessels, that an unsecured
5 creditor could not be disadvantaged by the sale of those
6 vessels?
7     A. An unsecured creditor, yes, could be
8 disadvantaged if they don't receive -- if he don't
9 fulfill their rights under the --
10     Q. But that wasn't my question. My question was:
11 Is it fair to say that if Geden had no equity interest
12 in the vessels it sold, that an unsecured creditor could
13 not be disadvantaged by that sale? Is that fair to say?
14         MR. GAITAS: Which Geden, please? Which
15 Geden? Geden Holdings?
16         MR. QUARTARO: Again, they are Geden Lines.
17 So let's start with the Geden Lines. I'll repeat
18 question with Holdings so it's clear.
19         MR. GAITAS: Okay.
20     A. So if it is fair? Could you repeat, please.
21 I'm starting to have -- to tire. We have three hours
22 left.
23     Q. I understand. And I know that you've come a
24 great distance and we're nearly at the end, which is why
25 I would like to push through rather than keep you. I'm

1 reading between the lines with Tanner because I'm aware
2 that Phelps has a conference call that they need to
3 initiate and we're right up against that time.
4         MR. QUARTARO: And wave as you need to,
5 Tanner.
6     Q. What I'm asking is: Is it fair to say -- is it
7 accurate that if Geden had no equity in the vessels
8 listed in paragraph 36 of the proposed complaint, that
9 an unsecured creditor could not be disadvantaged by the
10 sale of those vessels?
11     A. It is fair to say that, yes, we are unsecured.
12     Q. All right. And then is it fair to say that if
13 Geden was paid for any equity that it had in those
14 vessels, that an unsecured creditor could not be
15 disadvantaged by the sale?
16     A. If it is fair to say -- please, could you
17 kindly repeat so you -- we make hypothetical questions
18 always.
19         MR. GAITAS: I'm going to object to the
20 hypothetical nature of the questions. The witness
21 cannot understand them.
22     A. I think these are things that are simple, to
23 make it difficult, Mr. Quartaro. The things are simple
24 and to make difficult for me in order to lose my person
25 and cannot testify. The things are simple.

1     Q. I've repeated many questions and if you find
2 that question confusing, I am more than happy to either
3 repeat it or to rephrase it. Have you found that
4 question confusing?
5     A. I think you try to make it confusing.
6     Q. I am certainly not and I am happy to rephrase
7 the question. Let's ask it in a different way.
8 Hopefully that will be less confusing.
9         If Geden -- strike that.
10         When Geden sold the vessels listed in
11 paragraph 36. Okay?
12     A. Yes.
13     Q. If Geden received the value of its equity in
14 those ships.
15     A. Yes.
16     Q. How could a -- how could an unsecured creditor
17 of Geden be disadvantaged by the sale? Do you
18 understand that question?
19     A. Yes, I understand. If the purpose of the sale
20 is only to avoid the liability, yes, you can leave some
21 creditors unsecured and disadvantaged from the
22 situation. The main purpose of this sale how -- we
23 cannot share with them. We don't pay them their
24 obligations. The results are against Geden. The
25 results and the reality is against Geden. Since they

1  make these transactions, but they still didn't pay their
2  obligations to Stealth. That's why they be
3  disadvantaged.
4      Q. But can you identify a way in which the
5  plaintiffs were disadvantaged by the sale of these
6  vessels?
7      A. This is the purpose. It depends on the purpose
8  of these transactions. I don't know. Normally --
9  normally -- normally they could not be disadvantaged.
10 Normally they must pay their money, which was part of
11 these transactions, but they didn't do that.
12     Q. I'm sorry. That answer is somewhat confusing.
13 They would pay their money as part of this transaction,
14 I'm not sure I follow that.
15     A. If they -- if they take the value of -- if they
16 receive the value of these vessels, and the purpose was
17 to get money and to be a separate entity, at the end
18 they would pay our -- they would pay our hires. But
19 they didn't do that. So all the story was an abuse.
20     Q. Okay. So you cannot then identify a way in
21 which the plaintiffs were disadvantaged by the sale of
22 this vessel?
23     A. No, I can not identify if I have the right
24 contracted party before me.
25     Q. Okay.

1      A. But at the end they abuse us and disadvantaged
2  us.
3      Q. Again, ma'am, I understand what the theory of
4  the case is. But the complaint that you verified
5  alleges that plaintiffs were disadvantaged by the sale
6  of these vessels.
7      A. Yes.
8      Q. I'm asking you how.
9      A. How?
10     Q. I have not received an answer to that.
11     A. How? They change names on me. They presented
12 us as S&P transactions, but at the end it was just a
13 change of name of their entities. They keep the money
14 for their own and didn't pay Stealth. How -- with this
15 way, we disadvantaged. They do it only to avoid -- to
16 avoid arrest -- ship arrest of their vessels. They said
17 that to their report. This is what the proposal, in
18 order to avoid pay their liabilities. How? With this
19 way Stealth disadvantaged.
20     Q. But we've asked with respect to these nine
21 vessels how Stealth is disadvantaged. You've testified
22 that Stealth did not have a security interest in these
23 ships.
24     A. Yes. We don't have security, but we try to get
25 security from these vessels when they started not to pay

1  us.
2      Q. That I understand as well. But what I'm asking
3  is: And I think it's asked and answered at this point.
4  Is how this sale functioned to the detriment of the
5  plaintiffs in this action. You testified they don't
6  have a security interest. We've discussed the issue or
7  what equity in a ship means.
8      A. Yes.
9      Q. And so I'm still -- I'm waiting for the way in
10 which the sale of these assets, assuming it's at fair
11 market value, disadvantages the plaintiffs.
12     A. Since all these transactions made after Alix
13 Partners Report for avoiding to pay their creditors,
14 like Stealth and to create a group D, like they said in
15 the page that you showed to me, for putting there on the
16 boat charters. There are emails from Mr. Tugrul --
17 emails from Mr. Tugrul Tokgoz who said that they try to
18 satisfy the creditors, but they cannot satisfy them.
19     MR. QUARTARO: Okay. Thank you. I know
20 that last bit was difficult. Why don't we take a very
21 short, short break. I think I'm done. Tanner, can you
22 step out and give me a call at my desk.
23     MR. HONEA: Will do.
24     MR. QUARTARO: Thank you very much. So
25 hopefully it will be five minutes. Take a minute. Get

1  a drink of water. I think that we're done, but I do
2  want to coordinate with my local colleague and make sure
3  that's the case.
4      THE VIDEOGRAPHER: We are off the record at
5  12:14.
6      (Break from 12:13 p.m. to 12:29 p.m.)
7      THE VIDEOGRAPHER: This is the beginning of
8  Tape No. 3. We are back on the record at 12:30.
9      Q. Thank you. I only have one additional
10 question. Looking at paragraph 39 of the complaint, I
11 would ask you just to take a moment and refresh your
12 memory by reviewing that. That's page 12 on the docket,
13 page 11 of the complaint.
14     A. Yeah.
15     MR. GAITAS: What page?
16     A. 11 on the docket.
17     Q. Page 12 on the docket, 11 on the complaint.
18     A. Okay. Yes, I have read it.
19     Q. So looking at that paragraph 39, Mr. Mehmet
20 Emin Karamehmet, is that the individual that you contend
21 is Ms. Karamehmet Williams -- Nazil Karamehmet
22 Williams's father?
23     A. Yes, he is. I know.
24     Q. Okay. I'll just refer to them as Mr. Mehmet
25 Karamehmet and Ms. Nazil Karamehmet. Is that acceptable

MAGNA
LEGAL SERVICES

EXHIBIT 3

1  so we can tell the difference?
2      A. No. It is -- I know that is the father of
3  Ms. Williams.
4      Q. Okay. I'm not questioning that. I'm just
5  trying to get names that we can use. So is it your
6  understanding that Mr. Mehmet Karamehmet had an
7  ownership role with Geden Holdings?
8      A. Currently as far I know, no. Currently it's
9  Ms. Williams that has the main percent, 85 percent.
10 Currently, no.
11     Q. Again, not I'm just asking about Geden
12 Holdings.
13     A. For Geden Holdings, if now -- Geden Holdings is
14 not -- is not in the play anymore. It has been
15 transferred to the new corporate entity.
16     Q. Okay. How about Geden Lines? Do you know if
17 Mr. Mehmet Karamehmet has an ownership in Geden Lines?
18     A. Geden Lines is a part of Geden Holdings. So
19 yes, it is the Karamehmet family regarding the
20 beneficial owners.
21     Q. Okay. Do you have any evidence that Mr. Mehmet
22 Emin Karamehmet has any operational role with any of the
23 Advantage Defendants?
24     A. I don't know. I have no evidence for the
25 father.

1      Q. Do you know if he is a member of any of the
2  board of directors or a member of a board of directors
3  of any of the Advantage Defendants?
4      A. No, I have no such evidence. I believe that he
5  has no active role now.
6      Q. Okay. Do you know if he's an officer or
7  employee of any of the Advantage Defendants?
8      A. He's not.
9      Q. Okay.
10     A. Since I know the BOD of the Advantage, that's
11 why I say I do know.
12     Q. Have you attended a board of directors meeting
13 of any of the Advantage Defendants?
14     A. Could you repeat your question, please.
15     Q. Have you ever attended a board of directors
16 meeting of any Advantage Defendants?
17     A. No, I have not attended. No, no.
18 Mr. Quartaro, I have not. Would you like --
19         MR. GAITAS: In the minutes, too, she's
20 present (laughing).
21     A. Thank you for this. No.
22     Q. Let me -- all right. That concludes -- that
23 concludes my questioning. I know that it was a flight
24 over for you and a flight back.
25     A. Yes.

1          MR. QUARTARO: We greatly appreciate you
2  making yourself available, especially working with
3  counsel and their schedules to appear for today's
4  testimony. I hope that it has not been too onerous. So
5  thank you. Thank you for your time. Thank you for your
6  assistance and your cooperation in answering these
7  questions.
8          I have no additional questions, although,
9  of course, we do reserve the right to ask additional
10 questions to the extent that new documents or new
11 information -- new documents or new information is
12 provided in connection with this case or as a follow-up
13 to any questions that Mr. Gaitas may pose following the
14 conclusion of testimony that I have just taken.
15         So, again, thanks for your appearance
16 today. I would ask if Mr. Gaitas has anything that he
17 would like to ask.
18         MR. GAITAS: The Plaintiffs reserve their
19 questions of this witness for the hearing -- evidentiary
20 hearing of this case or these cases -- consolidated
21 cases. And now if we can go off the record for a
22 second. Since I got you now, I have witnesses.
23         THE VIDEOGRAPHER: We are off the record at
24 12:34. This concludes Tape 3.
25         (Proceedings concluded at 12:35 p.m.)

1          CHANGES AND SIGNATURE
2  WITNESS NAME: DESPOINA BACHA
3  PAGE  LINE  CHANGE          REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

**MAGNA** ◗
LEGAL SERVICES

C.A. No. 1:18-cv-00178

EXHIBIT 3

1     I, DESPOINA BACHA, have read the foregoing
deposition and hereby affix my signature that same is
2 true and correct, except as noted above.
3
4     ——————————————
    DESPOINA BACHA
    Job No. 225124
5
6 STATE OF TEXAS)
    COUNTY OF HARRIS)
7
    Before me, _____, on this day
8 personally appeared DESPOINA BACHA, known to me (or
proved to me on the oath of _____ or through
9 _____) (description of identity card or other
document) to be the person whose name is subscribed to
10 the foregoing instrument and acknowledged to me that
he/she executed the same for the purposes and
11 consideration therein expressed.
12     Given under my hand and seal of office this
_____ day of _____, _____.
13
14
15
16
17     ————————————————
    NOTARY PUBLIC IN AND FOR
    THE STATE OF _____
18
19
20
21
22
23
24
25

1 COUNTY OF HARRIS )
    STATE OF TEXAS   )
2
3     REPORTER'S CERTIFICATION
4
5     I, Phyllis Loy, Certified Shorthand Reporter
6 in and for the State of Texas, hereby certify that this
7 transcript is a true record of the testimony given.
8 I further certify that I am neither attorney nor counsel
9 for, related to, nor employed by any of the parties to
10 the action in which this testimony was taken.  Further,
11 I am not a relative or employee of any attorney of
12 record in this cause, nor do I have a financial interest
13 in the action.
14     Subscribed and sworn to this December 24,
15 2015.
16
17
18
19
20     ——————————————
    PHYLLIS LOY
    Certified Court Reporter
    In and for the State of Texas
21
22 Certification No. 3301
    Expiration Date: 12/31/16
23
24
25

1 COUNTY OF HARRIS )
    STATE OF TEXAS   )
2
3     REPORTER'S SUPPLEMENTAL CERTIFICATE
4
5     I hereby certify that the witness was notified
6 on _____ that the witness has 30 days (_____
7 days per agreement of counsel) after being notified by
8 the officer that the transcript is available for review
9 by the witness and if there are changes in form or
10 substance to be made, then the witness will sign a
11 statement reciting such changes and the reasons given by
12 the witness for making them;
13     That the witness signature was/was not
14 returned as of _____.
15     Subscribed and sworn to on this the _____
16 day of _____, _____.
17
18
19
20
21     ——————————————
    PHYLLIS LOY
    Certified Court Reporter
22     In and for the State of Texas
23
    Certification No. 3301
24     Expiration Date: 12/31/16
25



MAGNA
LEGAL SERVICES

EXHIBIT 3

**A**

**ability** 7:11 14:24
15:2 42:18
**able** 85:25
**above-styled** 2:4
**absolutely** 20:11
41:21 47:20 61:13
61:18 70:12 88:24
**abuse** 90:8,19
98:19 99:1
**accent** 23:5,6
**acceptable** 101:25
**accepted** 46:6,8
79:1
**account** 11:15 43:3
70:2
**accounts** 9:10 41:3
41:16
**accurate** 76:5 96:7
**achieved** 82:25
**acknowledged**
106:10
**acting** 71:25
**action** 1:4 19:5
21:14 59:8,13,24
60:13 86:23 89:3
100:5 107:10,13
**actions** 5:18 19:20
19:23
**active** 103:5
**activities** 9:1
**actual** 8:14 42:24
55:1 59:18 73:4
**add** 27:15
**addendums** 44:10
**addition** 38:2 44:2
**additional** 70:14
101:9 104:8,9
**address** 38:15,15
38:17,17,19 49:13
53:8
**admitted** 50:8
76:14
**Advantage** 1:6,7,8
3:8,8,8 5:11,11,12

5:14 19:9 21:11
24:10,20 25:4
29:4,11,17 30:11
30:12,12,13,22
31:2 32:22 34:18
34:22 35:5,7,24
35:25 36:6 38:12
38:20 40:25 41:7
41:13,13,16,19,24
42:4,23 43:1,9,10
43:16 44:15 45:5
45:9 46:1,1,21,22
47:7,7,12,12
48:14,15,21,22
49:1,1,7,19,22
50:5,12,14,24
51:7,13,14,15
52:8 53:11,11,12
54:4 55:8 56:20
57:1,25,25 58:1,9
58:9,14,23 59:7
59:13,19,24 60:3
60:12 82:13 83:10
84:6,9,14,15 85:8
85:16 86:7,21
91:12 92:19 93:17
102:23 103:3,7,10
103:13,16
**Advantage's** 51:3
**Advantage-owned**
51:21
**advice** 6:22
**advise** 6:2
**affect** 7:10 14:23
15:2 16:6
**affiliated** 9:23 24:8
**affix** 106:1
**afraid** 22:2
**age** 7:21
**agree** 72:16,17
**agreement** 24:2
29:9 40:15 41:3,5
41:5,7 48:1,7,8
50:16 53:20 85:18
85:24 108:7

**agreements** 29:9,14
34:6,7 41:12
70:25 71:2,5
84:21
**Ali** 33:17 50:7
**Alix** 42:13 43:25
46:2 59:14 81:6
81:17 84:25
100:12
**allegation** 26:17,19
27:16 31:5 32:3
32:10 49:20 50:2
58:4 60:22 89:20
90:1
**allegations** 24:24
25:3,6 28:5 33:21
34:17 35:10,12
38:8 43:5 61:21
77:8,13 89:21,24
90:21 91:8
**allege** 27:23 35:23
36:16,19,22
**alleged** 27:8 34:17
74:24
**allegedly** 27:24,25
**alleges** 57:7 99:5
**alleging** 26:10
30:17 34:22 35:4
35:15,16 37:11
49:17,22 56:6
58:12,14
**alter** 24:20 32:16
35:8 56:6,9
**Amended** 20:5 25:2
65:18,24 79:24,24
92:24
**Americas** 3:11
**amount** 72:18 73:3
**answer** 6:2,23 27:3
31:16 34:10 38:3
39:16 42:10,12,24
43:7 61:17,19,20
64:22 65:5 68:10
70:6,9,10 73:3
76:17 78:2,4,7

85:5,6 88:7,15,16
88:18 91:17 98:12
99:10
**answered** 52:5
77:16 88:15,17,18
100:3
**answering** 25:16
46:17 88:23 104:6
**answers** 6:6,15,16
7:2 31:25 35:2
36:3
**anticipate** 6:20
**anybody** 6:11
**anymore** 34:23
50:13 102:14
**anyway** 7:17
**appear** 28:5 104:3
**appearance** 104:15
**Appearances** 4:3
**appeared** 106:8
**Appearing** 3:10
**appears** 21:6 74:12
**applicable** 53:19
**application** 48:16
**applied** 29:15
**appreciate** 104:1
**approached** 50:10
50:22
**appropriate** 83:3
92:8
**approval** 13:18
15:16 16:6,18
14:15,20,23 15:1
15:5,7,10,11,15
15:19,24 16:5,15
**approximate** 7:21
**Arbitration** 68:19
**areas** 6:21
**arguing** 90:3,4,5
**argumentative** 66:5
66:8
**arm's** 83:11
**arm's-length** 83:1
83:11 85:18,24

89:25
**arrest** 99:16,16
**arrested** 81:20
**arrests** 82:3
**Arrow** 1:6 3:8 5:11
57:24,25
**articles** 29:8 46:13
**asked** 18:4 39:16
53:5,5 56:15,15
88:23 99:20 100:3
**asking** 10:16 13:6
35:2,3 43:6 44:12
49:21 50:21 67:7
67:8 70:12 76:21
76:22 77:11,20
78:22 79:11,15,15
79:22,22,23 81:13
83:19 87:2,2 88:4
88:5 90:11,22
91:10 93:2 94:15
96:6 99:8 100:2
102:11
**aspect** 14:3,6,6
**asset** 72:7
**assets** 42:16,17
64:11 67:4,13
73:12 75:14 83:15
84:8 91:23 92:7
92:15,18 100:10
**assignment** 69:24
**assist** 44:8
**assistance** 104:6
**associated** 9:15
19:11
**Association** 7:24
**assume** 79:20,23
**assuming** 86:10,17
100:10
**assumption** 79:7
86:13
**assumptions** 79:8
79:10
**Athens** 7:25 9:9
**attachments** 68:21
68:23

**attempt** 69:15
**attempts** 68:25
**attended** 103:12,15
  103:17
**attention** 80:13
**attorney** 5:17 107:8
  107:11
**attorneys** 18:13
**attorney/client**
  6:22 7:3
**August** 8:12
**authored** 42:14
**available** 104:2
  108:8
**Avenue** 3:11
**avoid** 42:17 68:13
  81:18,19,25 82:1
  82:2 84:15 85:4
  90:13,20,25 91:5
  91:15 97:20 99:15
  99:16,18
**avoiding** 100:13
**AVOR** 1:6
**awake** 7:8
**aware** 41:18 50:9
  50:21,24,25 51:9
  51:11,19,23 72:7
  74:1,5 78:5,5 96:1
**a.m** 2:5 5:2 54:17
**A.S** 1:7 19:14
**A/K/A** 1:7

**B**

**B** 68:21,22
**Bacha** 1:12 2:2 4:5
  5:6,21,24,25
  46:17 105:2 106:1
  106:4,8
**back** 39:22 54:17
  64:24 74:9 75:16
  87:19 88:1 91:18
  94:7 101:8 103:24
**background** 7:20
  7:22
**bad** 88:16
**Bampilis** 9:14

19:25 22:7,10,11
  22:13,14
**bank** 18:11 64:3
**banks** 18:2 69:11
  85:2
**bar** 7:24
**bareboat** 8:23,24
  16:12,13,21,22
  60:16 62:3,5,20
  65:17,23 66:3,16
  74:12 76:12,13,25
  77:16,25 81:22
  93:25 94:10
**based** 32:25
**basic** 7:19
**bearer** 22:21 23:1
**bears** 30:3
**beginning** 5:2 7:7
  43:20 54:16 57:20
  68:6 101:7
**behalf** 5:14
**behaving** 90:16
**belief** 94:17
**believe** 20:23 23:13
  33:14 34:2 37:3
  49:24 54:2 57:14
  84:2 94:19 103:4
**believed** 94:1,11
**beneficial** 30:1
  31:18 102:20
**beneficially** 28:13
**big** 13:9 88:20
**bill** 18:12
**bit** 8:20 31:24
  77:12 100:20
**blab** 13:14,14
**board** 46:8 49:10
  53:24 54:1,2
  103:2,2,12,15
**boards** 56:12
**boat** 100:16
**boats** 62:19 84:11
**BOD** 103:10
**book** 71:18
**bottom** 54:23 66:11

80:11 82:23
**BP** 13:8
**breach** 21:12 24:11
  94:2,12
**break** 54:11,15
  100:21 101:6
**briefly** 33:19 82:17
**broad** 81:12,14
**broader** 58:20
**brought** 19:9
**built** 19:1
**bulk** 11:5,6
**bullet** 80:13 82:23
  82:23
**bullets** 82:23
**business** 12:6 38:12
  40:8,13,18,22
  49:6,22 50:12
  55:2,3,8,9,12 56:5
  56:14,25 57:4
**butcher** 19:13
**buy** 67:3,12
**buyers** 18:11
**buying** 48:12
**B-a-m-p-i-l-i-s**
  22:10

**C**

**C** 3:1 91:22
**call** 7:2 37:19 38:2
  63:17 96:2 100:22
**calm** 69:19
**capital** 46:10 72:14
  72:25 87:16 91:1
**capitalization**
  48:21
**caption** 19:6,6,12
**captioned** 20:24
**card** 106:9
**carefully** 27:2 61:5
  77:14
**cargo** 60:20
**cargoes** 12:20
**carriers** 11:5,6,6
**case** 5:10 16:7,8,11
  17:11 19:18 21:13

25:18 27:9 32:19
  46:17 56:8,10
  57:14 68:19 99:4
  101:3 104:12,20
**cases** 24:7,8 104:20
  104:21
**catch** 22:2
**cause** 2:4 107:12
**caused** 43:8,15 47:6
**certain** 24:24 25:2
  49:18 63:10 76:4
**certainly** 47:15
  61:14 97:6
**certificate** 4:8
  65:16,20,21 108:3
**certificates** 22:21
**Certification** 107:3
  107:22 108:23
**Certified** 107:5,20
  108:21
**certify** 107:6,8
  108:5
**chain** 27:7 28:10
  29:18 30:11 32:20
  36:8
**chairman** 50:4
**Chalos** 3:4
**chance** 37:25 61:20
  92:2
**change** 16:5 91:2,2
  91:3,6 99:11,13
  105:3
**changed** 52:1
**changes** 4:7 105:1
  108:9,11
**changing** 91:5,6,6
**characterize** 40:7
**charge** 12:25 48:2
**charter** 8:24,24
  13:2,11,15,17
  14:2 15:21 16:12
  16:13,21,22 21:12
  24:11 25:21 44:10
  50:10,20,22 51:12
  51:13,20 60:16

62:5,12,20 63:9
  64:5,6,12,15,17
  65:2,9,18,23 66:4
  66:7,10,16 67:4
  67:13 72:3 74:12
  74:21 75:14 76:7
  76:12,13,23,25
  77:16,25 93:25
  94:11,15
**chartered** 15:9
**chartered-in** 60:21
**charterer** 50:10,22
**chartering** 9:10
  12:13,25 16:2
  18:5,6 25:20
  50:16 56:22 64:6
**charters** 13:25 14:8
  14:12 50:18 64:16
  65:3,11 100:16
**charting** 25:24 27:9
  55:9 56:2,20
**charts** 29:1,13
**cheap** 44:24
**check** 20:1
**Chevron** 13:8
**chief** 9:12 22:5 50:5
  50:6 60:2
**choose** 48:11
**circulated** 13:13
  68:15
**civil** 1:4 2:9 5:18
**claims** 9:10 12:8,9
  17:11 21:12 24:11
  68:20,23 74:24
  75:8
**clarification** 22:24
  30:4 31:22 39:19
  42:20 44:6 46:7
  57:16
**clarified** 36:10
**clarify** 23:3 36:13
  43:19
**class** 34:7
**clear** 6:5,6 7:4
  23:11 28:23 34:11



34:21 41:21 42:18
43:21 47:20 56:3
57:17,23 61:18,22
65:15 66:14 70:12
88:24 95:18
**clearly** 42:15
**clear-cut** 46:2 64:3
**clients** 24:8
**close** 18:5
**closer** 83:11
**closings** 14:4
**collateralized**
11:23
**colleague** 101:2
**collected** 28:22
29:2 37:17
**collecting** 19:24
**collections** 31:1
**combination** 61:25
**come** 12:12 93:24
94:9 95:23
**command** 15:21
57:13
**commercial** 9:20
**commitment** 64:13
**common** 10:3,5,11
10:12,22 23:14,25
24:1 30:17 35:13
35:17,22 36:6,16
37:10 38:12 58:7
58:14 66:25
**communication**
6:24
**communications**
7:3 13:4
**companies** 8:3,4
9:2,3,15,23,24,25
10:2,3,21 12:23
22:20 24:4 25:10
27:21,23,23 32:22
39:4 40:16 41:23
41:24 43:10 47:9
47:14,17,19 48:3
48:4,9 49:10
52:24 53:11,22

55:9,21 56:1,2,21
56:23 57:1 58:21
59:4 74:24,25
75:8 83:14,16
85:8
**company** 9:5,8
10:13,20 13:14
14:21 17:4 18:24
19:11 21:20,24,25
21:25 23:16,19
24:3,5 25:20,24
27:21 30:14 32:17
32:24 35:4,5 36:1
38:18 41:17,17
42:4,17 44:18,22
44:25 45:13,17,19
46:4,24 48:12
49:19 50:17 55:8
55:24,25 56:1,2,9
56:19,22 58:13,24
59:16 62:22 63:5
64:6,18 66:25
67:1 73:15 76:4
78:17 81:18 82:13
91:6 93:14 94:3
94:13
**Complained** 65:24
**complaint** 20:6,22
20:24 24:10 25:2
26:4 27:8 32:20
33:1 34:16 43:5
54:19,22,24,25
65:19 66:16 71:7
71:10 79:24 83:9
83:24 89:21 90:1
91:18,20 92:24
93:7,23 96:8 99:4
101:10,13,17
**complaints** 19:9,22
21:11 24:13
**completed** 79:4
**completely** 88:19
**completion** 80:18
**complex** 66:11
**comprise** 57:1

**concern** 6:25 88:20
88:20
**concerns** 6:23 66:3
**concluded** 85:1
104:25
**concludes** 103:22
103:23 104:24
**conclusion** 104:14
**conclusions** 84:22
84:23,24
**conduct** 64:15 65:2
65:11
**conference** 96:2
**confidential** 59:9
**confirm** 21:8
**confirmation** 25:23
27:17,19 63:13
**confirmations**
69:19
**confused** 77:12
**confusing** 97:2,4,5
97:8 98:12
**connection** 104:12
**consider** 14:21
**consideration**
14:17 106:11
**consolidated** 5:18
41:1,2,14,16,19
41:24 104:20
**consummated** 82:8
82:9
**contain** 21:7
**contemplated**
78:12
**contemplates** 80:22
**contend** 101:20
**continue** 51:9
**continued** 68:14
**continues** 54:25
**contracted** 98:24
**control** 34:17 35:23
38:8 57:13
**controlled** 28:6
31:12
**controlling** 30:2

34:6
**controls** 58:22 59:1
**conversations** 70:4
**cooperation** 18:5
60:4 104:6
**coordinate** 101:2
**copies** 59:18
**corporate** 18:13
25:3 27:7 45:1,3
53:12,14,18,22,25
87:13 102:15
**corporation** 8:13
8:15 9:16 10:18
10:24,25 11:10,18
22:2,18 23:15,24
40:8,10,18 44:3
48:6 53:7 55:18
60:6,10 81:24
**corporations** 47:23
52:19
**correct** 14:1 24:21
24:22 27:14,15
28:8,14,15 29:25
30:23 31:13 32:13
34:1,19 35:13,24
37:5,11 54:24
58:2,10,11 61:14
62:10,11 66:4
70:19 75:25 77:1
79:6 81:10 85:5
92:20 106:2
**correctly** 5:22,24
22:12
**correspondence**
13:1,4 18:10
59:11
**counsel** 5:4,9 8:2
14:13 16:25 38:5
104:3 107:8 108:7
**counsel's** 66:13
**country** 32:2
**COUNTY** 106:6
107:1 108:1
**couple** 38:9 75:16
**course** 6:18 13:8

15:25 18:24 19:17
19:24,25 20:9
22:13 23:18 26:25
39:2,6 53:21 61:4
84:23 104:9
**court** 1:1 5:3 6:17
19:6,11 20:14
22:9 23:4 31:25
64:23 87:18 92:11
93:16 94:6 107:20
108:21
**courts** 68:25 69:12
69:15
**cover** 39:5 51:5
**create** 45:13 47:11
100:14
**creating** 6:19
**creation** 44:14 45:2
45:9 47:22
**creditability** 67:1
**creditor** 95:5,7,12
96:9,14 97:16
**creditors** 42:18
82:2 84:16 87:10
90:25 91:4 94:23
94:24 97:21
100:13,18
**cross-collateraliz...**
11:20
**CSR** 1:22 2:5
**Cukurova** 28:6,9
28:12,18,25 29:4
29:6,10,24 30:7
30:16,22 31:14,19
31:20 32:4,4,10
32:13,15 33:8,11
58:6
**current** 42:16 47:2
**currently** 8:11
11:23 21:21 28:19
102:8,8,10
**custody** 42:13
46:25 59:10
**cut** 42:18
**c-h** 5:25

**D**

**D** 83:17,17 100:14
**daily** 52:7
**Dallas** 2:8 3:15
**data** 28:22
**Date** 107:22 108:24
**dated** 62:8 75:22
  76:7,23 81:9
**daughter** 28:20
  33:10
**day** 52:12 106:7,12
  108:16
**days** 81:19,25
  108:6,7
**day-to-day** 39:2,7
  52:10,22
**deal** 8:23 81:1
**deals** 89:15
**debt** 72:8,12,12,18
  72:20,24 73:4
  74:2,2
**December** 1:12 2:4
  5:2 107:14
**decided** 16:18
**Defendant** 77:16
  93:11,17
**defendants** 1:9 2:3
  3:8 5:10,15 19:9
  19:10 21:11 24:11
  24:12,20,21 25:4
  29:12 31:13 34:18
  34:19 35:7 43:16
  44:15 52:8,9 55:1
  57:1,2,12,13
  58:14,23 69:16
  102:23 103:3,7,13
  103:16
**defined** 21:12
**Denizcilik** 1:7
  19:13
**department** 9:9,10
  16:2 18:5,6 40:8
  40:13,18,20,22
**departments** 12:13
  12:13,25 13:21

**depends** 16:7,8
  55:15 98:7
**deposition** 1:11 2:1
  6:1 7:14 106:1
**describe** 25:9
**described** 62:15,25
**description** 4:11
  106:9
**desk** 100:22
**DESPOINA** 1:12
  2:1 4:5 5:6 105:2
  106:1,4,8
**details** 11:15,16
  16:20,23
**detriment** 100:4
**developed** 18:20
**difference** 72:7,11
  72:23 102:1
**different** 16:19
  55:18,21,22 57:4
  88:19 97:7
**differentiated** 55:3
  55:12 56:5,14,25
**difficult** 23:9 33:18
  37:7 81:19,25
  96:23,24 100:20
**difficulties** 46:12
  59:17
**difficulty** 44:9
**diligence** 64:16
  65:3,11
**direct** 80:13
**directly** 47:6 77:8
**director** 22:6 60:1
  81:2
**directors** 25:23
  41:9 46:9 49:11
  53:24 54:1,3
  56:22 59:23 103:2
  103:2,12,15
**disadvantaged**
  86:24 87:6,7,9,23

**88**:9,10 89:3,5,11
  90:6,23 91:11,13
  95:5,8,13 96:9,15
  97:17,21 98:3,5,9
  98:21 99:1,5,15
  99:19,21
**disadvantages**
  100:11
**disconnect** 23:5
**discount** 44:7,10
  46:11 71:3,5
  79:11
**discounting** 44:4
**discounts** 68:7,12
  81:23
**discussed** 100:6
**discusses** 60:16
**distance** 95:24
**District** 1:1,1 20:14
  20:14 24:13
**DIVISION** 1:2
**docket** 80:8 81:5
  82:19 93:8,23
  101:12,16,17
**document** 20:12,13
  20:15,16,19,23
  21:1 26:3 30:1
  54:19 70:22 71:8
  79:23 81:15 106:9
**documentation**
  11:13,24 29:14,15
  29:17 44:16 49:13
**documentations**
  37:16
**documents** 11:14
  11:15,15 18:9,10
  18:12,13 29:2
  37:16,24 44:14
  47:11 50:4 59:3
  61:10 74:11
  104:10,11
**doing** 39:6 55:15
  62:17
**dollars** 44:24
**domiciled** 9:8

**domination** 34:18
  35:23 38:8
**drafted** 24:2 44:9
**drafting** 18:8,9
**draw** 84:22
**drawed** 84:23
**drink** 6:8 101:1
**dry** 60:20
**due** 44:1 59:16
  64:15 65:3,11
**duly** 2:3 5:7 27:18
  64:8
**Dunbar** 2:7 3:15
  5:14

**E**

**E** 3:1,1
**earlier** 19:10 22:1
  33:15 55:17 81:7
  85:14
**earn** 15:2
**earning** 14:24
**earnings** 69:24
**earth** 17:7
**ECLIPSE** 1:3
**economical** 42:14
  44:8,9
**education** 7:21
**effected** 71:1
**ego** 32:16 35:8 56:9
**egos** 24:20 56:7
**eight** 8:7
**either** 57:1 74:11
  74:21 76:19 97:2
**elicit** 61:14,19
**ellipses** 92:11
**email** 3:6,12,17
  13:13 52:13 59:21
**emails** 52:15 59:6
  59:14 100:16,17
**Emin** 101:20
  102:22
**employed** 8:11
  107:9
**employee** 8:12,16
  11:2 48:15 59:23

**60**:12 103:7
  107:11
**employees** 47:13,15
**employer** 8:14
**employment** 7:21
**encumbrance**
  65:16,22
**Energy** 21:15
**English** 23:4
**enter** 23:18
**entered** 51:12 63:9
  64:14 65:1,9,19
  65:25 66:8 94:16
**entering** 76:25
  77:24
**enterprise** 55:2,10
**enterprises** 8:8
  17:5
**entire** 88:1
**entities** 29:5 54:2
  99:13
**entitled** 89:22 90:2
**entity** 30:17,24
  36:1 51:20 59:19
  59:20 98:17
  102:15
**entry** 28:10 93:25
  94:10
**equitable** 93:12,18
**equity** 72:8,14,23
  72:25 73:11,16,23
  73:25 85:15 86:10
  86:17,20 87:3,16
  88:5 89:2,10 95:4
  95:11 96:7,13
  97:13 100:7
**errors** 23:8
**especially** 104:2
**establish** 27:22
**establishment**
  44:18
**evidence** 36:6 37:13
  37:19 38:11,14
  42:2,25 43:8,13
  43:24,24 45:20,22

45:23 46:19,24,24
47:5,8,14 48:24
50:1,1 51:2 52:7
52:10,13,18,20,23
53:10 56:19 58:22
59:17 86:6,9
92:17,22 93:2,4
102:21,24 103:4
**evidentiary** 104:19
**ex** 56:1
**exactly** 49:11 62:9
**Examination** 4:6
5:19
**example** 25:12
47:22 51:23 53:19
69:21 74:2
**examples** 50:9,24
50:25
**excellent** 23:4
**excluded** 69:14
**executed** 106:10
**executing** 82:25
**execution** 93:25
94:10
**executive** 9:13 14:5
22:6 50:5,6 60:2
82:18
**exhibit** 4:12,12
20:4,23 24:23
25:1 54:18,21
61:25 62:5 64:15
65:2,19,24 66:17
72:3 74:12,12
75:21,24 76:1,10
76:11,12 78:10,15
81:4 82:10,14,17
**exhibits** 4:10 20:6
61:9,13 74:9,20
**existence** 68:14
**expectation** 71:24
72:1,5
**expectations** 72:4
**expenses** 48:25
**experience** 45:11
47:18,21,21 55:20

**experienced** 48:4
**experiences** 14:13
**experts** 81:16
**Expiration** 107:22
108:24
**explain** 77:10
**explained** 24:7
**explanation** 6:17
**expressed** 106:11
**expropriate** 42:15
91:23 92:7,14
**extent** 104:10
**extra** 27:4 67:24
**ExxonMobil** 13:9
13:15
**e-mail** 53:8

**F**

**face** 44:8 46:12
**facilitate** 23:8
**facility** 11:13 82:12
**fact** 32:3 55:1,10
58:4 67:7 79:10
79:10 81:25 82:12
**fail** 78:25
**failed** 79:2,2,11,12
80:4,5,19
**fair** 23:23 24:13,15
24:16 36:12 51:19
61:7 72:24 75:12
86:8 92:19,25
94:22 95:3,11,13
95:20 96:6,11,12
96:16 100:10
**familiar** 11:8,11
12:5,11 13:10,18
17:1,7 19:19
44:17,18
**familiarity** 17:7
**familiarize** 13:20
13:22 91:21
**family** 28:13,17
31:16,23 32:1,5,7
32:12,16,21 33:2
33:6 35:18 37:1
58:7,8,8,15 64:19

64:19 102:19
**famous** 8:10 31:23
32:1,2 64:18,19
**far** 9:17 11:22
22:16,21 25:13
27:7,24 28:19
30:3,11,25 31:17
33:9 34:8 41:2
69:4 70:1,6,10,17
73:24 80:24 85:19
85:19 91:14 93:1
102:8
**Farley** 3:10 5:9
**father** 29:7 101:22
102:2,25
**faxes** 38:23
**features** 13:2 14:3
16:21
**Federal** 2:9
**fee** 44:21
**feedback** 67:24
**feel** 6:5,10,13 23:2
75:24
**fees** 45:2,3,5,7,8,10
**fifth** 82:23
**figures** 51:25
**file** 22:21 25:22
27:16 41:14,16
47:18 48:9 63:15
**filed** 6:3 19:22
20:13 40:25 41:2
53:20
**filing** 21:14 41:19
45:2
**finance** 11:12 85:1
**finances** 42:3,4
**financial** 31:3 41:1
41:14,20,22,24
44:1 53:4 59:16
107:12
**financially** 81:23
**financing** 11:8,16
42:8 43:1
**find** 32:24 97:1
**finish** 7:25 42:10,11

42:13 47:25 68:10
68:11 82:5
**finished** 51:10
68:11
**first** 5:7,8 7:15 26:6
60:17,18 67:5,17
67:18,20 68:8
92:6
**five** 18:17,18
100:25
**five-minute** 54:11
**fix** 64:20
**fixed** 13:12,15,15
25:15
**fixture** 63:3
**fixtures** 63:3
**flags** 91:3,6
**fleet** 12:1,3 41:7
49:8 51:4,4,7,8,24
60:20 62:1,2,3,14
62:25 63:25 75:19
**flight** 103:23,24
**flipping** 75:16
**float** 19:1
**Floor** 3:11
**focusing** 21:19
**folks** 54:11
**follow** 85:19,19
98:14
**following** 83:11
104:13
**follows** 5:7 39:23
52:2 64:25 87:21
88:3 94:8
**follow-up** 104:12
**foregoing** 106:1,10
**form** 7:22 108:9
**formal** 6:10
**formalities** 53:13
53:15,18
**formality** 53:22
**formally** 25:25
**forward** 1:8 3:9
5:12 30:7,9,10,10
30:14,22 31:15

32:8,11,12,15
33:15,22,25 35:5
35:12,12,14,16,16
36:17,20,24 42:4
43:9,16 44:15
45:2,13,14,24,25
46:21 47:6,11
48:14,21,25 53:11
58:1,9 81:1,3
**found** 97:3
**four** 25:13 44:7
47:19 62:19
**free** 6:5,10,13 23:2
75:24
**freight** 15:2
**front** 26:3
**fulfill** 51:13 95:9
**fulfilled** 78:23
**fully** 22:2
**functionally** 55:2
55:11 56:4,5,14
56:24
**functioned** 100:4
**functions** 39:9,24
**funds** 45:23,25
**further** 62:14 107:8
107:10

**G**

**Gaitas** 3:3 5:16,16
7:1 23:10 26:23
27:2 31:8,11
33:24 34:13 36:9
36:13 37:23 38:6
42:10,12 43:18
47:3 57:17,21
61:2,5,7 63:18
66:5 68:10 70:9
76:17 77:10,12
78:1,4,9 85:23
88:14 89:14,19,23
90:11 91:24 95:14
95:19 96:19
101:15 103:19
104:13,16,18
**gaitas@chalosla...**

3:6
**Gas** 21:25 22:15
23:14,16,21,25
24:3,3,12
**Geden** 1:7 19:14
24:12,18,20 25:4
25:11,15,21,23,25
26:10,20,20 27:1
27:11,13,17,19,24
27:25 28:5 29:20
29:22,22,24 30:18
30:20 32:3,18
34:18,22,23,23
35:4,4,11,12,14
35:15,16,24,25
36:6,10,11,16,19
36:24 37:14,21
38:11,19,20,25,25
39:6,8,13 40:25
41:8,14,19,23
42:3,3,15,15,16
42:21,25 43:8,15
43:19,22,23 44:2
44:8 45:23,24,24
46:4,4,9,9,14,20
46:20,25 47:5,13
47:13,13 48:15,24
49:6,14,16,18,18
49:23 50:7,10,11
50:13,22,22 51:2
51:12,15,20,21
52:9,11,18 54:4,4
55:8,8,10,25
56:17,18 57:2,13
57:14,15,15,17,24
58:5,5,13,22,24
59:7,12,19,23
60:1,18,24 62:1,4
62:13,16,21,23,24
63:5,6,9,25 64:1,4
64:10,21 65:17,23
66:9,19 67:3,9,12
68:14,16 69:1,2,2
69:3,5,5,5,16,22
69:25 72:2 74:13

74:21,23,24 75:4
75:6,8,11,12,13
75:18 76:4,14
77:4,17,18 78:20
79:5,16 80:1,17
80:22 81:2,16
83:10,15 84:5,8
84:14 85:8,16
86:7,10,15,15,17
86:20 87:3,9,12
87:16 88:5 89:1,9
91:4,12,23 92:7
92:15,18 93:11,13
94:2,12,23 95:3
95:11,14,15,15,16
95:17 96:7,13
97:9,10,13,17,24
97:25 102:7,11,13
102:13,16,17,18
102:18
**Gedenlines.com**
52:12
**Gedens** 36:11
**Geden's** 38:18 51:3
**Geden-owned**
94:18
**Genel** 1:6 19:13
57:18
**general** 15:6 16:24
18:25 19:7 21:10
23:2 24:9 72:6
**generally** 44:2
72:20,21,22
**George** 3:3 5:16
57:20 61:13 63:22
**getting** 35:1 67:24
77:25 88:16
**give** 6:15 7:20 8:10
18:22 26:23 62:20
63:4 64:1,5 65:6
68:7 69:7,11
76:18 81:17 83:24
100:22
**given** 94:3,13
106:12 107:7

108:11
**giving** 19:25 62:18
69:17,18
**glad** 7:17
**go** 5:8 7:8 20:25
26:4 34:17 37:25
48:12 66:12 81:1
104:21
**goal** 6:11
**goes** 32:21,21 74:9
77:7 92:10
**going** 7:19 19:12
20:4 24:25 36:9
38:9,10 43:18
46:4,14 47:1,1
49:3 61:12 69:12
77:20,23 78:3
86:4 96:19
**good** 54:10 60:4,6
**grace** 69:11
**great** 20:21 64:20
95:24
**greater** 74:3
**greatly** 104:1
**Greece** 7:24 9:9
**Greek** 7:8 23:6,7
**group** 8:8 12:23
17:2,18 28:6,9,12
28:18,21,25 29:4
29:6,11,25 30:7
30:14,16,23 31:14
31:19 32:4,5,11
32:13,16 33:8,12
57:2 58:6 74:25
75:9 83:17 100:14
**groups** 81:22
**guarantee** 76:17
**guaranteed** 66:9
75:11 77:17
**guarantees** 85:3
94:14
**guarantor** 30:13
42:22 64:2,4
**guaranty** 62:21
65:7 66:15,18,21

66:24 67:2,8 94:3
94:13 95:1
**Gulsun** 28:19,24
33:10
**guy** 7:14
**G-e-n-e-l** 57:18

## H

**half** 18:19
**halfway** 54:9
**Hampton** 8:2
**hand** 106:12
**handled** 18:16
**hang** 61:17 85:12
85:12
**happen** 16:18
**happened** 17:24
**happy** 5:8 38:4
97:2,6
**HARRIS** 106:6
107:1 108:1
**head** 6:18,18
**header** 20:12,25
26:2 71:8 74:16
80:8 81:5
**hear** 7:18 30:8
60:12 67:23 73:13
**heard** 19:3 91:9,10
**hearing** 104:19,20
**held** 21:13 24:11
**helpful** 83:24 92:12
**Hermitage** 81:8
**he/she** 106:10
**higher** 15:21
**hire** 15:22
**hires** 24:17,18 44:4
44:7,11 46:11,12
68:8 71:3 81:24
87:14,14 88:11
98:18
**hold** 21:11 24:10
28:17 73:10,15
**holder** 22:22,25,25
**holding** 24:3 27:21
30:14 56:1,19
62:22 63:5 66:25

93:14
**Holdings** 1:8,8 3:8
3:9 5:12,12 25:15
25:21,25 26:20
27:13,17,19,25
28:6 29:22,24
30:7,9,18 32:4
33:16 34:23,23
35:5 36:11,16,17
36:20,20,24,25
37:14,21 38:20
42:3,5,16,21 43:9
43:10,16,22,23
44:2,15 45:2,6,13
45:14,24 46:1,1,9
46:20,21,21 47:6
47:7,11,12,13
48:14,14,21,21,25
49:1,18 50:13
53:11,12 54:4
56:18 58:1,1,5,9,9
60:3 62:21 63:5,7
64:1,4 66:9,19
67:9,12 69:2
75:11 79:16 80:1
80:22 83:15 93:13
95:15,18 102:7,12
102:13,13,18
**Honea** 3:14 5:13,13
38:1 67:24 68:17
80:10 100:23
**honest** 17:14,14
**hope** 104:4
**hopefully** 97:8
100:25
**hours** 95:21
**Houston** 1:2 2:8 3:5
3:16
**How's** 68:1
**huge** 39:18
**hypothetical** 89:19
89:23 90:17 96:17
96:20
**hypotheticals** 89:15
**H-e-r-m-i-t-a-g-e**



81:9

**I**

Icon 81:22
idea 6:6
identified 20:15
  78:18
identify 91:9 98:4
  98:20,23
identity 106:9
IMO 51:25 52:3
impact 7:15
implicate 6:23
include 10:3
includes 41:22
  91:21
including 25:14
incorporated 45:17
incorporation 43:9
  43:15 44:14 45:5
  47:6,9 48:2
incorrect 31:6
incurred 41:23
indebtedness 73:1
INDEX 4:1
individual 101:20
information 12:12
  19:25 43:12
  104:11,11
initial 13:3 75:21
  78:15,24
initially 26:4
initiate 96:3
inspected 15:12
inspections 13:23
instance 2:2
instances 50:21
  51:11
instruct 59:12,23
  60:12
instructed 29:16
instructing 59:7
instructions 9:12
  22:5 59:19
instrument 106:10
insurance 17:11

39:5 51:5 52:22
insured 39:5
intent 61:14
interchangeable
  58:21
interest 10:22
  22:15 29:11 32:12
  33:11,15 71:17,20
  73:4 77:6 79:6,16
  85:15 87:13 94:17
  94:25 95:4,11
  99:22 100:6
  107:12
interests 10:17,19
  10:25 28:18 33:7
  58:16
intermediate 30:14
internal 8:2
International 5:10
Internet 29:8
introduce 5:4
investigate 87:15
invoice 45:11,13,15
involve 17:17
involved 14:18 16:9
  16:22 17:10,12
  18:8 19:18 70:18
  70:20,21
in-house 8:18,18
Islands 29:16 44:19
  44:23 45:12 47:16
  47:18,22 48:4,6,9
  48:18 53:21
issue 39:12 40:2
  49:2 53:25 55:23
  55:24 100:6
issued 45:11
issues 13:3
Italian 37:8
i.e 93:14,17

**J**

January 68:12
  79:12
Job 1:23 106:4
jobs 55:14

July 79:2
jump 23:3
June 62:19 68:18
  75:22

**K**

Karamehmet 28:13
  28:17,20,20,24
  29:7 30:2,15
  31:15,21 32:5,7
  32:11,16,21 33:2
  33:6,10,10 34:5
  35:17 37:1,1,3,4,6
  37:14,20 58:7,7,8
  58:15 64:19
  101:20,21,21,25
  101:25 102:6,17
  102:19,22
keep 6:16 69:19
  95:25 99:13
keeps 52:11
kept 52:19
kind 7:14 11:3,3
  43:23 50:25 59:8
  59:12,21 67:14
  68:5 71:20 72:5
  75:15
kindly 14:25 43:11
  75:5 94:4 96:17
know 6:13 7:7 9:11
  9:12 11:1,2,14
  12:8,14,25 13:7,8
  13:22 14:10 15:25
  16:2,5,11,20,20
  18:1,12 21:22,22
  22:11,13,14,16,17
  22:22 23:11,12,20
  23:22 25:13 28:19
  31:17,20 33:9
  37:24 39:3 40:25
  41:2 42:1,1,6,6
  44:17 45:1,3,4,7,8
  45:10 47:10,17,17
  48:19 49:2,5,17
  51:24,25 52:4
  53:23,23,25 61:6

64:17,19 65:6,13
  69:4 70:1,3,5,5,6
  70:9,10,11,11,15
  70:17,17,24,24
  71:15 73:9,14,24
  74:4 75:1 78:22
  78:25 79:9 82:4,7
  82:8 85:2,7,10,13
  86:25 91:3,7,14
  93:1,1,3 95:23
  98:8 100:19
  101:23 102:2,8,16
  102:24 103:1,6,10
  103:11,23
knowledge 70:13
  84:12
known 17:6 19:14
  106:8

**L**

labeled 20:23
Lampros 9:14 22:7
language 56:13,14
  57:11,23 83:6
largely 7:7
late 69:6
laughing 103:20
law 7:25 11:13,24
lawyer 7:24,24 8:18
  12:7,9 13:20 17:6
  31:18
lawyers 31:1 68:19
learn 13:12
leave 97:20
leaving 92:15
left 95:22
legal 1:20 8:2,18
  9:10 11:11,12,15
  13:2 14:3,6,6 18:9
  18:12,12 22:7
  93:12,18
lenders 41:13
length-arm's 86:3
letter 25:22 27:17
  27:19 62:19,21
  63:4,13,14,20

64:1,5 67:15 95:2
letters 25:23,25
  64:7 65:7 66:18
let's 26:4 36:5
  43:19 44:13 57:17
  57:22 58:18 66:12
  70:12 78:8 80:7
  80:25 83:21 86:13
  95:17 97:7
liabilities 82:1
  84:15 90:14 91:5
  91:15 99:18
liability 24:19
  47:23 48:5 90:20
  90:25 97:20
liable 24:11
libel 21:12
Liberia 10:21
Liberian 9:8
licensed 7:25
limit 36:5
limited 21:15 36:11
  47:22 48:5 62:21
  93:14
line 21:6 60:18
  105:3
lines 1:7 19:14
  25:11 26:10,20
  27:11,25 29:20,22
  30:20 32:18 38:19
  39:1,6,8,13 41:8
  42:15 45:25 46:9
  46:20 47:13 49:14
  49:16,16,18 52:11,18
  54:4 55:8,25
  56:17 57:14,15,18
  57:24 58:5,13,22
  58:24 59:7 60:1
  62:4,16 69:3
  74:13 79:5 81:16
  94:23 95:16,17
  96:1 102:16,17,18
LIQUIDITY 1:3
list 71:13,14,15
listed 19:10 71:6,17

71:21 72:1 83:9
83:23 84:13 85:9
87:4 88:6,25 89:1
90:6 92:23 96:8
97:10
**little** 8:20 19:4
31:24 73:11,11
**Livanos** 8:8 17:2,4
17:4,10,10
**LLC** 1:6,8,8,8 3:8,8
3:8,9 5:11,11,12
5:12
**LLM** 8:1
**LLP** 3:10
**loan** 29:9,9,14,14
29:17 34:5,7 41:3
41:5,5,7,12 44:16
50:15 82:12 84:21
**loans** 64:3
**local** 101:2
**located** 82:19
**long** 37:8,9 75:1
**look** 20:4 26:7,14
58:19 63:21 80:7
80:25 81:4 92:2
**looked** 74:10,18
93:21
**looking** 54:18 71:6
72:6 74:8 78:10
82:17,22 91:18
101:10,19
**lose** 96:24
**losses** 41:23
**lot** 14:17 17:16
**Loy** 1:22 2:5 107:5
107:19 108:21
**LPG** 11:5,7 24:4
**L-i-v-a-n-o-s** 17:3

**M**
**machine** 2:7
**MAGNA** 1:20
**maiden** 37:4
**mailings** 39:4
**main** 39:5 97:22
102:9

**maintained** 52:11
**major** 13:17 14:23
15:1 80:17
**majority** 8:24
23:20,22 25:8
**majors** 12:11,16,18
12:23,24 13:7,9
13:11,19,25 14:9
14:11,15,20 15:5
15:7,19 16:15
**making** 104:2
108:12
**Malta** 10:21 25:15
**man** 12:9
**manage** 11:4 16:12
80:5,20 81:2,23
**managed** 10:23
11:9,17,21 16:14
87:10
**management** 9:19
9:20,21 10:1,13
12:21 16:10,13,21
21:21 24:2,5
25:14 38:18,25
39:1,7,11 40:1,15
40:20 51:6 53:7
56:18 62:18 69:4
70:4,20
**manager** 8:18
11:11 16:5,19
49:15,16 52:16
62:17
**managers** 16:9
22:19
**manages** 8:22 9:1,2
9:7 10:6,8,16,20
11:1 40:10,11,11
40:14,16 53:1
56:11
**managing** 53:9
55:24,25,25 56:4
**March** 62:8 63:14
76:7,23 81:9,11
**maritime** 7:25 8:7
8:13,15,19,22 9:4

9:8,11,13,16,18
10:4,6,11,12,18
10:20,24,25 11:4
11:10,18 14:21
17:6,12,19 22:2,6
22:17,22 23:14,24
24:5 39:10,13,15
39:17,18,25 40:3
40:8,9,11,18 44:3
53:1,2,2,6 55:18
55:19 60:10 76:2
76:5 78:16 79:6
79:17
**marked** 24:23
**market** 17:1,25
18:23,23 46:13
68:16 74:8 83:3
86:8 91:3 92:19
92:25 100:11
**married** 37:4
**Marshall** 29:16
44:19,23 45:11
47:16,18,22 48:3
48:6,9,18 53:21
**matter** 6:3 11:12
14:14,16 15:6
16:24 18:25 19:7
21:10 23:2 24:9
72:6
**matters** 17:11
**ma'am** 40:4 61:17
63:1 65:8 67:7
76:16 80:21 84:17
88:12 89:8 92:3
99:3
**mean** 10:19,22,23
13:8 16:9 41:21
53:17,18 55:3,7,9
55:11 56:6,24
69:5 71:24 80:3
82:9 92:14 93:19
**meaning** 94:24
**means** 27:4 100:7
**meant** 56:15
**medication** 7:10,15

**meeting** 46:6,8
103:12,16
**meets** 52:23
**Mehmet** 101:19,24
102:6,17,21
**member** 48:1 103:1
103:2
**members** 28:13,17
31:15 32:5,7,11
33:1,6 35:17
53:18 58:7,8,15
58:15
**membership** 48:7,8
53:19
**memo** 13:13
**memory** 7:15 33:21
93:8 101:12
**mentioned** 22:1
**message** 30:3
**met** 69:4
**middle** 60:17
**million** 23:17
**millions** 23:17
**minute** 61:3 85:12
100:25
**minutes** 27:4
100:25 103:19
**mischaracterize**
72:16
**moment** 6:25 42:22
50:14 101:11
**money** 15:9 39:18
46:20 72:12,14
88:21 89:6 98:10
98:13,17 99:13
**months** 14:18
**mortgage** 69:21
74:2 94:25
**mortgaged** 11:18
**mortgages** 11:14
90:15
**motions** 89:24
**move** 52:5 60:15
78:3,8
**Moving** 93:6

**N**
**N** 3:1
**Naklitayi** 1:7 19:14
**name** 5:24 17:6
21:7 22:3,9 31:20
33:18 37:4,4,7,8,9
45:12,14,19 48:11
48:11 57:15,18
99:13 105:2 106:9
**names** 23:7 54:5
91:2,5 99:11
102:5
**NASDAQ** 21:25
23:16 80:5
**nature** 49:20 61:21
85:14 89:21 90:21
91:8 96:20
**NAVIGATION** 1:6
**Nazil** 28:19,24 34:8
37:3,6,14,20
101:21,25
**nearly** 81:21 95:24
**need** 6:8,9 18:4
27:4 36:3 39:16
57:22 76:16,20
96:2,4
**needs** 6:12 44:21
57:21
**negotiated** 65:10
**negotiations** 68:7
68:13,21
**Neil** 3:10 5:8 37:23
**neither** 107:8
**neurtral** 92:18
**never** 75:12
**nevertheless** 65:15
66:2
**new** 3:11,11 41:17
42:17 56:1 76:4
82:12,13 83:14,15
85:1,3,3 87:10
93:14 102:15
104:10,10,11,11
**newcos** 83:3 92:9
**Nicola** 22:23



nine 71:13 83:8,16
  83:23 85:9 99:20
nod 6:18
nominated 25:21
  25:24
nominating 64:5
nomination 25:25
  62:18 64:5
nominations 25:22
non-lending 42:18
  82:2
non-owned 60:21
normally 11:19
  98:8,9,9,10
NOTARY 106:16
note 61:8
noted 106:2
notes 39:5 51:6
notified 108:5,7
nquartaro@wfw....
  3:12
number 19:10
  34:16 37:24 38:21
  38:23 41:9 83:25
numbered 2:4
numbers 49:9
  51:25 52:3
N-e-w-c-o-s 83:4

**O**

oath 106:8
object 36:9 43:18
  66:5 88:14,14
  89:14 96:19
objection 36:15
  66:13
objections 87:12
objective 56:20
objectives 55:3,12
  55:16 56:5,14,25
obligation 41:4,15
  48:10,10
obligations 46:11
  69:8,10 97:24
  98:2
observant 53:22

observe 53:12,14
obtain 65:21 66:15
  68:25 69:15,17
obtained 66:24
  67:9,11 68:24
  69:14
Obviously 78:6
occasions 74:4
occur 78:24 82:11
occurred 78:13
  82:15
Occurs 82:12
Octavian 81:22
offer 79:1
offering 75:22
  78:12,16,24 79:13
  80:2,4,18,20
office 38:15 106:12
officer 9:13 14:5
  22:6 60:2 103:6
  108:8
officers 41:9 59:22
offices 2:7 49:9
  52:21
oil 11:25 12:3,5,11
  12:15,18,22,24
  13:7,9,11,17,19
  13:25 14:9,10,20
  14:23 15:1,5,7,19
  16:15
okay 6:1 7:6,13
  8:11,20 9:15,18
  9:22 10:10 11:3,8
  11:17 12:5,22
  13:10 14:12 16:1
  16:24 17:23 18:15
  18:20,25 19:19,22
  20:3,11,21 22:8
  23:12,23 24:6,9
  26:5 27:7 29:10
  31:5 33:6 34:16
  34:21 35:22 37:9
  37:13,18 40:7,13
  40:17,22,25 41:18
  42:2,7 44:12,21

45:12,16,20 47:10
  49:4 51:17 53:10
  54:6,7,18 55:17
  56:24 57:6,22
  58:18 60:9,15
  61:24 62:12 63:16
  64:14 65:1,14
  66:2,24 67:18
  69:6,9 70:16 71:4
  71:16 72:6,15
  73:2 74:17,19
  75:12,16 78:9
  79:14 81:4,8
  82:17 83:8 85:12
  85:18,22 91:16,18
  92:2,6 94:6 95:19
  97:11 98:20,25
  100:19 101:18,24
  102:4,16,21 103:6
  103:9
old 7:23
once 15:18,18 16:4
onerous 104:4
operated 74:23
operates 75:7
operating 75:7
operation 12:13
  39:3,7 50:5,6
  52:10
operational 102:22
operations 9:9 52:8
  52:9,22 55:15
  83:17
operator 12:7,8
  60:2,19,21 62:14
  62:25 75:19
opportunity 60:3,6
  61:16 76:18,20
opposite 34:12
ORAL 2:1
order 13:17 42:17
  44:4,8,22 68:12
  81:16,18,19,25
  84:15 85:4 90:13
  90:19 91:14 96:24

99:18
ordinary 53:21
organization 29:1
  29:13 45:5,25
  46:21 48:14
organizational 9:6
  45:8 47:10
organized 9:4
  44:22
outset 5:21
overcomes 66:13
owe 39:18 72:12
owed 72:19
owned 10:17,24
  26:20 27:11,13,24
  27:25 28:13 29:19
  29:22,24 32:4,5
  33:25 34:3 56:11
  58:5,5,6 63:9
  65:17,23 69:2
  74:23 92:8 94:2
  94:12
owner 16:18 21:20
  22:1,4 30:1,7,8,18
  31:15,18 40:16
  56:19 60:19 62:13
  62:24 63:5 66:15
  66:18 71:23,24,25
  73:18,23 75:19
  76:23 80:23
owners 8:23 23:14
  23:17 40:9,14,19
  40:20,23 52:25
  53:6 62:24 65:11
  66:3,3,20 67:11
  67:16 68:25 69:1
  78:5 94:16 102:20
ownership 10:3,5
  10:11,12,13,21
  22:14 23:25 24:1
  25:3,10 27:8
  28:17 29:11,18
  30:11 32:12,20
  33:7,11,22 35:13
  35:14,17,23 36:7

37:10 58:16 65:16
  65:20,22 73:4
  79:5,16 83:14
  84:5,6,8,9 93:13
  102:7,17
owning 41:17,17
owns 9:5,11 21:23
  22:17 25:19 26:12
  27:19 28:24 32:11
  35:16 36:19,21,24
  37:14 62:2 64:2
  75:7

**P**

P 3:1,1
page 4:2,11 20:18
  21:3,4 26:2,4,5,5
  33:20,23 54:19,22
  54:23,25 73:8
  74:14,16,19 80:7
  80:8,9 81:4 82:19
  82:20 91:19,19,20
  93:7,22 100:15
  101:12,13,15,17
  105:3
pages 20:25 28:3,3
  71:8,10 74:22
paid 44:22 45:1,3,4
  45:7,8,10 86:15
  96:13
paper 18:4
papers 6:3 19:5
  38:13 54:7
paragraph 26:6,14
  27:1 28:2 31:5,10
  33:20 54:20 55:5
  57:6,8 58:18
  60:17 61:16,18,22
  62:15,25 71:7
  72:2 74:10,15,16
  74:18 75:17 77:8
  83:25 84:2,13
  85:9 87:4 88:6,25
  89:1 90:6 91:19
  92:3,4,23 93:9,22
  96:8 97:11 101:10

**MAGNA**
LEGAL SERVICES

EXHIBIT 3

101:19
**paragraphs** 75:17
　93:6
**parent** 34:22 35:4
　35:11 57:24 58:13
　77:17
**part** 14:1 17:7 57:2
　60:18 67:2 83:16
　83:17,18 98:10,13
　102:18
**particularly** 66:11
**parties** 8:25 13:2
　14:2 16:12 39:6
　44:10 107:9
**Partners** 42:14
　43:25 46:2 59:15
　81:6,17 84:25
　100:13
**party** 25:22 30:2
　51:20 62:5,20
　64:6 65:18 72:19
　77:16 98:24
**patient** 69:7,18,19
**pay** 45:15 46:10
　47:8,19 49:3 69:6
　69:7,8,19 81:23
　82:1 87:10 88:21
　89:5 90:16,17,17
　90:20,25 91:5
　97:23 98:1,10,13
　98:18,19 99:14,18
　99:25 100:13
**paying** 45:18
**payments** 68:3
**pays** 46:23 48:24
**pendency** 64:11
　67:4,13 72:3
**pending** 39:23
　64:25 87:21 94:8
**people** 49:9,11,25
　56:12 59:6,7
**percent** 28:21,24
　33:15,17 34:2,4,4
　34:7 73:12 102:9
　102:9

**perfectly** 89:22
**perform** 55:22
**performance** 13:3
　62:4,21 66:18,22
　75:11 77:18 91:2
　94:2,13 95:1
**performed** 62:1
**performs** 39:10,25
**period** 69:11
**periods** 77:19
**person** 12:24 18:7
　31:19 50:6 52:14
　64:8 76:19 96:24
　106:9
**personal** 59:25
　70:13
**personally** 70:5
　106:8
**persons** 30:15
　52:12,13,13,21
**Phelps** 2:7 3:15
　5:13 96:2
**Phyllis** 1:22 2:5
　107:5,19 108:21
**physical** 30:15
　31:19
**pictures** 13:1
**Piraeus** 7:24
**place** 25:11 74:11
**plainly** 77:15
**plaintiff** 1:4 3:2
　64:14 65:1 71:16
　71:18 77:15 86:23
　87:6,7,22 88:8
　89:3 90:2,4,7,23
　91:11,13 94:1,11
**plaintiffs** 5:17
　37:20 65:15 75:13
　89:10 94:22 98:5
　98:21 99:5 100:5
　100:11 104:18
**plaintiff's** 90:1,4
**plan** 31:3 43:4 44:1
　50:14 53:3 78:20
　87:11 90:18,19

**plans** 88:20
**play** 34:24 36:11
　42:21 102:14
**please** 5:4 6:12,24
　12:2 14:25 26:24
　31:9 36:13 39:22
　43:19 47:25 51:9
　61:2 64:24 69:7,7
　87:19 88:2 91:22
　92:21 94:4 95:14
　95:20 96:16
　103:14
**point** 14:3,5 76:18
　80:14 100:3
**portion** 63:25
**pose** 6:7 104:13
**position** 14:19
**positions** 60:2
**possible** 73:9,14
　76:3
**power** 18:13
**practice** 7:16 66:23
　66:25
**premises** 60:8
**prepare** 70:25 71:2
　71:5
**prepared** 47:12,15
　47:15
**prepares** 48:6
**presence** 60:11
**present** 5:14 59:22
　103:20
**presented** 99:11
**pressed** 77:9,15
**previous** 8:7 50:17
　88:3
**primary** 20:4
**printed** 74:22
**printouts** 74:13
**prior** 16:25 21:13
**probably** 7:1
**problem** 46:10,14
　67:6,22 87:11,15
　89:6,6 90:18
**problems** 31:3 44:1

53:4 67:8,21 68:2
　68:14,16 69:10
　76:14 77:5,22
　81:20 85:3
**Procedure** 2:9
**proceed** 20:22
**Proceedings** 104:25
**process** 6:11 13:2
**processes** 13:18
**produce** 63:22
**produced** 2:2 20:13
　37:19,24 63:17,18
　63:19
**product** 31:2
**production** 37:19
　38:2 63:17
**profit** 60:19,21
　62:14
**profits** 41:22
**project** 81:8 83:18
**pronouncing** 5:24
**property** 51:3,3
　92:16
**proposal** 99:17
**proposals** 81:17
　84:25
**proposed** 20:5 25:1
　27:8 65:18,24
　66:16 79:24 80:21
　82:10,15 83:14,23
　92:24 96:8
**prospects** 11:13
**prospectus** 27:1
　46:3 75:22 76:3
　76:24 78:6,11,12
　78:15,18,23 79:4
　79:17 80:7
**protected** 7:3
**prove** 45:14,18
**proved** 106:8
**provide** 9:18,22
　20:3 39:5 41:13
　48:1 80:17
**provided** 6:22 19:6
　37:22 39:2 44:4

45:23,25 46:20
　104:12
**provides** 9:5,25
　38:25 39:1,11
　40:1 42:3,4 43:1
　53:7 76:3 82:25
**providing** 50:11
**Psara** 21:14
**public** 21:25 23:18
　37:16 50:3 59:15
　75:21 78:12,16,24
　79:1,12 80:2,4,6
　80:19 106:16
**pull** 65:15
**Punk** 21:13,14,19
　21:19,23,24
**purchase** 17:8 76:4
**purport** 59:23
**purporting** 59:12
**purpose** 43:3 77:3
　97:19,22 98:7,7
　98:16
**purposes** 106:10
**pursuant** 2:8
**pursuing** 55:2
**push** 95:25
**put** 20:1 31:20 36:2
　55:13 92:11
**putting** 100:15
**pyramid** 32:25
**P-s-a-r-a** 21:15
**P.C** 3:4
**p.m** 2:5

**Q**

**qualified** 7:23
**Quartaro** 3:10 4:6
　5:8,9,20 15:4
　36:12,14 37:18
　39:12,21 43:20
　45:17,18 57:19
　61:12 63:16,21
　64:23 66:7 77:3
　77:23 78:2,7
　87:18,25 89:20
　92:10 95:16 96:4

96:23 100:19,24
103:18 104:1
**question** 6:5 7:7,17
12:17 14:25 15:3
15:13 25:16 34:25
35:1,3 38:4 39:16
39:22,23,24 40:5
42:25 43:6,21
46:18,19,22 47:25
52:5 61:19 64:22
64:24,25 65:1,5,8
65:9 66:13 69:13
70:6 75:1 76:16
76:22 77:3,7 78:8
78:10,14 81:13
84:10,17,17 85:6
86:5 87:19,21,22
88:1,1,3,4,8,12,12
88:23 89:14 90:11
90:17 92:21 94:4
94:8,9 95:10,10
95:18 97:2,4,7,18
101:10 103:14
**questioning** 102:4
103:23
**questions** 6:2,7,7
6:15,21 7:20 35:2
36:3 38:9,10
76:17,20 77:11
96:17,20 97:1
104:7,8,10,13,19
**quick** 26:7 38:9
**quickly** 93:21
**quotation** 92:12

**R**

**R** 3:1
**rate** 15:21
**read** 19:5 26:24
27:2,5 31:9,11,12
39:22,23 55:7
61:2,5,8,23,25
64:23,25 77:13,14
80:16 87:19,21
88:1,3 94:7,8
101:18 106:1

**reading** 23:8 91:24
93:16 96:1
**readings** 14:4
**ready** 7:8
**reality** 88:19 97:25
**really** 6:2 49:14
52:4 56:6 74:9
79:14
**reason** 23:13 66:1
77:10 90:19 94:19
94:21 105:3
**reasonable** 36:15
**reasons** 108:11
**recall** 14:7 19:23,24
25:6,7 63:22
**receipts** 46:23
**receive** 39:4 52:11
87:13,14 88:10
89:16 95:8 98:16
**received** 86:15,20
87:3 88:5 89:2,9
89:16,17,17 97:13
99:10
**receives** 49:22
**receiving** 22:5
46:12 87:16
**rechecked** 20:1
**reciting** 108:11
**recollection** 26:8
61:21
**record** 5:1,5 6:17
6:19 23:11 36:2
38:3 54:13,17
57:17,19 80:16
88:22 93:16 101:4
101:8 104:21,23
107:7,12
**records** 37:16 50:3
94:14
**recourse** 94:1,12
**refer** 22:4 26:6
33:19 54:5 61:18
75:24 101:24
**reference** 12:16
74:15

**referenced** 61:16
79:24
**references** 61:9
75:21
**referred** 50:11
**referring** 12:19
24:25 26:2 29:4
41:6 49:14 74:20
81:7
**refers** 12:18,23
49:6 61:9
**refinance** 47:3,4
**refinancing** 85:3
**refresh** 26:7 61:20
93:8 101:11
**refreshes** 33:21
**refund** 47:1,2,3,4
**regarding** 102:19
**register** 29:16
47:16 48:5
**related** 38:8 44:14
107:9
**relationship** 72:13
**relative** 107:11
**reliance** 77:24
**relied** 76:24
**rely** 50:2
**remain** 80:23
**remember** 11:22,23
27:6 30:11 34:8
61:6,11 62:1
63:14 84:1
**reorganization**
80:22
**repeat** 12:2 14:25
43:11,21 59:3
71:19 75:2,3,5
92:21 94:4 95:17
95:20 96:17 97:3
103:14
**repeated** 43:23
97:1
**rephrase** 25:17
66:12 72:17 86:5
97:3,6

**replaced** 34:24
42:22
**reply** 79:8
**report** 14:5 18:22
42:14,14 43:3
46:3 59:15 81:6
85:1 99:17 100:13
**reported** 1:22 2:6
**reporter** 5:3 6:17
19:7,12 22:9,24
23:4 30:4 31:22
31:25 39:19,21
42:20 44:6 46:7
57:16 64:23 87:19
92:11 93:17 94:6
107:5,20 108:21
**Reporter's** 4:8
107:3 108:3
**reports** 18:2,7 42:8
43:25 46:13,25
50:3 59:15 68:15
68:17,18
**represent** 62:24
**representation**
60:24 63:1,2,8,12
63:24 64:10 67:3
67:12 74:21 75:4
75:15
**representations**
62:13 64:8,10
**representative** 22:7
**represented** 60:19
62:16 75:13,18
77:18
**request** 70:13,18,23
70:24 71:1
**requested** 22:24
30:4 31:22 39:19
42:20 44:6 46:7
57:16
**require** 14:8
**research** 25:8 32:14
32:18
**researches** 29:8
30:25

**reserve** 104:9,18
**resolve** 36:14
**respect** 19:8 25:3
48:13 49:12,12
62:6 85:8 99:20
**respective** 5:17,18
**respond** 76:20
**response** 61:15
**rest** 6:9
**restructure** 46:5,14
47:1 76:15 81:18
81:24 82:8
**restructured** 59:16
**restructures** 79:9
**restructuring** 31:3
43:4 44:1 50:14
53:3 78:20 81:9
82:4,7,10,15
87:11 90:18,24
**results** 97:24,25
**retained** 79:5,16
**returned** 108:14
**reversed** 34:10
**review** 11:12 14:12
38:4 61:16 83:25
108:8
**reviewed** 14:7 41:4
**reviewing** 101:12
**right** 11:25 15:14
16:2 21:17,22
41:18 42:24 45:1
51:2 52:16 56:13
57:14 58:12,16
65:14 76:8,22
79:3 80:23 96:3
96:12 98:23
103:22 104:9
**rights** 95:9
**RMR** 1:22 2:6
**role** 49:14 102:7,22
103:5
**roles** 55:22
**room** 6:9
**Rosalyn** 3:18
**roughly** 54:9



**Rule** 68:21,22
**Rules** 2:9

**S**

**S** 3:1
**salaries** 48:25 49:3
**sale** 17:8,17 18:3,12
  83:1,11 84:19,20
  85:7,18,21 86:24
  89:4,9,11 90:5,22
  91:11,13 95:5,13
  96:10,15 97:17,19
  97:22 98:5,21
  99:5 100:4,10
**sales** 83:14
**sale/purchase** 17:17
**satisfy** 100:18,18
**saw** 29:1
**saying** 5:22 22:4,11
  29:19 31:14 89:12
**says** 27:18,19 42:15
  57:23 60:18 63:4
  64:1 79:25 93:11
**schedule** 50:15 51:5
**schedules** 104:3
**scheme** 47:2
**School** 8:1
**scope** 90:24
**seaborne** 8:3
**seal** 106:12
**second** 21:3 26:23
  31:9 32:1 91:20
  104:22
**secret** 46:15
**sections** 62:2
**secure** 77:5
**security** 11:14
  67:16 68:3,4,5,9
  68:13,20,23,24
  69:1,14,15 70:14
  71:17,20 74:23
  75:4,8,10 94:17
  94:20 95:2 99:22
  99:24,25 100:6
**see** 5:23 23:18

60:22 61:1 67:18
  71:13 83:6
**seeing** 14:2,8
**seek** 21:11 67:16
  68:3,4,5,9 70:2
  77:5
**seeking** 68:20,23
**seeks** 24:10
**seen** 12:10 13:25
  14:2 29:6,13 34:6
  38:3 44:13,16
  46:14 63:23 84:20
  84:21 85:11,11,20
  86:2,3,25
**self-explanatory**
  90:15
**sell** 63:25 64:11
  67:3,12 75:13
**sellers** 18:11
**senders** 30:2
**sent** 13:13
**sentence** 57:12
  60:18 92:6,10
**separate** 52:9,19
  56:20 98:17
**separated** 55:14
**series** 19:8 38:7
  82:22
**serious** 14:17,19,21
**services** 1:20 9:5,19
  9:22,25 38:25
  39:1,11 40:1,5
  53:7
**settlement** 68:6
**seven** 8:6,7
**shake** 6:18
**share** 97:23
**shareholder** 23:20
  23:22 37:21 80:17
**shareholders** 23:17
  23:19 36:17
**shares** 22:22,25
  23:1 27:20 28:21
  36:19,21,24 37:14
  63:6 73:18,24,25

**ship** 27:9 72:7,18
  72:23 73:4,15,21
  74:3,3 85:15
  99:16 100:7
**shipowner** 73:10
  73:15,16,17
**shipowners** 91:4
**shipowner's** 73:3
  85:15
**shipping** 1:6 3:8
  5:11 18:24 25:12
  25:18,20 26:12
  27:9 46:13 55:21
  56:21 57:24,25
  77:17 91:3,23
  92:7
**ships** 11:3 60:21
  73:10 82:2 97:14
  99:23
**ship-owning** 9:2,25
  10:2 22:20
**short** 100:21,21
**Shorthand** 107:5
**show** 38:3 50:4,15
  88:22
**showed** 100:15
**showing** 37:20 59:4
**sign** 20:2 49:10
  81:16 108:10
**signature** 4:7 20:1
  21:6,7,8 105:1
  106:1 108:13
**signed** 27:18 64:7,8
**significant** 79:5
**similar** 39:9,24
  40:5,6 74:6
**simple** 14:14,16
  96:22,23,25
**simply** 81:19
**single** 9:5 55:2
**sister** 82:2
**situation** 44:9
  97:22
**situations** 74:1,6
**six** 18:18

**sketches** 32:20
**slight** 23:5
**slow** 31:24
**Sobotik** 3:18
**sold** 72:2,4 86:21
  89:1 93:19 95:12
  97:10
**somebody** 81:12
**somewhat** 77:9
  98:12
**soon** 79:2
**sorry** 15:12 22:8
  41:15 45:24 57:9
  64:22 73:13 74:10
  74:14 77:2 78:11
  78:14 80:3 81:12
  81:13 82:4 87:18
  93:21 98:12
**sort** 6:1
**sounds** 85:5
**sources** 37:15
**South** 8:1
**Southern** 1:1 20:14
  24:13
**speak** 7:1 27:5
**specialize** 13:23
**specialized** 18:6,22
**specific** 12:23 36:3
  36:3 37:2 38:4,10
  40:15,16 43:2,6
  49:2 50:9,21
  51:23 63:24 72:13
**specifically** 19:4
  49:21 54:20 61:9
  63:4 69:14
**spell** 22:8
**Spike** 21:20 25:12
  25:15,18,19,20,24
  26:12 27:9,24
  29:19 30:20 51:6
  56:21 57:24 60:16
  62:6 77:16
**spot** 8:25
**SPV** 25:11 27:9
**SPVs** 69:2 83:1

**standard** 83:17
**start** 7:19 44:13
  68:3 74:15 77:5
  83:21 86:16 95:17
**started** 67:21 68:2
  68:3,13,15,19,21
  68:22 77:4 81:21
  94:5 99:25
**starting** 25:11
  76:14 85:2 87:15
  95:21
**starts** 92:6
**State** 2:6 106:5,17
  107:1,6,20 108:1
  108:22
**statement** 41:22,25
  55:1 75:18 108:11
**statements** 41:1,3
  41:14,20 53:20
**states** 1:1 20:14
  68:20 77:15
**Stavros** 17:4
**Stealth** 8:6,13,14
  8:19,20,21,22 9:4
  9:8,11,13,16,18
  10:4,5,11,12,18
  10:19,24,25 11:4
  11:9,18,21,25
  12:3 14:1,13,20
  15:4 16:11,14,25
  17:12,18,19 18:19
  21:25 22:1,6,15
  22:17,22 23:14,14
  23:16,21,24,25
  24:2,3,3,5,12
  25:14 39:10,13,15
  39:17,17,25 40:3
  40:8,9,11,17 44:3
  53:1,2,2,6,8,9
  55:17,19 56:10,10
  60:10,25 70:4
  71:25 81:22 83:17
  84:16 87:10 90:4
  98:2 99:14,19,21
  99:22 100:14



Stealth's 21:21
stenotype 2:7
step 100:22
stock 36:7
stop 6:24
story 98:19
straddles 28:2
strange 56:3
stray 6:21
straying 7:2
Street 2:8 3:4,15
stretching 29:19
strike 57:9,9 83:21
  97:9
structure 9:6 25:4
  25:10 87:13
subject 57:12
subscribed 106:9
  107:14 108:15
subsequent 77:24
subsequently 77:17
  77:21,22
subsidiaries 24:12
  92:8
subsidiary 21:24
  46:4 78:17
substance 26:16,19
  108:10
substances 7:10
subtracted 73:5
succeeded 79:8,20
  80:1,2,3
success 64:20
suffered 31:4
sufficient 52:23
  59:17
suitable 61:15
Suite 2:8 3:15
sum 26:16,19
summary 7:22
  82:18
Summer 68:22
Supplemental 20:5
  25:1 108:3
supplied 50:23

supplies 51:21
Supply 50:16
supporting 43:24
suppose 88:18,19
  89:18
sure 7:1,9 15:1 16:4
  19:19 20:11 21:22
  29:3,3 35:1 54:6
  73:14 77:9 90:3
  98:14 101:2
surprises 6:4
swear 5:3
sworn 2:3 5:7
  107:14 108:15
S&P 17:13 18:15
  99:12

**T**

table 89:16
take 16:13 19:12
  26:7 29:15,17
  31:9 47:19 48:12
  54:10 58:18 59:7
  59:13,13,24,24
  60:12,13 65:20
  66:21 67:6 80:25
  81:4 91:20 98:15
  100:20,25 101:11
taken 2:3 104:14
  107:10
talks 67:25
Tank 21:13,14,19
  21:19,23,24
tanker 12:5 13:12
  17:1,8,24 18:23
  51:7 57:25 60:20
  62:2
tankers 1:7 3:8
  5:11 11:5,7,25
  12:3 14:8 17:17
  18:21 19:1 24:5
  29:17 30:12,13
  31:2 41:16 42:23
  45:9 46:1,22 47:7
  47:12 48:15,22
  49:1,19 50:5,15

  53:12 54:5 57:25
  58:10 82:13 93:17
Tanner 3:14 5:13
  96:1,5 100:21
tanner.honea@p...
  3:17
Tape 5:3 54:17
  101:8 104:24
tasks 57:4
tax 71:18
technical 9:18,20
  12:9 16:5,9,10,13
  16:19,21 38:18,25
  39:1,11 40:1
  49:15 52:15 53:7
telephone 3:5,12,16
  38:20,23 41:9
  49:9
tell 6:10,24 8:4,20
  72:16 81:14 85:23
  85:25 91:12 102:1
ten 47:19
term 12:11,15,22
  56:16 84:9
terms 14:8 79:4
  81:12,14 83:22
  84:4,10,11,12,18
  84:19 85:7,7,10
  85:11,13,20 86:2
  86:3,25
testified 5:7 33:15
  34:2 66:9 85:13
  99:21 100:5
testify 7:11 19:8,15
  55:17 76:18 77:21
  96:25
testimony 40:17
  41:11,12 72:16
  104:4,14 107:7,10
Texas 1:1 2:6,8 3:5
  3:16 20:15 23:5
  106:5 107:1,6,20
  108:1,22
thank 5:21,25 6:14
  7:5,6,13,17 8:9

  13:10 20:21 21:10
  23:10 35:22 40:7
  42:2,24 43:6
  51:10,11 54:12,18
  57:6 58:18 60:15
  65:14,14 66:2,2
  71:4,23 73:2,7
  74:1 92:12 93:6
  100:19,24 101:9
  103:21 104:5,5,5
thanks 104:15
theory 24:19 32:19
  46:16 58:21 99:3
thing 11:2 18:1
  32:14,15 35:6,8
  35:10 52:1 53:23
  55:10 56:3 61:8
things 13:24 14:4
  18:7,14 49:13
  69:8 96:22,23,25
think 12:4 13:1
  24:9 25:11,16
  30:3 32:25 34:10
  38:3 39:12 46:2
  52:5,22 54:9,10
  55:23 56:8 61:7
  61:13 63:23 64:3
  66:8,11 67:22
  73:2 77:13 85:24
  96:22 97:5 100:3
  100:21 101:1
third 72:19 80:13
third-party 10:8
thought 34:15,15
  93:22
three 47:18 67:5,17
  67:18,20 95:21
three-lines 63:19
thrust 77:10
Tickner 3:4
time 6:8 7:8,16 8:25
  11:22 13:14 14:16
  16:24 18:21 23:2
  33:9 41:19 54:8
  54:10 60:11 63:9

  65:9,10,17,23
  66:7,14 69:7
  71:16 77:9,15,19
  77:20 93:11,24
  94:9,16 96:3
  104:5
tire 94:5 95:21
tired 77:14
title 73:10,15,21
  93:12,19
titled 81:8
today 6:21 7:11
  19:16 20:4 41:11
  104:16
today's 104:3
Tokgoz 27:18 30:5
  33:17 34:3 50:7
  59:25 60:7 63:4
  64:7 68:7 69:6
  78:25 100:17
top 20:12,18 26:2
  31:23 49:24 70:4
  70:20 80:11,14
  91:20
tough 74:8,8
trade 57:15,18
trader 14:20
transaction 79:3
  83:12 86:3 87:1
  89:25 98:13
transactions 17:13
  17:17 18:10,16
  83:1 98:1,8,11
  99:12 100:12
transcript 107:7
  108:8
transfer 12:20 84:5
  84:19,20 86:6
  92:18,23 93:18
transferred 42:16
  50:19 83:10,10,15
  84:8,13 85:16
  93:12 102:15
trick 6:7
tricks 6:4

**tried** 69:17 77:21
79:1 91:1,4
**true** 52:25 106:2
107:7
**try** 6:15 31:24 36:5
97:5 99:24 100:17
**trying** 27:22 31:16
32:24 34:11 61:19
66:10 102:5
**Tugrul** 27:18 30:5
33:17 34:3,5,9
44:3 50:7 59:25
60:7 63:3 64:7
68:7 69:5 78:25
100:16,17
**Turkey** 38:15,16
64:18
**Turkish** 19:13
33:18
**turn** 26:1,1,4,22
27:13 28:2 91:18
**turned** 58:6
**turning** 19:4 21:3
54:19 82:18
**two** 37:17 52:19
62:1 77:19 93:6
**type** 6:23
**typically** 11:18,20

___ **U** ___

**Uh-huh** 21:5 26:18
52:17 82:24 86:19
93:10
**UK** 68:19,19
**ultimate** 31:17,18
**ultimately** 28:12
33:1 37:10
**unaffiliated** 9:23
**uncomfortable**
6:11
**uncommon** 55:20
**undefined** 85:25
**understand** 6:5
10:14 12:15,17,19
12:22 13:6 15:3
15:13 19:7,15,17

25:9,19 29:10,18
30:6,25 32:19
33:7,14 35:9,9
36:2 39:14,14
40:4 41:11 43:5
44:21 46:16,16
49:6,20 50:19,20
53:14 62:23 64:9
69:13 70:22 72:18
77:7 78:11,14
80:21,24 83:13,13
83:19,20 85:14
86:1,1 89:8 90:3
90:21 91:8 95:23
96:21 97:18,19
99:3 100:2
**understanding**
14:14 16:17 17:23
18:20 23:24 28:16
28:23 30:6 38:24
48:13,20 72:10
73:7 81:1,15
82:14 83:8,21,22
84:4,7,18 102:6
**Unfortunately** 74:5
**United** 1:1 20:14
68:20
**universal** 46:3 76:1
76:5 78:16 79:6
79:17
**University** 8:1
**unpaid** 24:17,18
**unsecured** 94:23,24
95:4,7,12 96:9,11
96:14 97:16,21
**use** 6:9 16:18 53:8
64:4 82:19 92:17
93:18 102:5
**user** 66:22
**uses** 51:3
**utilize** 13:19
**U.S** 44:24

___ **V** ___

**value** 18:2,21 19:1
72:24 73:5,12

74:3 83:3 86:8,20
87:3 88:5 89:2,10
92:20,25 97:13
98:15,16 100:11
**values** 17:24
**various** 9:1,1,9 12:8
12:9,12 22:20
24:4,7 29:2,8 31:1
31:2,3 52:25
55:16,19 56:25
68:15,17,18
**verbal** 6:16
**Verification** 20:24
**verified** 19:23 20:5
25:2 99:4
**vessel** 13:16,17
14:24 15:2,6,9,11
15:18,18,24 16:4
16:14 17:24 21:21
22:20 40:11 50:10
50:11,23,23 51:13
51:22 52:1,2
60:16 62:6,18
63:3 64:21 69:22
69:25 71:20 72:24
73:1 98:22
**vessels** 8:22,23,24
9:1,2,6,7,7 10:1,6
10:7,8,10,17,20
10:23 11:1,9,17
11:21 12:20 13:11
15:4,4,16 16:12
17:8,9 18:3 23:13
24:18 25:14 27:20
30:12 39:3,7,10
39:25 40:9,12,14
40:16,19,21 41:8
44:5,7 49:15,16
50:19 51:5,6,14
51:15,15,16,21
53:9 56:11,11
60:20 62:3,14,25
63:6,10 64:2
65:17,22 66:19
69:2 71:6,13,17

71:21 72:1 74:23
75:6,7,19 76:4
81:20 82:2 83:9
83:16,23 84:5,13
85:2,9,16 86:7,11
86:18,21 87:4
88:6,25 89:1,2,9
89:10 90:6,22
91:2,6,12 92:7,23
93:13 94:2,12,18
95:1,4,6,12 96:7
96:10,14 97:10
98:6,16 99:6,16
99:21,25
**vetted** 14:8 16:4,14
**vetting** 13:18,23
**vettings** 13:21,24
15:17
**Video** 3:10
**VIDEOGRAPH...**
3:18 5:1 54:13,16
101:4,7 104:23
**VIDEOTAPED**
1:11 2:1
**view** 35:9
**visited** 60:7
**voice** 67:22
**voluntarily** 69:1,16
**VS** 1:5

___ **W** ___

**waiting** 100:9
**want** 6:25 23:11
39:14 48:11 72:15
75:2 88:16 101:2
**wanted** 78:8
**warranties** 69:18
**wasn't** 79:14 95:10
**was/was** 108:13
**water** 6:8 101:1
**Watson** 3:10 5:9
**wave** 96:4
**way** 6:12 66:12
90:7,15 91:10
97:7 98:4,20
99:15,19 100:9

**website** 23:18 62:4
74:13,22
**weren't** 78:6
**Western** 50:16
**we'll** 6:25 52:5
72:17 76:18 92:17
**we're** 6:18 7:19
20:4,12 24:25
35:1 67:24 69:12
73:8 74:5 77:23
89:22 90:2 95:24
96:3 101:1
**we've** 69:20 100:6
**wide** 7:8
**Williams** 3:10 5:9
28:20 37:5,6,21
101:21 102:3,9
**Williams's** 101:22
**wish** 54:5
**witness** 2:2 5:3 61:8
61:15 77:13 87:19
88:22 96:20
104:19 105:2
108:5,6,9,10,12
108:13
**witnesses** 104:22
**word** 92:18 93:18
**words** 72:15 78:23
14:17 32:18 38:5
91:7
**working** 8:6,7
14:19 15:16 18:19
18:24 60:9 104:2
**works** 54:11 55:24
**world** 64:18
**writing** 76:19
**wrong** 34:14 85:6
**www.MagnaLS.c...**
1:21

___ **Y** ___

**yard** 52:2
**yeah** 20:7 26:5,5,9
26:21 54:23,23
57:9,22 71:9



75:20 80:12
101:14
**year** 17:14
**yearly** 53:20
**years** 7:23,23 8:6,7
  11:6 14:18 18:17
  18:18,18 37:17
  67:5,17,19,20
  77:18 91:7
**York** 3:11,11

**Z**

**Zukar** 22:23

**$**

**$450** 47:19

**1**

**1** 4:12 5:3 24:23
  25:1 54:18,21
  62:5 64:15 65:2
  65:19,24 66:17
  72:3 74:9,12,20
  76:10,11,12
**10** 71:10 73:12
  91:19
**10:49** 54:14
**10:49 a.m** 54:15
**10:59 a.m** 54:15
**10036** 3:11
**105** 4:7 81:4
**107** 4:8
**11** 17:14 33:24 71:8
  71:9,10 93:7
  101:13,16,17
**11th** 3:11
**11:00** 54:17
**111** 82:20,20,21
**1133** 3:11
**12** 33:20,23 71:8
  93:7 101:12,17
**12/31/16** 107:22
  108:24
**12:13 p.m** 101:6
**12:14** 101:5
**12:29 p.m** 101:6

**12:30** 101:8
**12:34** 104:24
**12:35** 2:5
**12:35 p.m** 104:25
**13** 33:23
**1300** 2:8 3:15
**15** 34:4,8
**17** 80:7,9,11
**173** 91:19 93:7
**18** 20:25
**18th** 75:22
**19** 20:25 21:4

**2**

**2** 54:17 61:25 74:9
  74:12,20
**2nd** 62:19
**20** 7:23 91:7
**200** 48:3
**2000** 67:20
**2008** 74:5
**2009** 8:12
**2010** 19:2 25:13
  62:8,19 63:14
  76:8,13,23,25
  77:4 78:4 94:1,11
  94:16
**2012** 17:25 75:22
  76:24 78:6 79:2
**2013** 67:20 68:2,12
  68:15,18,22 79:12
  81:10,11
**2014** 2:4
**2015** 1:12 5:2 17:15
  31:4 44:2 76:13
  107:15
**212)922-2200** 3:12
**22** 54:20 55:6,7
  57:6,7,8,10,23
**225124** 1:23 106:4
**23** 26:6 58:18 60:15
  60:15 62:15 63:1
  74:10 75:17 77:8
  93:22,22
**24** 4:12 26:14 27:1
  107:14

**25** 28:2 31:6,8,9
**26** 74:10,16,19
**26th** 62:8 76:7,23

**3**

**3** 4:3 75:21,24 76:1
  78:10,15 101:8
  104:24
**3rd** 8:12
**30** 108:6
**33** 20:17
**33-1** 20:15,20
**3301** 107:22 108:23
**34** 91:19,21
**34-A** 92:6
**36** 71:7 72:2 84:2
  84:13 85:9 87:4
  88:6 89:1 90:6
  92:23 96:8 97:11
**37** 93:7,9
**39** 33:20,25 101:10
  101:19

**4**

**4** 81:4 82:10,14,17
**4:15-CV-1645** 1:5
**4:15-CV-1673** 1:5
**4:15-CV-1675** 1:6
**45** 7:23
**450** 44:24

**5**

**5** 4:6 54:23,24
**50** 17:13,13 18:15
**500** 2:7 3:15

**6**

**6** 26:4,5,5,5 28:3
  54:19,22,25 93:22
**6th** 81:9,11
**60** 17:14 18:15

**7**

**7** 28:3 93:23
**713)626-1386** 3:16
**713)936-2427** 3:5

**72** 80:8,10,11
**7210** 3:4
**75** 34:7
**77002** 3:16
**77055** 3:5

**8**

**8** 28:3 74:16
**85** 28:21,24 33:15
  33:17 34:2,4,5,8
  34:14 102:9
**866)624-6221** 1:20

**9**

**9** 1:12 2:4 91:20
**9th** 5:2
**9:29** 2:5
**9:30** 5:2

