UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PSARA ENERGY, LTD. | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. 1:18-CV-00178 |
| SPACE SHIPPING, LTD.; GEDEN HOLDINGS LTD.; ADVANTAGE ARROW SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; FORWARD HOLDINGS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET-WILLIAMS; and TUGRUL TOKGÖZ | § | ADMIRALTY |

## ORDER

ON THIS DAY the Court considered the Advantage Defendants' Motion to Vacate Attachment or, Alternatively, for Reduction in Security. Having considered the pleadings, the evidence presented, and arguments of counsel, if any, the Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED that the Order authorizing the attachment of the motor tanker ADVANTAGE ARROW (Doc. 4) be vacated, and that the ADVANTAGE ARROW be released from attachment.