# EXHIBIT 1

United States District Court
Southern District of Texas
**ENTERED**
November 23, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ECLIPSE LIQUIDITY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1645 |
| | § | |
| AVOR NAVIGATION LTD., | § | |
| ADVANTAGE ARROW SHIPPING, LLC, | § | |
| GENEL DENIZCILIK NAKLIYATI | § | |
| A.S. a/k/a GEDEN LINES, | § | |
| ADVANTAGE TANKERS, LLC, | § | |
| ADVANTAGE HOLDINGS, LLC, and | § | |
| FORWARD HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

Consolidated with

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1673 |
| | § | |
| SPACE SHIPPING, LTD., | § | |
| ADVANTAGE ARROW SHIPPING, LLC, | § | |
| GENEL DENIZCILIK NAKLIYATI | § | |
| A.S. a/k/a GEDEN LINES, | § | |
| ADVANTAGE TANKERS, LLC, | § | |
| ADVANTAGE HOLDINGS, LLC, and | § | |
| FORWARD HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

Consolidated with

| | | |
|---|---|---|
| TANK PUNK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1675 |
| | § | |
| SPIKE SHIPPING, LTD., | § | |
| ADVANTAGE ARROW SHIPPING, LLC, | § | |
| GEDEN HOLDINGS LTD., GENEL | § | |
| DENIZCILIK NAKLIYATI A.S. a/k/a | § | |

```
GEDEN LINES, ADVANTAGE TANKERS,   §
LLC, ADVANTAGE HOLDINGS, LLC,      §
FORWARD HOLDINGS, LLC, MEHMET      §
EMIN KARAMEHMET, and GULSUN        §
NAZLI KARAMEHMET WILLIAMS,         §
                                   §
          Defendants.              §
                                   §
```

## AGREED ORDER

Pending is Plaintiff Tank Punk, Inc.'s Unopposed Amended Motion to Dismiss and Release Security (Document No. 83).

Plaintiffs Eclipse Liquidity, Inc., Psara Energy, Ltd., and Tank Punk, Inc. (collectively, "Plaintiffs") filed three separate actions to attach a vessel, naming as Defendants Forward Holdings, LLC, Advantage Holdings, LLC, Advantage Tankers, LLC, and Advantage Arrow Shipping, LLC (collectively, the "Advantage Defendants").[1] By agreement of the parties, the Court released the attachment on the vessel, accepted as substitute security the sum of $2.2 million deposited into the Registry of the Court by the Advantage Defendants, consolidated the three cases, and disbursed $682,800 to the Advantage Defendants, leaving as the substitute security $1,517,200 in the Registry of the Court. According to counsel for the parties, all underlying disputes at issue in this consolidated action in this Court have now been resolved.

The Court today conducted a telephone conference with counsel for Plaintiffs and the Advantage Defendants, who confirmed that

---

[1] Although Plaintiffs also sued other Defendants, no other Defendant has made an appearance.

2

none of the Plaintiffs has any remaining claim against any Defendant in any of the three consolidated cases.   The parties therefore agreed to the dismissal of Plaintiffs' claims with prejudice, release of the remaining substitute security funds to the Advantage Defendants' attorney of record Trust Account, and entry of final judgment.   Accordingly, it is

ORDERED that Plaintiffs Eclipse Liquidity, Inc.'s, Psara Energy, Ltd.'s, and Tank Punk, Inc.'s claims against all Defendants are DISMISSED with prejudice.   It is further

ORDERED that the remaining funds on deposit in the Registry of the Court shall be disbursed to the Advantage Defendants as follows:   The Clerk of Court shall issue a check in the amount of $1,517,200, plus any and all accrued interest thereon, made payable to the "Phelps Dunbar LLP Trust Account," and shall mail the check to Mr. Marc G. Matthews, Phelps Dunbar, LLP, 500 Dallas Street, Suite 1300, Houston, Texas 77002.

A Final Judgment will be entered separately.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 23rd day of November, 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

3