# EXHIBIT 2

```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA

                                    .
Psara Energy, LTD,                  .   Docket #CV-16-4840 (WB)
                                    .
        Plaintiff,                  .
                                    .   United States Courthouse
            vs.                     .   Philadelphia, PA
                                    .   September 16, 2016
Space Shipping, LTD, et al.,        .   10:55 a.m.
                                    .
        Defendants.                 .
..............................................................

         TRANSCRIPT OF SUPPLEMENTAL ADMIRALTY RULE E(4)(f)
            BEFORE THE HONORABLE WENDY BEETLESTONE
               UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For The Plaintiff:          Mary E. Reeves, Esq.
                            Reeves McEwing, LLP
                            719 E. Passyunk Ave.
                            Philadelphia, PA 19147

                            George Tadros, Esq.
                            Reeves McEwing, LLP
                            719 E. Passyunk Ave.
                            Philadelphia, PA 19147

                            George Gaitas, Esq.
                            Chalos & Co., PC
                            7210 Tickner St.
                            Houston, TX 77055

For The Defendants:         Richard Q. Whelan, Esq.
                            Palmer Biezup & Henderson, LLP
                            Ste. 401
                            190 N. Independence Mall
                            Philadelphia, PA 19106
```

2

                                  Neil A. Quartaro, Esq.
                                  Watson Farley & Williams
                                  250 W. 55th St.
                                  New York, NY 10019

                                  Zachary Farley, Esq.
                                  Watson Farley & Williams
                                  250 W. 55th St.
                                  New York, NY 10019

| | |
|---|---|
| Audio Operator | M. Mani |
| Transcribing Firm: | Writer's Cramp, Inc. |
| | 63 Dakota Drive |
| | Hamilton, NJ 08619 |
| | 609-588-8043 |

**Proceedings recorded by electronic sound recording, transcript produced by transcription service.**

```
 1              THE COURT:  Well, let me tell you my thinking on
 2   this is that with respect to the collateral estoppel argument,
 3   there is no District Court decision.  There's no final
 4   judgment on the merits.  There's de novo review of the R&R.
 5         Looking at the R&R, quite apart from that fundamental
 6   issue, it appears to apply only to tank punk and there's an
 7   issue in my mind as to whether the substantive law would be
 8   different in this case given that that is decided under Fifth
 9   Circuit law.  And there may be some Third Circuit law here.
10         And certainly looking at the law in the Third Circuit,
11   it's quite clear that an R&R is only a recommendation.  I
12   believe, in fact, that a Magistrate Judge has no authority to
13   issue an opinion.  It is actually beyond the scope of their
14   authority.  So, clearly, there's no collateral estoppel, at
15   least at this point.  There -- it may be that once the
16   District Court has ruled that that issue will once again be
17   relevant.
18         So I turn to the other issues and, quite frankly, I was
19   expecting, you know, some -- because it was a hearing rather
20   than an argument, I was expecting some testimony, particularly
21   on the issue of successor liability and the relationship
22   between the parties, but I don't have it.  So my view is that
23   you need discovery and we will then have an evidentiary
24   hearing.  But that's obviously going to take some time.  And
25   we're in the position of we have a ship sitting in Marcus
```