# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PSARA ENERGY, LTD. | : | |
| | : | |
| Plaintiff | : | 1:18-cv-00178 |
| | : | |
| SPACE SHIPPING, LTD.; GEDEN HOLDINGS: | | |
| LTD.; ADVANTAGE ARROW SHIPPING, | : | |
| LLC; GENEL DENIZCILIK NAKLIYATI A.S. | : | |
| A/K/A GEDEN LINES; ADVANTAGE | : | |
| TANKERS, LLC; ADVANTAGE HOLDINGS, | : | ADMIRALTY |
| LLC; FORWARD HOLDINGS, LLC; | : | |
| MEHMET EMIN KARAMEHMET; | : | |
| GULSUN NAZLI KARAMEHMET - | : | |
| WILLIAMS; and TUĞRUL TOKGÖZ | : | |
| | : | |
| Defendants | : | |

I, Lampros Bampilis, under 1746 of Title 28 of the United States Code, hereby declare and say the following under penalty of perjury:

I am Chief Operating Officer of Brave Maritime Corporation Inc. which is the manager of the motor tanker CV STEALTH.

On 26th April 2018 I commissioned CASS TECHNAVA MARITIME who are ship sale and purchase brokers to provide a valuation of the M/V CV STEALTH where she currently lies at Port of Spain.

A copy of the valuation obtained is hereto attached and I certify that the valuation obtained was issued and was delivered to me today, 26TH April 2018.

Under the penalties of perjury under the laws of the United States I declare that the contents of the above and foregoing declaration are true and correct.

Signed in Athens, Greece this 26th day of April 2018

Name: Lampros Bampilis



**PRIVATE & CONFIDENTIAL**

To Messrs:
Stealth Maritime Corporation Inc.
331 Kifisias Ave.,
14561 Kifisia, Greece

Dear Mr. Lambros Babilis,

**M/V C. V. STEALTH**
(Malta Flagged)

TYPE: TANKER
DOUBLE BOTTOM / DOUBLE SIDES
DWT 104499 MTS ON 14.8M DRFT
BLT 2005 AT SHANGHAI WAIGAOQIAO SH, CHINA
CLASS: AB
GRT 58418, NRT 31117
LOA 243.8M, BEAM 42.03M, DEPTH 21.4M
TANKS 12, COILS
OIL CAPACITY 113657CBM, PUMPS 3X0
M/E MAN-B&W 6S60MC-C, BHP 18420 TOTAL
SPEED 15KNOTS
GENERATORS 3
IGS, COW, SBT

As requested, we have made an assessment of the vessel's particulars and following our appraisal, we are able to state that in our opinion the current approximate value of the vessel, inclusive of substantial extras, as between a "willing Seller and a willing Buyer" is **US $18,000,000 (UNITED STATES DOLLARS EIGHTEEN MILLION).**

This opinion is arrived at on the understanding that the vessel has significant extras, over and above the standard specification, that she would be in a position to give early delivery, within an acceptable area, free of charter or any contract of employment, for cash payment on normal sale terms. We have presumed that the Sellers could give delivery of the vessel free from all registered encumbrances, maritime liens and all debts.

We have not made a physical inspection, nor have we inspected the classification records of the vessel but, for the purpose of this valuation, it has been presumed that the vessel has been maintained to standards expected for a tanker her age and type.

Furthermore, it has been presumed that the tanker is approved for trading by the Major Oil Companies, fully complies with latest IMO/MARPOL/SOLAS requirements, is in a sound trading condition, being fully classed to the requirements of her Classification Society, is free of recommendations and has clean and valid trading certificates, conforming in all respects with the requirements of appropriate Registry.



It is to be appreciated that this valuation represents a statement of opinion only and is not representative of fact or the correctness of the particulars shown above. In this respect, it is to be noted that these particulars are compiled from information made available to us and other such data that we have been able to obtain from the relevant works of reference in our possession. Whilst all due care has been taken in the preparation of this statement, we are not able to accept any responsibility for the accuracy of the particulars or the assumptions, contained herein, upon which our opinion is based.

This valuation is given solely for the private use of the person to whom it is addressed and is not for publication or circulation without our prior written permission. We wish it to be understood that this valuation is given solely for your information but if you, or any other party, intend to act upon this statement then verification should be obtained, by inspection of the vessel or by any other appropriate means, that the particulars given herein are correct.

This valuation is made as of the date specified and no assurance can be given that such value can be sustained or is realizable in actual transaction.

This valuation is given in good faith but neither the Company nor its directors or employees shall be liable in any way whatsoever for any error or omission.

For and on behalf of
CASS TECHNAVA

**Eva Kontogeorga**

**Sarah Yang**

**Dated: 26/04/2018**