# Invoice

PORT OF PORT ARTHUR NAV. DIST.
OF JEFFERSON COUNTY, TEXAS
P O BOX 1428
PORT ARTHUR, TX 77641-1428

Telephone: 409/983-2011

| Invoice No. | 42129 |
|---|---|
| Customer No. | MARSERVE |

**Bill To**
Marserve, Inc.
15421 Vantage Parkway W., Suite 116
Houston, TX 77032

**Ship To**
Marserve, Inc.
15421 Vantage Parkway W., Suite 116
Houston, TX 77032

Contact: Blair Ault
Telephone: 713/680-1761
E-mail:

Contact: Blair Ault
Telephone: 713/680-1761
E-mail:

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 05/02/18 | 05/02/18 | | LOA 820 FEET | 13501-1 | Net 30 days |
| Warehouse | Ship Via | | F.O.B. | Salesperson | Resale Number |
| MAIN | ADVANTAGE ARROW | | LAYBERTH | | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 10 | 10 | N | ARR/SLD<br>Arrived: 4/22/18 @ 10:41 AM / SLD: 5/1/18 @ 5:00 PM | 0.0000 | 0.00 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |

| Print Date | 05/02/18 |
|---|---|
| Print Time | 08:20:05 AM |
| Page No. | 1 |

Printed By: Sandra Myers

EXHIBIT 2

# Invoice

PORT OF PORT ARTHUR NAV. DIST.
OF JEFFERSON COUNTY, TEXAS
P O BOX 1428
PORT ARTHUR, TX 77641-1428

Telephone: 409/983-2011

| | |
|---|---|
| Invoice No. | 42129 |
| Customer No. | MARSERVE |

### Bill To
Marserve, Inc.
15421 Vantage Parkway W., Suite 116
Houston, TX 77032

### Ship To
Marserve, Inc.
15421 Vantage Parkway W., Suite 116
Houston, TX 77032

Contact: Blair Ault
Telephone: 713/680-1761
E-mail:

Contact: Blair Ault
Telephone: 713/680-1761
E-mail:

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 05/02/18 | 05/02/18 | | LOA 820 FEET | 13501-1 | Net 30 days |

| Warehouse | Ship Via | F.O.B. | Salesperson | Resale Number |
|---|---|---|---|---|
| MAIN | ADVANTAGE ARROW | LAYBERTH | | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 820.000 | 820.000 | N | DOCK12<br>Dockage: 800 - 899 Ft | 13.9600<br><25.00 %> | 11,447.20<br>-2,861.80 |
| 1.000 | 1.000 | N | MOOR-OT<br>Mooring: Overtime | 600.0000 | 600.00 |
| 1.000 | 1.000 | N | SEACNTR<br>Seamen Center Assessment | 100.0000 | 100.00 |
| 1.000 | 1.000 | N | SECURITY1<br>Security Surcharge: 9.53% Assessed Against Dockage | 8,181.8900 | 8,181.89 |
| 1.000 | 1.000 | N | WATER-IST<br>Water Install: Straight Time | 110.0000 | 110.00 |
| 19.600 | 19.600 | N | WATER<br>Water Usage | 6.0000 | 117.60 |

| | |
|---|---|
| Print Date | 05/02/18 |
| Print Time | 08:20:05 AM |
| Page No. | 2 |

Printed By: Sandra Myers



# Invoice

PORT OF PORT ARTHUR NAV. DIST.
OF JEFFERSON COUNTY, TEXAS
P O BOX 1428
PORT ARTHUR, TX 77641-1428

Telephone: 409/983-2011

| Invoice No. | 42129 |
|---|---|
| Customer No. | MARSERVE |

**Bill To**
Marserve, Inc.
15421 Vantage Parkway W., Suite 116
Houston, TX 77032

**Ship To**
Marserve, Inc.
15421 Vantage Parkway W., Suite 116
Houston, TX 77032

Contact: Blair Ault
Telephone: 713/680-1761
E-mail:

Contact: Blair Ault
Telephone: 713/680-1761
E-mail:

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 05/02/18 | 05/02/18 | | LOA 820 FEET | 13501-1 | Net 30 days |
| Warehouse | Ship Via | | F.O.B. | Salesperson | Resale Number |
| MAIN | ADVANTAGE ARROW | | LAYBERTH | | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | | | DOCKAGE CHARGES UP TO 5/1/18. BALANCE WILL BE BILLED UPON DEPARTURE. | | |

| Print Date | 05/02/18 |
| Print Time | 08:20:05 AM |
| Page No. | 3 |

Printed By: Sandra Myers

| Total Paid | 0.00 |
| Balance Due | 94,963.49 |
| Due Date | 06/01/18 |

| Subtotal | 94,963.49 |
| Freight | 0.00 |
| Invoice Total | 94,963.49 |

# Port of Port Arthur
P.O. Box 1428
Port Arthur, Texas 77641

Date __4/22/18__

## (MOORING) / UNMOORING / SHIFTING / FRESH WATER

Vessel __ADVANTAGE ARROW__ Agent _____ Line _____

Draft: __5.8 M__ Fwd: __5.6 M__ Aft.

Time Started: __10⁴¹__ Finish: __11³⁰__ Berth: __#4__

Linemen: __Sallier, Brown, Ceja, Taylor, Darrington__

Water Meter: Start _____ Finish _____ Gallons _____

Supervisor: _____ Vessel/Agent

By __SALLIER__