UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PSARA ENERGY, LTD. § | |
| § | |
| v. § | |
| § | C.A. NO. 1:18-CV-00178 |
| SPACE SHIPPING, LTD.; GEDEN § | |
| HOLDINGS LTD.; ADVANTAGE § | ADMIRALTY |
| ARROW SHIPPING, LLC; GENEL § | |
| DENIZCILIK NAKLIYATI A.S. § | |
| A/K/A GEDEN LINES; § | |
| ADVANTAGE TANKERS, LLC; § | |
| ADVANTAGE HOLDINGS, LLC; § | |
| FORWARD HOLDINGS, LLC; § | |
| MEHMET EMIN KARAMEHMET; § | |
| GULSUN NAZLI KARAMEHMET- | |
| WILLIAMS; and TUGRUL | |
| TOKGÖZ | |

## ORDER

ON THIS DAY the Court considered the Emergency Motion by Advantage Defendants for an Order Regarding Payment of Custodial Costs. Having considered the pleadings, the evidence presented, and arguments of counsel, if any, the Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED that Plaintiff Psara Energy, Ltd. is responsible for payment of the wharfage costs incurred during the pendency of the attachment of the motor tanker ADVANTAGE ARROW. If Plaintiff does not pay those charges directly, the United States Marshal's Service is to collect periodic deposits from Plaintiff sufficient to satisfy the wharfage costs and any other costs of safely maintaining the Vessel while under attachment. If such costs are not promptly paid by Plaintiff, the attachment may be vacated by further order of the Court.

PD.23694055.1