# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **PSARA ENERGY, LTD.** : | |
| : | |
| **Plaintiff** : | |
| : | No. 1:18-cv-00178 |
| **SPACE SHIPPING, LTD.; GEDEN HOLDINGS** : | |
| **LTD.; ADVANTAGE ARROW SHIPPING,** : | |
| **LLC; GENEL DENIZCILIK NAKLIYATI A.S.** : | |
| **A/K/A GEDEN LINES; ADVANTAGE** : | |
| **TANKERS, LLC; ADVANTAGE HOLDINGS,** : | **ADMIRALTY** |
| **LLC; FORWARD HOLDINGS, LLC;** : | |
| **MEHMET EMIN KARAMEHMET;** : | |
| **GULSUN NAZLI KARAMEHMET -** : | |
| **WILLIAMS; and TUĞRUL TOKGÖZ** : | |
| : | |
| **Defendants** : | |

## NOTICE OF RELEASE OF VESSEL

PLEASE TAKE NOTICE that Plaintiff, PSARA ENERGY LTD. ("PSARA"), by and through undersigned counsel, has provided "Written Authorization to Release Seized Vessel - M/T ADVANTAGE ARROW", to the U.S. Marshal Service for the Eastern District of Texas, Beaumont Division, authorizing the release of the arrested and attached vessel M/T ADVANTAGE ARROW on May 11, 2018, on behalf of PSARA.

Pursuant to the Orders issued by this Court on April 20, 2018 (D.E.. 4), the M/T ADVANTAGE ARROW, "may be released from seizure without the necessity of further orders of this Court, provided that: (a) the U.S. Marshal or Court appointed substitute custodian receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, including

attorneys for any intervenors, and they consent to the request for the release; (b) the attorney files the consent; and (c) the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order" *See* D.E. 4, p. 3.

Plaintiff PSARA has informed the U.S. Marshal that PSARA has released its arrest and attachment of the Vessel.

Dated: May 11, 2018  
       Houston, Texas

Respectfully submitted,

GAITAS, KENNEDY & CHALOS, P.C.

By: /s/George A. Gaitas  
George A. Gaitas  
State Bar No. 24058885  
Federal Bar No. 705176  
Jonathan M. Chalos  
State Bar No. 24097482  
Federal Bar No. 3008683  
6250 Westpark Dr.  
Suite 222  
Houston, Texas 77057  
Telephone: 281-501-1800  
Fax: 832-962-8178  
E-mail: gaitas@gkclaw.com  
          chalos@gkclaw.com

*Attorneys for Plaintiff*  
Psara Energy, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I electronically filed the foregoing Notice with the Clerk of the Court using the cm/ECF system, which will send notification of such filing to all attorneys of record at their email addresses on file with the Court.

/s/George A. Gaitas
George A. Gaitas