IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **PSARA ENERGY, LTD.** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **SPACE SHIPPING, LTD.;** | : | |
| **GEDEN HOLDINGS LTD.;** | : | |
| **ADVANTAGE ARROW SHIPPING, LLC;** | : | |
| **GENEL DENIZCILIK NAKLIYATI A.S.** | : | **C.A. NO. 1:18-CV-00178-MAC** |
| **A/K/A GEDEN LINES; ADVANTAGE** | : | |
| **TANKERS, LLC; ADVANTAGE** | : | **ADMIRALTY** |
| **HOLDINGS, LLC; FORWARD HOLDINGS,** | : | |
| **LLC; MEHMET EMIN KARAMEHMET;** | : | |
| **GULSUN NAZLI KARAMEHMET-** | : | |
| **WILLIAMS; and TUĞRUL TOKGÖZ** | : | |
| | : | |
| **Defendants** | : | |

# ORDER

ON THIS DAY the Court considered the Advantage Defendants' F.R.C.P. 12(b) Defenses and Motion for Referral to Arbitration. Having considered the pleadings, the evidence presented, and arguments of counsel, the Court finds that Defendant's Motion should be **DENIED**.

It is therefore **ORDERED** that the Advantage Defendant's Motion for Referral to Arbitration is **DENIED**;

It is **FURTHER ORDERED** that Defendant's Motions pursuant to alleged defenses under F.R.C.P. Rules 12(b)(2), (4), (5), (6) and (7) are **DENIED**.