| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| PSARA ENERGY, LTD., <br>  Plaintiff, | § <br> § <br> § | |
| *versus* | § <br> § | CASE NO. 1:18-CV-00178-MAC |
| SPACE SHIPPING, LTD., ET AL., <br>  Defendants. | § <br> § <br> § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION DENYING PLAINTIFF'S MOTION TO STAY PENDING APPEAL

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Doc. No. 9. Pending before the court is Plaintiff Psara Energy, Ltd.'s (Psara) "Motion to Stay Pending Appeal of Order Referring Parties to Arbitration." Doc. No. 42. On March 29, 2019, Judge Hawthorn entered a report (Doc. No. 50) recommending the court deny Psara's motion because Psara did not meet its burden of showing that the circumstances justify imposing a stay. Judge Hawthorn also recommended denying as moot Psara's "Motion to Strike." Doc. No. 51.

A party who files timely, written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2)-(3). "Parties filing objections must specifically identify those findings [to which they object]. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

Psara raises several objections to Judge Hawthorn's report, but these objections are largely a restatement of the arguments asserted in the pending motion (Doc. No. 42) and in Psara's previous response to the Advantage Defendants "Motion for Referral to Arbitration." Doc. No. 30. Accordingly, after considering Psara's objections, the court finds they are without merit and that Judge Hawthorn's findings and ultimate conclusion are correct.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 50) is **ADOPTED**, Psara's "Motion to Stay Pending Appeal of Order Referring Parties to Arbitration" (Doc. No. 42) is **DENIED**, and that Psara's "Motion to Strike" (Doc. No. 48) is **DENIED as MOOT**.

SIGNED at Beaumont, Texas, this 24th day of April, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE