IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **PSARA ENERGY, LTD.** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **SPACE SHIPPING, LTD., ET AL.** | : | C.A. NO. 1:18-CV-00178 |
| | : | ADMIRALTY |
| **Defendants** | : | |
| | : | |

## ORDER DENYING ADVANTAGE DEFENDANT'S MOTION TO DISMISS AND ALTERNATIVE MOTION TO HOLD PLAINTIFF IN CONTEMPT

On this day came on to be considered Defendants' Motion to Dismiss and Alternative Motion to Hold Plaintiff in Contempt. The Court, having considered the pleadings of the parties directed to the issue, finds Defendants' Motion without merit and determines that it should be **DENIED**.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss and Alternative Motion to Hold Plaintiff in Contempt is **DENIED.**

It is further **ORDERED** that the parties attend a status conferenced scheduled by the Court on _____.