| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| PSARA ENERGY, LTD., | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:18-CV-00178 |
| SPACE SHIPPING, LTD., GEDEN HOLDINGS, LTD., ADVANTAGE ARROW SHIPPING, LLC, GENEL DENIZCILIK NAKLIYATI A.S., ADVANTAGE TANKERS, LLC, ADVANTAGE HOLDINGS, LLC, FORWARD HOLDINGS, LLC, MEHMET EMIN KARAMEHMET, GULSUN NAZLI KARAMEHMET-WILLIAMS, TUGRUL TOKGOZ, ADVANTAGE START SHIPPING, LLC, | § § § § § § § § § § § § § | |
| Defendants. | § | |

## **ORDER OF DISMISSAL**

Pending before the court is the Plaintiff's "Notice of Voluntary Dismissal." Doc. No. 90. The parties have reached a settlement agreement.

Accordingly, the above case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case and deny all pending motions as moot.

It is further **ORDERED** that the bonds paid into the registry of the court as security for Plaintiff's claims (Doc. No. 24) are to be released to the parties entitled to return of the same.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 10th day of February, 2021.

                                                       *Marcia A. Crone*
                          MARCIA A. CRONE
                          UNITED STATES DISTRICT JUDGE